THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>                Defendants. | No. 2:11-CV-01709-JCC<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT IMDb.COM, INC.** |

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant IMDb.com, Inc. states that it is a wholly-owned subsidiary of Amazon.com, Inc.

November 9, 2011

By: s/ Elizabeth L. McDougall
Elizabeth L. McDougall #27026
Breena M. Roos #34501
Ashley A. Locke #40521
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: EMcDougall@perkinscoie.com
          BRoos@perkinscoie.com
          ALocke@perkinscoie.com

Attorneys for Defendants Amazon.com, Inc. and IMDb.com, Inc.

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT IMDb.COM, INC. (NO. 2:11-CV-01709) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24976-0480/LEGAL22108148.1

## CERTIFICATE OF SERVICE

I certify that on November 9, 2011, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT IMDb.COM** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record

| | |
|---|---|
| **John W Dozier , Jr**<br>Dozier Internet Law<br>301 Concourse Blvd<br>West Shore III , Ste 300<br>Glen Allen, VA 23059 | \_\_\_  Via hand delivery<br>\_\_\_  Via U.S. Mail, 1st Class, Postage Prepaid<br>\_\_\_  Via Overnight Delivery<br>\_\_\_  Via Facsimile<br>\_\_\_  Via Email<br>_X_  Via ECF |
| **Randall Moeller**<br>**Derek Alan Newman**<br>Newman & Newman<br>1201 Third Avenue, Ste 1600<br>Seattle, WA 98 | \_\_\_  Via hand delivery<br>\_\_\_  Via U.S. Mail, 1st Class, Postage Prepaid<br>\_\_\_  Via Overnight Delivery<br>\_\_\_  Via Facsimile<br>\_\_\_  Via Email<br>_X_  Via ECF _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of November, 2011.

s/ Elizabeth McDougall
Elizabeth McDougall, WSBA No. 272026
Breena M. Roos, WSBA No. 34501
Ashley Locke, WSBA No. 40521
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  emcdougall@perkinscoie.com
E-mail:  broos@perkinscoie.com
E-mail:  alocke@perkinscoie.com
Attorneys for Defendants Amazon.com, Inc. and IMDb.com, Inc.

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT IMDB.COM, INC. (NO. 2:11-CV-01709)

24976-0480/LEGAL22108148.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000