THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>　　　　　　Defendants. | No. 2:11-CV- 01709-JCC<br><br>**DECLARATION OF ASHLEY A. LOCKE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |

I, Ashley A. Locke, hereby declare as follows:

1.　I am an associate with Perkins Coie LLP. I am one of the attorneys representing defendants Amazon.com, Inc. and IMDb.com, Inc. ("Defendants") in the above-referenced matter. I make this declaration based on personal knowledge and review of records and correspondence relating to the above-referenced matter.

2.　Attached as Exhibit A is a true and correct copy of IMDbPro's Subscriber Agreement, *available at* https://secure.imdb.com/signup/v4/help?h=agreement#privacy (last accessed Nov. 9, 2011).

3.　Attached as Exhibit B is a true and correct copy of IMDbPro's Privacy Policy, *available at* https://secure.imdb.com/signup/v4/help?h=privacy (last accessed Nov. 9, 2011).

DECLARATION OF ASHLEY A. LOCKE IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS
PURSUANT TO RULE 12(b)(6)
(No. CV- 01709-JCC) – 1

24976-0480/LEGAL22091546.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

4. Attached as Exhibit C is a true and correct copy of IMDbPro's privacy policy section titled, "Information You Give Us and How We Might Use It," *available at* https://secure.imdb.com/signup/v4/help?h=privacy_use (last accessed Nov. 9, 2011).

5. Attached as Exhibit D is a true and correct copy of IMDbPro's "Frequently Asked Questions" section titled, "Is My Credit Card Secure?," *available at* https://secure.imdb.com/signup/v4/faq?q=secure (last accessed Nov. 9, 2011).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: November 9, 2011

By: /s/ Ashley A. Locke
Ashley A. Locke

DECLARATION OF ASHLEY A. LOCKE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)
(No. CV- 01709-JCC) – 2
24976-0480/LEGAL22091546.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify that on November 9, 2011, I electronically filed the foregoing **DECLARATION OF ASHLEY A. LOCKE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record

| | |
|---|---|
| **John W Dozier , Jr**<br>Dozier Internet Law<br>301 Concourse Blvd<br>West Shore III , Ste 300<br>Glen Allen, VA 23059 | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>_X_ Via ECF |
| **Randall Moeller**<br>**Derek Alan Newman**<br>Newman & Newman<br>1201 Third Avenue, Ste 1600<br>Seattle, WA 98 | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>_X_ Via ECF _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of November, 2011.

s/ Elizabeth McDougall
Elizabeth McDougall, WSBA No. 272026
Breena M. Roos, WSBA No. 34501
Ashley Locke, WSBA No. 40521
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  emcdougall@perkinscoie.com
E-mail:  broos@perkinscoie.com
E-mail:  alocke@perkinscoie.com
Attorneys for Defendants Amazon.com, Inc. and IMDb.com, Inc.

DECLARATION OF ASHLEY A. LOCKE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)
(No. CV- 01709-JCC) – 3
24976-0480/LEGAL22091546.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000