THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>        Defendant. | CASE NO. C11-1709-JCC<br><br>ORDER |

    Judge Coughenour hereby recuses himself from this matter. The case is reassigned in rotation to the Honorable Marsha J. Pechman. All future pleadings shall bear the case number C11-1709-MJP.

    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    DATED this 14th day of November 2011.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1