THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, an individual,<br><br>*Plaintiff*,<br><br>vs.<br><br>AMAZON.COM, INC, a Delaware corporation, and<br><br>IMDB.COM, INC., a Delaware corporation,<br><br>*Defendants*. | No. 2:11-CV-01709-MJP<br><br>DECLARATION OF JOHN W. DOZIER, JR. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 10(a) AND CROSS-MOTION TO PROCEED ANONYMOUSLY |

I, John W. Dozier, Jr., herby declare as follows:

1. I am an attorney at and the owner of Dozier Internet Law, P.C. I am lead counsel for Plaintiff, Jane Doe, in the above referenced matter. I make this declaration based upon my personal knowledge of the facts of this case and communications with Plaintiff Jane Doe regarding same, and if asked, would testify to the truth of the matters herein.

2. This case has garnered extensive public attention. Over 750 articles have been published on the Internet regarding this case. Attached hereto as "Exhibit A" is an example of the U.S. national media attention given to this litigation. Attached hereto as "Exhibit B" is an

DECLARATION OF JOHN W. DOZIER, JR., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 10(A) AND CROSS-MOTION TO PROCEED ANONYMOUSLY (NO. 2:11-CV-01709) - 1

NEWMAN DU WORS LLP

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

example of the international media attention given to this litigation.  Attached hereto as "Exhibit C" is an example of the entertainment industry media attention given to this litigation.

3. Ms. Doe is already the target of retaliation, harassment and ridicule.  Attached hereto as "Exhibit D" is a true and correct copy of harmful statements directed at Plaintiff on the Internet.  This exhibit also evinces that Plaintiff has been branded as "that 40 year old actress who sued Amazon and IMDb" and that she is the subject of lewd and harmful behavior as a result of filing this lawsuit.  If identified, Ms. Doe fears that these attacks would severely worsen as they would be targeted directly at her.

4. Ms. Doe has experienced Defendants' tyrannical behavior first hand.  Since complaining about her date of birth appearing on IMDb.com, Plaintiff's IMDb.com account has been "flagged," making it difficult for her to control any information about herself.  For example, Defendants refuse to acknowledge and publish certain of Ms. Doe's acting credits, whereas other actors in the same exact film with the same exact credit have the information available on their respective IMDb profiles.  Ms. Doe fears further retaliation from Defendants.

5. Since the filing of Plaintiff's Complaint, our law firm has received calls from numerous entertainment industry professionals complaining of similar experiences.  Many of these individuals have described in detail the vengeful attitude and retaliatory nature of Defendants actions toward them with respect to their IMDb.com profiles.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 28th day of November, 2011.    By:   /s/ John W. Dozier, Jr.
                                                 John W. Dozier, Jr.

DECLARATION OF JOHN W. DOZIER, JR., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 10(A) AND CROSS-MOTION TO PROCEED ANONYMOUSLY (NO. 2:11-CV-01709) - 2

NEWMAN DU WORS LLP

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

# CERTIFICATE OF SERVICE

I certify that on November 28, 2011, I electronically filed the foregoing DECLARATION OF JOHN W. DOZIER, JR. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 10(a) AND CROSS-MOTION TO PROCEED ANONYMOUSLY with the Clerk of the Court using the CM/ECF system, thereby sending notification of such filing to the following attorneys of record.

Ashley A. Locke, Esq.
Breena Michelle Roos, Esq.
Elizabeth L. McDougall-Tural, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 28th Day of November, 2011.

**DOZIER INTERNET LAW, P.C.**

By: _____/s/ John W. Dozier, Jr._____
John W. Dozier, Jr., Esq., VSB No. 20559
*Admitted pro hac vice*
11520 Nuckols Rd., Suite 101
Glen Allen, Virginia 23509
Tel: (804) 346-9770
Fax: (804) 346-0800
Email: jwd@cybertriallawyer.com

**NEWMAN DU WORS LLP**

Derek A. Newman, Esq., WSBA 26967
Randall Moeller, Esq., WSBA No. 21094
1201 Third Avenue, Suite 1600
Seattle, Washington 98101

Attorneys for Plaintiff Jane Doe, an individual

---

DECLARATION OF JOHN W. DOZIER, JR., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 10(A) AND CROSS-MOTION TO PROCEED ANONYMOUSLY (NO. 2:11-CV-01709) - 3

NEWMAN DU WORS LLP

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800