THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Jane Doe,

                    Plaintiff,

          v.

Amazon.com, Inc., et al.,

                    Defendants.

No. 2:11-CV-01709-MJP

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINES
RELATING TO JOINT STATUS
REPORT AND DISCOVERY PLAN**

**Noted for Consideration:
December 13, 2011**

## STIPULATION

WHEREAS Defendants Amazon.com, Inc. and IMDB.com, Inc. ("Defendants") filed a

Motion to Dismiss Pursuant to Rule 10(a) (Dkt. 12) (the "Motion"), noted for consideration on

December 2, 2011;

WHEREAS Plaintiff Jane Doe filed an Opposition to Defendants' Motion to Dismiss

Pursuant to Rule 10(a) and Cross-Motion to Proceed Anonymously (Dkt. 25) (the "Cross-

Motion"), noted for consideration on December 2, 2011; and

WHEREAS Plaintiff and Defendants (the "Parties") anticipate that the Court's ruling on

the Motion and Cross-Motion will implicate the discovery plan such that engaging in a

conference pursuant to Federal Rule of Civil Procedure 26(f) and adhering to related deadlines

would be rendered moot and/or the Parties would be forced to duplicate their efforts by filing an

amended discovery plan after the Court's ruling;

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINES RELATING TO JOINT
STATUS REPORT AND DISCOVERY
PLAN (No.2:11-CV-01709) – 1
24976-0480/LEGAL22312914.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

NOW, THEREFORE the Parties hereby stipulate and request that the schedule regarding the Joint Status Report and Discovery Plan, Dkt. No. 19, be adjusted as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 12/13/2011 | 14 days after Court's ruling on the Motion and Cross-Motion, unless the Court dismisses the Complaint with prejudice |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/20/2011 | 28 days after Court's ruling on the Motion and Cross-Motion, unless the Court dismisses the Complaint with prejudice |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule 16 | 12/27/2011 | 35 days after Court's ruling on the Motion and Cross-Motion, unless the Court dismisses the Complaint with prejudice |

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINES RELATING TO JOINT
STATUS REPORT AND DISCOVERY
PLAN (No.2:11-CV-01709) – 2
24976-0480/LEGAL22312914.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**IT IS SO STIPULATED.**

DATED: December 13, 2011            **PERKINS COIE** LLP

                                    By:  s/ Breena M. Roos
                                         Breena M. Roos #34501

                                    Attorneys for Defendants Amazon.com, Inc. and
                                    IMDB.com, Inc.

DATED: December 13, 2011            **DOZIER INTERNET LAW, P.C.**

                                    By: /s/ John W. Dozier
                                         John W. Dozier, Jr., VSB No. 20559
                                         jwd@cybertriallawyer.com

                                    **NEWMAN DU WORS LLP**

                                    Derek A. Newman, Esq., WSBA No. 26967
                                    Randall Moeller, Esq., WSBA No. 21094
                                    randy@newmanlaw.com
                                    derek@newmanlaw.com

                                    Attorneys for Plaintiff Jane Doe

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINES RELATING TO JOINT
STATUS REPORT AND DISCOVERY
PLAN (No.2:11-CV-01709) – 3
24976-0480/LEGAL22312914.2

1
2

## <u>ORDER</u>

3
4

**IT IS SO ORDERED.**

5
6
7

DATED this _____ day of _____, 2011.

8
9
10
11

_____
Marsha J. Pechman
United States District Court

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINES RELATING TO JOINT
STATUS REPORT AND DISCOVERY
PLAN (No.2:11-CV-01709) – 4
24976-0480/LEGAL22312914.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I certify that on December 13, 2011, I electronically filed the foregoing **STIPULATION**

**AND [PROPOSED] ORDER TO EXTEND DEADLINES RELATING TO JOINT**

**STATUS REPORT AND DISCOVERY PLAN** with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to the following attorneys of record

| | |
|---|---|
| **John W. Dozier, Jr.**<br>Dozier Internet Law, P.C.<br>11520 Nuckols Rd., Ste 101<br>Glen Allen, VA 23059 | ___  Via hand delivery<br>___  Via U.S. Mail, 1st Class, Postage Prepaid<br>___  Via Overnight Delivery<br>___  Via Facsimile<br>___  Via Email<br>_X_  Via ECF |
| **Randall Moeller**<br>**Derek Alan Newman**<br>Newman Du Wors LLP<br>1201 Third Avenue, Ste 1600<br>Seattle, WA 98101 | ___  Via hand delivery<br>___  Via U.S. Mail, 1st Class, Postage Prepaid<br>___  Via Overnight Delivery<br>___  Via Facsimile<br>___  Via Email<br>X_  Via ECF _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of December, 2011.

s/ Breena M. Roos
_____
Elizabeth McDougall, WSBA No. 272026
Breena M. Roos, WSBA No. 34501
Ashley Locke, WSBA No. 40521
**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  emcdougall@perkinscoie.com
E-mail:  broos@perkinscoie.com
E-mail:  alocke@perkinscoie.com

Attorneys for Defendants Amazon.com, Inc.
and IMDb.com, Inc.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINES RELATING TO JOINT
STATUS REPORT AND DISCOVERY
PLAN (No.2:11-CV-01709) – 5
24976-0480/LEGAL22312914.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000