UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. C11-1709MJP<br><br>ORDER TO EXTEND DEADLINES RELATING TO JOINT STATUS REPORT AND DISCOVERY PLAN |

This matter comes before the Court on the parties' stipulated motion to extend deadlines relating to joint status report and discovery plan (Dkt. No. 31) while the Court considers the pending motion to dismiss pursuant to Federal Rule 10(a) (Dkt. No. 12). Having considered the motion, the Court grants the stipulation.

The schedule regarding the joint status report and discovery plan (Dkt. No. 19) shall be adjusted as follows:

ORDER TO EXTEND DEADLINES RELATING
TO JOINT STATUS REPORT AND DISCOVERY
PLAN- 1

| | **Current Date** | **Proposed Date** |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 12/13/2011 | 14 days after Court's ruling on the Motion and Cross-Motion relating to whether Plaintiff may proceed anonymously, unless the Court dismisses the Complaint with prejudice |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/20/2011 | 28 days after Court's ruling on the Motion and Cross-Motion relating to whether Plaintiff may proceed anonymously, unless the Court dismisses the Complaint with prejudice |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule 16 | 12/27/2011 | 35 days after Court's ruling on the Motion and Cross-Motion relating to whether Plaintiff may proceed anonymously, unless the Court dismisses the Complaint with prejudice |

The clerk is ordered to provide copies of this order to all counsel.

Dated this 15th day of December, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER TO EXTEND DEADLINES RELATING
TO JOINT STATUS REPORT AND DISCOVERY
PLAN- 2