THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>                Defendants. | No. 2:11-CV- 01709-MJP<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO:**   All Parties and Their Counsel of Record

PLEASE TAKE NOTICE that Elizabeth McDougall hereby withdraws as attorney of record for Defendants in the above-entitled case because she resigned from Perkins Coie LLP. Defendants Amazon.com, Inc. and IMDb.com, Inc. will continue to be represented by the following Perkins Coie LLP attorneys:  Breena M. Roos, WSBA No. 34501 and Ashley Locke, WSBA No. 40521.  Charles C. Sipos, WSBA No. 32825, will also be representing the Defendants, and he filed a Notice of Appearance on March 15, 2012.

NOTICE OF WITHDRAWAL OF COUNSEL
(No. 2:11-CV-01709) – 1
24976-0480/LEGAL23090993.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Dated this 16th day of March, 2012.

CONSENTED TO SIGNATURE VIA TELEPHONE

s/ Elizabeth McDougall
Elizabeth McDougall, WSBA No. 27026
Telephone: (206) 669-0737
E-mail: lizmcd4@gmail.com
Withdrawing Attorney for Defendants
Amazon.com, Inc. and IMDb.com, Inc.

**NOTICE OF WITHDRAWAL OF COUNSEL**
(No. 2:11-CV-01709) – 2
24976-0480/LEGAL23090993.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on March 16, 2012, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record

| | |
|---|---|
| **John W Dozier , Jr**<br>Dozier Internet Law<br>301 Concourse Blvd<br>West Shore III , Ste 300<br>Glen Allen, VA 23059 | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>_X_ Via ECF |
| **Randall Moeller**<br>**Derek Alan Newman**<br>Newman & Newman<br>1201 Third Avenue, Ste 1600<br>Seattle, WA 98 | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>_X_ Via ECF _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 16th day of March, 2012.

CONSENTED TO SIGNATURE VIA TELEPHONE

s/ Elizabeth McDougall
Elizabeth McDougall, WSBA No. 27026
Telephone: (206) 669-0737
E-mail: lizmcd4@gmail.com
Withdrawing Attorney for Defendants
Amazon.com, Inc. and IMDb.com, Inc.

**NOTICE OF WITHDRAWAL OF COUNSEL**
(No. 2:11-CV-01709) – 3
24976-0480/LEGAL23090993.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000