THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>　　　　　Defendants. | No. 2:11-CV- 01709-MJP<br><br>**NOTICE OF APPEARANCE** |

**TO:**　All Parties and Their Counsel of Record

　　PLEASE TAKE NOTICE that CHARLES C. SIPOS hereby enters his appearance on behalf of Defendants in the above-entitled case.  All further pleadings, except for service of process, are to be delivered to him at the following address:

　　Charles C. Sipos
　　Perkins Coie LLP
　　1201 Third Ave., 48th Floor
　　Seattle, WA  98101
　　CSipos@perkinscoie.com

**NOTICE OF APPEARANCE**
(No. 2:11-CV-01709) – 1
24976-0480/LEGAL23123046.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Dated this 16th day of March, 2012.

**PERKINS COIE LLP**

s/ Charles C. Sipos, WSBA
Charles C. Sipos, WSBA No. 32825
Breena M. Roos, WSBA No. 34501
Ashley Locke, WSBA No. 40521
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: csipos@perkinscoie.com
E-mail: broos@perkinscoie.com
E-mail: alocke@perkinscoie.com
Attorneys for Defendants Amazon.com, Inc.
and IMDb.com, Inc

**NOTICE OF APPEARANCE**
(No. 2:11-CV-01709) – 2
24976-0480/LEGAL23123046.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on March 16, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record

| | |
|---|---|
| **John W Dozier , Jr** <br> Dozier Internet Law <br> 301 Concourse Blvd <br> West Shore III , Ste 300 <br> Glen Allen, VA 23059 | ___ Via hand delivery <br> ___ Via U.S. Mail, 1st Class, Postage Prepaid <br> ___ Via Overnight Delivery <br> ___ Via Facsimile <br> ___ Via Email <br> _X_ Via ECF |
| **Randall Moeller** <br> **Derek Alan Newman** <br> Newman & Newman <br> 1201 Third Avenue, Ste 1600 <br> Seattle, WA 98 | ___ Via hand delivery <br> ___ Via U.S. Mail, 1st Class, Postage Prepaid <br> ___ Via Overnight Delivery <br> ___ Via Facsimile <br> ___ Via Email <br> _X_ Via ECF _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 16th day of March, 2012.

s/ Charles C. Sipos, WSBA
Charles C. Sipos, WSBA No. 32825
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  csipos@perkinscoie.com
Attorneys for Defendants Amazon.com, Inc.
and IMDb.com, Inc.

**NOTICE OF APPEARANCE**
(No. 2:11-CV-01709) – 3
24976-0480/LEGAL23123046.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000