THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Huong Hoang, an individual<br><br>                Plaintiff,<br><br>    v.<br><br>Amazon.com, Inc., et al.,<br><br>                Defendants. | No. 2:11-CV-01709-MJP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUDED WITNESSES** |

## STIPULATION

WHEREAS Defendants Amazon.com, Inc. and IMDb.com, Inc. ("Defendants") have issued or intend to issue deposition subpoenas, pursuant to Federal Rule of Civil Procedure 45, to the following third parties: Jenny Bosby, Jean-Marc Carre, Greg Carter, Blaine Cotton, Duncan Crabtree-Ireland, Keith Kjornes, Rob Lewine, Jalene Mack, Alan Mayer, John Robertson, Laura Walsh, and George Young;

WHEREAS Plaintiff Huong Hoang ("Plaintiff") has represented to Defendants that she does not intend to present testimony from any of the above-listed third parties in this matter; and

WHEREAS Plaintiff and Defendants (the "Parties") wish to avoid the unnecessary time and expense of depositions of the above-listed third parties;

NOW, THEREFORE the Parties hereby stipulate as follows:

STIPULATION AND [PROPOSED] ORDER
REGARDING EXCLUDED WITNESSES
(No.2:11-CV-01709) – 1

24976-0480/LEGAL24195892.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax:  206.359.9000

1.  No Party shall seek the deposition of or present testimony, including but not limited to live testimony in open court, written declaration or affidavit, or any other form of testimony, from the following third parties (the "Excluded Witnesses"):

> Jenny Bosby, Pastorini Bosby Talent, Inc.;
>
> Jean-Marc Carre, Central Artists;
>
> Greg Carter, Filmmaker;
>
> Blaine Cotton, Central Artists;
>
> Duncan Crabtree-Ireland, Screen Actor's Guild-American Federation of Television and Radio Artists;
>
> Keith Kjornes, Webmaster;
>
> Rob Lewine, Photographer;
>
> Jalene Mack, Attorney;
>
> Alan Mayer, 42West;
>
> John Robertson, DDO Artist Agency;
>
> Laura Walsh, Central Artists; and
>
> George Young, Consultant, Kalypso.

This prohibition applies to testimony presented at trial and presented in support of or opposition to written motions. This prohibition also applies to the Declaration of Duncan Crabtree-Ireland in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Pursuant to Rule 10(a) and Cross-Motion to Proceed Anonymously, filed November 28, 2011, Dkt. 26.

2.  Testimony, including but not limited to live testimony in open court, written declaration or affidavit, or any other form of testimony, from the Excluded Witnesses shall be deemed inadmissible for any purpose.

3.  The documents identified by Bates numbers Hoang 000027 and Hoang 000073 shall be deemed inadmissible for any purpose.

4.  No later than July 24, 2012, Plaintiff will amend Plaintiff's Second Supplemental Objections and Responses to Defendants' Interrogatories and Requests for Production to

STIPULATION AND [PROPOSED] ORDER
REGARDING EXCLUDED WITNESSES
(No.2:11-CV-01709) – 2

24976-0480/LEGAL24195892.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiff, Interrogatory No. 6, such that it removes the following witnesses as individuals who have knowledge of her alleged damages:

> Greg Carter, Filmmaker;
>
> Jalene Mack, Attorney; and
>
> George Young, Consultant, Kalypso.

**IT IS SO STIPULATED.**

DATED: July 24, 2012        **PERKINS COIE LLP**

By: /s/ Ashley A. Locke
    Ashley A. Locke, WSBA No. 40521

Attorneys for Defendants Amazon.com, Inc. and IMDb.com, Inc.

DATED: July 24, 2012        **DOZIER INTERNET LAW, P.C.**

By: /s/ John Dozier
    John W. Dozier, Jr., VSB No. 20559
    jwd@cybertriallawyer.com

**NEWMAN DU WORS LLP**

Derek A. Newman, Esq., WSBA No. 26967
Randall Moeller, Esq., WSBA No. 21094
randy@newmanlaw.com
derek@newmanlaw.com

Attorneys for Plaintiff Huong Hoang

STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUDED WITNESSES (No.2:11-CV-01709) – 3

24976-0480/LEGAL24195892.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## ORDER

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2012.

_____
Marsha J. Pechman
United States District Court

STIPULATION AND [PROPOSED] ORDER
REGARDING EXCLUDED WITNESSES
(No.2:11-CV-01709) – 4

24976-0480/LEGAL24195892.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2012, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUDED WITNESSES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record

| | |
|---|---|
| **John W. Dozier, Jr.**<br>Dozier Internet Law, P.C.<br>11520 Nuckols Rd., Ste 101<br>Glen Allen, VA 23059 | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>_X_ Via ECF |
| **Randall Moeller**<br>**Derek Alan Newman**<br>Newman Du Wors LLP<br>1201 Third Avenue, Ste 1600<br>Seattle, WA 98101 | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>_X_ Via ECF |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of July, 2012.

/s/ Ashley A. Locke
Ashley A. Locke, WSBA No. 40521
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: emcdougall@perkinscoie.com
E-mail: broos@perkinscoie.com
E-mail: alocke@perkinscoie.com

Attorneys for Defendants Amazon.com, Inc. and IMDb.com, Inc.

STIPULATION AND [PROPOSED] ORDER
REGARDING EXCLUDED WITNESSES
(No.2:11-CV-01709) – 5

24976-0480/LEGAL24195892.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000