THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUONG HOANG, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>    Defendants. | No. 2:11-CV-01709-JCC<br><br>**DECLARATION OF KATHRYN SHEEHAN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER QUASHING NOTICE OF DEPOSITION OF KATHRYN SHEEHAN** |

I, Kathryn Sheehan, hereby declare as follows:

1. I am an Associate General Counsel for Amazon.com, Inc. I have been employed by Amazon.com, Inc. or its affiliates (collectively, "Amazon") since 2003.

2. As Associate General Counsel at Amazon.com., part of my duties include acting as in-counsel for IMDb.com, Inc. ("IMDb.com"), a wholly-owned subsidiary of Amazon.com, to provide legal advice regarding litigation and regulatory compliance, the current state of the law, and legal advice upon request.

3. I have no non-legal responsibilities for either Amazon.com or IMDb.com. I am not a corporate officer for either Amazon.com or IMDb.com and do not provide business advice in my professional capacity.

DECLARATION OF KATHRYN SHEEHAN IN
SUPPORT OF MOTION FOR PROTECTIVE
ORDER (NO. 2:11-CV-01709) – 1

24976-0480/LEGAL24292050.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. Attached as Exhibit A is a true and correct copy of a redacted email string between Adrian Garver (a paralegal in the Amazon.com legal department), Giancarlo Cairella (and IMDb.com employee), and me regarding Plaintiff's IMDb.com account. I have examined the unredacted email string as well. The redacted portions of the email consist of: (a) requests for legal advice from Mr. Cairella to me and/or Mr. Garver; and (b) the provision of legal advice from me to Mr. Cairella.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 31, 2012

By: _____
Kathryn Sheehan

DECLARATION OF KATHRYN SHEEHAN (NO. 2:11-CV-01709) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24976-0480/LEGAL24292050.1

## CERTIFICATE OF SERVICE

I certify that on August 1, 2012, I electronically filed the foregoing **DECLARATION OF KATHRYN SHEEHAN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER QUASHING NOTICE OF DEPOSITION OF KATHRYN SHEEHAN** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record

| | |
|---|---|
| **John W Dozier, Jr**<br>Dozier Internet Law<br>301 Concourse Blvd<br>West Shore III, Ste 300<br>Glen Allen, VA 23059 | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>_X_ Via ECF |
| **Randall Moeller**<br>**Derek Alan Newman**<br>Newman & Newman<br>1201 Third Avenue, Ste 1600<br>Seattle, WA 98 | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>_X_ Via ECF _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of August, 2012.

        s/ Ashley A. Locke
        Charles C. Sipos, WSBA No. 32825
        Breena M. Roos, WSBA No. 34501
        Ashley Locke, WSBA No. 40521
        **Perkins Coie LLP**
        1201 Third Avenue, Suite 4800
        Seattle, WA 98101-3099
        Telephone: 206.359.8000
        Facsimile: 206.359.9000
        E-mail: csipos@perkinscoie.com
        E-mail: broos@perkinscoie.com
        E-mail: alocke@perkinscoie.com
        Attorneys for Defendants Amazon.com, Inc.
        and IMDb.com, Inc.

DECLARATION OF KATHRYN SHEEHAN IN
SUPPORT OF MOTION FOR PROTECTIVE
ORDER (NO. 2:11-CV-01709) – 3

24976-0480/LEGAL24292050.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000