# EXHIBIT A

**Cairella, Giancarlo**

| | |
|---|---|
| From: | Sheehan, Kathryn |
| Sent: | Wednesday, November 12, 2008 1:47 PM |
| To: | Cairella, Giancarlo; Garver, Adrian |
| Subject: | RE: Privileged and confidential: Junie Hoang |

REDACTED FOR PRIVILEGE

-----Original Message-----
From: Cairella, Giancarlo
Sent: Wednesday, November 12, 2008 1:45 PM
To: Sheehan, Kathryn; Garver, Adrian
Subject: RE: Privileged and confidential: Junie Hoang

REDACTED FOR PRIVILEGE

-----Original Message-----
From: Sheehan, Kathryn
Sent: Wednesday, November 12, 2008 1:07 PM
To: Garver, Adrian; Cairella, Giancarlo
Subject: RE: Privileged and confidential: Junie Hoang

REDACTED FOR PRIVILEGE

-----Original Message-----
From: Garver, Adrian
Sent: Wednesday, November 12, 2008 12:54 PM
To: Cairella, Giancarlo; Sheehan, Kathryn
Subject: RE: Privileged and confidential: Junie Hoang

REDACTED FOR PRIVILEGE

IMDb 000945

-----Original Message-----
From: Cairella, Giancarlo
Sent: Friday, October 03, 2008 10:19 AM
To: Garver, Adrian
Subject: Privileged and confidential: Junie Hoang



REDACTED FOR PRIVILEGE

Date: Thu Oct 2 22:38:13 2008
From: juniehoang@hotmail.com
To: IMDb Help Desk
Subject: BIRTHDATE

URL: http://www.imdb.com/name/nm0387470
THE BIRTHDATE YOU HAVE LISTED ON MY PROFILE IS INCORRECT. MY PREVIOUS AGENT SUBMITTED IT IN ERROR. SHE SEEMED TO HAVE EASILY GOTTEN IT ON HERE WITH ABSOLUTELY NO VERIFICATION, DOCUMENTATION OR IDENTIFICATION. IMDB IS NOW TAKING HER SUBMISSION AS FACT. IMDB WROTE SAYING THAT THE INFO THEY HAVE IS FACTUAL.
PLEASE GO BACK ON YOUR FILES AND SEE IF YOU HAVE ANY DOCUMENTATION, VERIFICATION OR IDENTIFICATION THAT MY BIRTHDATE IS IN 1978. IF YOU DO, PLEASE EMAIL IT TO ME BECAUSE I NEED TO SEE WHAT YOU'RE GOING OFF OF. YOU WON'T FIND ANY PROOF ON RECORD BECAUSE I KNOW THAT 1978 ISN'T MY DATE OF BIRTH, SO PLEASE DELETE IT. I AM NOW TRYING TO REMOVE IT BY ATTACHING FOR YOU A LINK THAT I CREATED AT www.juniehoang.com/imdb FROM THIS LINK, YOU CAN VIEW MY BIRTH CERTIFICATE AND OFFICIAL, NOTARIZED LETTER FROM MY LEGAL COUNSEL/ATTORNEY TO PROVE THAT THE DATA YOU HAVE IS WRONG. I DO NOT HAVE AN OLD OR CURRENT PASSPORT TO SEND YOU. I DON'T KNOW WHY MY AGENT WAS ABLE TO GET MY BIRTHDATE ON HERE SO EASILY WITH NO EVIDENCE WHATSOEVER AND I'M PROVIDING YOU LEGAL DOCUMENTS AND AM GIVEN SUCH A HARD TIME IN JUST TRYING TO GET IT REMOVED. THANKS FOR LOOKING INTO THIS.

IMDb 000946