THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUONG HOANG, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>　　　　　Defendants. | No. 2:11-CV-01709-JCC<br><br>**DECLARATION OF ASHLEY LOCKE IN SUPPORT OF MOTION FOR PROTECTIVE ORDER QUASHING NOTICE OF DEPOSITION OF KATHRYN SHEEHAN** |

I, Ashley Locke, hereby declare as follows:

1. I am one of the attorneys representing defendants Amazon.com, Inc. and IMDb.com, Inc. ("Defendants") in the above-referenced matter. I make this declaration based on personal knowledge and review of records and correspondence relating to the above-referenced matter.

2. Attached as Exhibit A is a true and correct copy of document Bates IMDB000945-46, which is an email string dated November 12, 2008 between Kathryn Sheehan, Adrian Garver, and Giancarlo Cairella. This is the only email relevant to the above-captioned case on which Ms. Sheehan appears.

DECLARATION OF ASHLEY LOCKE IN
SUPPORT OF MOTION FOR PROTECTIVE
ORDER (NO. 2:11-CV-01709) – 1

24976-0480/LEGAL24291734.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. Attached as Exhibit B is a true and correct copy of IMDb.com's privilege log in the above-captioned case, which describes Exhibit A as: "Email string reflecting request for a provision of legal advice regarding Plaintiff's birth date, between G. Cairella, (IMDb.com), A. Garver (Amazon.com legal department), and K. Sheehan (Amazon.com in-house counsel)."

4. Attached as Exhibit C are true and correct copies of deposition notices from Plaintiff's counsel to Defendants' counsel and the cover email from Pollard to Roos dated July 20, 2012.

5. Attached as Exhibit D is a true and correct copy of an email from Jackson to Roos dated July 25, 2012.

6. Attached as Exhibit E are true and correct copies of a letter from Roos to Jackson dated July 30, 2012 and the cover email dated the same date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 1, 2012

By: /s/ Ashley Locke
Ashley A. Locke

DECLARATION OF ASHLEY LOCKE IN
SUPPORT OF MOTION FOR PROTECTIVE
ORDER (NO. 2:11-CV-01709) – 2

24976-0480/LEGAL24291734.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on August 1, 2012, I electronically filed the foregoing **DECLARATION OF ASHLEY LOCKE IN SUPPORT OF MOTION FOR PROTECTIVE ORDER QUASHING NOTICE OF DEPOSITION OF KATHRYN SHEEHAN** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record

| | |
|---|---|
| **John W Dozier, Jr**<br>Dozier Internet Law<br>301 Concourse Blvd<br>West Shore III, Ste 300<br>Glen Allen, VA 23059 | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>_X_ Via ECF |
| **Randall Moeller**<br>**Derek Alan Newman**<br>Newman & Newman<br>1201 Third Avenue, Ste 1600<br>Seattle, WA 98 | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>_X_ Via ECF _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of August, 2012,

/s/ Ashley Locke
Ashley Locke, WSBA No. 40521
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: alocke@perkinscoie.com

Attorneys for Defendants Amazon.com, Inc. and IMDb.com, Inc.

DECLARATION OF ASHLEY LOCKE IN
SUPPORT OF MOTION FOR PROTECTIVE
ORDER (NO. 2:11-CV-01709) – 3

24976-0480/LEGAL24291734.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000