Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HUONG HOANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>Defendants. | NO. 11-cv-01709-MJP<br><br>**DECLARATION OF KEITH SCULLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LIMITED RELIEF FROM DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br><br>September 28, 2012 |

I, Keith Scully, do declare and attest as follows:

1. I am over the age of eighteen (18) years of age, counsel of record for Plaintiff Huong Hoang, and competent to testify to the matters stated herein.

2. Attached as Exhibit A is a true a correct copy of transcript excerpts from the deposition of IMDb's 30(b)(6) representative, Giancarlo Cairella, taken on August 2, 2012.

3. IMDb is the Internet Movie Database, a collection of information about films, actors, and other people who work in the film industry.

4. John Dozier was a Virginia-licensed attorney that Hoang retained in 2011 to file this lawsuit against IMDb and IMDb's parent company, Amazon. In October 2011,

SCULLY DECL
[Case No. 2:11-cv-01709-MJP] - 1

NEWMAN | DU WORS

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

Dozier engaged Newman Du Wors as his local counsel. This Court admitted Dozier to this case pro hac vice four days after the two firms jointly filed the complaint on October 13, 2011. From October 17, 2011 until Dozier's death on August 6, 2012, Dozier was the lead attorney on the case and did not consult with his local counsel. He and his firm filed and argued all motions, conducted all depositions and other discovery, and exclusively managed the case.

5. Dozier died on August 6, 2012, and was seriously ill before then. Among other critical ailments, in the last 18 months before his death Dozier underwent open heart surgery, brain surgery, and daily dialysis.

6. Dozier did identify Duncan Crabtree-Ireland of the Screen Actors Guild (SAG), who could testify to SAG's efforts to get IMDb to take down the actual age of performers and the impact of age disclosure on SAG's members. Dozier also disclosed no experts, instead relying on Hoang and Hoang's casting agent to testify to the impact disclosing an actress's age has on her career. Dozier also relied solely on Hoang, and not a damages expert, to testify about the financial impact of IMDb's misdeeds.

7. In addition, Dozier failed to further investigate after IMDb's Fed. R. Civ. P. 30(b)(6) witness testified that he could not recall information material to the case during a deposition.

8. Hoang has identified an industry expert, director Gil Junger, to testify to IMDb's wide use by casting professionals, and to testify that disclosing actual age can harm an actress's career. Mr. Junger is an experienced Hollywood professional who has cast tens of major movie, television, and other productions. He is familiar with casting industry practices, and can testify, based on his own experience and his knowledge of the industry, that actual age is a key and often determinative factor in making casting decisions and is frequently obtained from IMDb.

9. Hoang further seeks to retract her stipulation to exclude Duncan Crabtree-Ireland, SAG's chief administrative officer and general counsel. SAG represents acting industry professionals, and has lobbied IMDb to stop displaying dates of birth on IMDb's

SCULLY DECL
[Case No. 2:11-cv-01709-MJP] - 2

NEWMAN | DU WORS

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

1  website. Crabtree-Ireland is familiar with the acting industry from the actors' side, and
2  can testify to the importance of IMDb to the acting industry, the need to keep actual age
3  private, and to SAG's efforts to get IMDb to stop publicly displaying screen
4  professional's ages.

5       10.   Hoang has also identified a damages expert, who can testify about her
6  projected earnings with and without IMDb's disclosure of her age. Nicole Liska is an
7  economist who specializes in applied microeconomic theory and econometric and
8  statistical modeling. She has experience valuing future earnings in the entertainment
9  industry, and has been qualified as an expert on previous occasions.

10      11.   Hoang seeks leave to propound limited interrogatories and requests for
11 production related to IMDb's failure to fully respond to deposition questions. Attachment
12 B and C are Hoang's proposed requests for production and interrogatories.

13      I certify and declare under the penalty of perjury under the laws of the United
14 States that to my knowledge the foregoing is true and correct.

16      Dated this 20th day of September, 2012 at Seattle, Washington.

                          _____
                          Keith Scully

SCULLY DECL
[Case No. 2:11-cv-01709-MJP] - 3

NEWMAN | DU WORS

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800