# Exhibit A

```
                                                          Page 1
                 UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
                       SEATTLE DIVISION
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
HUONG HOANG,                          )
                                      )
               Plaintiff,             )
                                      )
    vs.                               )No. 2:11-CV-01709-MJP
                                      )
AMAZON.COM, INC., et al.,             )
                                      )
               Defendants.            )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


   Videotaped 30(b)(6) Deposition Upon Oral Examination

                            of

                     IMDb.com, INC.

                    (JOHN CAIRELLA)

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


                       9:01 A.M.

                    August 2, 2012

              1201 Third Avenue, Ste. 1600

                   Seattle, Washington




       Valerie L. Seaton, RPR, CCR
```

Hoang v. Amazon.com, Inc.                8/2/2012 Giancarlo Cairella 30(b)(6)-CONFIDENTIAL

```
                                                                  Page 2
 1                         APPEARANCES

 2

 3
         FOR THE PLAINTIFF:
 4                DOV SZEGO
                  Attorney at Law
 5                DOZIER INTERNET LAW, P.C.
                  11520 Nuckols Road
 6                Suite 101
                  Glen Allen, Virginia 23059
 7                Dov@cybertriallawyer.com

 8

 9       FOR THE DEFENDANT:
                  BREENA M. ROOS and
10                ASHLEY LOCKE
                  Attorneys at Law
11                1201 Third Avenue
                  Suite 4800
12                Seattle, Washington 98101
                  Broos@perkinscoie.com
13                Alocke@perkinscoie.com

14
         THE COURT REPORTER:
15                VALERIE L. SEATON, RPR, CCR
                  MOBURG, SEATON & WATKINS
16                2033 Sixth Avenue
                  Suite 826
17                Seattle, Washington 98121
                  Valerie@MoburgReporting.com

18

19       THE VIDEOGRAPHER:
                  DAN BASSETT
20                MOBURG, SEATON & WATKINS

21
         ALSO PRESENT:
22                HUONG THU HOANG
                  CHARLES WRIGHT
23

24

25
```

Moburg, Seaton & Watkins  206-622-3110           Court Reporters
2033 Sixth Ave., Ste. 826                        Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                6ada4fae-2456-40af-8257-493fb6a8abde

Page 38

1  the subscriber information for correcting or adding to
2  IMDb's database?
3       A.   No.
4       Q.   In the past year, how many times have you
5  used subscriber information to correct or add to IMDb's
6  database?
7            MS. ROOS:  Object to form.
8       A.   I don't recall any specific case.
9       Q.   (BY MR. SZEGO)  You don't recall a number or
10 you don't recall having done it at all?
11      A.   I don't recall a number and, actually, I
12 don't recall even done it in the last year.
13      Q.   When was the last time you recall having done
14 it?
15      A.   The only case I can think of is your client.
16 I'm not saying that it's never happened on any other
17 occasion, but I can't think of any other case.
18      Q.   What is the website PrivateEye.com?
19      A.   It's a database of public records.
20      Q.   And do you make use of PrivateEye.com?
21      A.   Occasionally, yes.
22      Q.   Specifically, do you use PrivateEye.com for
23 the purposes of correcting or adding to IMDb's
24 database?
25      A.   For correct information, yes.

Page 39

1  Q.  And what are the circumstances under which
2  you would use PrivateEye.com?
3  A.  Well, someone claims that information is
4  incorrect, and we need to double-check whether that's
5  the case or not.
6  Q.  Do you tell people that you're going to use
7  PrivateEye.com before you use it?
8  A.  No.
9  Q.  Do you tell people that you're going to post
10 the information that results from a PrivateEye.com
11 search before you post that information?
12 A.  When people complain that the information is
13 incorrect, we tell them that we will look into it and
14 rectify any inaccuracies.
15         MS. ROOS:  Counsel, I'm going to
16 object.  This line of questioning does not fall under
17 any of the topics that Mr. Cairella is here to testify
18 regarding.
19         MR. SZEGO:  No. 7, "Public records
20 searches performed by IMDb.com for Plaintiff's legal
21 name and/or date of birth, including but not limited to
22 those identified in IMDb.com's responses to Plaintiff's
23 Interrogatories 6 and 7 and Bates documents
24 IMDb001053-1086 and documents regarding searches
25 obtained from Privateye.com."

Hoang v. Amazon.com, Inc.                    8/2/2012 Giancarlo Cairella 30(b)(6)-CONFIDENTIAL

Page 52

```
 1                 C E R T I F I C A T E
 2   STATE OF WASHINGTON   )
                           )  SS.
 3   COUNTY OF PIERCE      )
 4        I, the undersigned Washington Certified Court
     Reporter, pursuant to RCW 5.28.010 authorized to
 5   administer oaths and affirmations in and for the State
     of Washington, do hereby certify:
 6
          That the annexed and foregoing deposition
 7   consisting of Pages 1 through 50 of the testimony of
     each witness named herein was taken stenographically
 8   before me and reduced to typed format under my
     direction;
 9
              I further certify that according to CR 30(e)
10   the witness was given the opportunity to examine, read
     and sign the deposition after the same was transcribed,
11   unless indicated in the record that the review was
     waived;
12
              I further certify that all objections made at
13   the time of said examination to my qualifications or
     the manner of taking the deposition or to the conduct
14   of any party have been noted by me upon each said
     deposition;
15
              I further certify that I am not a relative or
16   employee of any such attorney or counsel, and that I am
     not financially interested in the said action or the
17   outcome thereof;
18            I further certify that each witness before
     examination was by me duly sworn to testify the truth,
19   the whole truth and nothing but the truth;
20            I further certify that the deposition, as
     transcribed, is a full, true and correct transcript of
21   the testimony, including questions and answers, and all
     objections, motions, and exceptions of counsel made and
22   taken at the time of the foregoing examination and was
     prepared pursuant to Washington Administrative Code
23   308-14-135, the transcript preparation format
     guidelines;
24
              I further certify that I am sealing the
25   deposition in an envelope with the title of the above
```

Moburg, Seaton & Watkins  206-622-3110          Court Reporters
2033 Sixth Ave., Ste. 826                       Seattle, WA 98121

```
 1   cause and the name of the witness visible, and I am
     delivering the same to the appropriate authority;
 2
              I further advise you that as a matter of firm
 3   policy, the Stenographic notes of this transcript will
     be destroyed three years from the date appearing on
 4   this Certificate unless notice is received otherwise
     from any party or counsel hereto on or before said
 5   date;
              IN WITNESS WHEREOF, I have hereunto set my
 6   hand and affixed my official seal this 14th day of
     August, 2012.
 7

 8

 9

10

11

12

13   _____

14                              VALERIE L. SEATON, RPR, CCR
                                Certified Court Reporter in
15                              the State of Washington,
                                residing at Tacoma.
16                              License No. 2557

17

18

19

20

21

22

23

24

25
```