THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUONG HOANG, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>  Defendants. | No. 2:11-CV-01709-MJP<br><br>DECLARATION OF GIANCARLO CAIRELLA IN SUPPORT OF IMDb.COM, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>**REDACTED--Confidential and Highly Confidential/Attorneys' Eyes Only Information Redacted** |

I, Giancarlo Cairella, hereby declare as follows:

1. I am Customer Service Manager with Defendant IMDb.com, Inc. ("IMDb") and have held this position from 2001 to the present. I make this declaration based upon my personal knowledge and, if asked, would testify to the truth of the matters herein.

2. The IMDb website, www.IMDb.com, publicly displays factual information about movies, television shows, and the actors, directors, and other professionals who make them, including their dates of birth. The information displayed on the IMDb website includes information regarding actors such as filmography, trivia, photographs, and biographical information, including dates of birth.

CAIRELLA DECLARATION – 1

24976-0480/LEGAL25222390.1

3. In addition to the general website, IMDb offers a subscription service called IMDbPro, which is similar to IMDb's general website but designed for entertainment professionals. IMDbPro provides users access to all data on the general website, plus additional data, such as contact information and production listings.

4. In most cases, the information published on the IMDb website is submitted by IMDb users. From time to time, IMDb conducts its own investigations to ensure that data published on the website is accurate.

5. One of the main goals of IMDb's website is to maintain a database of complete and accurate information about the entertainment industry—in other words, to avoid providing inaccurate information to the public. To that end, IMDb will only remove or change information upon an investigation or proof that the information posted is inaccurate.

6. Plaintiff Huong Hoang ("Hoang") first signed up for a trial IMDbPro account in 2004. Also starting in 2004, she paid IMDb, using her credit card, for various one-time services such as posting a photograph or resume. During these transactions, she provided her legal name to IMDb.

7. On June 20, 2004, IMDb received a submission from IMDb user "ercgreg@hotmail.com." The submission stated that Junie Hoang's date of birth was "REDACTED 1978," and identified the source of her date of birth as "birth certificate." Based on this submission, IMDb posted the REDACTED 978 birth date on Hoang's IMDb profile.

8. The accuracy of the REDACTED 1978 date of birth for Hoang was not disputed by anyone, including Hoang herself, for over three years.

9. From September 2007 through November 2008, Hoang, and agents purporting to act on her behalf, submitted inconsistent and varying information regarding her date of birth to IMDb. IMDb responded repeatedly that, per its policies, it does not remove valid dates of birth from IMDb profiles and will not change dates of birth without credible verification. Copies of correspondences between IMDb and Hoang regarding her date of birth during this period is

CAIRELLA DECLARATION - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24976-0480/LEGAL25222390.1

attached as Exhibits G, H, J, K, L, M, N, O, P, R, T, U, V, and W to the Declaration of Breena Roos in Support of IMDb.com, Inc.'s Motion for Summary Judgment ("Roos Declaration"), filed concurrently.

10. On at least six occasions, IMDb responded to Hoang's multiple requests to the IMDb Help Desk that the birth date on her IMDb profile be deleted. IMDb notified Plaintiff that it could "investigate this matter" if Plaintiff could provide documentation of her date of birth, such as "a complete unredacted photocopy of the first page of [her] passport." Copies of these correspondences are attached as Exhibits M, O, R, and V to the Roos Declaration.

11. In response to IMDb Help Desk's request for a copy of her passport, Hoang mailed IMDb a copy of her Vietnamese birth certificate on or about April 8, 2008. The birth certificate was written in Vietnamese and did not have a clear date of birth, and therefore we could not use it to verify her date of birth. However, it did clearly identify the names of both of her parents as Phong Tung Hoang (father) and Chinh Thi Nguyen (mother). A copy of the birth certificate is attached as Exhibit F to the Roos Declaration.

12. Before November 2008, aside from her Vietnamese birth certificate, Plaintiff had not sent us any other documents to support her complaints and requests to delete the date of birth from her profile.

13. In July 2008, Hoang's lawyer Jalene Mack sent a letter to IMDb. I read this letter, which asked IMDb to remove her date of birth from her IMDb profile because it was incorrect. A copy of this correspondence is attached as Exhibit O to the Roos Declaration.

14. On or about October 2, 2008, Hoang emailed IMDb.com again and demanded that

FILED UNDER SEAL

I personally read this email and understood this request as authorization to IMDb to use the information Hoang had submitted to IMDb when opening her account to investigate her claims. A copy of this correspondence is attached as Exhibit W to the Roos Declaration.

CAIRELLA DECLARATION - 3

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24976-0480/LEGAL25222390.1

15. To respond to Hoang's repeated requests and the letter from her lawyer, I researched to verify that the original submission for Hoang's date of birth was correct. I searched public records online and was unable to verify a date of birth for "June Hoang."

16. I looked up Hoang's IMDb account information in IMDb.com's "IPS database." The IPS database contained Hoang's legal name, submitted by Hoang herself in 2004 when she signed up for an IMDbPro trial.

17. The IPS database does not contain customer credit card numbers. It is only accessible to IMDb's Customer Service team and IMDb technical support.

18. After looking at the IPS database, I searched public records again using Hoang's legal name to verify the accuracy of her date of birth in response to Plaintiff's request. I conducted at least one additional public records search, using www.privateeye.com, for "Huong Thu Hoang."

19. Through these searches, I was able to obtain relevant information from one result, which identified a "Huong Thu Hoang," with the date of birth [REDACTED] 1971—the same month and day of the date of birth that was submitted in 2004 for "Junie Hoang."

20. After finally resolving the mystery of Plaintiff's true date of birth, on or around November 12, 2008, at my direction, a member of the data content team changed the birth date for Hoang's IMDb profile to [REDACTED] 1971.

//
//
//
//
//
//
//

CAIRELLA DECLARATION - 4

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24976-0480/LEGAL25222390.1

21. It is not IMDb's routine practice to use information from its IPS database to verify birth dates or other profile information on its website. To my recollection, the only instance in which this has occurred was with Hoang, due to the unique circumstances described above. As Customer Service Manager, I would be aware if this had occurred in any other instance as part of normal day-to-day IMDb operations.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 28 day of November, 2012.

/s  Giancarlo Cairella

CAIRELLA DECLARATION - 5

24976-0480/LEGAL25222390.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000