# EXHIBIT A

**Exhibit A**

**A.1--Hoang Audition Submission History,
Actors Access, Casting Frontier, Casting Networks, and Now Casting[1]**

| Year | Auditions Requested | Auditions Offered | Auditions Refused | Auditions Attended | Roles Offered | All auditions received per submission | Attended auditions received per submission | Roles Offered per auditions attended |
|---|---|---|---|---|---|---|---|---|
| 2012 | 1047 | 22 | 6 | 16 | 1 | 2.10% | 1.53% | 6.25% |
| 2011 | 1486 | 57 | 12 | 45 | 2 | 3.84% | 3.03% | 4.44% |
| 2010 | 1671 | 39 | 12 | 27 | 0 | 2.33% | 1.62% | 0.00% |
| 2009 | 1501 | 30 | 11 | 19 | 1 | 2.00% | 1.27% | 5.26% |
| 2008 | 1705 | 28 | 10 | 18 | 1 | 1.64% | 1.06% | 5.56% |
| 2007 | 1443 | 19 | 4 | 15 | 1 | 1.32% | 1.04% | 6.67% |
| 2006 | 143 | 2 | 0 | 2 | 0 | 1.40% | 1.40% | 0.00% |

---

[1] Compilation of A.2, A.3, A.4, and A.5.

### A.2--Hoang Audition Submission History, Actors Access[2]

| Year | Auditions Requested | Auditions Offered | Auditions Refused | Auditions Attended | Roles Offered | All auditions received per submission | Attended auditions received per submission | Roles Offered per auditions attended |
|---|---|---|---|---|---|---|---|---|
| 2012 | 564 | 9 | 5 | 4 | 1 | 1.60% | 0.71% | 25.00% |
| 2011 | 1200 | 34 | 11 | 23 | 2 | 2.83% | 1.92% | 8.70% |
| 2010 | 1332 | 35 | 9 | 26 | 0 | 2.63% | 1.95% | 0.00% |
| 2009 | 1127 | 26 | 8 | 18 | 1 | 2.31% | 1.60% | 5.56% |
| 2008 | 1233 | 27 | 10 | 17 | 1 | 2.19% | 1.38% | 5.88% |
| 2007 | 1244 | 19 | 4 | 15 | 1 | 1.53% | 1.21% | 6.67% |
| 2006 | 143 | 2 | 0 | 2 | 0 | 1.40% | 1.40% | 0.00% |

---

[2] *See* Roos Decl., Ex. MM at 415:5-416:8, 416:18-417:3, 417:10-14, 418:4-419:2, 419:12-17, 421:11-13; Exs. NN, GGG.

### A.3--Hoang Audition Submission History, Casting Frontier[3]

| Year | Auditions Requested | Auditions Offered | Auditions Refused | Auditions Attended | Roles Offered | All auditions received per submission | Attended auditions received per submission | Roles Offered per auditions attended |
|---|---|---|---|---|---|---|---|---|
| 2012 | 4 | 3 | 0 | 3 | 0 | 75.00% | 75.00% | 0.00% |
| 2011 | 0 | 3 | 0 | 3 | 0 | 0.00% | 0.00% | 0.00% |
| 2010 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | 0.00% |
| 2009 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | 0.00% |
| 2008 | 0 | 1 | 0 | 1 | 0 | 0.00% | 0.00% | 0.00% |

---

[3] *See* Roos Decl., Ex. MM at 425:10-426:5, 426:12-15, 427:9-20; Exs. OO, PP.

**A.4--Hoang Audition Submission History,
Casting Networks[4]**

| Year | Auditions Requested | Auditions Offered | Auditions Refused | Auditions Attended | Roles Offered | All auditions received per submission | Attended auditions received per submission | Roles Offered per auditions attended |
|---|---|---|---|---|---|---|---|---|
| 2012 | 19 | 9 | 0 | 9 | 0 | 47.37% | 0.00% | 0.00% |
| 2011[5] | 2 | 19 | 0 | 19 | 0 | 950.00% | 0.00% | 0.00% |

---

[4] *See* Roos Decl., Ex. MM at 428:4-18, 430:14-431:1, 431:10-432:1. Exs. QQ, RR.
[5] It appears that the listing provided by Ms. Hoang for this year is incomplete.

A.5--Hoang Audition Submission History,
Now Casting[6]

| Year | Auditions Requested | Auditions Offered | Auditions Refused | Auditions Attended | Roles Offered | All auditions received per submission | Attended auditions received per submission | Roles Offered per auditions attended |
|---|---|---|---|---|---|---|---|---|
| 2012 | 460 | 1 | 1 | 0 | 0 | 0.22% | 0.00% | 0.00% |
| 2011 | 284 | 1 | 1 | 0 | 0 | 0.35% | 0.00% | 0.00% |
| 2010 | 339 | 4 | 3 | 1 | 0 | 1.18% | 0.29% | 0.00% |
| 2009 | 374 | 4 | 3 | 1 | 0 | 1.07% | 0.27% | 0.00% |
| 2008 | 472 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | 0.00% |
| 2007 | 199 | 0 | 0 | 0 | 0 | 0.00% | 0.00% | 0.00% |

---

[6] *See* Roos Decl., Ex. MM at 432:50433:9, 435:1-20; Exs. SS, TT.