THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUONG HOANG, an individual,

        Plaintiff,

   v.

AMAZON.COM, INC., a Delaware corporation; and IMDb.COM, INC., a Delaware corporation,

        Defendants.

No. 2:11-CV-01709-MJP

DECLARATION OF JOEL Y. HIGA IN SUPPORT OF IMDb.COM, INC.'S MOTION FOR SUMMARY JUDGMENT AND AMAZON.COM, INC.'S MOTION FOR SUMMARY JUDGMENT

**REDACTED--Confidential and Highly Confidential/Attorneys' Eyes Only Information Redacted**

I, JOEL Y. HIGA, declare as follows:

1. I am a paralegal at Perkins Coie LLP. I am over 18 years of age and make this declaration based on personal knowledge and review of records and correspondence relating to the above-referenced matter. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. Plaintiff Huong Hoang ("Hoang") produced documents reflecting auditions that she requested, auditions she was offered and attended, and roles she received by submitting her resume through four websites: ███ FILED UNDER SEAL ███

███. Declaration of Breena M. Roos in Support of IMDb.com, Inc.'s Motion for Summary

DECLARATION OF JOEL Y. HIGA
(No. 2:11-CV-01709-MJP) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

LEGAL25254784.1

Judgment and Amazon.com, Inc.'s Motion for Summary Judgment ("Roos Declaration"), Exhibits NN, OO, PP, QQ, RR, SS, TT, and GGG.  Attached hereto as Exhibit A is a series of charts summarizing these documents, prepared by me.  The way each chart was prepared is described in paragraphs 3 through 6, below.  The columns in each of the charts reflect the following information:

    a.    The columns titled "Auditions Requested" list the number of auditions that Hoang requested through the website during a particular year.

    b.    The columns titled "Auditions Offered" list the number of auditions that Hoang was offered during a particular year.

    c.    The columns titled "Auditions Refused" list the number of auditions that Hoang was offered but did not attend during a particular year.

    d.    The columns titled "Auditions Attended" list the number of auditions that Hoang was offered and attended during a particular year.

    e.    The columns titled "Roles Offered" list the number of roles that Hoang was offered during a particular year.

    f.    The columns titled "All Auditions Received Per Submission" list the percentage of Hoang's submissions ("Auditions Requested") that resulted in an audition offer ("Auditions Offered").  I calculated this using the following formula:

        "Auditions Offered" / "Auditions Requested"

    g.    The columns titled "Attended Auditions Received Per Submission" list the percentage of Hoang's submissions ("Auditions Requested") that resulted in an audition that Hoang attended ("Auditions Attended").  I calculated this using the following formula:

        "Auditions Attended" / "Auditions Requested"

DECLARATION OF JOEL Y. HIGA
(No. 2:11-CV-01709-MJP)  – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0480/LEGAL25254784.1

      h.    The columns titled "Roles Offered per Auditions Attended" - This column lists the percentage of auditions that Hoang attended ("Auditions Attended") that resulted in an offer for a role ("Roles Offered"). I calculated this using the following formula:

"Auditions Attended" / "Role Offered"

3. ████ FILED UNDER SEAL ████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████

4. ████ FILED UNDER SEAL ████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████

5. ████ FILED UNDER SEAL ████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

DECLARATION OF JOEL Y. HIGA
(No. 2:11-CV-01709-MJP) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0480/LEGAL25254784.1

1  [FILED UNDER SEAL]
2
3
4
5
6
7
8
9  6.  [FILED UNDER SEAL]
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  7.  Exhibit A.5 is a compilation of Exhibits A.2, A.3, A.4, and A.5, described in paragraphs 3 through 6, above.

8.  Exhibit A is based on documents that Ms. Hoang designated as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

I certify under penalty of perjury that the foregoing is true and correct.

Signed at Seattle, Washington on the date noted below.

DATED: November 29, 2012

_____
Joel Y. Higa

DECLARATION OF JOEL Y. HIGA
(No. 2:11-CV-01709-MJP) – 4

24976-0480/LEGAL25254784.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000