THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUONG HOANG,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>                Defendants. | No. 2:11-CV-01709-MJP<br><br>**DECLARATION OF BREENA M. ROOS IN SUPPORT OF IMDb.COM, INC.'S MOTION FOR SUMMARY JUDGMENT AND AMAZON.COM, INC.'S MOTION FOR SUMMARY JUDGMENT** |

I, Breena M. Roos, hereby declare as follows:

1. I am an associate at Perkins Coie LLP. I am one of the attorneys representing defendants Amazon.com, Inc. and IMDb.com, Inc. ("Defendants") in the above-referenced matter. I make this declaration based on personal knowledge and review of records and correspondence relating to the above-referenced matter.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the transcript of the deposition of Huong Hoang ("Hoang") taken on July 26, 2012 in the above-captioned matter ("Hoang Dep., Vol. I"). Relevant portions of the transcript have been highlighted in grey. Further, the transcript has been redacted in accordance with CR 5.1. Portions of the transcript that have been designated by Hoang as Confidential or Highly Confidential—

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 1

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, have been redacted from the publicly-filed version of this declaration. A non-redacted version is being filed under seal.

3. Attached hereto as Exhibit B is a true and correct copy of portions of Exhibit 1 to the Hoang Dep., Vol. I (Plaintiff's Third Supplemental Objections and Responses to Defendants' Interrogatories and Requests for Production to Plaintiff). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

4. Attached hereto as Exhibit C is a true and correct copy of Exhibit 2 to the Hoang Dep., Vol. I (a screenshot of the IMDbPro.com Main Details page for Junie Hoang). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

5. Attached hereto as Exhibit D is a true and correct copy of Exhibit 7 to the Hoang Dep., Vol. I (IMDbPro Subscriber Agreement, last updated May 18, 2012, Bates numbered IMDb 001094-1097).

6. Attached hereto as Exhibit E is a true and correct copy of Exhibit 9 to the Hoang Dep., Vol. I (the cover page of Ms. Hoang's United States passport and the front of Ms. Hoang's driver's license for the state of Texas, Bates numbered HOANG 00065). This document has been designated by Hoang as Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

7. Attached hereto as Exhibit F is a true and correct copy of Exhibit 10 to the Hoang Dep., Vol. I (a redacted copy of Hoang's birth certificate, Bates numbered HOANG 000064). This document has been designated by Hoang as Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

8. Attached hereto as Exhibit G is a true and correct copy of Exhibit 11 to the Hoang Dep., Vol. I (Bates numbered IMDb 001291-93). This document has been designated by Hoang

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 2

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

9. Attached hereto as Exhibit H is a true and correct copy of Exhibit 12 to the Hoang Dep., Vol. I (Bates numbered IMDb 001037). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

10. Attached hereto as Exhibit I is a true and correct copy of Exhibit 13 to the Hoang Dep., Vol. I (Bates numbered IMDb 001675-76). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

11. Attached hereto as Exhibit J is a true and correct copy of Exhibit 14 to the Hoang Dep., Vol. I (Bates numbered IMDb 001375). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

12. Attached hereto as Exhibit K is a true and correct copy of Exhibit 15 to the Hoang Dep., Vol. I (Bates numbered IMDb 001373). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

13. Attached hereto as Exhibit L is a true and correct copy of Exhibit 16 to the Hoang Dep., Vol. I (Bates numbered IMDb 001356-57). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

14. Attached hereto as Exhibit M is a true and correct copy of Exhibit 18 to the Hoang Dep., Vol. I (Bates numbered IMDb 000960). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 3

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

15. Attached hereto as Exhibit N is a true and correct copy of Exhibit 19 to the Hoang Dep., Vol. I (the envelope and enclosed correspondence, Bates numbered IMDb 001051-52). This document has been designated by Hoang as Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

16. Attached hereto as Exhibit O is a true and correct copy of Exhibit 20 to the Hoang Dep., Vol. I (Bates numbered IMDb 000961). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

17. Attached hereto as Exhibit P is a true and correct copy of Exhibit 21 to the Hoang Dep., Vol. I (a letter from Ms. Hoang to IMDb enclosing correspondence from Ms. Hoang's attorney, Jalene Mack, both dated July 11, 2008, Bates numbered IMDb 001050-51). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

18. Attached hereto as Exhibit Q is a true and correct copy of Exhibit 22 to the Hoang Dep., Vol. I (correspondence from Jenny Bosby dated June 20, 2011, Bates numbered HOANG 000003). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

19. Attached hereto as Exhibit R is a true and correct copy of Exhibit 23 to the Hoang Dep., Vol. I (Bates numbered IMDb 000984). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

20. Attached hereto as Exhibit S is a true and correct copy of Exhibit 24 to the Hoang Dep., Vol. I (Bates numbered IMDb 000985). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 4

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

21. Attached hereto as Exhibit T is a true and correct copy of Exhibit 25 to the Hoang Dep., Vol. I (correspondence Bates numbered IMDb 001032-33). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

22. Attached hereto as Exhibit U is a true and correct copy of Exhibit 26 to the Hoang Dep., Vol. I (Bates numbered IMDb 001289). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

23. Attached hereto as Exhibit V is a true and correct copy of Exhibit 27 to the Hoang Dep., Vol. I (Bates numbered IMDb 00986). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

24. Attached hereto as Exhibit W is a true and correct copy of Exhibit 28 to the Hoang Dep., Vol. I (Bates numbered IMDb 001288). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

25. Attached hereto as Exhibit X is a true and correct copy of Exhibit 29 to the Hoang Dep., Vol. I (Bates numbered IMDb 000963). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

26. Attached hereto as Exhibit Y is a true and correct copy of Exhibit 30 to the Hoang Dep., Vol. I (Bates numbered IMDb 001283-84). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

27. Attached hereto as Exhibit Z is a true and correct copy of Exhibit 31 to the Hoang Dep., Vol. I (a non-government issued identification for the state of Texas with the name

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 5

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

"Hoang, Junie," Bates numbered HOANG 000070). This document has been designated by Hoang as Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

28. Attached hereto as Exhibit AA is a true and correct copy of Exhibit 32 to the Hoang Dep., Vol. I (a copy of a purported United States passport with the name "Phong Junie Hoang"). This document has been designated by Hoang as Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

29. Attached hereto as Exhibit BB is a true and correct copy of Exhibit 33 to the Hoang Dep., Vol. I (Bates numbered IMDb 001281-82). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

30. Attached hereto as Exhibit CC is a true and correct copy of Exhibit 34 to the Hoang Dep., Vol. I (Bates numbered IMDb 001035-36). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

31. Attached hereto as Exhibit DD is a true and correct copy of Exhibit 35 to the Hoang Dep., Vol. I (Bates numbered IMDb 001270). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

32. Attached hereto as Exhibit EE is a true and correct copy of Exhibit 36 to the Hoang Dep., Vol. I (Bates numbered IMDb 001259-60). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

33. Attached hereto as Exhibit FF is a true and correct copy of Exhibit 37 to the Hoang Dep., Vol. I ("Updating Information for Junie Hoang," Bates numbered HOANG

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 6

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

000001). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

34. Attached hereto as Exhibit GG is a true and correct copy of Exhibit 38 to the Hoang Dep., Vol. I (Bates numbered HOANG 000021-23). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

35. Attached hereto as Exhibit HH is a true and correct copy of Exhibit 39 to the Hoang Dep., Vol. I (Bates numbered HOANG 000024-26). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

36. Attached hereto as Exhibit II is a true and correct copy of Exhibit 40 to the Hoang Dep., Vol. I (Hoang's 2008 tax information, Bates numbered HOANG 000031-39). This document has been designated by Hoang as Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

37. Attached hereto as Exhibit JJ is a true and correct copy of Exhibit 41 to the Hoang Dep., Vol. I (Hoang's 2009 tax information, Bates numbered HOANG 000040-44). This document has been designated by Hoang as Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

38. Attached hereto as Exhibit KK is a true and correct copy of Exhibit 42 to the Hoang Dep., Vol. I (Hoang's 2010 tax information, Bates numbered HOANG 000045-55). This document has been designated by Hoang as Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

39. Attached hereto as Exhibit LL is a true and correct copy of Exhibit 43 to the Hoang Dep., Vol. I (Hoang's 2011 tax information, Bates numbered HOANG 000056-63). This document has been designated by Hoang as Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 7

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

40. Attached hereto as Exhibit MM is a true and correct copy of portions of the transcript of the deposition of Huong Hoang taken on August 7, 2012 in the above-captioned matter ("Hoang Dep., Vol. II"). Relevant portions of the transcript have been highlighted in grey. Further, the transcript has been redacted in accordance with CR 5.1. Portions of the transcript that have been designated by Hoang as Confidential or Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, have been redacted from the publicly-filed version of this declaration. A non-redacted version is being filed under seal.

41. Attached hereto as Exhibit NN is a true and correct copy of Exhibit 48 to the Hoang Dep., Vol. II (Actors Access document Bates numbered HOANG 000170-85). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal. Due to the illegible nature of this copy, an electronic version of HOANG 000170-85 is provided on a disk as Exhibit FFF. *See* Paragraph 60.

42. Attached hereto as Exhibit OO is a true and correct copy of Exhibit 50 to the Hoang Dep., Vol. II (Casting Frontier document Bates numbered HOANG 000565-88). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal. Due to the illegible nature of this copy, an electronic version of HOANG 000565-88 is provided on a disk as Exhibit FFF. *See* Paragraph 60.

43. Attached hereto as Exhibit PP is a true and correct copy of Exhibit 51 to the Hoang Dep., Vol. II (Casting Frontier document Bates numbered HOANG 000186). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal. Due to the illegible nature of this copy, an electronic version of HOANG 000186 is provided on a disk as Exhibit FFF. *See* Paragraph 60.

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 8

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

44.     Attached hereto as Exhibit QQ is a true and correct copy of Exhibit 52 to the Hoang Dep., Vol. II (Casting Networks Incorporated document Bates numbered HOANG 000589-94). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal. Due to the illegible nature of this copy, an electronic version of HOANG 000589-94 is provided on a disk as Exhibit FFF. *See* Paragraph 60.

45.     Attached hereto as Exhibit RR is a true and correct copy of Exhibit 53 to the Hoang Dep., Vol. II (Casting Networks Incorporated document Bates numbered HOANG 000595-600). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal. Due to the illegible nature of this copy, an electronic version of HOANG 000595-600 is provided on a disk as Exhibit FFF. *See* Paragraph 60.

46.     Attached hereto as Exhibit SS is a true and correct copy of Exhibit 54 to the Hoang Dep., Vol. II (Now Casting document Bates numbered HOANG 000601-62). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal. Due to the illegible nature of this copy, an electronic version of HOANG 000601-62 is provided on a disk as Exhibit FFF. *See* Paragraph 60.

47.     Attached hereto as Exhibit TT is a true and correct copy of Exhibit 55 to the Hoang Dep., Vol. II (Now Casting document Bates numbered HOANG 000187). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal. Due to the illegible nature of this copy, an electronic version of HOANG 000187 is provided on a disk as Exhibit FFF. *See* Paragraph 60.

48.     Attached hereto as Exhibit UU is a true and correct copy of Exhibit 56 to the Hoang Dep., Vol. II (Plaintiff's Objections and Responses to Defendants' Second Set of Interrogatories and Requests for Production to Plaintiff).  This document has been designated by

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 9

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Hoang as Confidential or Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

49.   Attached hereto as Exhibit VV is a true and correct copy of Exhibit 57 to the Hoang Dep., Vol. II (Plaintiff's Amended Objections and Responses to Defendants' Second Set of Interrogatories and Requests for Production to Plaintiff). This document has been designated by Hoang as Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

50.   Attached hereto as Exhibit WW is a true and correct copy of Exhibit 58 to the Hoang Dep., Vol. I (Bates numbered HOANG 000167-69). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

51.   Attached hereto as Exhibit XX is a true and correct copy of Exhibit 59 to the Hoang Dep., Vol. II (Bates numbered HOANG 000164-66). This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal.

52.   Attached hereto as Exhibit YY is a true and correct copy of the IMDbPro Subscriber Agreement, captured from www.imdb.com on November 9, 2011.

53.   Attached hereto as Exhibit ZZ is a true and correct copy of the IMDbPro Privacy Policy, captured from www.imdb.com on November 9, 2011.

54.   Attached hereto as Exhibit AAA is a true and correct copy of a screenshot of IMDb's "Submission Guides: Biographical Information," captured from http://www.imdb.com/updates/guide/bio_all_guides (IMDb 000058-62).

55.   Attached hereto as Exhibit BBB is a true and correct copy of correspondence from John W. Dozier, Jr. to L. Michelle Wilson, dated May 4, 2011 (Bates numbered IMDb 000065).

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 10

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

56. Attached hereto as Exhibit CCC is a true and correct copy of correspondence from David A. Zapolsky to John W. Dozier, Jr., dated May 10, 2011 (Bates numbered IMDb 000066).

57. Attached hereto as Exhibit DDD is a true and correct copy of portions of the transcript of the deposition of Joe Kolkowitz taken on August 7, 2012 in the above-captioned matter. Relevant portions of the transcript have been highlighted in grey. Further, the transcript has been redacted in accordance with CR 5.1. Portions of the transcript that have been designated by Hoang as Confidential or Highly Confidential—Attorneys' Eyes Only pursuant to the Stipulated Protective Order, Dkt. No. 58, have been redacted from the publicly-filed version of this declaration. A non-redacted version is being filed under seal.

58. Attached hereto as Exhibit EEE is a true and correct copy of Plaintiff Huong Hoang's Rule 26(a)(1) Initial Disclosures.

59. Attached hereto as Exhibit FFF is a true and correct copy of documents Bates numbered HOANG 000200-564. This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal. Further, due to the volume of this document (365 pages), Exhibit FFF will be filed in CD form with the Clerk's Office rather than electronically.

60. Attached hereto as Exhibit GGG is a true and correct copy of a disk containing documents Bates numbered HOANG 000170-85, HOANG 000565-88, HOANG 000186, HOANG 000589-94, HOANG 000595-600, HOANG 000601-62, and HOANG 000187. This document has been designated by Hoang as Confidential pursuant to the Stipulated Protective Order, Dkt. No. 58, and therefore is being filed under seal. These documents are attached in the hard-copy format used in depositions as Exhibits NN, OO, PP, QQ, RR, SS, and TT, respectively.

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 11

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: November 29, 2012

By: /s/ Breena M. Roos
Breena M. Roos

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 12

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on November 29, 2012, I electronically filed the foregoing **DECLARATION OF BREENA M. ROOS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record

| | |
|---|---|
| **Derek Alan Newman** | ___ Via hand delivery |
| **Keith Scully** | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| **Charlotte Williams** | ___ Via Overnight Delivery |
| Newman Du Wors LLP | ___ Via Facsimile |
| 1201 Third Avenue, Ste 1600 | X___ Via Email |
| Seattle, WA 98 | X_ Via ECF _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of November, 2011.

    s/ Breena M. Roos
Charles C. Sipos, WSBA No. 32825
Breena M. Roos, WSBA No. 34501
Ashley Locke, WSBA No. 40521
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: emcdougall@perkinscoie.com
E-mail: broos@perkinscoie.com
E-mail: alocke@perkinscoie.com
Attorneys for Defendants Amazon.com, Inc. and IMDb.com, Inc.

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 13

24976-0480/LEGAL25200173.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000