EXHIBIT A

Hoang, Huong                                July 26, 2012

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

-------------------------------------------------------

Huong Hoang,                    )

            Plaintiff,     )

            vs.            ) No. 2:11-CV-01709-MJP

Amazon.com, Inc., et al.,   )

            Defendants.     )

-------------------------------------------------------

PURSUANT TO PROTECTIVE ORDER, PORTIONS OF THIS

TRANSCRIPT DESIGNATED ATTORNEYS EYES ONLY

and CONFIDENTIAL (SEE INDEX PAGE)


VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

HUONG HOANG, Volume 1

-------------------------------------------------------

9:04 a.m.

July 26, 2012

1201 Third Ave

Seattle, Washington



Margaret Walkky, CCR, RPR, RMR, CRR

Court Reporter, License No. 2540

Hoang, Huong                                          July 26, 2012

```
                                                         Page 2

 1                  A P P E A R A N C E S

 2

 3   For Plaintiff:              DOV M. SZEGO

 4                               JOHN W. DOZIER, JR.

 5                               Dozier Internet Law

 6                               11520 Nuckols Road

 7                               Suite 101

 8                               Glen Allen, Virginia 23059

 9                               804-346-9770

10                               dov@cybertriallawyer.com

11

12   For Defendants:             BREENA M. ROOS

13                               ASHLEY A. LOCKE

14                               Perkins Coie

15                               1201 Third Ave, Ste 4800

16                               Seattle, Washington 98101

17                               206-359-8000

18                               broos@perkinscoie.com

19

20   Also Present:              Charles Wright, Amazon

21                               Patrick Norton,

22                                   Videographer

23

24

25
```

Hoang, Huong                                    July 26, 2012

                                                      Page 4

 1                        I N D E X

 2

 3   EXAMINATION                                     PAGE

 4   By Ms. Roos                                     9

 5

 6   EXHIBIT          DESCRIPTION                    PAGE

 7   1       Plaintiff's third supplemental          27

 8           objections and responses, CONFIDENTIAL

 9   2       IMDbPro Junie Hoang:  Main details,      35

10           CONFIDENTIAL

11   3       Facebook, Robert Pafundi, CONFIDENTIAL   90

12   4       Email to ▆▆FILED UNDER SEAL▆▆ from       92

13           ▆▆FILED UNDER SEAL▆▆ , CONFIDENTIAL

14   5       Email to Marr from Lewine, 1-26-12,     114

15           CONFIDENTIAL

16   6       System log, 4-27-12, CONFIDENTIAL       121

17   7       IMDbPro subscriber agreement, 5-18-12   130

18   8       Second amended complaint for damages    141

19           and injunctive relief with jury demand

20   9       Copy of Texas driver's license and      144

21           passport, AEO

22   10      Birth certificate, AEO                  152

23   11      Email to IMDb from Hoang, 9-9-08,       209

24           CONFIDENTIAL

25

Hoang, Huong                                          July 26, 2012

Page 5

| 1 | EXHIBIT | DESCRIPTION | PAGE |
|---|---------|-------------|------|
| 2 | 12 | Email to IMDb help desk from Hoang, | 212 |
| 3 |    | 11-29-08, CONFIDENTIAL | |
| 4 | 13 | IMDb bio, CONFIDENTIAL | 251 |
| 5 | 14 | Email to IMDb from Hoang, 9-29-07, | 256 |
| 6 |    | CONFIDENTIAL | |
| 7 | 15 | Email to IMDb from Hoang, 10-4-07, | 259 |
| 8 |    | CONFIDENTIAL | |
| 9 | 16 | Email to IMDb from Hoang, 11-26-07, | 260 |
| 10 |   | CONFIDENTIAL | |
| 11 | 17 | Email filmography, CONFIDENTIAL | 261 |
| 12 | 18 | Email to IMDb help desk from Hoang, | 261 |
| 13 |   | 1-1-08, CONFIDENTIAL | |
| 14 | 19 | Birth certificate and handwritten | 262 |
| 15 |   | notes, AEO | |
| 16 | 20 | Email to IMDb help desk from Hoang, | 266 |
| 17 |   | 4-20-08, CONFIDENTIAL | |
| 18 | 21 | Letter to IMDb/Amazon.com from Hoang, | 266 |
| 19 |   | 7-11-08, CONFIDENTIAL | |
| 20 | 22 | Letter to whom it may concern from | 266 |
| 21 |   | Bosby, 6-20-11, CONFIDENTIAL | |
| 22 | 23 | Email to Hoang from IMDb help desk, | 269 |
| 23 |   | 9-15-08, CONFIDENTIAL | |
| 24 | 24 | Email to Hoang from IMDb help desk, | 270 |
| 25 |   | 9-15-08, CONFIDENTIAL | |

Hoang, Huong                                    July 26, 2012

Page 6

| 1 | EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|---|
| 2 | 25 | Email to IMDb help desk from Hoang, | 270 |
| 3 |   | 9-15-08, CONFIDENTIAL |   |
| 4 | 26 | Email to IMDb from Hoang, 9-18-08, | 271 |
| 5 |   | CONFIDENTIAL |   |
| 6 | 27 | Email to Hoang from IMDb help desk, | 271 |
| 7 |   | 9-25-08, CONFIDENTIAL |   |
| 8 | 28 | Email to IMDb from Hoang, 10-1-08, | 272 |
| 9 |   | CONFIDENTIAL |   |
| 10 | 29 | Email to IMDb help desk from Hoang, | 276 |
| 11 |   | 11-14-08, CONFIDENTIAL |   |
| 12 | 30 | Email to IMDb from Hoang, 11-16-08, | 277 |
| 13 |   | CONFIDENTIAL |   |
| 14 | 31 | Copy of Texas Department of | 280 |
| 15 |   | Identification, AEO |   |
| 16 | 32 | Passport, Junie Phong Hoang, AEO | 283 |
| 17 | 33 | Email to IMDb from Hoang, 11-20-08, | 286 |
| 18 |   | CONFIDENTIAL |   |
| 19 | 34 | Email to IMDb help desk from Hoang, | 286 |
| 20 |   | 11-27-08, CONFIDENTIAL |   |
| 21 | 35 | Email to IMDbPro from Hoang, | 287 |
| 22 |   | 11-29-08, CONFIDENTIAL |   |
| 23 | 36 | Email to IMDb from Hoang, 1-1-09, | 289 |
| 24 |   | CONFIDENTIAL |   |
| 25 |   |   |   |

Hoang, Huong                                      July 26, 2012

Page 7

| | EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|---|
| 1 | | | |
| 2 | 37 | Updating information for Junie Hoang, | 290 |
| 3 | | CONFIDENTIAL | |
| 4 | 38 | Filmography, 2005 to 2011, AEO | 313 |
| 5 | 39 | List of income, CONFIDENTIAL | 344 |
| 6 | 40 | 2008 tax documents, AEO | 345 |
| 7 | 41 | 2009 tax documents, AEO | 349 |
| 8 | 42 | 2010 tax documents, AEO | 350 |
| 9 | 43 | 2011 tax documents, AEO | 351 |
| 10 | 44 | IMDb Big Momma's House project notes | 356 |
| 11 | 45 | IMDb Tropic Thunder project notes | 365 |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Hoang, Huong                                    July 26, 2012

Page 8

1                    THE VIDEOGRAPHER:  We are on the record.

2       My name is Patrick Norton.  I'm a video technician

3       contracted by Seattle Deposition Reporters located in

4       suite 320, One Union Square, 600 University Street,

5       Seattle, Washington.

6                    This is the videotaped deposition of Huong

7       Hoang in the matter of Huong Hoang versus Amazon.com,

8       et al, number 2:11-CV-01709-MJP in the United States

9       District Court, Western District of Washington at

10      Seattle.  Today's date is July 26th, 2012.  The time is

11      now 9:04 a.m.  This deposition is being taken at 1201

12      Third Avenue, Seattle, Washington and was noticed by

13      defendant.

14                   Counsel, please introduce yourselves and

15      state whom you represent.

16                   MS. ROOS:  Breena Roos from Perkins Coie

17      representing defendants Amazon.com, Inc. and IMDb.com.

18      Inc.

19                   MS. LOCKE:  Ashley Locke from Perkins Coie

20      representing defendants as well.

21                   MR. WRIGHT:  Charles Wright from

22      Amazon.com.

23                   MR. DOZIER:   John Dozier from Dozier

24      Internet Law representing the plaintiff.

25                   MR. SZEGO:  Dov Szego from Dozier Internet

Hoang, Huong                                          July 26, 2012

Page 9

1    Law also representing the plaintiff.

2              THE VIDEOGRAPHER:  Margaret Walkky is the

3    court reporter.  Would the reporter please swear in the

4    witness.

5

6    Whereupon,

7    HUONG HOANG,

8    having been first duly sworn, was called as a witness

9    herein and was examined and testified as follows:

10

11              E X A M I N A T I O N

12   BY MS. ROOS:

13        Q.   Ms. Hoang, could you please state your

14   full name for the record?

15        A.   Huong Hoang.

16              (Following material designated

17   ATTORNEYS EYES ONLY.)

18

19

20

21

22

23

24

25

Exhibit A, Page 9

Hoang, Huong                                          July 26, 2012

Page 18

1    BY MS. ROOS:

FILED UNDER SEAL

20              (Following material designated

21    CONFIDENTIAL.)

22

23

24

25

Hoang, Huong                                        July 26, 2012

Page 25

1                    (Following material designated

2      ATTORNEYS EYES ONLY.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 26

1   BY MS. ROOS:

FILED UNDER SEAL

4                   (End of ATTORNEYS EYES ONLY material.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                        July 26, 2012

Page 28

1              MS. ROOS:  Patrick and Margaret have not

2       yet signed it, but they will do so today.  As I said

3       before we started, my assistant is on her way up with

4       copies.

5              MR. SZEGO:  All right.  I will note for

6       the record then for future purposes, we're going into

7       things that address the protective order in the event

8       that you attempt to use the deposition for other

9       purposes in the future.  Go ahead.

10         Q.   Ms. Hoang, you've been handed what's been

11      marked as Exhibit-1.  Have you seen this document

12      before?

13         A.   Yes, I looked over it briefly.

14         Q.   Okay, and for the record, it is

15      plaintiff's third supplemental objections and responses

16      to defendants' interrogatories and requests for

17      production to plaintiff.

18         A.   Uh-huh.

19         Q.   I'm going to ask you to turn to page 11.

20      Interrogatory No. 8 asks you to identify any and all

21      casting directors, producers, directors and

22      agents/managers that have directly worked with you in a

23      professional capacity, and you have listed four

24      individuals; is that right?

25         A.   Yes.

Hoang, Huong                                    July 26, 2012

                                                        Page 32

 1   BY MS. ROOS:

 2           Q.    What does a print agent do?

 3           A.    They find auditions and jobs for you in

 4   the area of commercial print.

 5           Q.    So that would be photo shoots and similar?

 6           A.    Pictures.

 7           Q.    Pictures?

 8           A.    Commercial.

 9                 (Following material designated

10   CONFIDENTIAL.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 33

1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

FILED UNDER SEAL

24                    (End of CONFIDENTIAL material.)

25

Hoang, Huong                                           July 26, 2012

Page 35

1   BY MS. ROOS:

2           Q.    Any other agents?

3           A.    Right now, they don't come to mind.

4                 (Exhibit-2 marked.)

5           Q.    So you've been handed what's been marked

6   as Exhibit-2.

7           A.    Oh, I have two different.  Is this

8   supposed to be like that?

9           Q.    They're one exhibit together.

10          A.    Oh, okay.

11          Q.    So you can keep them together.

12          A.    Okay.

13          Q.    Have you seen this before?

14          A.    Yes.

15          Q.    And it's a profile for Junie Hoang on

16  IMDbPro?

17          A.    Yes.

18          Q.    Who is Junie Hoang?

19          A.    That is my stage name, acting persona.

20          Q.    So this is your acting profile on IMDbPro?

21          A.    Yes.

22          Q.    If you can turn to the page that lists

23  your representation.

24          A.    Uh-huh.

25          Q.    And here it lists Ms. Walsh,

Hoang, Huong                                    July 26, 2012

Page 38

1 . BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

FILED UNDER SEAL

Exhibit A, Page 19

Hoang, Huong                                          July 26, 2012

Page 49

1   BY MS. ROOS:

2          Q.   Okay.  I'm going to ask you to look at

3   Exhibit-2 again and ask you about, if you could look at

4   the first page.  I want to go through your

5   filmography --

6          A.   Okay.

7          Q.   -- and ask you about specific, specific

8   items.  First, you mentioned at the outset that you had

9   just finished working on a film called Pretty Perfect?

10         A.   Yes.

11              (Following material designated

12   CONFIDENTIAL.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                          July 26, 2012

Page 50

 1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 53

1   BY MS. ROOS:

2           Q.   I'm going to ask you to turn back to --

3   actually, no.

4                Let's go back to Exhibit-2.  Looking at

5   the first item on the list, Dysfunctional Friends?

6           A.   What is Dysfunctional Friends, you mean?

7           Q.   What type of a production is it, is it a

8   movie?

9           A.   It's a film.

10          Q.   And what was your role?

11          A.   I played an assistant.

12          Q.   An assistant.  Was that Star, was that the

13  name of the character?

14          A.   Yes.

15               (Following material designated

16  CONFIDENTIAL.)

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 54

1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                           July 26, 2012

                                                            Page 58

1   BY MS. ROOS:

2           Q.   You worked on --

3           A.   Gingerdead Man 2.

4           Q.   In the past?

5           A.   Yes.  Don't forget that one.

6           Q.   When did you film Gingerdead Man 3?

7           A.   I believe that was filmed -- it came out

8   in 2011, so I believe it filmed that same year, or it

9   could have been filmed in October of 2010.

10          Q.   I'm going to move a little bit down.  A

11  Gang Land Love Story, is that also a film?

12          A.   Yes.

13          Q.   What role did you play on that film?

14          A.   I played an assassin.

15               (Following material designated

16  CONFIDENTIAL.)

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 59

    1   BY MS. ROOS:

FILED UNDER SEAL

    8                    (End of CONFIDENTIAL material.)

    9

   10

   11

   12

   13

   14

   15

   16

   17

   18

   19

   20

   21

   22

   23

   24

   25

Hoang, Huong                                    July 26, 2012

Page 70

1   BY MS. ROOS:

2          Q.   I'm going to ask you to go back to

3   Exhibit-1, on page 12.  Interrogatory number 11 asks

4   you to identify all unions other acting organizations

5   in which you are a member.

6          A.   Yes.

7          Q.   Your response is you're not currently a

8   member of any unions or acting organizations but you're

9   SAG-AFTRA eligible; is that right?

10         A.   Yes.

11         Q.   Can you explain what that means, SAG-AFTRA

12   eligible?

13         A.   That means that you've met their

14   eligibility requirements to join the union.

15         Q.   So just to make clear, is SAG-AFTRA the

16   Screen Actors Guild and American Federation of

17   Television and Radio Artists?

18         A.   Yes.

19         Q.   So that's an actors union?

20         A.   Yes.

21         Q.   How does one become eligible for the

22   actors union?

23         A.   You have to get -- I'm not sure what their

24   eligibility is right now, but I believe you have to get

25   a speaking credit in a union production or you can work

Hoang, Huong                                      July 26, 2012

                                                          Page 72

    1   BY MS. ROOS:

FILED UNDER SEAL

    7                     (End of CONFIDENTIAL material.)

    8

    9

   10

   11

   12

   13

   14

   15

   16

   17

   18

   19

   20

   21

   22

   23

   24

   25

Hoang, Huong                                          July 26, 2012

Page 97

1    BY MS. ROOS:

2          Q.   Okay.  Are there any other email accounts

3    that we haven't already discussed today that you use in

4    any way?

5          A.   That belong to me, no.

6               (Following material designated

7    CONFIDENTIAL.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com     206.622.6661 * 800.657.1110  FAX: 206.622.6236

Exhibit A, Page 28

Hoang, Huong                                    July 26, 2012

Page 98

FILED UNDER SEAL

```
20              (End of CONFIDENTIAL material.)

21              (Following material designated

22     ATTORNEYS EYES ONLY.)

23

24

25
```

Hoang, Huong                                              July 26, 2012

Page 99

FILED UNDER SEAL

    4                    (End of ATTORNEYS EYES ONLY material.)

    5

    6

    7

    8

    9

   10

   11

   12

   13

   14

   15

   16

   17

   18

   19

   20

   21

   22

   23

   24

   25

Exhibit A, Page 30

Hoang, Huong                                          July 26, 2012

Page 100

1                    (Following material designated

2        CONFIDENTIAL.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

```
                                                Page 101
    1    BY MS. ROOS:
```
FILED UNDER SEAL

```
   16                 (End of CONFIDENTIAL material.)

   17

   18

   19

   20

   21

   22

   23

   24

   25
```

Exhibit A, Page 32

Hoang, Huong                                        July 26, 2012

```
                                                     Page 102
   1                     (Following material designated

   2    ATTORNEYS EYES ONLY.)

   3

   4

   5

   6

   7

   8

   9

  10

  11

  12

  13

  14

  15

  16

  17

  18

  19

  20

  21

  22

  23

  24

  25
```

Hoang, Huong                                    July 26, 2012

Page 103

FILED UNDER SEAL

    4              (End of ATTORNEYS EYES ONLY material.)

    5

    6

    7

    8

    9

   10

   11

   12

   13

   14

   15

   16

   17

   18

   19

   20

   21

   22

   23

   24

   25

Hoang, Huong                                          July 26, 2012

```
                                                    Page 104

  1                  (Following material designated

  2      CONFIDENTIAL.)

  3

  4

  5

  6

  7

  8

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

Hoang, Huong                                    July 26, 2012

Page 105

1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                        July 26, 2012

Page 111

1   BY MS. ROOS:

2          Q.   Now I'm going to ask you to look a little

3   bit further down the page to request number 7, which

4   asks for all state and federal tax returns that you

5   filed with the United States IRS or any other state for

6   the past six years.  When we spoke earlier about your

7   document practices, you said you keep financial records

8   relating to your acting career for tax purposes?

9          A.   Yes.

10         Q.   And you keep those for the last three

11  years?

12         A.   Yes.

13         Q.   Where are they stored?

14         A.   The tax forms?

15         Q.   Yes.

16         A.   I have them on hardcopy, going back the

17  past three years.

18         Q.   You said you also keep pay stubs?

19         A.   Well, only if it pertains to that tax

20  year.

21              (Following material designated

22  ATTORNEYS EYES ONLY.)

23

24

25

Hoang, Huong                                      July 26, 2012

Page 112

1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 113

FILED UNDER SEAL

6            (End of ATTORNEYS EYES ONLY material.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                          July 26, 2012

```
                                                        Page 117

  1   BY MS. ROOS:

  2          Q.   Did you look through any electronic files

  3   on your laptop for documents that identify you as Junie

  4   Hoang?

  5          A.   Well, those documents I've produced like

  6   my resume.

  7          Q.   Okay.  I'm going to switch gears a little

  8   bit.  So you're familiar with IMDb.com, correct?

  9          A.   Yes.

 10               (Following material designated

 11   CONFIDENTIAL.)

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

Hoang, Huong                                    July 26, 2012

Page 118

BY MS. ROOS:

FILED UNDER SEAL

8              (End of CONFIDENTIAL material.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                        July 26, 2012

Page 119

1   BY MS. ROOS:

2          Q.   Why did you start using IMDb?

3          A.   Because it's the bible of the industry.

4   It's the number one reference tool.

5          Q.   And how did you start using it?  You said

6   you started adding information?

7          A.   Yes, to my profile.

8          Q.   Things like acting credits?

9          A.   Uh-huh, yes.

10         Q.   Are you familiar with IMDbPro?

11         A.   Yes.

12              (Following material designated

13   CONFIDENTIAL.)

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                        July 26, 2012

```
                                                    Page 121

 1                  (Exhibit-6 marked.)

 2     BY MS. ROOS:

 3          Q.   You have been handed what's been marked as

 4     Exhibit-6.

 5          A.   Uh-huh.

 6          Q.   Have you seen this document before?

 7          A.   No.

 8          Q.   So let's walk through it.

 9          A.   Okay.

10          Q.   It's a system log?

11               MR. SZEGO:   Objection, foundation.   Go

12     ahead.

13          Q.   And at the top it says for Huong Hoang?

14          A.   Yes.

15               (Following material designated

16     CONFIDENTIAL.)

17

18

19

20

21

22

23

24

25
```

Hoang, Huong                                          July 26, 2012

                                                      Page 122

FILED UNDER SEAL

    12                    (End of CONFIDENTIAL material.)

    13

    14

    15

    16

    17

    18

    19

    20

    21

    22

    23

    24

    25

Hoang, Huong                                        July 26, 2012

                                                          Page 123

1    BY MS. ROOS:

2            Q.   Yes.

3            A.   Yes.

4            Q.   Does that refresh your recollection about

5    when you subscribed to IMDbPro?

6            A.   I believe that was a two-week trial

7    period.

8            Q.   Okay, and you used it for two weeks?

9            A.   Yes.

10           Q.   And then what happened?

11           A.   Then I didn't want the service so I never

12   subscribed.

13           Q.   Then did you ever subscribe again?

14           A.   For the annual subscription?

15                (Following material designated

16   CONFIDENTIAL.)

17

18

19

20

21

22

23

24

25

Hoang, Huong                                          July 26, 2012

Page 124

1   BY MS. ROOS:

FILED UNDER SEAL

6                  (End of CONFIDENTIAL material.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 125

 1   BY MS. ROOS:

 2          Q.    Okay.  So IMDb charged you before that for

 3   different services on IMDb?

 4          A.    For like to put an individual picture up

 5   or for like a resume or something.

 6          Q.    When you eventually did decide to sign up

 7   for an annual subscription of IMDbPro, why did you

 8   decide to do that?

 9          A.    Because it allowed me to see more

10   information that was on the website.

11          Q.    What type of information?

12          A.    Who is represented by what agency.

13          Q.    How is that useful to you in your career?

14          A.    Because when you work with other actors,

15   when you're submitting for producers, you can see who

16   represents them.  It's a way to contact them.

17          Q.    Do you use IMDbPro for any other purpose?

18          A.    Usually -- no, most of the time it's to

19   look up people's representation, plus you can get

20   access to the star meter ranking.

21          Q.    What's the star meter ranking?

22          A.    It just ranks everyone in the

23   entertainment business as far as how many searches

24   people have done on a particular person.

25          Q.    How is that useful?

Hoang, Huong                                    July 26, 2012

```
                                                    Page 132
 1   BY MS. ROOS:

 2          Q.   Did you read any other documents on IMDb

 3   before signing up for IMDbPro for your annual

 4   subscription?

 5          A.   I did on Amazon's --

 6          Q.   I'm sorry, you looked on --

 7          A.   -- privacy.

 8          Q.   You looked at Amazon?

 9          A.   Because I actually used Amazon before I

10   used IMDb.

11          Q.   Did you look at anything else on IMDb's

12   website?

13          A.   Just their subscriber agreement and their

14   policy.

15          Q.   When you say "their policy," you mean the

16   privacy policy?

17          A.   Privacy policy.

18          Q.   And then you mentioned you looked at

19   Amazon's?

20          A.   Yes, briefly Amazon's.

21               (Following material designated

22   CONFIDENTIAL.)

23

24

25
```

Hoang, Huong                                      July 26, 2012

Page 133

FILED UNDER SEAL

     8                    (End of CONFIDENTIAL material.)

     9

    10

    11

    12

    13

    14

    15

    16

    17

    18

    19

    20

    21

    22

    23

    24

    25

Case 2:11-cv-01709-MJP   Document 97-1   Filed 11/29/12   Page 50 of 191

Page 134

1   BY MS. ROOS:

2          Q.   Was that in relation to a purchase on

3   Amazon?

4          A.   A couple of purchases.

5          Q.   Okay.  So we've spoken a little bit about

6   the name Junie Hoang and you used that in your acting

7   career?

8          A.   Yes.

9          Q.   How long have you used that name?

10         A.   It's a nickname.

11         Q.   How long have you gone by the nickname

12  Junie?

13         A.   My dad always gave it to me as a pet name.

14         Q.   When you were growing up?

15         A.   Uh-huh.

16         Q.   When did you start using that name as a

17  stage name in your acting career?

18         A.   Always.

19         Q.   Did you go by Junie when you were in

20  college?

21         A.   Yes.

22         Q.   If someone were to go back to Texas A&M

23  and look at your college transcript or your degree,

24  your diploma, which name would it have on it?

25         A.   My legal name.

Hoang, Huong                                    July 26, 2012

Page 135

1        Q.   It would have your legal name, but your
2   friends and whoever called you Junie?
3        A.   Yes.
4        Q.   Why do you use Junie in relation to your
5   acting career?
6        A.   For privacy reasons.
7        Q.   Any other reasons?
8        A.   It's easier to say.
9        Q.   Any other reasons?
10       A.   Easier to pronounce, easier to spell, more
11   Americanized.
12       Q.   Any other reasons?
13       A.   Basically those are the main ones.
14       Q.   So who knows your legal name?  I mean,
15   your parents probably?
16       A.   Probably, yeah.
17       Q.   Other people in your family?
18       A.   Family, very, very close friends.
19       Q.   When you say "close friends," how many
20   friends know your legal name?
21       A.   Friends of the family, not many people.
22       Q.   About how many?
23       A.   Oh, I'd say --
24            MR. SZEGO:  I'm going to object to the
25   form in that it calls for a guess or speculation.  Go

Hoang, Huong                                              July 26, 2012

```
                                                           Page 136
  1   ahead and answer.

  2            Q.   Go ahead and answer.

  3            A.   Five maybe.

  4            Q.   Who are those five?

  5            A.   My previous attorney.

  6            Q.   You're referring to Jalene Mack?

  7            A.   Yes.

  8            Q.   Who else?

  9            A.   Greg.

 10            Q.   That's Greg Carter?

 11            A.   Yes.

 12                 (Following material designated

 13   CONFIDENTIAL.)

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

Hoang, Huong                                    July 26, 2012

Page 143

1   BY MS. ROOS:

FILED UNDER SEAL

4              (End of ATTORNEYS EYES ONLY material.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                          July 26, 2012

```
                                                         Page 144
  1                    (Exhibit-9 marked.)

  2       BY MS. ROOS:

  3              Q.    You've been handed what's been marked as

  4       Exhibit-9.   Do you recognize this document?

  5              A.    Yes.

  6              Q.    What is it?

  7              A.    My driver's license and my passport.

  8              Q.    Photocopies?

  9              A.    Yes.

 10              Q.    Let's start with at the top of the page,

 11       your driver's license.   Is this your current driver's

 12       license?

 13              A.    Yes.

 14                    (Following material designated

 15       ATTORNEYS EYES ONLY.)

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

Hoang, Huong                                          July 26, 2012

```
                                                    Page 146
  1   BY MS. ROOS:

  2           Q.   When did you obtain this driver's license?

  3           A.   When did I first get it?  I'm sure I've

  4   had it for a couple of years.

  5           Q.   How did you obtain it?

  6                MR. SZEGO:  I'm going to object to form,

  7   ambiguous.

  8           Q.   Go ahead and answer.

  9           A.   Through DPS, Department of Public Safety.

 10           Q.   So it's a government-issued document?

 11           A.   Yes.

 12           Q.   Then looking at the passport below it, the

 13   passport also identifies you as Huong Hoang?

 14           A.   Yes.

 15           Q.   And I apologize if I'm saying that

 16   incorrectly.

 17           A.   It's okay.  That's why I'm called Junie.

 18                (Following material designated

 19   ATTORNEYS EYES ONLY.)

 20

 21

 22

 23

 24

 25
```

Exhibit A, Page 55

Hoang, Huong                                July 26, 2012

Page 152

1  BY MS. ROOS:

2       Q.   Do you have any other forms of

3  government-issued identification?

4       A.   These are the two that I have in my

5  possession.

6       Q.   Do you know of any others that are not in

7  your possession?

8       A.   I'm sure my mom has my citizenship.

9       Q.   Any others?

10       A.   Citizenship, maybe voter registration, but

11  I don't know if that counts.

12            (Exhibit-10 marked.)

13       Q.   So you've been handed what's been marked

14  as Exhibit-10.  Do you recognize this document?

15       A.   Yes.

16       Q.   What is it?

17       A.   My birth certificate.

18       Q.   It looks like it's in a foreign language.

19  Is that Vietnamese?

20       A.   Yes.

21       Q.   I don't speak Vietnamese.  You speak

22  Vietnam, correct, or read?

23       A.   Borderline.

24       Q.   Can you read --

25       A.   I can try.

Hoang, Huong                                    July 26, 2012

                                                    Page 153

1          Q.   Can you read this document?

2          A.   Which part?

3          Q.   Any of it.

4          A.   You want me to start in the box?

5          Q.   Sure, why don't you start at the top

6    left-hand corner.

7          A.   Do you want me to just translate or

8    actually read it?  Because my reading is not very good.

9          Q.   If you could translate what you can and

10   tell us what you can't translate.

11         A.   "Vietnam, Saigon."

12              "Quan: BA," I don't know what that

13   means.

14              "So hieu," I think that may mean, "So

15   hieu," maybe the number of the birth certificate.

16         Q.   Okay.  And then moving to the box?

17         A.   Then "Ten ho dua tre," name of the child.

18         Q.   And then it looks like it names --

19         A.   "Con trai hay con gai," my reading is not

20   that good.  "Con trai hay con gai" means girl or boy.

21         Q.   And then what does it say after girl or

22   boy?

23         A.   Girl.

24         Q.   Okay.

25         A.   "Ngay sanh" which means birthdate.

Hoang, Huong                                          July 26, 2012

Page 154

1        Q.   And then what does it say after that?

2        A.   Below it?

3        Q.   No, to the right.

4        A.   Across?

5            (Following material designated

6   ATTORNEYS EYES ONLY.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 155

1   BY MS. ROOS:

FILED UNDER SEAL

16              (End of ATTORNEYS EYES ONLY material.)

17

18

19

20

21

22

23

24

25

Hoang, Huong                                      July 26, 2012

Page 156

1   BY MS. ROOS:

2          Q.   But your original does have a year?

3          A.   Yes.

4          Q.   Did you produce an original or a version

5   of your original with the year?

6          A.   I think I may have provided it.  I don't

7   remember if I provided that one or this one.

8          Q.   Okay.  Let's move on to the next box.

9          A.   Okay.  Where you were born, Saigon.  Then

10  "ten ho nguoi cha," that's my dad's name, and then

11  "ten ho nguoi me," that's my mom's name.

12         Q.   Just to be clear, the Vietnamese words say

13  mother's name and then next to it is your mother's

14  name?

15         A.   Uh-huh.

16         Q.   Okay.  The next box?

17         A.   I don't know what that part means.

18         Q.   Okay.  The last line in the box, do you

19  know what that means?

20         A.   "Ten ho nguoi dung khai."  Oh, I think the

21  person that stands in for something.  "Ten ho nguoi

22  dung khai," maybe it's a witness or something, I don't

23  know that part.

24         Q.   Okay.

25         A.   Oh, and then the date of when they did the

Hoang, Huong                                          July 26, 2012

                                                            Page 172

 1   BY MS. ROOS:

 2          Q.   So I want to go back and talk about, you

 3   know, the various people who prior to January 2012 knew

 4   how old you were, and I believe you had mentioned

 5   George Young, Greg Carter.  Anyone else?

 6          A.   Knew how old I was?  Maybe friends that

 7   might have known me --

 8          Q.   Such as --

 9          A.   -- before --

10          MR. SZEGO:  I'm going to object, asked and

11   answered.

12          Q.   What other friends knew your age?

13          MR. SZEGO:  Same objection.

14          A.   Not that many.

15          Q.   Can you name any others?

16          A.   None that comes to mind right now.

17          (Following material designated

18   CONFIDENTIAL.)

19

20

21

22

23

24

25

Hoang, Huong                                      July 26, 2012

```
                                              Page 173

  1   BY MS. ROOS:
```
                          FILED UNDER SEAL

```
  8                 (End of CONFIDENTIAL material.)

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

Hoang, Huong                                    July 26, 2012

Page 175

1   refrain from speaking objections.  Please just note

2   your objection on the record.

3           Q.   Go ahead and answer.

4           A.   Could you repeat the question?

5                MS. ROOS:  Could you read the question

6   back, please.

7                (Record read as follows:

8                "Question:  Do you recall telling

9   Mr. Carter your age at any point prior to January

10  2012?")

11           A.   Yes.

12                (Following material designated

13  CONFIDENTIAL.)

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                      July 26, 2012

Page 176

1.  BY MS. ROOS:

FILED UNDER SEAL

7                    (End of CONFIDENTIAL material.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                          July 26, 2012

                                                          Page 177

1   BY MS. ROOS:

2           Q.    In what context did you tell him your age?

3           A.    Just in conversation.

4           Q.    Did he ask what your age was?

5           A.    I don't remember if he asked.

6           Q.    What were you talking about at the time?

7           A.    I think we were talking about the film

8    itself.

9           Q.    What film was that?

10          A.    The Fifth Ward film.

11          Q.    The Fifth Ward.  So it was when you were

12   working on the Fifth Ward that you told him your age?

13          A.    It might have been after.

14          Q.    Do you recall how long after it might have

15   been?

16          A.    No.

17               (Following material designated

18   ATTORNEYS EYES ONLY.)

19

20

21

22

23

24

25

Hoang, Huong                                July 26, 2012

```
                                              Page 192

 1            A.   Before I came out.

 2            Q.   Before you named yourself in the lawsuit?

 3            A.   Yes.

 4            Q.   Did you initiate that conversation as

 5    well?

 6            A.   Yes.

 7            Q.   What did you discuss with him?

 8            A.   Just his advice on whether or not I should

 9    come out.

10            Q.   What did he say?

11            A.   That it was my choice.

12            Q.   Anything else?

13            A.   I mean, it's a decision I had to make.  No

14    one else could make it for me.

15                 MS. ROOS:  I'm going to suggest that we

16    break for lunch, and so we can go off the record.

17                 THE VIDEOGRAPHER:  We're going off the

18    record.  The time is 11:49 a.m.

19                 (Lunch recess 11:49 a.m. to 1:08 p.m.)

20                 THE VIDEOGRAPHER:  We're back on the

21    record.  The time is 1:08 p.m.

22    BY MS. ROOS:

23            Q.   Ms. Hoang, I'd like you to go to what's

24    been marked as Exhibit-8 to your deposition, which is

25    the second amended complaint in this case.
```

Hoang, Huong                                    July 26, 2012

Page 193

1            A.    Yes.

2            Q.    If you could turn to paragraph 30.  So

3    paragraph 30 says that, "Defendants' actions have had a

4    double-whammy effect on plaintiff's livelihood," and as

5    the first reason it lists, "because lesser known

6    40-year-old actresses are not in demand in the

7    entertainment business, plaintiff has suffered a

8    substantial decrease in acting credits, employment

9    opportunities and earnings since defendants' addition

10   of the plaintiff's legal date of birth to the Internet

11   Movie Database."

12               What credits and opportunities have you

13   missed out on?

14           A.    For roles that are for younger or --

15           Q.    As stated in this first reason.  You can

16   take your time to read it if you need to.

17           A.    Okay, give me one second.

18               Okay.

19           Q.    What credits and opportunities have you

20   missed out on?

21           A.    Well, there's lesser roles for women as

22   they get older.

23           Q.    Specifically what films or television

24   shows have you missed out on?

25           A.    If I don't get cast, they -- you just

Hoang, Huong                                    July 26, 2012

Page 194

1   don't get cast.  They're not going to put in writing

2   why you didn't get cast.

3          Q.   Can you name any specific film or

4   television show that you have not gotten because IMDb

5   posted your date of birth?

6          A.   I was not able to get someone to put in

7   writing that I didn't get a job because of my age.

8          Q.   If you could please answer yes or no.  Can

9   you name any specific film or television show that you

10  have not gotten a role in because IMDb has posted your

11  date of birth?

12         A.   There was one that I was told.

13         Q.   Ms. Hoang, can you please answer yes or

14  no.  Can you name any specific television show or movie

15  that you have not received a role in because IMDb

16  posted your date of birth?

17         A.   Yes.

18         Q.   What is that?

19         A.   There was one that was for a film and I

20  believe the film was called Consequences, and I was

21  originally cast.  And from my head shot and resume,

22  they casted me, and when he went to my IMDb page he

23  said that I was too old.

24         Q.   Did you audition for this role?

25         A.   No.

Hoang, Huong                                    July 26, 2012

Page 195

1         Q.   How did you get cast in this role?

2         A.   I was referred to the job.

3         Q.   Who referred you?

4         A.   Greg Carter referred me.

5         Q.   When were you cast?

6         A.   It was back in I believe 2009.

7         Q.   And you submitted your head shot and

8  resume?

9         A.   Well, they passed it on to the casting.

10        Q.   Who is "they"?

11        A.   Swavet and Greg.

12        Q.   Who is Swavet?

13        A.   She also was a part of our production

14  team.

15        Q.   And what's her full name?

16        A.   Swavet Williams.

17        Q.   Who was the director?

18        A.   I don't recall the name of the director.

19  I don't remember his name.

20        Q.   Do you recall the casting director?

21        A.   I think it was RNB something.  I don't

22  remember.

23        Q.   How did you find out you were cast?

24        A.   They told me I was cast and then when they

25  didn't cast me, they didn't initially tell me why I

Hoang, Huong                                        July 26, 2012

                                                    Page 196

1    wasn't cast.

2          Q.   Who told you you were cast?

3          A.   Greg and Swavet said I was cast.

4          Q.   And then who told you you weren't cast?

5          A.   They did.

6          Q.   Were Greg and Swavet a part of the

7    production?

8          A.   Uh-huh.

9          Q.   Was this a Nexus, was it -- am I getting

10   the name right?

11         A.   That's it.

12         Q.   Was this a Nexus production?

13         A.   Yes.

14         Q.   So what did Greg and Swavet tell you?

15         A.   They just didn't want my feelings hurt so

16   they just told me that I didn't get it, but they didn't

17   say why initially.

18         Q.   Were you later told more information about

19   why?

20         A.   They told me down the line that it was

21   because of my age.

22         Q.   Greg and Swavet did?

23         A.   Yes.  Well, Greg did.  Swavet passed away.

24         Q.   So Greg told you.  When did Greg tell you?

25         A.   I don't remember the exact year.  It

Hoang, Huong                                    July 26, 2012

                                                     Page 197

1    was -- I don't recall the exact year.

2         Q.   How long after finding out you didn't get

3    the role did Greg tell you?

4         A.   Maybe -- I mean, I would be guessing, two

5    years maybe or it could have been a year later, I don't

6    know.

7         Q.   Was this an in-person conversation?

8              MR. SZEGO:  I'm going to object to

9    materiality at this point.  We've got a stipulation

10   that we're not going to call him as a witness and his

11   testimony isn't admissible for any purpose.

12        Q.   Go ahead.

13        A.   What was --

14        Q.   Was this an in-person conversation?

15        A.   I believe so.  It could have been on the

16   phone, I don't remember.

17        Q.   Do you remember how, the reason that you

18   were not called or were not eventually cast for this

19   role came up?

20        A.   I don't remember exactly how it came up.

21   It must have been some previous conversation that had

22   something to do with, I don't know.  I can't recall the

23   details.

24        Q.   What specifically did Greg tell you about

25   why you weren't cast when he eventually told you that

Hoang, Huong                                    July 26, 2012

Page 198

1    it was because you were too old?

2            A.    Originally he just said that, I think he

3    said they went with someone else, or I don't know how

4    he explained away that I didn't get cast, but it wasn't

5    until later that he said it was because of my age.

6            Q.    What else did he say other than it was

7    because of your age?

8            A.    They just looked up my profile and they

9    saw that I was really -- how old I was and they said I

10   was too old to play that part.

11           Q.    Who is "they"?

12           A.    The people who were doing the film.

13           Q.    Do you know who that was?

14           A.    I don't have the exact name.  I believe it

15   was R, some initials, RNB or R -- I think it was RNB.

16           Q.    Was Greg involved in the casting role to

17   your knowledge?

18           A.    No, he was just trying to help me get a

19   part.

20           Q.    So he wasn't involved with the casting

21   decision?

22           A.    No.

23           Q.    Greg knew your age at the time that he

24   passed on your information, right?

25           A.    Yes.

Hoang, Huong                                July 26, 2012

                                              Page 199

 1                 MR. SZEGO:   Objection, leading.

 2          Q.   When Greg told you you didn't get hired

 3    because of the age, your age, was it before or after

 4    you filed this lawsuit?

 5          A.   Before.

 6          Q.   Do you know of any other specific

 7    television shows or films that you have not received

 8    because IMDb posted your birthdate on your profile?

 9          A.   Going the other direction, yes.

10          Q.   What do you mean "going the other

11    direction"?

12          A.   When they say we're looking for a

13    40-year-old and I'm submitted, they say I look too

14    young.

15          Q.   What specific television shows or movies

16    has that happened?

17          A.   This one was more I believe a commercial.

18          Q.   What was it specifically?

19          A.   I don't remember exactly what commercial.

20    I think it was in one of the letters.

21                 (Following material designated

22    CONFIDENTIAL.)

23

24

25

Hoang, Huong                                    July 26, 2012

Page 200

1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 204

 1   BY MS. ROOS:

FILED UNDER SEAL

 25                    (End of CONFIDENTIAL material.)

Hoang, Huong                                July 26, 2012

                                                      Page 205

 1   BY MS. ROOS:

 2          Q.    So let's go back to Exhibit-8, your second

 3   amended complaint, and back to paragraph 30.

 4          A.    Which page?

 5          Q.    Page 6.  If you look, we covered the first

 6   reason in paragraph 30.  Now, the second reason says,

 7   "because plaintiff looks so much younger than her

 8   actual age indicates, plaintiff has experienced

 9   rejection in the industry for each '40-year-old' role

10   for which she has interviewed because she does not and

11   cannot physically portray the role of a 40-year-old

12   woman."

13                Is that right?

14          A.    Yes.

15          Q.    So this is what you referred to earlier

16   when you said going the other direction?

17          A.    Right.

18          Q.    Can you explain what you mean there?

19          A.    I've never been cast to play a 40-year-old

20   woman.

21          Q.    Now, regardless of what your age is

22   posted, your looks or how you look and how you portray

23   yourself as how you look in the photos you submit to

24   IMDb would be the same, correct?

25          A.    Well, first you have to get to the

Hoang, Huong                                    July 26, 2012

Page 206

1    audition.  So if they see your posting, your birthday

2    says you're 40, they may not even call you in to

3    audition because your profile says you're 40.

4          Q.   Well, here we're talking about roles for a

5    40-year-old, roles that you don't get, right?

6          A.   Yes.

7          Q.   So the fact that your IMDb profile says

8    your birthdate is 40 shouldn't have any bearing on a

9    role that is cast for someone, a woman who is 40,

10   correct?

11         A.   Well, if they call you in because your

12   profile says you're 40, and they bring you in and you

13   don't look 40, then you won't get cast.

14         Q.   Right, but IMDb isn't responsible for how

15   old you look, correct?

16         A.   I guess they wouldn't be.

17         Q.   So if you have missed out on roles because

18   you look younger than 40, that's not IMDb's

19   responsibility, is it?

20         A.   I can't say why I don't get cast for a

21   role for a 40-year-old.  I just know that when I walk

22   in, they just say you don't look 40.

23         Q.   But when you walk in, they're basing that

24   on what you look like, not based on what IMDb has said

25   about you, right?

Hoang, Huong                                            July 26, 2012

Page 207

1          A.   Well, it depends because some people have

2     old pictures up on IMDb and they don't look exactly --

3     they may use a picture that's 10 years ago, so

4     sometimes people don't go by the pictures that's on

5     IMDb because people will post pictures from when they

6     were 10 years ago.  So they still would want to bring

7     you in to see what you look like.

8          Q.   Right, but what you look like has nothing

9     to do with what's on IMDb, correct?

10         A.   I've had people bring me in because they

11    see that I'm 40.

12         Q.   Okay, but when they decide not to hire you

13    based on what you look, that has nothing to do with

14    IMDb, right?

15         A.   I can't say that.  I can't say that.

16         Q.   How does it relate to IMDb when someone

17    decides not to hire you based on meeting you in person

18    and the way you look in person?

19         A.   I can't answer that.

20         Q.   You have no idea how that relates to IMDb?

21              MR. SZEGO:  Objection, leading.

22         Q.   You can answer.

23         A.   I just know that people screen out people

24    to audition based off the age they see on IMDb.

25         Q.   So people decide to give you an audition

Hoang, Huong                                    July 26, 2012

Page 208

1   because they see -- for a 40-year-old role because they

2   see your age on IMDb?

3          A.   Sometimes they may because I may not look

4   like my picture.

5          Q.   So you might get more auditions because

6   your age has been posted on IMDb?

7               MR. SZEGO:  Objection.  Objection, calls

8   for speculation.

9          Q.   Go ahead and answer.

10         A.   If I get called in for a 40-year-old role,

11  I will not get cast.

12         Q.   If your age was not posted on IMDb, would

13  you get called in for those roles?

14         A.   With my age not being posted, I would have

15  a chance at playing an age range.

16         Q.   I'm talking about 40-year-old roles.

17         A.   They could submit me for 40-year-old

18  roles.  My agent could still submit me.

19         Q.   But how does having your age posted on

20  IMDb hurt you with respect to 40-year-old roles?

21         A.   I think it takes away from the illusion of

22  what you can play.

23         Q.   What do you mean by that?

24         A.   If it says you're 40, then if you're

25  considered for a role that's younger, subconsciously

Hoang, Huong                                        July 26, 2012

Page 209

1   they know that you're 40.

2          Q.    Okay.  I'm talking about just 40-year-old

3   roles, because in this paragraph 30, the second part of

4   this paragraph of your complaint you're talking about

5   losing out on 40-year-old roles.  How does having your

6   age posted showing that you're 40 on IMDb hurt you with

7   respect to auditions for 40-year-old roles?

8          A.    I can't answer that.

9          Q.    If you could go to paragraph 69.

10  Actually, strike that.

11               (Exhibit-11 marked.)

12               (Following material designated

13  CONFIDENTIAL.)

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                        July 26, 2012

                                                        Page 210

   1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 211

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

FILED UNDER SEAL

Hoang, Huong                                      July 26, 2012

Page 213

FILED UNDER SEAL

Exhibit A, Page 84

Hoang, Huong                                        July 26, 2012

Page 214

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 215

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 216

FILED UNDER SEAL

Hoang, Huong                                July 26, 2012

Page 217

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

FILED UNDER SEAL

Hoang, Huong                                     July 26, 2012

Page 219

FILED UNDER SEAL

 3                    (End of CONFIDENTIAL material.)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

                                                      Page 220

 1   BY MS. ROOS:

 2         Q.   Let me go back to Exhibit-8.  If you look

 3   at page 5, paragraph 22 you say, "If one is perceived

 4   to be 'over the hill,' i.e. approaching 40, it is

 5   nearly impossible for an up-and-coming actress, such as

 6   the plaintiff, to get work."

 7              You have gotten work since IMDb posted

 8   your age on your profile, correct?

 9         A.   Since they posted it, I've gotten some

10   work.

11              (Following material designated

12   CONFIDENTIAL.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 221

1   BY MS. ROOS:

FILED UNDER SEAL

4                (End of CONFIDENTIAL material.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

                                                     Page 222

1    BY MS. ROOS:

2            Q.    And you've gotten work since then?

3            A.    Not as much.

4            Q.    But you have gotten work, correct?

5            A.    I have gotten work.

6            Q.    So it's not impossible?

7            A.    It's not impossible, but it's always

8    better to get more work.

9            Q.    I'd like you to turn back to Exhibit-2.

10   We're going to walk you through some more of your

11   filmography.  We talked about some of it earlier.

12           So first, The Custom Mary, you played

13   Group Mary.  Was that the character's name?

14           A.    It was one character in a group of

15   characters named Mary.  I was one of the Marys.

16           (Following material designated

17   CONFIDENTIAL.)

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 227

1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                         July 26, 2012

Page 249

1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012



FILED UNDER SEAL

```
12              (End of CONFIDENTIAL material.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit A, Page 96

Hoang, Huong                                    July 26, 2012

Page 251

1               (Exhibit-13 marked.)

2    BY MS. ROOS:

3           Q.    You've been handed what's been marked as

4    Exhibit-13.  I'll give you a minute to take a look at

5    it.

6           A.    Do you want me to look at the top or the

7    bottom?

8               (Following material designated

9    CONFIDENTIAL.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 252

1   BY MS. ROOS:

FILED UNDER SEAL

7               (End of CONFIDENTIAL material.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                         July 26, 2012

Page 253

```
 1   BY MS. ROOS:

 2           Q.    Yes.

 3           A.    Okay.

 4                 Okay.

 5           Q.    Are you familiar with this document?

 6           A.    Yes.

 7                 (Following material designated

 8   CONFIDENTIAL.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Hoang, Huong                                    July 26, 2012

Page 254

1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                      July 26, 2012

Page 255

FILED UNDER SEAL

Hoang, Huong                                              July 26, 2012

Page 256

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 257

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 259

FILED UNDER SEAL

Hoang, Huong                                        July 26, 2012

FILED UNDER SEAL

Hoang, Huong                                             July 26, 2012

Page 261

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 262



FILED UNDER SEAL

 9              (End of CONFIDENTIAL material.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit A, Page 108

Hoang, Huong                                      July 26, 2012

Page 263

1                    (Following material designated

2      ATTORNEYS EYES ONLY.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

                                                    Page 264

   1   BY MS. ROOS:

FILED UNDER SEAL

  25            (End of ATTORNEYS EYES ONLY material.)

Hoang, Huong                                    July 26, 2012

Page 265

1                    (Following material designated

2      CONFIDENTIAL.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

FILED UNDER SEAL

Hoang, Huong                                      July 26, 2012

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 269

FILED UNDER SEAL

Hoang, Huong                                        July 26, 2012

Page 270

FILED UNDER SEAL

Hoang, Huong                                        July 26, 2012

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 272

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 273

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 274

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 276

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 277

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 278



FILED UNDER SEAL

21              (End of CONFIDENTIAL material.)

22

23

24

25

Hoang, Huong                                          July 26, 2012

Page 279

1                    (Following material designated

2       ATTORNEYS EYES ONLY.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 280

1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 281

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 282

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 283

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 284

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 285

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 286

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 287

FILED UNDER SEAL

19                (End of ATTORNEYS EYES ONLY material.)

20

21

22

23

24

25

Hoang, Huong                                      July 26, 2012

Page 288

1                    (Following material designated

2        CONFIDENTIAL.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                        July 26, 2012

Page 289

1            (Exhibit-36 marked.)

2    BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 290

FILED UNDER SEAL

Hoang, Huong                                      July 26, 2012

Page 291



FILED UNDER SEAL

17                    (End of CONFIDENTIAL material.)

18

19

20

21

22

23

24

25

Exhibit A, Page 136

Hoang, Huong                                    July 26, 2012

                                                    Page 295

 1  you recall how much you would have gotten paid for the

 2  role that you had applied for?

 3          A.   No.

 4          Q.   So you can't tell me how much that role

 5  was worth?

 6          A.   No.

 7          Q.   What about the job that you referenced

 8  that Rob Lewine considered you for, the commercial

 9  photo shoot?

10          A.   I don't recall that amount either unless

11  it was --

12          Q.   So you don't remember how much that role

13  was going to be paid?

14          A.   I don't.

15          Q.   We also spoke about an industrial shoot

16  that you did not receive.  Do you recall how much that

17  shoot paid?

18          A.   No.

19          Q.   We also talked about an independent short

20  film that you did not receive.  Do you recall how much

21  that was going to be paid?

22          A.   No.

23          Q.   If you could look back to Exhibit-1, page

24  9, page 9, Exhibit-1 is your third supplemental

25  objections and responses to defendants'

Hoang, Huong                                      July 26, 2012

                                                          Page 296

1   interrogatories, correct?

2           A.    Okay.

3           Q.    We're looking at interrogatory No. 5.

4           A.    Okay.

5           Q.    So interrogatory No. 5 asks you to

6   identify all injuries, damages or complaints which you

7   claim to have sustained in, or as a result of,

8   defendants' identification of your birthdate; is that

9   right?

10          A.    Yes.

11          Q.    In your response, if you want to take a

12  minute to read through your response, is this response

13  a complete and accurate assessment of your injuries,

14  damages or complaints?

15          A.    Could I read through it?

16          Q.    Yes.

17          A.    Okay.

18          Q.    Is this a complete and accurate assessment

19  of your injuries, damages and complaints?

20          A.    Pretty accurate.

21          Q.    What do you mean, "pretty accurate"?

22          A.    Where it says physical, mental, emotional,

23  yes, it's pretty accurate.

24          (Following material designated

25  CONFIDENTIAL.)

Hoang, Huong                                    July 26, 2012

Page 297

FILED UNDER SEAL

 5              (End of CONFIDENTIAL material.)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                July 26, 2012

Page 298

1    BY MS. ROOS:

2           Q.    Anything else?

3           A.    I think everything else is covered.

4                 (Following material designated

5    CONFIDENTIAL.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                          July 26, 2012

Page 299

1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 300

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

FILED UNDER SEAL

Page 302

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 303

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 304

FILED UNDER SEAL

Hoang, Huong                                      July 26, 2012



FILED UNDER SEAL

Exhibit A, Page 147

Hoang, Huong                                      July 26, 2012

Page 306



FILED UNDER SEAL

21              (End of CONFIDENTIAL material.)

22

23

24

25

Hoang, Huong                                         July 26, 2012

Page 307

1                    (Following material designated

2       ATTORNEYS EYES ONLY.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                      July 26, 2012

Page 308

    1   BY MS. ROOS:

FILED UNDER SEAL

   25               (End of ATTORNEYS EYES ONLY material.)

Hoang, Huong                                    July 26, 2012

Page 314

1  BY MS. ROOS:

FILED UNDER SEAL

13              (End of ATTORNEYS EYES ONLY material.)

14

15

16

17

18

19

20

21

22

23

24

25

SEATTLE DEPOSITION REPORTERS, LLC

Hoang, Huong                                          July 26, 2012

Page 315

1   BY MS. ROOS:

2          Q.   Is this a document you used?

3          A.   Yes.

4          Q.   What is this document?

5          A.   It's a record of my earnings, my jobs.

6          Q.   Is this a document that you maintain as

7   you go along, or is it a document that you created for

8   purposes of your damages estimate?

9          A.   It's a compilation of all my records.

10          Q.   What records did you use to create this

11   document?

12          A.   Well, as I would do the job, I would keep

13   a record of the job that I did.  It's also a record of

14   my credits and for my tax forms.

15          Q.   So you used your credits from your

16   filmography, your tax forms and this third document

17   that we haven't seen that lists how much you make for

18   each project; is that right?

19          A.   Well, basically it's that document but I

20   restructured it for.

21          Q.   For purposes of this?

22          A.   Yes.

23          Q.   But you haven't produced the underlying

24   document before it got restructured?

25          A.   No.  I mean, this is it.  All I did was

Hoang, Huong                                    July 26, 2012

                                                    Page 316

1   tweak it.  It's this document.

2        Q.   Did you keep a copy of the old version

3   before you tweaked it?

4        A.   No.  This is it.  Like I made the changes

5   to the document and saved it, and this is that

6   document.

7        Q.   Okay.

8        A.   Just all the stuff added into it.

9        Q.   Before you added all the stuff, it looked

10  different?

11       A.   It just didn't have my IMDb credits --

12       Q.   So what did --

13       A.   -- and my tax forms.

14       Q.   So what did it list on there?

15       A.   Everything that's not on my IMDb credit

16  and my tax forms.

17       Q.   I guess I'm confused.  When you say on

18  your IMDb credits, what are you referring to?

19       A.   The projects that I did for these years.

20       Q.   So what did the document look like before

21  you made changes to assess your damages?

22       A.   It was the same thing.  It's just it

23  didn't have lines, so it was just like going across and

24  I put it into a chart.  So I basically just drew a

25  table for it.

Hoang, Huong                                    July 26, 2012

                                                      Page 317

     1           Q.   Okay.

     2           A.   So --

     3           Q.   But it had, for example, Extreme

     4     Entrepreneurs and that --

     5           A.   Well, that was from IMDb, so I took my

     6     credits and put it in this document.

     7           Q.   So you didn't have all of these in the

     8     list prior?

     9           A.   Originally, no.

    10                (Following material designated

    11     ATTORNEYS EYES ONLY.)

    12

    13

    14

    15

    16

    17

    18

    19

    20

    21

    22

    23

    24

    25

Hoang, Huong                                    July 26, 2012

Page 318

1   BY MS. ROOS:

FILED UNDER SEAL

21              (End of ATTORNEYS EYES ONLY material.)

22

23

24

25

Hoang, Huong                                          July 26, 2012

Page 319

1   BY MS. ROOS:

2           Q.    But who came up with the 620 percent

3   figure?  Did you come up with that?

4           A.    No, my attorneys calculated it.

5           Q.    I'm going to hand you a calculator.

6           A.    Okay.

7                 (Following material designated

8   ATTORNEYS EYES ONLY.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                          July 26, 2012

Page 320

1   BY MS. ROOS:

FILED UNDER SEAL

15              (End of ATTORNEYS EYES ONLY material.)

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

                                                        Page 321

     1   BY MS. ROOS:

     2         Q.   So 620 percent?

     3         A.   Yes.

     4              (Following material designated

     5   ATTORNEYS EYES ONLY.)

     6

     7

     8

     9

    10

    11

    12

    13

    14

    15

    16

    17

    18

    19

    20

    21

    22

    23

    24

    25

Hoang, Huong                                                July 26, 2012

Page 322

1   BY MS. ROOS:

FILED UNDER SEAL

8                 (End of ATTORNEYS EYES ONLY material.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                        July 26, 2012

Page 323

 1  BY MS. ROOS:

 2          Q.   And that's reflected on Exhibit-38?

 3          A.   Yes.

 4               (Following material designated

 5  ATTORNEYS EYES ONLY.)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                        July 26, 2012

```
                                                        Page 324

  1   BY MS. ROOS:
```

FILED UNDER SEAL

```
  4                   (End of ATTORNEYS EYES ONLY material.)

  5

  6

  7

  8

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

Hoang, Huong                                        July 26, 2012

```
                                                      Page 325
  1   BY MS. ROOS:

  2         Q.   So you didn't keep any sort of chart or

  3   any Word document that reflected your income before

  4   then?

  5         A.   No.

  6              (Following material designated

  7   ATTORNEYS EYES ONLY.)

  8

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

Hoang, Huong                                          July 26, 2012

Page 326

1    BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 330

FILED UNDER SEAL

Hoang, Huong                                            July 26, 2012

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 332

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 333

1                    (End of ATTORNEYS EYES ONLY material.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                      July 26, 2012

Page 334

1   BY MS. ROOS:

2        Q.   So you had another spreadsheet that you

3   used to make this calculation?

4        A.   Not another spreadsheet, but it was a form

5   that I was using.

6             (Following material designated

7   ATTORNEYS EYES ONLY.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                      July 26, 2012

Page 335

 1   BY MS. ROOS:

FILED UNDER SEAL

 8                    (End of ATTORNEYS EYES ONLY material.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                              July 26, 2012

Page 336

1   BY MS. ROOS:

2          Q.   Okay.  So --

3          A.   Off the top of my head, I just can't do it

4   right now.

5               (Following material designated

6   ATTORNEYS EYES ONLY.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 337

1   BY MS. ROOS:

FILED UNDER SEAL

19                (End of ATTORNEYS EYES ONLY material.)

20

21

22

23

24

25

Hoang, Huong                                          July 26, 2012

                                                              Page 338

1    BY MS. ROOS:

2            Q.    You signed these responses, correct?

3            A.    Yes.

4            Q.    And verifying that they were true?

5            A.    But I don't have the exact numbers.

6            Q.    So you don't know how you calculated that?

7            A.    Well, I know the formula, how I got to

8    that amount.  I just don't have the exact amount to

9    give you.

10           Q.    But if you know the formula and you have a

11   calculator in front of you, you could recreate what you

12   did.

13           A.    If you wanted me to sit here, I could come

14   up with the numbers for you.

15           Q.    Yes, I would like you to.  We'll give you

16   a blank piece of paper if you'd like.

17           A.    Okay.

18                 (Following material designated

19   ATTORNEYS EYES ONLY.)

20

21

22

23

24

25

Hoang, Huong                                        July 26, 2012

Page 340

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 341



FILED UNDER SEAL

17              (End of ATTORNEYS EYES ONLY material.)

18

19

20

21

22

23

24

25

Hoang, Huong                                July 26, 2012

Page 343

 1   BY MS. ROOS:

FILED UNDER SEAL

18              (End of ATTORNEYS EYES ONLY material.)

19

20

21

22

23

24

25

Hoang, Huong                                      July 26, 2012

                                                       Page 344

1   BY MS. ROOS:

2         Q.    But you don't know how much you would have

3   made if your birthdate hadn't been posted?

4         A.    Correct.

5             (Exhibit-39 marked.)

6         Q.    You mentioned you just finished filming

7   Pretty Perfect, right?

8         A.    Yes.

9         Q.    How much did you make for that?

10        A.    Actually, that one I don't know what I

11  made on it yet.

12        Q.    Okay.  How is it that you've already

13  finished but you don't know?

14        A.    Oh, because Greg got me that project, so I

15  just showed up and shot it, but I don't know how much

16  I'm getting.  I just shot it yesterday.

17        Q.    Now I want to look at Exhibit-39.  What is

18  this document?

19        A.    These are other jobs that I'm currently in

20  the process of dating.

21        Q.    So these are jobs that you have not added

22  to Exhibit-38?

23        A.    Correct, I'm dating them right now.

24        Q.    And how are you in the process of dating

25  them?

Hoang, Huong                                    July 26, 2012

Page 346

1   BY MS. ROOS:

FILED UNDER SEAL

Hoang, Huong                                              July 26, 2012

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 349

FILED UNDER SEAL

Hoang, Huong                                          July 26, 2012

Page 350



FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

FILED UNDER SEAL

Hoang, Huong                                    July 26, 2012

Page 352



FILED UNDER SEAL

15              (End of ATTORNEYS EYES ONLY material.)

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

                                                      Page 376

1    BY MS. ROOS:

2          Q.   I'd like to go back to Exhibit-1, and

3    again, back to page 10, I believe.  We're looking at

4    the again for the record at your response to

5    interrogatory No. 5 regarding your damages.  Starting

6    at line 10, you state, "As described herein, these

7    damages will continue to accrue throughout the

8    remainder of plaintiff's acting career."

9          A.   Yes.

10         Q.   What's your basis for this statement?

11         A.   Well, now that the date's published, it's

12   just going to keep rolling over to the next year.

13         Q.   Do you have any documents that support

14   that statement?

15         A.   No.

16         Q.   Moving down line 24, it says, "In

17   addition, plaintiff has suffered physical, mental and

18   emotional strain as a result of defendants' actions."

19              Is that true?

20         A.   Yes.

21         Q.   What sort of physical strain have you

22   experienced?

23         A.   Obsessing about it, losing sleep, not

24   being able to eat, stress.

25         Q.   What sort of mental strain have you

Hoang, Huong                                          July 26, 2012

                                                          Page 377

1  experienced?

2          A.    Just frustration.

3          Q.    Anything else?

4          A.    I guess I could be a little bit anguished

5  about the whole thing.

6          Q.    What kind of emotional strain have you

7  experienced?

8          A.    Worry.

9              (Following material designated

10  CONFIDENTIAL.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

Page 378

1   BY MS. ROOS:

FILED UNDER SEAL

10                    (End of CONFIDENTIAL material.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hoang, Huong                                    July 26, 2012

                                                     Page 379

 1   BY MS. ROOS:

 2          Q.   What do you mean by that?

 3          A.   Since they posted my birthdate, I've been

 4   stressed about it, so it's been about four years.

 5          Q.   But have you tried to attach a dollar

 6   figure?

 7          A.   I don't know if I can quantify it.

 8          Q.   Looking at line 28, it says, "Plaintiff

 9   has also suffered" -- line 26, "Plaintiff has

10   experienced severe stress and loss of sleep as a result

11   of defendants' actions."

12              When did the stress and loss of sleep

13   begin?

14          A.   Pretty much right after.

15          Q.   Right after what?

16          A.   2008 after it was posted.

17          Q.   And then looking at line 28, "Plaintiff

18   has also suffered a severe loss to her reputation and

19   goodwill, and damages to her business and property

20   surrounding her acting career and potential acting

21   career in Hollywood and worldwide."

22              How do you know that you've suffered a

23   loss to your reputation?

24          A.   Because everybody knows I'm the person

25   that's filing the lawsuit.

Hoang, Huong                                         July 26, 2012

Page 380

1          Q.   So the loss to your reputation occurred
2     after you filed the lawsuit in your name?
3          A.   Yes.
4          Q.   Did you have a loss to your reputation
5     prior to January 2012?
6          A.   It was loss of earnings.
7          Q.   But loss to your reputation, did you have
8     a loss to your reputation prior to January 2012?
9          A.   Maybe somewhat, because people see my real
10    age.
11         Q.   So you think your reputation was damaged
12    because people saw your real age on IMDb?
13         A.   Well, I can't submit for jobs, I mean, if
14    I try to submit for jobs that are outside of what my
15    age is.
16              (Following material designated
17    ATTORNEYS EYES ONLY.)
18
19
20
21
22
23
24
25

Hoang, Huong                                    July 26, 2012

Page 381

    1 . BY MS. ROOS:

FILED UNDER SEAL

    25                (End of ATTORNEYS EYES ONLY material.)

Hoang, Huong                                          July 26, 2012

```
                                                        Page 382
  1   BY MS. ROOS:

  2        Q.    Interrogatory number 6, this asks you to

  3   identify each person with knowledge of your alleged

  4   damages, and here you have listed yourself and Joe

  5   Kolkowitz; is that correct?

  6        A.    Correct.

  7        Q.    Do you know of anyone else who has

  8   knowledge of your damages?

  9        A.    Right now, it's just us two.

 10        Q.    So you don't know of anyone else that has

 11   knowledge of your damages?

 12        A.    Not right now, no.

 13        Q.    I'm going to ask you to turn to

 14   interrogatory No. 12, which is on page 12.  This

 15   interrogatory asks you to state all representations

 16   made by defendants to you; is that right?

 17        A.    Yes.

 18        Q.    That you're rely on in this case?

 19        A.    Yes.

 20        Q.    And if you turn to the next page, there's

 21   a list.  So the first one on the list is, "We guarantee

 22   that every transaction you make at IMDbPro will be

 23   safe."

 24              Where did you see that statement?

 25        A.    That was in their subscriber agreement.
```

Page 394

1   briefly.

2              THE VIDEOGRAPHER:   We're going off the

3   record.   The time is 4:50 p.m.

4              (Brief recess.)

5              THE VIDEOGRAPHER:   We're back on the

6   record.   The time is 5 p.m.

7        Q.   Okay, a couple of final questions for

8   today.  So you've alleged that IMDb accessed your

9   credit card information to determine your date of

10  birth, correct?

11       A.   Yes.

12       Q.   Do you know of any other people who have

13  encountered a similar issue with IMDb?

14       A.   I have read stories from other people.

15       Q.   What stories have you read?

16       A.   How they think IMDb obtained their date of

17  birth.

18       Q.   And who are those people?

19       A.   They're just stories that I've read from

20  petitions online stories, websites.

21       Q.   Have you produced any of those stories or

22  websites in discovery?

23       A.   No, I didn't write any of them down.

24       Q.   Do you recall any of the names?

25       A.   Right off the top of my head, no.

Hoang, Huong                                      July 26, 2012

Page 395

1        Q.   So sitting here today, you can't name any
2   particular person who has experienced a similar issue
3   with IMDb?
4        A.   Well, I can name actors who have had
5   issues with their birthdates on IMDb.
6        Q.   Okay, but with respect to the credit card
7   information?
8        A.   No.
9        Q.   Do you recall the name of any of the
10  websites that you saw these stories on?
11       A.   There was one, there was -- I don't know
12  the exact website, but the key word was petition IMDb
13  online removal of ages, and people go on there and tell
14  their stories.
15       Q.   So petition IMDb online removal of ages,
16  you did an online search for that?
17       A.   Yes.
18       Q.   Okay, but you can't recall the name of the
19  website?
20       A.   No.
21       Q.   Have you spoken personally with anyone who
22  has a similar story?
23       A.   They had no way of proving it so they
24  can't confirm.
25       Q.   Have you spoken with anyone who has a