EXHIBIT MM

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 403

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

Huong Hoang,                          ) No. 2:11-CV-01709-MJP
                                      )
            Plaintiff,                )   Volume 2
                                      )   Pages 403 - 518
            vs.                       )
                                      )
Amazon.com, Inc., et al.,             )
                                      )
            Defendants.               )
_____)

PURSUANT TO PROTECTIVE ORDER, PORTIONS OF THIS TRANSCRIPT

DESIGNATED ATTORNEYS EYES ONLY and CONFIDENTIAL

(SEE INDEX PAGE)

DEPOSITION OF:

                    HUONG HOANG aka JUNIE HOANG

                    Tuesday, August 7, 2012

                    11:01 a.m.

Reported by:

                    MONICA T. VOGELBACHER

                    CSR No. 6406

Exhibit MM, Page 2

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 404

1          Deposition of HUONG HOANG aka JUNIE HOANG,

2    Volume 2, taken at 1888 Century Park East, Suite 1700,

3    Los Angeles, California, beginning at 11:01 a.m. and

4    ending at 1:10 p.m., on Tuesday, August 7, 2012, before

5    MONICA T. VOGELBACHER, Certified Shorthand Reporter No.

6    6406.

7

8    APPEARANCES:

9

10   For Plaintiff:

11

12          DOZIER INTERNET LAW, P.C.

13          BY:  DOV SZEGO

14          Attorney at Law

15          11520 Nuckols Road, Suite 101

16          Glen Allen, Virginia  23059

17          (804) 346 9770

18          dov@cybertriallawyer.com

19

20

21

22

23

24

25

Exhibit MM, Page 3

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 405

```
 1   APPEARANCES: (Continued)

 2

 3   For Defendants:

 4

 5           PERKINS COIE LLP

 6           BY:  BREENA M. ROOS

 7           Attorney at Law

 8           1201 Third Avenue, Suite 4800

 9           Seattle, Washington  98101

10           (206) 359-8000

11           broos@perkinscoie.com

12

13   Also Present:

14

15           KIRILL DAVIDOFF, Videographer

16

17

18

19

20

21

22

23

24

25
```

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 407

1                              INDEX

2

3   WITNESS:                                  EXAMINATION

4   HUONG HOANG aka JUNIE HOANG

5

6             BY MS. ROOS                           410

7             BY MR. SZEGO                          468

8             BY MS. ROOS                           507

9             BY MR. SZEGO                          515

10

11

12                    E X H I B I T S

13  DEFENDANT                                      PAGE

14  *Exhibit 46  List of searched Web sites        412

15  *Exhibit 47  Actors Access submission          415
                 history
16
    *Exhibit 48  Actors Access Archived Casting    418
17               Schedules dated Tuesday, July
                 10, 2012 and earlier
18
    *Exhibit 49  Junie Hoang's Casting Frontier    423
19               printout

20  *Exhibit 50  Casting Frontier Public           425
                 Submissions Board printout
21
    *Exhibit 51  Casting Frontier Confirm Times    427
22               printout

23  *Exhibit 52  Casting Networks Incorporated     428
                 Principal Roles printout
24
    *Exhibit 53  Casting Networks Incorporated     430
25               Alert Archive printout

Exhibit MM, Page 5

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 408

1   INDEX (Continued):

2

3                    E X H I B I T S

4   PLAINTIFF                                        PAGE

5   *Exhibit 54   Now Casting    Now Casting          432
                  printout
6
    *Exhibit 55   Now Casting    Now Casting          434
7                 printout

8   *Exhibit 56   Plaintiff's Objections and          436
                  Responses to Defendants' Second
9                 Set of Interrogatories and
                  Requests for Production to
10                Plaintiff

11  *Exhibit 57   Plaintiff's Amended Objections      444
                  and Responses to Defendants'
12                Second Set of Interrogatories
                  and Requests for Production to
13                Plaintiff

14  *Exhibit 58   2005 to 2011 earnings for Junie     446
                  Hoang
15
    *Exhibit 59   Earnings for Junie Hoang            448
16

17  *             Confidential exhibits

18

19                    INFORMATION REQUESTED

20                         (None)

21

22

23             QUESTION INSTRUCTED NOT TO ANSWER

24                         (None)

25

Exhibit MM, Page 6

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 409

1          Los Angeles, California; Tuesday, August 7, 2012

2                    11:01 a.m. - 1:10 p.m.

3

4          THE VIDEOGRAPHER:  Here begins videotape number

11:01  5   1, Volume 2, in the deposition of Huong Hoang aka Junie

6   Hoang, in the matter of Hoang versus Amazon, in the

7   United States District Court, Western Division -- Western

8   District of Washington at Seattle.  The case number is

9   2:11-CV-01709-MJP.

11:01 10         Today's date is August 7th, 2012.  The time on

11   the video monitor is 11:01 a.m.

12         The videographer today is Kirill Davidoff, a

13   Notary Public contracted by Merrill Legal Solutions, at

14   20750 Ventura Boulevard, Suite 205, Woodland Hills,

11:02 15   California, 91364.

16         This video deposition is taking place at Perkins

17   Coie, 88 -- 1888 Century Park East, Suite 1700, Los

18   Angeles, 90067, and it was noticed by defense counsel of

19   Perkins Coie.

11:02 20         Counsel, please identify yourselves and state

21   whom you represent.

22         MS. ROOS:  Breena Roos from Perkins Coie on

23   behalf of Amazon.com, Inc. and IMDb.com, Inc.

24         MR. SZEGO:  Dov Szego from Dozier Internet Law

11:02 25   on behalf of the plaintiff Huong Hoang.

Exhibit MM, Page 7

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 410

1          THE VIDEOGRAPHER:  The court reporter today is

2     Monica Vogelbacher of Merrill Legal Solutions.

3          Would the reporter please swear in the witness.

4          (Witness sworn.)

11:03   5          THE WITNESS:  I do.

6          THE REPORTER:  Please proceed.

7

8               HUONG HOANG aka JUNIE HOANG,

9     having been first duly sworn, was examined and testified

10    as follows:

11

12                        EXAMINATION

13    BY MS. ROOS:

14          Q    Can you please state your name for the record.

11:03   15         A    Huong Hoang.

16          Q    Ms. Hoang, we took your deposition previously,

17    correct?

18          A    Yes.

19          Q    On July 26th.

11:03   20         A    Yes.

21          Q    So do you understand that you are here today as

22    a continuation of that deposition?

23          A    Yes.

24          Q    And you'll recall that outside of that

11:03   25    deposition, we talked about all the protocols for

Exhibit MM, Page 8

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 415

1          THE REPORTER:  47.

2          (Defendant Exhibit 47 was marked

3          for identification by the reporter.)

4    BY MS. ROOS:

11:07  5      Q    I'm handing you what's been marked as Exhibit

6    47.

7          Do you recognize this document?

8      A    Yes.

9      Q    And what is it?

11:07 10     A    Can I look through the whole thing?

11     Q    Yes, you can.

12     A    Okay.

13          (Following material designated CONFIDENTIAL.)

14

15

16

17

18

19

20

21

22

23

24

25

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 416

BY MS. ROOS:

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 417

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 418

FILED UNDER SEAL

Exhibit MM, Page 12

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 419

FILED UNDER SEAL

18          (End of CONFIDENTIAL material.)

19

20

21

22

23

24

25

Exhibit MM, Page 13

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 421

1   BY MS. ROOS:

FILED UNDER SEAL

Exhibit MM, Page 14

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 425

FILED UNDER SEAL

Exhibit MM, Page 15

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 428

FILED UNDER SEAL

Exhibit MM, Page 18

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 429

FILED UNDER SEAL

Exhibit MM, Page 19

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 430

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 431

FILED UNDER SEAL

Exhibit MM, Page 21

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 432

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 433

FILED UNDER SEAL

Exhibit MM, Page 23

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 434

FILED UNDER SEAL

Exhibit MM, Page 24

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 435

FILED UNDER SEAL

Exhibit MM, Page 25

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 436

FILED UNDER SEAL

11:33  20          (End of CONFIDENTIAL material.)

21

22

23

24

25

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 437

1    BY MS. ROOS:

2        Q    Have you seen this document before?

3        A    Yes.

4        Q    And what is it?

11:34  5    A    This is the second set of interrogatories.

6        Q    And it's your first response to those; is that

7    right?

8        A    I believe it's the first response to my second

9    set of interrogatories, yeah.

11:34  10   Q    Okay.  If you could turn to the next-to-the-last

11   page for me.

12       A    Okay.

13       Q    The next-to-the-last page is a verification page

14   with a signature on it.

11:34  15            Is that your signature?

16       A    Yes.

17       Q    And it's dated August 2nd, 2012?

18       A    Yes.

19       Q    So at the time that you signed this, were these

11:34  20   responses accurate?

21       A    At that time, yes.

22       Q    So can you turn to your response to

23   interrogatory number 13, which is on page 6.

24       A    You gave me the page number.  I was looking for

11:35  25   the interrogatory.  Okay.

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 438

1           (Following material designated CONFIDENTIAL.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit MM, Page 28

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 439

1    BY MS. ROOS:

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 440

FILED UNDER SEAL

7          (End of CONFIDENTIAL material.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 441

1    BY MS. ROOS:

2        Q   You signed these interrogatories, correct?

3        A   Yes.

4            (Following material designated CONFIDENTIAL.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 442

1    BY MS. ROOS:

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 443

FILED UNDER SEAL

11:38 10          (End of CONFIDENTIAL material.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 444

```
              1              (Defendant Exhibit 57 was marked
              2              for identification by the reporter.)
              3   BY MS. ROOS:
              4      Q    You've been handed what's been marked as Exhibit
11:38         5   57.
              6              I'll give you a moment to take a look at the
              7   document.
              8      A    Okay.
              9      Q    What is this document?
11:39        10      A    This is the amended interrogatories.
             11      Q    So it's your amended response to the second set
             12   of interrogatories --
             13      A    Yes.
             14      Q    -- is that right?
11:39        15              Okay.  Can you turn to the next-to-the-last page
             16   of the document.
             17              The next-to-the-last page has a signature on it.
             18   Is that your signature?
             19      A    Yes.
11:39        20      Q    And it's dated August 6th, 2012?
             21      A    Yes.
             22      Q    So as of August 6th, 2012, are your responses to
             23   these interrogatories complete and accurate?
             24      A    Yes.
11:39        25              (Following material designated CONFIDENTIAL.)
```

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 445

1    BY MS. ROOS:

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 446

FILED UNDER SEAL

Exhibit MM, Page 36

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 447

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 448

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 449

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 453

FILED UNDER SEAL

Exhibit MM, Page 40

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 454

FILED UNDER SEAL

Exhibit MM, Page 41

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 455

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 457

FILED UNDER SEAL

Exhibit MM, Page 44

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 458

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 459

FILED UNDER SEAL

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

FILED UNDER SEAL

Exhibit MM, Page 47

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

FILED UNDER SEAL

Exhibit MM, Page 48

HOANG, aka JUNIE HOANG, HUONG - 8/7/2012

Page 465

FILED UNDER SEAL

18          (End of CONFIDENTIAL material.)

19

20

21

22

23

24

25