THE HONORABLE MARCIA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>               Defendants. | No. 2:11-CV-01709-MJP<br><br>**DECLARATION OF BREENA M. ROOS IN SUPPORT OF IMDb.COM, INC.'S MOTION FOR SUMMARY JUDGMENT AND AMAZON.COM, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**ATTACHING EXHIBITS** |

DECLARATION OF BREENA M. ROOS (NO. 2:11-CV-01709) – 1

99999-9328/LEGAL25256240.1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000