# EXHIBIT AAA



# Submission Guides: Biographical Information

This page contains all the guidelines needed to successfully add bio information to the page of any person listed on IMDb.

## GUIDES (by Section)

Birth Name | Nicknames
Bio-Trivia - Acceptable Trivia | Unacceptable Trivia
Date of Birth | Date of Death
Height | Salary Details
Mini-Biographies | Spouse Details | Real-Life Quotes
Printed Publicity - Articles | Cover Photos | Interviews | Pictorials
Biographical Books | Biographical Titles | Other Works
Portrayed In | Where Are They Now? | Trademark
IMPORTANT: Creating Links

## Birth Name

- This should be the full name the person had at birth, in print format; for example, John Doe, not Doe, John.
- Include any suffixes that are part of the name (Jr., III) but do not include any Roman numerals used by IMDb to distinguish people with the same name ( "(I)" ).

## Nicknames   top ^

- This should be nickname commonly used, either when addressing the person or writing about him/her in the media.
- It's not necessary to include the surname unless that is an integral part of the nickname; in other words, if John Doe is known as Jack, you should enter Jack, not Jack Doe.

## Bio-Trivia   top ^

The biographical trivia list is used to add **random facts** without writing or updating a full mini-biography. Each piece of trivia should be sent as a **separate item**. If you have more than one piece of trivia to add, then add them as multiple items.

### Acceptable Bio-Trivia

- **Relationships** (parents, children, etc.), particularly when the relatives are also listed in the database. We also list meaningful relationships such as partnerships, cohabitations, or unions that are not legally recognized and which therefore are not eligible for listing under spouse information. (NB: Do not add spouses - they have their own section.)
- **Awards** (Nobel Prize, Tony, Grammy, etc) - (NB: **not film or TV** - these awards have their own section)

### Unacceptable Bio-Trivia

- Personal details about **sexual orientation** or **religion**.
- Information about **dating** that does not constitute a significant relationship. Even if it is accurate, we will not accept this type of trivia.
- **Rumors or gossip** are completely and specifically excluded.
- No very **trivial trivia**: clothing sizes, eye colors, handedness, favorite foods, favorite colors, and similar teen-magazine fodder (unless significantly outside the norm and thus intrinsically interesting.) 'Favorites' are only accepted where they relate to a person's job (e.g. an author's favorite book, a director's favorite film.)
- No items that are already readily available through the database functions. In particular, **"same birthday as"** someone else, unless it's particularly interesting because of some kind of very significant connection between the two people (other than being a twin, which should be explicitly noted), is no longer accepted.
- **Appearances** in stage plays, commercials, radio, and other works not accepted in the main listings should be sent as Other Works not trivia.
- **Books and articles** written by the person should also be sent as Other Works.
- **Television guest appearances** should be sent as Cast entries for the appropriate episode(s).

## Date of Birth/Date of Death   top ^

- We do not remove valid dates of birth/dates of death, so please do not submit deletions.
- The place of birth should be in the same form as a location in the locations list, with the city (if applicable) and country, plus whatever other subdivisions are appropriate for the country (e.g., state - examples: Los Angeles, California, USA; London, England, UK; etc.)
- The place of birth/death should reflect the political divisions at the time. In cases where divisions or place names have changed over time, it is acceptable to show the current place names within [square brackets]. If the name of the birth place has changed, list the new name as [now ...] e.g. here. If the territory of the birth place has changed, list the name of the current territory as [now in...] e.g. here.
- A list of the locations currently being used can be displayed by clicking on the gray list icon ( -» ) next to the place field.
- We do not consider Wikipedia to be an acceptable source for birth dates or death dates. However, many Wikipedia articles include online citations and external links which provide supporting evidence of the subject's date of birth/death, and these are often appropriate URLs to include in your submission.
- If submitting a date of birth for a minor under 18 years of age, you must include a URL confirming the year of birth. We will no longer accept DOBs for minors without supporting evidence.

## Height   top ^

- Please enter the height in either metric or English (imperial) units, whichever you have available. If you happen to have both, please use English.

- Please note: Our policy is not to remove factual data. If you wish to change an existing height, please select the option CORRECT. Otherwise, all requests for completely removing a height should be sent to the Helpdesk.

## Mini-Biographies   top ^

Remember, we already have the person's complete filmography so the biography should detail additional personal information in chronological order. Biographies usually answer questions such as:

- Where did the person grow up?
- Who were their parents?
- Which school did they attend?
- What was their debut?
- What was their breakthrough?

**Key Points**

- All biographies should be in third person: "he attended", not first person: "I attended".
- Please don't include dates of birth in other biographical sections. You can submit this information under date of birth.
- Please don't use block capitals.
- As with all data, we reserve the right to edit or reject biographies.
- The biography should provide at least a broad overview of the person; if you are adding just one or two facts, consider using the "trivia" section instead (see guide).
- If you are adding only children or other relations, these should be trivia. References to spouses, date of birth, or date of death, should be sent to the appropriate sections (though they can certainly be mentioned in a more comprehensive biography).
- Biographies must be your own work. We cannot accept anything copied from a magazine, newspaper, obituary, web site, etc.
  Biographies must stand by themselves, and cannot contain links to other web sites. Please remember that you are writing for an international audience; in particular, you should spell out place names, not use abbreviations, and you should include context as needed (e.g., cities other than major cities should include states or countries).
- We do not add personal details about sexual orientation or religion. We also will not include rumors or gossip.
- It is our policy not to remove biographies in their entirety, unless we first receive an updated or amended version. However, if you are aware of inaccuracies contained within an existing biography and bring them to our attention, we will investigate and if appropriate, remove or amend the offending items.
- Please note that replacing a biography that fits our guidelines and contains a good deal of background information with one containing almost no interesting information will be considered the same as attempting to delete a biography.

## Spouse Details   top ^

- This field records **legally recognized** marriages and partnerships only.
- Domestic partnerships, cohabitations, or unions that are not legally recognized should be noted as biographical trivia.
- The spouse's or legally recognized partner's name should be in display order (e.g., *Firstname Lastname*).
- If two people who are both in the database are married/partnered to each other, the details need to be added separately to each person.

## Salary Details   top ^

- The base salary, not including residuals or profit participation, for work on a given title.
- Please use the appropriate currency symbol (e.g. $5,000, £5,000 or €5,000) or the standard 3-letter abbreviation (e.g. EUR5,000, USD5,000 or GBP5,000).

## Real-Life Quotes   top ^

This section is for unscripted statements the person has made, generally in an interview or lecture setting.

- Please do not include quote marks, unless the quote itself contains a quotation.
- Quotes that have said in character, or as a contestant on a reality program, should be submitted in the fictional quotes section.
- It is helpful if you can include the source of the quote, particularly if it is controversial.
- Please include enough context to allow the quote to be understood on its own (for example, if it's referring to a title or person, be sure that name is either included in the quote or a context note). Two examples from Michael Caine:

      [on _Jaws: The Revenge (1987)_ (qv)] I have never seen it, but by all accounts it
      is terrible. However, I have seen the house that it built, and it is terrific.

      [on 'Richard Gere' (qv)] He's got a pin-up image... which he hates. The only trouble
      is this: whenever they ask him to take his trousers off, he does.

- By contrast, the following quote, which contains no context, would not be usuable: "He worked extremely hard on this film".

## Where Are They Now?   top ^

This section details the current status (work or life) of a person in the database.

- **Important:** "*Where are they now?*" should refer to the actual **real world location** of the person in question. If the information you wish to submit is regarding **what else the person is doing now** (e.g. commercials, radio, theater, books etc.), please instead submit it to the person's Other Works list. All other personal information should go to the person's **Biography** section.
- There is no need to delete or replace old entries merely because they are out of date. It is diary of events and updates should be added as new entries.
- Please add the date if known.
- Please use the following format: *City, State (if applicable), Country: Activity (optional, max 140 characters)*.
  *Examples:*

Los Angeles, CA, USA: Seeking role in a TV show.
New York, NY, USA: Off-Broadway play.
London, England: Living and working.
Buenos Aires, Argentina: Working on scripts for short films.

### Printed Publicity: Articles    top ^

The printed publicity sections are for print media only. Online publications should instead be sent to the external links section. (Please note that this section is independent of the "news articles" link; those articles come only from our various news suppliers, and cannot be added to by contributors.)

- An article is something that appears in a magazine or journal and does not fit the definition of an interview or pictorial, while still focusing primarily on a person and not, say, a specific film. (Articles focusing on particular films/programs should instead go to the literature list.)
- You must identify the specific issue using the Date of release or Volume/Issue (preferably both).
- Where possible please include the page number(s). Please use the following page format:
   1-11
   1+2, 11-12
   1+2, 3, 7-11.
- A list of the publications currently being used can be displayed by clicking on the gray list icon ( → ) next to the publication field.

### Printed Publicity: Cover Photos    top ^

- Cover photos are those that occupy a substantial portion of the cover and where the person is identifiable (i.e., not a tiny face in a crowd shot).
- Such photos are often, but not always, shot specifically for the cover in question.
- You must identify the specific issue using the Date of release or Volume/Issue (preferably both).
- A list of the publications currently being used can be displayed by clicking on the gray list icon ( → ) next to the publication field.

### Printed Publicity: Interviews    top ^

- An interview is something that appears in a magazine or journal and consists primarily of a conversation with the person in question (or with a panel including the person).
- It may or may not be presented in a Q&A format, but if not in that form, it should still consist primarily of material directly quoted from the subject(s).
- If it does not fit this definition, it should be treated as an article instead.
- You must identify the specific issue using the Date of release or Volume/Issue (preferably both).
- Where possible please include the page number(s). Please use the following page format:
   1-11
   1+2, 11-12
   1+2, 3, 7-11.
- A list of the publications currently being used can be displayed by clicking on the gray list icon ( → ) next to the publication field.

### Printed Publicity: Pictorials    top ^

- A pictorial is something that appears in a magazine or journal and consists primarily of photographs of the person in question (or a small group of people including the person).
- The field author should be used for the name of the photographer. (Note: "Staff" or "Staff photographer" should be entered in the Author field only when explicitly listed in the publication. If no photographer is credited, leave the field blank.)
- It may include brief captions, and possibly an introductory paragraph or two, but if there is substantial text beyond that, it should be treated as an article instead.
- You must identify the specific issue using the Date of release or Volume/Issue (preferably both).
- Where possible please include the page number(s). Please use the following page format:
   1-11
   1+2, 11-12
   1+2, 3, 7-11.
- A list of the publications currently being used can be displayed by clicking on the gray list icon ( → ) next to the publication field.

### Biographical Books    top ^

- This section is for books primarily about a single person (or closely related group, e.g., The Marx Brothers, Laurel & Hardy). Encyclopedias or collections of interviews should be sent to other sections (article, interview, or trivia).
- Books written by the person, but not about them, should be treated as other works.
- Titles should be in mixed (book) capitalization, not all capitals.
- The author name should be entered in Firstname Lastname format.

### Biographical Titles    top ^

- A biographical title is any production of a biographical nature regarding a person.
- The title should be focused on the person; if the person is not the focus of the title, then you should instead mark them as portrayed in the title.

### Titles: Portrayed-In    top ^

- A title in which the person is portrayed by another person.

- A title in which the person is portrayed by another person.
- The person's life should not be the central focus of the film; if it is, then use biographical title instead.

## Other Works    top ^

- The "other works" section is for works in media not currently listed elsewhere in the database. Examples include commercials, radio, theater, books, music videos and audio recordings. Please do not send anything to this section that can be included in the regular database listings.

- **Important:** Submissions with no date will be rejected.

- An entry must begin with a date in parentheses, what type of work it is, the title of the work, in what way was the name involved, and the location (if known). Examples:

    (2011) Music video for the band Heavy Rabbit - Director

    (June 2009) TV commercial for Whizzo Chocolates - Director

    (2 July 2009-5 August 2009) Stage play: Hamlet - playing Guildenstern, at Random Theatre, Anytown, USA

- Please submit books in the following format:

    (Year) Book: "Book Title". City of publication (if known): Publisher. ISBN 0246913579

    Example:

    (2011) Book: "The Art of Cinema". New York: Random House. ISBN 0000111000

- Titles should not be sent in all capital letters.

- Each item should be a single work. If you have more than one "other work" to add, then send them as multiple items.

- Remember that you are writing for an International audience. Please include enough context; for example, commercials should include the type of product, not just the brand name (e.g., Whizzo chocolates; Big Kahuna hamburgers). Also, avoid abbreviations, particularly for place names.

- Guest appearances should be sent to the cast section for the relevant episode, not "other works".

- Awards are not considered "other works". If the award is for film or TV work, it should be sent to the awards section; other awards (e.g., Tony, Grammy) can be sent as biographical trivia.

## Trademark    top ^

Descriptions of a person's recognizable trait, usually something repeated over a number of films.

- This section is not intended to hold information such as hair color, other physical assets or clothing unless it can be truly considered a trademark.
- A director trademark can be followed by a shorthand form of the trademark in square brackets. This is cross-referenced to the corresponding trivia list DIRTRADE entries.

## Creating Links    top ^

If you mention a person or a title (movie, TV series / episode) that is also listed on IMDb, you must use the (qv) notation to automatically create a hyperlink to the relevant page. (Please do not use any HTML coding - it won't work.)

- **People:** Wrap in apostrophes, followed by (qv). (Important: if there is more than one person with the same name on the database, be sure to include their IMDb 'number' (in Roman numerals), as found at the top of each person's IMDb page). For example:

    'Christian Bale' (qv)

    'John Ford (I)' (qv)
    'Emma Roberts (II)' (qv)
    'David Harris (XXIX)' (qv)

- **Titles:** Wrap the title, including the year, in underscores, followed by (qv). The only place to find the full, correct title format is at the top of each title's update page. For example:

    _Star Wars (1977)_ (qv)
    _The Dark Knight (2008)_ (qv)
    _Il buono, il brutto, il cattivo (1966)_ (qv)
    _High School Musical 2 (2007) (TV)_ (qv)
    _"Buffy the Vampire Slayer" (2001) {Once More, with Feeling (#6.7)}_ (qv)

Please click on this link for a more detailed explanation of the (qv) notation.

Index

**Recently Viewed**                                                                 Manage your history

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | WatchList | Top 250 | TV | News | Video | Message Boards | Press Room
Register | RSS | Advertising | Contact Us | Jobs | IMDbPro | IMDb Resume | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Exhibit AAA, Page 5                                                                             IMDb 000061

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France | IMDb Portugal

Copyright © 1990-2012 IMDb.com, Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com company.

| Amazon Affiliates | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Amazon Instant Video Watch Movies & TV Online | Prime Instant Video Unlimited Streaming of Movies & TV | Amazon Germany Buy Movies on DVD & Blu-ray | Amazon Italy Buy Movies on DVD & Blu-ray | Amazon France Buy Movies on DVD & Blu-ray | LOVEFiLM Watch Movies Online | Amazon Wireless Cellphones & Wireless Plans | Junglee India Online Shopping | DPReview Digital Photography | Audible Download Audio Books |

HIGAJ 3:07:14 PM 4/25/2012