UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUONG HOANG, an individual, | CASE NO. C11-1709MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The clerk is directed to place Dkt. No. 83 under seal. Defendant IMDB.com is directed to refile its redacted motion for summary judgment.  The clerk is ordered to provide copies of this order to all counsel. Filed this 3rd day of December, 2012.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER- 1