Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUONG HOANG, an individual, | NO. 11-cv-01709-MJP |
| Plaintiff, | |
| vs. | **DECLARATION OF KEITH SCULLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation, | |
| Defendants. | |

I, Keith Scully, do declare and attest as follows:

1. I am over the age of eighteen (18) years of age, counsel of record for Plaintiff Huong Hoang, and competent to testify to the matters stated herein.

2. IMDb's continued practice of posting actors' ages has caused actors and members of the industry to join together to complain about IMDb's policies. Actors have gone so far as to petition this Court for redress, even though they are not involved in the litigation. Attached as **Exhibit A** is a true and correct copy of a letter this firm received from the Court attaching emails from third parties discussing the impact of IMDb's disclosure of ages.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from IMDb.com's Second Supplemental Answers and Objections to Plaintiff Huong Hoang's

SCULLY DECL - 1           **NEWMAN DU WORS LLP**           1201 Third Avenue, Suite 1600
                                                          Seattle, Washington 98101
                                                          (206) 274-2800

First Set of Interrogatories to Defendant IMDb.com, Inc.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of Huong Hoang taken on July 26, 2012. Portions of this document are filed separately under seal.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Huong Hoang taken on August 7, 2012.

6. Attached as **Exhibit E** is a true and correct copy of excerpts from the deposition transcript of Joe Kolkowitz taken on August 7, 2012.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from the deposition transcript of Giancarlo Cairella taken on August 1, 2012, and exhibits discussed therein. Portions of this document are filed separately under seal.

8. Attached as **Exhibit G** is a true and correct copy of excerpts from the deposition transcript of Giancarlo Cairella as a 30(b)(6) representative taken on August 2, 2012, and exhibits discussed therein. Portions of this document are filed separately under seal.

9. Attached as **Exhibit H** is a true and correct copy of excerpts from the deposition transcript of Adrian Garver taken on August 1, 2012.

10. Attached as **Exhibit I** is a true and correct copy of excerpts from the deposition transcript of Adrian Garver as a 30(b)(6) representative taken on August 2, 2012.

11. Attached as **Exhibit J** is a true and correct copy of excerpts from the deposition transcript of Thomas Whitcomb as a 30(b)(6) representative taken on August 3, 2012.

I certify and declare under the penalty of perjury under the laws of the United States that to my knowledge the foregoing is true and correct.

1  Dated this 10th day of December, 2012 at Seattle, Washington.

*[signature]*
Keith Scully

SCULLY DECL - 3   **NEWMAN DU WORS LLP**   1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800