# Exhibit F

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

– – – – – – – – – – – – – – – – – – – – – – – – – –

HUONG HOANG,                          )
                                      )
                  Plaintiff,          )
                                      )
     vs.                              )No. 2:11-CV-01709-MJP
                                      )
AMAZON.COM, INC., et al.,             )
                                      )
                  Defendants.         )

– – – – – – – – – – – – – – – – – – – – – – – – – –

Videotaped Deposition Upon Oral Examination

of

GIANCARLO CAIRELLA

– – – – – – – – – – – – – – – – – – – – – – – – – –

9:01 A.M.

August 1, 2012

1201 Third Avenue, Ste. 1600

Seattle, Washington

Valerie L. Seaton, RPR, CCR

Electronically signed by Valerie Seaton (601-321-229-9529)                    24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.      8/1/2012  Giancarlo Cairella-CONFIDENTIAL

```
                                                          Page 2

 1                      APPEARANCES

 2

 3

        FOR THE PLAINTIFF:
 4              DOV SZEGO
                Attorney at Law
 5              DOZIER INTERNET LAW, P.C.
                11520 Nuckols Road
 6              Suite 101
                Glen Allen, Virginia 23059
 7              Dov@cybertriallawyer.com

 8

 9      FOR THE DEFENDANT:
                BREENA M. ROOS and
10              ASHLEY LOCKE
                Attorneys at Law
11              1201 Third Avenue
                Suite 4800
12              Seattle, Washington 98101
                Broos@perkinscoie.com
13              Alocke@perkinscoie.com

14
        THE COURT REPORTER:
15              VALERIE L. SEATON, RPR, CCR
                MOBURG, SEATON & WATKINS
16              2033 Sixth Avenue
                Suite 826
17              Seattle, Washington 98121
                Valerie@MoburgReporting.com
18

19      THE VIDEOGRAPHER:
                DAN BASSETT
20              MOBURG, SEATON & WATKINS

21
        ALSO PRESENT:
22              HUONG THU HOANG

23

24

25
```

Moburg, Seaton & Watkins  206-622-3110      Court Reporters
2033 Sixth Ave., Ste. 826                   Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                    24e99e2a-9cbc-47b6-82ec-b8663e576df7f

Hoang v. Amazon.com, Inc.      8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 12

1    do you get?

2        A.   We may get people complaining that we don't

3    have all their information.  We may get users

4    complaining that the information about something or

5    someone is inaccurate or incomplete or asking how they

6    can find information on the site.

7        Q.   Am I correct in my understanding that -- that

8    users to the site can submit information about people

9    on the site?

10       A.   That is correct.

11       Q.   So, for instance, a user can submit someone's

12   film credits?

13       A.   Yes.

14       Q.   What is the process by which those pieces of

15   information are received and collated into the

16   database?

17       A.   Well, the information is submitted through

18   the website itself.  There is a form that people can

19   fill, and then it gets processed by our content team

20   and they look at it and decide whether it should go on

21   the site or not.  Some of it may be automatically

22   approved.  It really depends on the data.

23       Q.   Well, so let's -- let's go into that.  How

24   does something get automatically approved?

25       A.   Well, it depends on the -- on the specific

Moburg, Seaton & Watkins 206-622-3110      Court Reporters
2033 Sixth Ave., Ste. 826                  Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                    24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.       8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 13

1   type of data.  I'm not familiar with every single

2   criteria that is applied to the data, but, for example,

3   if someone were to submit that, I don't know, the movie

4   is going to be released on a certain date, we may

5   accept that information automatically without verifying

6   it, depending on the source.  But other types of

7   information we -- we would probably double-check.  It

8   really depends on the individual piece of data.

9       Q.   In this case, I understand you're aware in

10  this case we're dealing specifically with a date of

11  birth.

12      A.   Correct.

13      Q.   With respect to personal information such as

14  date of birth, I think you also have things like the

15  high school someone attended, that sort of thing,

16  listed; is that right?

17      A.   Well, we don't have specific fields for that,

18  but we have a biographical section where people can add

19  biographical information, including work history,

20  personal history.  We have a section called "trivia"

21  which collects all kinds of, you know, trivia items

22  about a person.

23      Q.   And so users other than the person with the

24  entry can submit information to be included in this

25  biographical or trivia section of the site?

Moburg, Seaton & Watkins 206-622-3110       Court Reporters
2033 Sixth Ave., Ste. 826                    Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                    24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.        8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 14

1        A.   That is correct.

2        Q.   What is the circumstances where you would

3   accept information given for biographical or trivia

4   reasons without vetting it?

5        A.   It's usually user, submitter's reputation.

6   If someone has submitted data in the past without any

7   problem, we would probably continue to accept data at

8   face value unless it looks incorrect on its face.

9             Of course, we tend to believe when people

10  submit data about themselves in most cases.  It really

11  depends also on the profile of information.

12  Information about a high-profile person may be

13  scrutinized more carefully.

14       Q.   So you said that information on a

15  high-profile person would be scrutinized more

16  carefully?

17       A.   That's correct.

18       Q.   Why is that?

19       A.   Well, if something is about a section of a

20  site that gets a lot of page views, we may put extra

21  effort into making sure that it's consistent with our

22  guidelines.

23       Q.   Is that a specific -- well, you mention your

24  guidelines.  What are your guidelines?

25       A.   Guidelines are documented on the sideway of

Moburg, Seaton & Watkins 206-622-3110        Court Reporters
2033 Sixth Ave., Ste. 826                  Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                    24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.        8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 15

1    submission guidelines which explain what kind of data

2    we will or will not list.  We have content guidelines

3    like, you know, whether a bio needs to be written in

4    the first person or the third person.  That kind of

5    stuff.

6         Q.   And what sort of vetting would you do for,

7    let's say, biographical and trivia data like we were

8    talking about a minute ago?

9         A.   I wouldn't personally do the vetting.  But

10   our content team may -- if they see a bio and they want

11   to double-check it, they may Google the information

12   online, see if it's verified by any other source.  Or

13   they may simply accept it if it looks credible.

14        Q.   When you say they would look for it online,

15   what kind of places would they look for it online?

16        A.   I don't know exactly.  I'm assuming they

17   would Google and see if there's a match on it, an

18   article on a website somewhere or any other source

19   really.

20        Q.   So essentially they just Google it and see

21   what comes up?

22        A.   Well, that's part of it, yes.

23        Q.   Okay.  And --

24        A.   We also use personal knowledge.  I mean, some

25   information can be -- can be accepted or rejected

Moburg, Seaton & Watkins 206-622-3110        Court Reporters
2033 Sixth Ave., Ste. 826                    Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                    24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.        8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 16

1   simply because of the content editor decides it's

2   appropriate or not.

3        Q.   Are there guidelines for that?

4        A.   Well, I'm sure the content editors have their

5   own individual guidelines.  I'm not aware of every

6   specific case, but I'm sure they also use common sense.

7        Q.   So you're not trained in the content

8   guidelines?

9        A.   Well, I'm familiar with them, but I don't

10  approve the data myself on a daily basis.  So I

11  don't -- I can't really speak to what is done by the

12  editors.  They also evolve constantly.  I mean, you

13  know, the data keeps getting submitted.  We might

14  decide at some point to start accepting new types of

15  data.  It's really an editorial decision.

16       Q.   Are you trained on those guidelines at all?

17       A.   Define "training."

18       Q.   Do they set you down and discuss the

19  guidelines?  You mentioned that they change the

20  guidelines.  Do they discuss the changes in the

21  guidelines with you?

22       A.   Not -- if you define training as sitting down

23  and instructing someone specifically, no.  But I am

24  aware of most of these policies, mostly because they

25  are part of what we do.

Moburg, Seaton & Watkins 206-622-3110        Court Reporters
2033 Sixth Ave., Ste. 826                    Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                    24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.      8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 24

1    ever had this discussion with anyone other than my

2    client with respect to the change or removal of their

3    data?

4         A.   What do you mean by that?

5         Q.   Well, the fact that you're requesting

6    additional biographical information in order to change

7    or remove biographical information from the site.

8              MS. ROOS:  Object to form.

9         A.   I'm not sure I understand what you're

10   asking.  Are you asking me if anyone else has

11   complained about this?

12        Q.   (BY MR. SZEGO)  Yes.

13        A.   I'm sure that we've had people complain, but

14   I don't remember specific names or incidents.

15        Q.   You say you're sure.  Have you been involved

16   in any of those complaints?

17        A.   Well, I deal with a lot of customer service

18   queries, so as part of those, we've heard complaints

19   from people about the data listed on the site.

20        Q.   And I'm not sure I asked this earlier, but

21   how long have you been customer service manager with

22   IMDb?

23        A.   At least since 2003.  I started out doing

24   something different, and I don't remember the exact

25   date when I -- my job title became customer service

Moburg, Seaton & Watkins 206-622-3110      Court Reporters
2033 Sixth Ave., Ste. 826                   Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                                    24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.        8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 25

1   manager.  So I'm not sure.

2       Q.   What did you do that was different?  What

3   other title did you have?

4       A.   I've done lots of things from managing cast

5   credits to dealing with customer service, whereas not

6   in the role as manager, but just as a representative.

7       Q.   And you said you were sure that there had

8   been some and that you deal with a lot.  Can you give

9   me an idea of how many complaints you've had about

10  this?

11              MS. ROOS:  Object to form.

12      A.   Well, I said that I deal with a lot of

13  complaints in general.  I don't know how many

14  complaints specifically about this we get.  I'm not

15  able to estimate.

16      Q.   (BY MR. SZEGO)  Not able to estimate.  Well,

17  let's say, is it more than two?

18      A.   Yes.

19      Q.   Is it more than ten?

20      A.   Yes.  You're talking about daily basis?

21  Annual basis?  Ever?

22      Q.   On an annual basis, is it more than ten?

23      A.   Probably, yes.

24      Q.   On an annual basis, is it more than 15?

25      A.   Yes.

Electronically signed by Valerie Seaton (601-321-229-9529)                24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.        8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 26

 1      Q.    On an annual basis, is it more than 25?

 2      A.    Yes.

 3      Q.    On an annual basis, is it more than 50?

 4      A.    I don't know.

 5      Q.    You don't know?  It's close?  You don't

 6   know -- you just don't know?

 7              MS. ROOS:  Object to form.

 8      A.    I just don't know.  I don't count them.  I

 9   don't deal with every single complaint myself.  We get

10   a lot of customer service queries.  I don't know the

11   number.

12      Q.    (BY MR. SZEGO)  Now -- I'm sorry.  Just give

13   me a second.

14              So that I've asked, who is Geoff Leonard?

15      A.    Geoff Leonard was a data manager who worked

16   for IMDb.com.

17      Q.    He was?  When did he leave?

18      A.    I don't remember exactly.  He retired a few

19   years ago.

20      Q.    A few years ago?  More than one?  More than

21   two?

22              MS. ROOS:  Object to form.

23      A.    More than one.

24      Q.    (BY MR. SZEGO)  Well, let me rephrase so that

25   I can attempt to overcome the objection.  When you say

Electronically signed by Valerie Seaton (601-321-229-9529)                24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.        8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 40

1                    MR. SZEGO:  Could we go off the record

2    for a moment?

3                    THE VIDEOGRAPHER:  Going off record.

4    The time now is 9:48 A.M.

5                        (Off the record.)

6                    THE VIDEOGRAPHER:  Back on record.  The

7    time now is 10:00 a.m.

8                        (Exhibit No. 4 marked.

9                         for identification.)

10       Q.   (BY MR. SZEGO)  I'm going to give you a

11   document that we've marked as Exhibit No. 4.  Can you

12   identify that document for me?

13       A.   This is an e-mail exchange between myself and

14   Geoff Leonard, who was the manager of our biographical

15   information at the time.

16       Q.   Now, if I go down to the second paragraph of

17   the top e-mail, it says, "I cannot find anything in the

18   usual places."  What did that mean?

19                    MS. ROOS:  Object to form.

20       A.   I assume it means the usual places that we

21   look for verification of information, meaning Google or

22   books or our own submission records.

23       Q.   (BY MR. SZEGO)  Now, this e-mail is dated

24   July 16, 2008, which is before you said that you looked

25   at the account information in November of 2008.

Moburg, Seaton & Watkins 206-622-3110      Court Reporters
2033 Sixth Ave., Ste. 826                  Seattle, WA 98121

3e5c63ae69

Hoang v. Amazon.com, Inc.        8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 46

1        Q.   (BY MR. SZEGO)  Now, around this same time,

2    November of 2008, did you do any searching for records

3    relating to my client's date of birth?

4        A.   Searching, yes.

5        Q.   Do you recall where you searched for those

6    records?

7        A.   I remember searching on PrivateEye.com, which

8    is a public records database.

9        Q.   When you say "public records database," it's

10   a subscription service, isn't it?

11       A.   It's a pay service.  Some information is

12   available for free and some you have to pay for.

13       Q.   And in this particular case, you paid to

14   search information regarding my client; is that

15   correct?

16       A.   Yes, that is correct.

17       Q.   And where did you get the search terms that

18   you used to search for my client?

19              MS. ROOS:  Object to form.

20       A.   Define "search term."

21       Q.   (BY MR. SZEGO)  Well, you put in names, if I

22   understand correctly.

23       A.   That is correct.

24       Q.   Where did you get the names that you put into

25   the searches?

Moburg, Seaton & Watkins  206-622-3110        Court Reporters
2033 Sixth Ave., Ste. 826                     Seattle, WA 98121

Hoang v. Amazon.com, Inc.        8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 47

1      A.   From her IMDb account information.

2      Q.   When you say "her IMDb account information,"

3  do you mean information that was submitted with her

4  credit cards?

5           MS. ROOS:  Object to form.

6      A.   Information that was submitted as part of the

7  subscription to IMDbPro.com.

8      Q.   (BY MR. SZEGO)  So as part of the

9  subscription, that includes her credit card

10  information; is that correct?

11          MS. ROOS:  Object to form.

12     A.   Well, we didn't use her credit card

13  information.

14     Q.   (BY MR. SZEGO)  What do you mean by you

15  didn't use her credit card information?

16     A.   We look up her account information and the

17  name on the account.  That's what we search for.

18     Q.   Well, I've shown you as Exhibit No. 3, I

19  believe, and then again -- I'm sorry, it's No. 4 -- a

20  document that shows Junie Hoang as the name associated

21  with the account.

22     A.   I'm not sure which documents you're referring

23  to at this point.

24     Q.   If you look in defense -- No. 3, it shows

25  Junie Hoang as the name associated with the account.

Moburg, Seaton & Watkins 206-622-3110        Court Reporters
2033 Sixth Ave., Ste. 826                   Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                              24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.     8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 58

1    through a Google search.  If you search for "date of

2    births," you get a ton of public record databases.

3         Q.   (BY MR. SZEGO)  Prior to your obtaining an

4    account on this website, did you have a discussion with

5    anyone about whether or not there were any privacy

6    concerns with respect to using this website?

7              MS. ROOS:  Object to form.

8         A.   I don't recall a conversation about this

9    particular topic.

10        Q.   (BY MR. SZEGO)  Since becoming a member of

11   this website, have you ever conferred with anyone about

12   whether or not there may be privacy concerns with your

13   use of this website?

14             MS. ROOS:  Object to form.

15        A.   The topic has come up in conversations with

16   attorneys recently, but only --

17             MS. ROOS:  I'm going to stop and

18   instruct you not to divulge the content of any

19   conversations with attorneys.

20        Q.   (BY MR. SZEGO)  Without divulging the

21   response of your attorneys, has there been any change

22   in policy as a result of the use of this website?

23             MS. ROOS:  Object to form.

24        A.   No.

25        Q.   (BY MR. SZEGO)  After finding this name, the

Moburg, Seaton & Watkins 206-622-3110          Court Reporters
2033 Sixth Ave., Ste. 826                      Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                    24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.      8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 59

1    Huong Thu Hoang name, did you make a change to the

2    database?

3                    MS. ROOS:  Object to form.

4        A.   I didn't personally make a change, but we did

5    update the information on our site.

6        Q.   (BY MR. SZEGO)  Who updated the information

7    on your site?

8        A.   I don't know.  I don't remember exactly.  A

9    member of our data team, I assume.

10       Q.   Why?

11       A.   Because we found out that the birth date that

12   we had listed was not correct, and we corrected it to

13   the correct date of birth date.

14       Q.   What about with respect to the name on the

15   account?

16                   MS. ROOS:  Object to form.

17       A.   Which name are you referring to?

18       Q.   (BY MR. SZEGO)  Let me rephrase the question

19   and see if I can get around the objection to form.

20            As a result of the searches you did on

21   November 12, was a change made to IMDb's database with

22   respect to my client's name rather than her date of

23   birth?

24       A.   No.

25       Q.   Are you familiar with automatic -- well, are

Moburg, Seaton & Watkins  206-622-3110        Court Reporters
2033 Sixth Ave., Ste. 826             Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                          24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.        8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 72

1        A.   Yes.

2             Q.   (BY MR. SZEGO)  Now, I told you we would come

3    back to it.  I just want to take a moment and look at

4    your LinkedIn profile.  We'll mark this as 11.

5                       (Exhibit No. 11 marked.

6                        for identification.)

7             Q.   (BY MR. SZEGO)  Can you identify document

8    No. 11 for me?

9        A.   It looks like a copy of my LinkedIn profile.

10            Q.   Is this current?

11       A.   I believe so.  I haven't updated in a real

12   long time, as far as I remember, so yes.

13            Q.   If I look halfway down the first page, it

14   lists two different customer service manager

15   positions.

16       A.   Yes.

17            Q.   One says "Customer Service Manager, IMDb.com"

18   and underneath that it says "Amazon.com."  And it's

19   listed as a public company, gives the stock symbol.

20   Did you add that information?

21       A.   Well, I -- yes, at some point I must have

22   answered my affiliations as IMDb.com and Amazon.com as

23   well as the other listings X-Media and Epson for

24   experience.

25            Q.   And it lists you as working for Amazon.com

Moburg, Seaton & Watkins 206-622-3110        Court Reporters
2033 Sixth Ave., Ste. 826                Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                    24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.        8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 73

1    from 1998 to the present, and it lists you as working

2    for IMDb.com from 1995 to the present.  So it lists you

3    as working for both at the same time; is that correct?

4              MS. ROOS:  Object to form.

5        A.   That is correct, that's what it shows.

6        Q.   (BY MR. SZEGO)  Allow me to reword it.  This

7    reflects that you worked both for Amazon and for IMDb

8    at the same time, correct?

9              MS. ROOS:  Object to form.

10       A.   Well, that's what it shows, yes.

11       Q.   (BY MR. SZEGO)  Now, we've talked about how

12   you were contacting Kathryn Sheehan in an e-mail.

13   Kathryn Sheehan is counsel for Amazon, correct?

14       A.   Correct.

15       Q.   And Adrian Garver works for the legal

16   department for Amazon, correct?

17       A.   Correct.

18       Q.   Do you have access to Amazon databases?

19       A.   What do you mean by "databases"?

20       Q.   Information collected by Amazon.

21             MS. ROOS:  Object to form.

22       A.   I'm not sure.  What do you mean by

23   information collected by Amazon?  But I don't have

24   access to any Amazon-specific database.  I only deal

25   with IMDb customers and customer service.

Moburg, Seaton & Watkins 206-622-3110        Court Reporters
2033 Sixth Ave., Ste. 826                   Seattle, WA 98121

Hoang v. Amazon.com, Inc.      8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 75

1                    EXAMINATION

2  BY MS. ROOS:

3       Q.   Mr. Cairella, do you have any job

4  responsibilities relating to Amazon.com?

5       A.   No.

6       Q.   Have you ever had any job responsibilities

7  relating to Amazon.com?

8       A.   No.

9            MS. ROOS:  No further questions.

10                 FURTHER EXAMINATION

11  BY MR. SZEGO:

12       Q.   Mr. Cairella, am I correct that IMDb is a

13  wholly owned subsidiary of Amazon.com?

14       A.   Yes.

15       Q.   Do you attend board meetings that involve

16  Amazon.com board members or personnel?

17            MS. ROOS:  Object to form.

18       A.   No.

19       Q.   (BY MR. SZEGO)  Does Amazon.com derive

20  revenue from IMDb.com?

21       A.   Yes.

22       Q.   IMDb.com's revenues derive at least in part

23  from the completeness of its database, correct?

24            MS. ROOS:  Object to form.

25       A.   I don't know if -- we -- our users expect us

Moburg, Seaton & Watkins 206-622-3110        Court Reporters
2033 Sixth Ave., Ste. 826                 Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.       8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 78

```
 1              C E R T I F I C A T E
 2   STATE OF WASHINGTON  )
                          )  SS.
 3   COUNTY OF PIERCE     )
 4       I, the undersigned Washington Certified Court
     Reporter, pursuant to RCW 5.28.010 authorized to
 5   administer oaths and affirmations in and for the State
     of Washington, do hereby certify:
 6
         That the annexed and foregoing deposition
 7   consisting of Pages 1 through 75 of the testimony of
     each witness named herein was taken stenographically
 8   before me and reduced to typed format under my
     direction;
 9
             I further certify that according to CR 30(e)
10   the witness was given the opportunity to examine, read
     and sign the deposition after the same was transcribed,
11   unless indicated in the record that the review was
     waived;
12
             I further certify that all objections made at
13   the time of said examination to my qualifications or
     the manner of taking the deposition or to the conduct
14   of any party have been noted by me upon each said
     deposition;
15
             I further certify that I am not a relative or
16   employee of any such attorney or counsel, and that I am
     not financially interested in the said action or the
17   outcome thereof;
18           I further certify that each witness before
     examination was by me duly sworn to testify the truth,
19   the whole truth and nothing but the truth;
20           I further certify that the deposition, as
     transcribed, is a full, true and correct transcript of
21   the testimony, including questions and answers, and all
     objections, motions, and exceptions of counsel made and
22   taken at the time of the foregoing examination and was
     prepared pursuant to Washington Administrative Code
23   308-14-135, the transcript preparation format
     guidelines;
24
             I further certify that I am sealing the
25   deposition in an envelope with the title of the above
```

Moburg, Seaton & Watkins  206-622-3110          Court Reporters
2033 Sixth Ave., Ste. 826                    Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                    24e99e2a-9cbc-47b6-82ec-b8663e576d7f

Hoang v. Amazon.com, Inc.        8/1/2012 Giancarlo Cairella-CONFIDENTIAL

Page 79

1   cause and the name of the witness visible, and I am
    delivering the same to the appropriate authority;

2
            I further advise you that as a matter of firm
3   policy, the Stenographic notes of this transcript will
    be destroyed three years from the date appearing on
4   this Certificate unless notice is received otherwise
    from any party or counsel hereto on or before said
5   date;
            IN WITNESS WHEREOF, I have hereunto set my
6   hand and affixed my official seal this 14th day of
    August, 2012.

7

8

9

10

11

12

13   _____

14                   VALERIE L. SEATON, RPR, CCR
                     Certified Court Reporter in
15                   the State of Washington,
                     residing at Tacoma.
16                   License No. 2557

17

18

19

20

21

22

23

24

25

Electronically signed by Valerie Seaton (601-321-229-9529)        24e99e2a-9cbc-47b6-82ec-b8663e576d7f

## Giancarlo Cairella

Customer Service Manager, IMDb.com
Greater Seattle Area | Internet

### Join LinkedIn and access Giancarlo Cairella's full profile.

As a LinkedIn member, you'll join 150 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and Giancarlo Cairella know in common
- Get introduced to Giancarlo Cairella
- Contact Giancarlo Cairella directly

View Full Profile

### Giancarlo Cairella's Overview

| | |
|---|---|
| Current | Customer Service Manager, IMDb.comat Amazon.com |
| | Customer Service Manager at IMDb.com |
| Past | Co-founderat X-Media |
| | Customer Serviceat Epson Italia |
| Education | Università Cattolica del Sacro Cuore |
| Recommendations | 1 person has recommended Giancarlo |
| Connections | 161 connections |
| Websites | Company Website |
| | Company Website |

### Giancarlo Cairella's Summary

I've been managing customer service/tech support companies and teams since 1987

Specialties
Internet customer support



Δ π EXHIBIT 11
Deponent Cairella
Date 8/6/12 Rptr. VS
WWW.DEPOBOOK.COM

### Giancarlo Cairella's Experience

**Customer Service Manager, IMDb.com**
Amazon.com
Public Company; 10,001+ employees, AMZN; Internet Industry
April 1998– Present (14 years 4 months)

**Customer Service Manager**
IMDb.com
Public Company; 51-200 employees; Internet Industry
March 1995– Present (17 years 6 months)

**Co-founder**
X-Media
Privately Held; 11-50 employees; Computer Software Industry
1990– 2001 (11 years)

**Customer Service**
Epson Italia
Public Company; 10,001+ employees, Computer Hardware Industry
1996– 2000 (4 years)

### Giancarlo Cairella's Education

**Università Cattolica del Sacro Cuore**

### Giancarlo Cairella's Additional Information

| | |
|---|---|
| Websites: | • Company Website |
| | • Company Website |
| Groups and Associations: | amazon Amazon Global Network |
| | IMDb IMDb |

Contact Giancarlo for:

### View Giancarlo Cairella's full profile to...

- See who you and Giancarlo Cairella know in common
- Get introduced to Giancarlo Cairella

HOANG 000128

7/17/2012

Giancarlo Cairella | LinkedIn

- Contact Giancarlo Cairella directly

View Full Profile

LinkedIn member directory - Browse members by country ab cd ef gh ij kl mn op qr st uv wx yz more

LinkedIn Corporation © 2011

HOANG 000129
7/17/2012