# Exhibit G

Hoang v. Amazon.com, Inc.                8/2/2012  Giancarlo Cairella 30(b)(6)-CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

HUONG HOANG,                           )
                                       )
                Plaintiff,             )
                                       )
     vs.                               )No. 2:11-CV-01709-MJP
                                       )
AMAZON.COM, INC., et al.,              )
                                       )
                Defendants.            )

- - - - - - - - - - - - - - - - - - - - - - - - - - - -


Videotaped 30(b)(6) Deposition Upon Oral Examination

of

IMDb.com, INC.

(JOHN CAIRELLA)

- - - - - - - - - - - - - - - - - - - - - - - - - - - -


9:01 A.M.

August 2, 2012

1201 Third Avenue, Ste. 1600

Seattle, Washington







Valerie L. Seaton, RPR, CCR


Moburg, Seaton & Watkins            206-622-3110              Court Reporters
2033 Sixth Ave., Ste. 826                                 Seattle, WA 98121

Hoang v. Amazon.com, Inc.                8/2/2012 Giancarlo Cairella 30(b)(6)-CONFIDENTIAL

```
                                                                  Page 2
 1                         APPEARANCES

 2

 3
         FOR THE PLAINTIFF:
 4               DOV SZEGO
                 Attorney at Law
 5               DOZIER INTERNET LAW, P.C.
                 11520 Nuckols Road
 6               Suite 101
                 Glen Allen, Virginia 23059
 7               Dov@cybertriallawyer.com

 8

 9       FOR THE DEFENDANT:
                 BREENA M. ROOS and
10               ASHLEY LOCKE
                 Attorneys at Law
11               1201 Third Avenue
                 Suite 4800
12               Seattle, Washington 98101
                 Broos@perkinscoie.com
13               Alocke@perkinscoie.com

14
         THE COURT REPORTER:
15               VALERIE L. SEATON, RPR, CCR
                 MOBURG, SEATON & WATKINS
16               2033 Sixth Avenue
                 Suite 826
17               Seattle, Washington 98121
                 Valerie@MoburgReporting.com

18

19       THE VIDEOGRAPHER:
                 DAN BASSETT
20               MOBURG, SEATON & WATKINS

21
         ALSO PRESENT:
22               HUONG THU HOANG
                 CHARLES WRIGHT
23

24

25
```

Moburg, Seaton & Watkins 206-622-3110          Court Reporters
2033 Sixth Ave., Ste. 826                      Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)            6ada4fae-2456-40af-8257-493fb6a8abde

Hoang v. Amazon.com, Inc.                8/2/2012 Giancarlo Cairella 30(b)(6)-CONFIDENTIAL

Page 31

 1      A.   Yes.
 2      Q.   Can you show me where in here it says how you
 3  might use information?
 4           MS. ROOS:   Object to form.
 5      A.   Well, it gives examples of information that
 6  is provided.  I'm not sure I see --
 7      Q.   (BY MR. SZEGO)  But it doesn't tell you how
 8  that information might be used?
 9      A.   No.  I believe that may be referred to in the
10  main document.
11      Q.   Now, you mentioned earlier that you found out
12  in November of 2008 my client's correct date of birth.
13  Is that accurate?
14      A.   Yes.
15      Q.   What information did you use to find out that
16  date of birth?
17      A.   A real name.
18      Q.   Where did you obtain her real name?
19      A.   From our IPS records.
20      Q.   What is IPS records?
21      A.   IPS is the tool that we use to process
22  payment.
23      Q.   What specifically does IPS stand for?
24      A.   I actually don't remember.  I'm sure it's
25  listed in one of our pages.

Moburg, Seaton & Watkins  206-622-3110          Court Reporters
2033 Sixth Ave., Ste. 826                       Seattle, WA 98121

Hoang v. Amazon.com, Inc.                8/2/2012 Giancarlo Cairella 30(b)(6)-CONFIDENTIAL

Page 32

1      Q.   IMDb payment system?
2      A.   Yeah, probably.
3      Q.   And so I believe when we spoke previously,
4  you said that you used her subscriber information; is
5  that correct?
6      A.   Yes.
7      Q.   What is subscriber information?
8      A.   Information that she entered when she
9  subscribed.
10     Q.   And so this included the information that she
11 used when she submitted her credit card to pay for
12 IMDbPro; is that correct?
13     A.   Yes.  Her billing details.
14     Q.   And so the billing details included, for
15 instance, the billing address for the credit card?
16     A.   Yes.
17     Q.   Did you post the billing address for the
18 credit card?
19     A.   No.
20     Q.   Did you have any reason to believe that was
21 inaccurate?
22     A.   No.
23     Q.   Why didn't you list the billing address for
24 the credit card?
25     A.   Because we don't publish billing addresses

Page 36

1  the case and do what we already communicated to her,
2  which is correct any inaccuracy in the listing, which
3  is what we already did.
4       Q.   And without going into the specifics of
5  what's being exchanged with counsel here, this e-mail
6  string is contemporaneous to when you looked at the
7  subscriber information that we talked about earlier,
8  correct?
9            MS. ROOS:  Object to form.
10           MR. SZEGO:  Let me see if I can fix the
11 form question.
12      Q.   (BY MR. SZEGO)  If we turn to the front page
13 of this, the date of the document is November 12,
14 2008.  Is that the time frame where you found my
15 client's legal name?
16      A.   That is the date, yes.
17      Q.   Okay.  And did you engage in these
18 communications as a result of the e-mail listed on the
19 bottom of page 2?
20      A.   You mean the message from your client?
21      Q.   Yes.
22      A.   Yes.  I asked legal advice about that.
23      Q.   And so you didn't complete the information as
24 she requested in this e-mail, correct?
25      A.   No, we don't.

 1                MS. ROOS:  Object to form.  Go ahead.
 2       A.   No.  We don't delete information.
 3       Q.   (BY MR. SZEGO)  Do you have with you or have
 4  you seen any correspondence from my client asking that
 5  the date of birth be corrected as opposed to removed?
 6                MS. ROOS:  Object to form.
 7       A.   There's a lot of correspondence that has
 8  taken place.  I don't remember the content of each one
 9  of them.  If you're referring to a specific one, but I
10  don't recall a specific one.
11       Q.   (BY MR. SZEGO)  So the answer to the question
12  -- well, let me reword the question.
13            Can you identify a specific communication
14  from my client asking that her date of birth be changed
15  as opposed to removed?
16                MS. ROOS:  Object to form.
17       A.   I don't remember. I don't have that
18  correspondence in front of me.
19       Q.   (BY MR. SZEGO)  Can you recall any time other
20  than with the submission of credit card information for
21  payment my client used her legal name with IMDb?
22                MS. ROOS:  Object to form.
23       A.   I don't -- I'm not aware.  I don't recall any
24  other time.
25       Q.   (BY MR. SZEGO)  Is it common practice to use

```
 1      Q.   And what are the circumstances under which
 2   you would use PrivateEye.com?
 3      A.   Well, someone claims that information is
 4   incorrect, and we need to double-check whether that's
 5   the case or not.
 6      Q.   Do you tell people that you're going to use
 7   PrivateEye.com before you use it?
 8      A.   No.
 9      Q.   Do you tell people that you're going to post
10   the information that results from a PrivateEye.com
11   search before you post that information?
12      A.   When people complain that the information is
13   incorrect, we tell them that we will look into it and
14   rectify any inaccuracies.
15             MS. ROOS:  Counsel, I'm going to
16   object.  This line of questioning does not fall under
17   any of the topics that Mr. Cairella is here to testify
18   regarding.
19             MR. SZEGO:  No. 7, "Public records
20   searches performed by IMDb.com for Plaintiff's legal
21   name and/or date of birth, including but not limited to
22   those identified in IMDb.com's responses to Plaintiff's
23   Interrogatories 6 and 7 and Bates documents
24   IMDb001053-1086 and documents regarding searches
25   obtained from Privateye.com."
```

Page 40

 1              MS. ROOS:  Yes, so the search on
 2  PrivateEye to plaintiff's legal name is relevant to
 3  that.  Other searches on PrivateEye are not.  You are
 4  asking more broadly.
 5       Q.   (BY MR. SZEGO)  I'm going to give you a
 6  document which I will have marked as No. 7.
 7              THE COURT REPORTER:  6.
 8              MR. SZEGO:  6.  You're right.
 9              (Exhibit No. 6 marked.
10                  for identification, designated
11                  highly confidential - attorneys'
12                  eyes only.)
13       Q.   (BY MR. SZEGO)  Have you had the opportunity
14  to review that document to your satisfaction?
15       A.   Yes.
16       Q.   Can you identify that document for me?
17       A.   That is an account summary from my
18  PrivateEye.com account showing past payment activity in
19  older records.
20       Q.   When you say "my," this isn't a personal
21  account for you.  You use this for business purposes,
22  correct?
23       A.   Correct, but it's under my name.
24       Q.   This lists 24 searches done over a period of
25  a little over a year; is that accurate?

Page 41

 1      A.   Yes.
 2      Q.   Were all of these searches done to correct or
 3  add to IMDb's database?
 4      A.   I would have to assume so.  I don't remember
 5  every single name on this list, so -- but since that's
 6  what we do, that would be my assumption, yes.
 7           MS. ROOS:  Counsel, again, this is not
 8  related to any of the topics listed.
 9      Q.   (BY MR. SZEGO)  Did any of these searches
10  result in changes or additions to the IMDb database?
11           MS. ROOS:  Counsel, this is not related
12  to the topics listed.
13           MR. SZEGO:  Your objection is on the
14  record.
15           MS. ROOS:  I will ask you to remain to
16  the topics listed.  If you're going to stray, I will
17  instruct my client not to answer.
18      Q.   (BY MR. SZEGO)  Please answer the question.
19      A.   I can't tell.  I don't recall the
20  circumstances of every single one of them, so I can't
21  tell if in all of these cases information was left as
22  it already was or if it was changed as a result.  These
23  were searches that took place four years ago.
24      Q.   In any of those cases, did you notify the
25  subject of the search that you were doing the search on

Hoang v. Amazon.com, Inc.                8/2/2012 Giancarlo Cairella 30(b)(6)-CONFIDENTIAL

Page 43

```
 1                  MR. SZEGO:  I want to take a break.  I
 2      think I may be done or almost done.
 3                  MS. ROOS:  Okay.
 4                  THE VIDEOGRAPHER:  Going off record.
 5      The time now is 10:18 A.M.
 6                         (Off the record.)
 7                         (Exhibit No. 7 marked.
 8                          for identification.)
 9                  THE VIDEOGRAPHER:  Back on record.  The
10      time now is 10:27 A.M.
11           Q.   (BY MR. SZEGO)  I've given you a document
12      which has been marked as No. 7.  And we had you take a
13      chance to look at that while we were off the record.
14      Have you had an adequate time to review that document?
15           A.   Yes.
16           Q.   Can you identify that document to me?
17           A.   The first page appears to be the sign-up
18      screen for IMDbPro.com, and the second and third page
19      appears to be a printout of some of the help
20      information or instructions for that process.  And the
21      rest of it, I think there was a privacy policy printout
22      and a subscriber agreement and all the documents linked
23      from that page.
24           Q.   Now, you said you used subscription
25      information to obtain my client's legal name; is that
```

Page 52

```
 1                    C E R T I F I C A T E
 2    STATE OF WASHINGTON   )
                            )  SS.
 3    COUNTY OF PIERCE      )
 4         I, the undersigned Washington Certified Court
      Reporter, pursuant to RCW 5.28.010 authorized to
 5    administer oaths and affirmations in and for the State
      of Washington, do hereby certify:
 6
           That the annexed and foregoing deposition
 7    consisting of Pages 1 through 50 of the testimony of
      each witness named herein was taken stenographically
 8    before me and reduced to typed format under my
      direction;
 9
               I further certify that according to CR 30(e)
10    the witness was given the opportunity to examine, read
      and sign the deposition after the same was transcribed,
11    unless indicated in the record that the review was
      waived;
12
               I further certify that all objections made at
13    the time of said examination to my qualifications or
      the manner of taking the deposition or to the conduct
14    of any party have been noted by me upon each said
      deposition;
15
               I further certify that I am not a relative or
16    employee of any such attorney or counsel, and that I am
      not financially interested in the said action or the
17    outcome thereof;
18             I further certify that each witness before
      examination was by me duly sworn to testify the truth,
19    the whole truth and nothing but the truth;
20             I further certify that the deposition, as
      transcribed, is a full, true and correct transcript of
21    the testimony, including questions and answers, and all
      objections, motions, and exceptions of counsel made and
22    taken at the time of the foregoing examination and was
      prepared pursuant to Washington Administrative Code
23    308-14-135, the transcript preparation format
      guidelines;
24
               I further certify that I am sealing the
25    deposition in an envelope with the title of the above
```

Moburg, Seaton & Watkins  206-622-3110          Court Reporters
2033 Sixth Ave., Ste. 826                       Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                6ada4fae-2456-40af-8257-493fb6a8abde

Hoang v. Amazon.com, Inc.                    8/2/2012 Giancarlo Cairella 30(b)(6)-CONFIDENTIAL

Page 53

1   cause and the name of the witness visible, and I am
    delivering the same to the appropriate authority;
2
              I further advise you that as a matter of firm
3   policy, the Stenographic notes of this transcript will
    be destroyed three years from the date appearing on
4   this Certificate unless notice is received otherwise
    from any party or counsel hereto on or before said
5   date;
              IN WITNESS WHEREOF, I have hereunto set my
6   hand and affixed my official seal this 14th day of
    August, 2012.
7

8

9

10

11

12

13   _____

14                              VALERIE L. SEATON, RPR, CCR
                                Certified Court Reporter in
15                              the State of Washington,
                                residing at Tacoma.
16                              License No. 2557

17

18

19

20

21

22

23

24

25

Moburg, Seaton & Watkins 206-622-3110         Court Reporters
2033 Sixth Ave., Ste. 826                     Seattle, WA 98121

# IMDbPro

https://secure.imdb.com/signup/v4/help?h=privacy

Close window

**Sign-up Help**
Free Trial Details
Sign-up Instructions
Frequently Asked Questions
Corporate Accounts
IMDbPro Tours
Subscriber Agreement
Contact Us

## Privacy Policy

IMDb knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. By visiting IMDb, you are accepting the practices described in this Privacy Notice.

### What Personal Information About Customers Does IMDb Gather?

The information we learn from users helps us personalize and continually improve your experience at IMDb. Here are the types of information we gather.

- **Information You Give Us:** We receive and store any information you enter on our Web site or give us in any other way. Click here to see examples of what we collect. You can choose not to provide certain information, but then you might not be able to take advantage of many of our features. We use the information that you provide for such purposes as responding to your requests, customizing future browsing for you, improving our site, and communicating with you.
- **Automatic Information:** We receive and store certain types of information whenever you interact with us. For example, like many Web sites, we use "cookies," and we obtain certain types of information when your Web browser accesses IMDb. Click here to see examples of the information we receive. A number of companies offer utilities designed to help you visit Web sites anonymously. Although we will not be able to provide you with a personalized experience at IMDb if we cannot recognize you, we want you to be aware that these tools exist. 
- **E-mail Communications:** To help us make e-mails more useful and interesting, we often receive a confirmation when you open e-mail from IMDb if your computer supports such capabilities. We also compare our user list to lists received from other companies, in an effort to avoid sending unnecessary messages to our users. If you do not want to receive e-mail or other mail from us, please use your Your Account page to adjust your preferences.
- **Information from Other Sources:** For reasons such as improving personalization of our service (for example, providing better movie recommendations or special offers that we think will interest you), we might receive information about you from other sources and add it to our account information. We also sometimes receive updated delivery and address information from other sources so that we can correct our records and deliver your next communication more easily.

### What About Cookies?

Cookies are alphanumeric identifiers that we transfer to your computer's hard drive through your Web browser to enable our systems to recognize your browser and to provide features such as My Movies, local show times, and browsing preferences.

The "help" portion of the toolbar on most browsers will tell you how to prevent your browser from accepting new cookies, how to have the browser notify you when you receive a new cookie, or how to disable cookies altogether. However, cookies allow you to take full advantage of some of IMDb's coolest features, and we recommend that you leave them turned on.

### Does IMDb Share the Information It Receives?

Information about our users is an important part of our business, and we are not in the business of selling it to others. Thus, for example, IMDb does not sell, and will never sell, information about you to external marketers, list brokers, or other third parties without user consent. Nor will we give such information to affiliated businesses or companies that we team up with to provide co-branded or jointly-owned offerings unless you choose to take advantage of those offerings, and even then, any sharing of information is limited to information relating to the offering. Further, whenever we deal with user information, we will always comply with applicable laws and regulations in doing so.

We share user information only with the subsidiaries Amazon.com, Inc., controls and as described below.

- **Affiliated Businesses We Do Not Control:** We work closely with our affiliated businesses. In some cases, we will include offerings from these businesses on IMDb. In other cases, we may include joint offerings from IMDb and these businesses on IMDb. You can tell when another business is involved in the offering, and we share user information related to those offerings with that business. 
- **Agents:** We employ other companies and individuals to perform functions on our behalf. Examples include fulfilling, sending e-mail, removing repetitive information from user lists, analyzing data, and providing marketing assistance. They have access to personal information needed to perform their functions, but may not use it for other purposes.
- **Promotional Offers:** Sometimes we send offers to selected groups of IMDb users on behalf of other businesses. When we do this, we do not give that business your name and e-mail address. If you do not want to receive such offers, please use our User Administration pages to adjust your preferences.
- **Business Transfers:** As we continue to develop our business, we might sell or buy additional services or business units. In such transactions, user information generally is transferred along with the rest of the service or business unit. Also, in the event that The IMDb, Inc., or substantially all of its assets are acquired, user information will of course be included in the transaction.
- **Protection of IMDb and Others:** We release account and other personal information when we believe release is appropriate to comply with law; enforce or apply our subscriber agreement and other agreements; or protect the rights, property, or safety of IMDb, our users, or others. This includes exchanging information with other companies and organizations for fraud protection.

Other than as set out above, you will always receive notice when information about you might go to third parties, and you will have an opportunity to choose not to share the information.

### What About Third-Party Advertisers?

Our site includes third-party advertising, and some of our advertisers use third-party companies to serve their advertisements that appear on our site. Often, these third-party advertising companies, called "ad networks" or "network advertisers," employ cookies and other technologies to measure the effectiveness of their ads and to show you ads that are more relevant and interesting to you. We do not provide any user information to them, and we do not have access to or control cookies that may be placed by the ad networks. If you would like more information about the ad networks, including information about how to opt-out of their information collection, the National Advertising Initiative offers useful information on its Web site (http://www.networkadvertising.org).

### How Secure Is Information About Me?

- If you use our subscription service, we work to protect the security of your subscription information during transmission by using Secure Sockets Layer (SSL) software, which encrypts information you input.
- It is important for you to protect against unauthorized access to your password and to your computer. Be sure to sign off when finished using a shared computer.

### What Choices Do I Have?

- As discussed above, you can always choose not to provide information, even though it might be needed to take advantage of such IMDb features as My Movies and local show times.
- You can add or update certain information, such as your e-mail address, by using your Your Account page. When you update information, we usually keep a copy of the prior version for our records.
- If you do not want to receive e-mail or other mail from us, please use your Your Account pages to adjust your preferences. (If you do not want to receive legal notices from us, such as this Privacy Notice, those notices will still govern your use of IMDb and IMDb Pro, and it is your responsibility to review them for changes.)
- The "help" portion of the toolbar on most browsers will tell you how to prevent your browser from accepting new cookies, how to have the browser notify you when you receive a new cookie, or how to disable cookies altogether. However, you will not be able to use such important features as My Movies and local show times if you do not use cookies.
- Click here for companies and products that offer anonymous browsing.

### Children

IMDb is not intended for use by children under the age of 13. If you are under 13, you may not submit information about yourself to IMDb.

### Conditions of Use, Notices, and Revisions

If you choose to visit IMDb, your visit and any dispute over privacy is subject to this Notice and our subscriber agreement, including limitations on damages, arbitration of disputes, and application of the law of the state of Washington. If you have any concern about privacy at IMDb, please contact us with a thorough description, and we will try to resolve it. Our business changes constantly. This Notice and the subscriber agreement will change also, and use of information that we gather now is subject to the Privacy Notice in effect at the time of use. We may e-mail periodic reminders of our notices and conditions, unless you have instructed us not to, but you should check our Web site frequently to see recent changes.

### Related Practices and Information

Subscriber Agreement

HIGAJ 2:00:33 PM 11/9/2011

