# Exhibit I

Hoang v. Amazon.com                    8/2/2012  Adrian Garver 30(b)(6)-CONFIDENTIAL

```
                                                              Page 1
                   UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
                        SEATTLE DIVISION
   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
   HUONG HOANG,                         )
                                        )
                 Plaintiff,             )
                                        )
      vs.                               )No. 2:11-CV-01709-MJP
                                        )
   AMAZON.COM, INC., et al.,            )
                                        )
                 Defendants.            )
   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


      Videotaped 30(b)(6) Deposition Upon Oral Examination

                              of

                      AMAZON.COM, INC.

                       (ADRIAN GARVER)

   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


                         11:05 A.M.

                       August 2, 2012

                 1201 Third Avenue, Ste. 1600

                     Seattle, Washington




      Valerie L. Seaton, RPR, CCR
```

Hoang v. Amazon.com                    8/2/2012 Adrian Garver 30(b)(6)-CONFIDENTIAL

```
                                                              Page 2
 1                         APPEARANCES

 2

 3
         FOR THE PLAINTIFF:
 4              DOV SZEGO
                Attorney at Law
 5              DOZIER INTERNET LAW, P.C.
                11520 Nuckols Road
 6              Suite 101
                Glen Allen, Virginia 23059
 7              Dov@cybertriallawyer.com

 8

 9       FOR THE DEFENDANT:
                BREENA M. ROOS and
10              ASHLEY LOCKE
                Attorneys at Law
11              1201 Third Avenue
                Suite 4800
12              Seattle, Washington 98101
                Broos@perkinscoie.com
13              Alocke@perkinscoie.com

14
         THE COURT REPORTER:
15              VALERIE L. SEATON, RPR, CCR
                MOBURG, SEATON & WATKINS
16              2033 Sixth Avenue
                Suite 826
17              Seattle, Washington 98121
                Valerie@MoburgReporting.com

18

19       THE VIDEOGRAPHER:
                DAN BASSETT
20              MOBURG, SEATON & WATKINS

21
         ALSO PRESENT:
22              HUONG THU HOANG
                CHARLES WRIGHT
23

24

25
```

Moburg, Seaton & Watkins  206-622-3110          Court Reporters
2033 Sixth Ave., Ste. 826                       Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)       4402a6af-a77b-4c55-b5b7-b3587608ab2b

Page 7

```
 1        Q.    And does Amazon's legal department also
 2   represent IMDb?
 3        A.    Amazon.com's legal department provides legal
 4   services for IMDb.  So...
 5        Q.    Is there any other entity that provides
 6   in-house counsel service to IMDb?
 7              MS. ROOS:  Object to form.  Go ahead.
 8        A.    I'm unaware of any -- of any -- any direct
 9   relationships between IMDb and any other legal
10   professionals.  Amazon.com would be the party that
11   would hire any outside counsel that represents IMDb.
12        Q.    (BY MR. SZEGO)  All right.  Now, do Amazon
13   and IMDb share database information regarding their
14   customers?
15              MS. ROOS:  Object to form.
16        A.    To my -- you know, I know that Ama- -- that
17   IMDb processes credit card payments via Amazon.com's
18   system.  So to the degree that you ask do they share, I
19   wouldn't describe it as a sharing.  More that
20   essentially IMDb subscriber credit card transactions
21   are essentially transacted via Amazon's services or
22   Amazon systems.
23        Q.    (BY MR. SZEGO)  Responding to the objection
24   to form, do you -- in front of you, you have a document
25   which has been marked No. 1.  Have you had time to
```

Page 11

1    A.   You know, I'm not specifically aware of the
2    mechanics of how the credit card information is
3    handled.  It's, again, not in my expertise, so I can't
4    speak to it.  But CSC database is where -- CSC,
5    customer service tool essentially, CSC is where the
6    information about Amazon customer information can be
7    looked at by Amazon employees.  So the details of how
8    payments for IMDb are transacted is beyond my technical
9    knowledge.
10   Q.   With respect to Amazon's legal department's
11   role with IMDb.com, specifically, does -- does amazon's
12   legal department advise IMDb regarding its privacy
13   practices?
14   A.   Amazon.com's legal department provides legal
15   services of all types for IMDb.  So to the degree that
16   there's a legal need of any sort by IMDb, it would be
17   addressed by Amazon.com's legal department.  So
18   presumably, that would also include the privacy policy.
19   Q.   I'm going to give you a document which will
20   be marked as No. 2.
21              (Exhibit No. 2 marked.
22               for identification.)
23   Q.   (BY MR. SZEGO)  Have you had adequate time to
24   review that document?
25   A.   Yes.

Page 22

```
 1                    C E R T I F I C A T E
 2   STATE OF WASHINGTON   )
                           ) SS.
 3   COUNTY OF PIERCE      )
 4        I, the undersigned Washington Certified Court
     Reporter, pursuant to RCW 5.28.010 authorized to
 5   administer oaths and affirmations in and for the State
     of Washington, do hereby certify:
 6
            That the annexed and foregoing deposition
 7   consisting of Pages 1 through 20 of the testimony of
     each witness named herein was taken stenographically
 8   before me and reduced to typed format under my
     direction;
 9
              I further certify that according to CR 30(e)
10   the witness was given the opportunity to examine, read
     and sign the deposition after the same was transcribed,
11   unless indicated in the record that the review was
     waived;
12
              I further certify that all objections made at
13   the time of said examination to my qualifications or
     the manner of taking the deposition or to the conduct
14   of any party have been noted by me upon each said
     deposition;
15
              I further certify that I am not a relative or
16   employee of any such attorney or counsel, and that I am
     not financially interested in the said action or the
17   outcome thereof;
18            I further certify that each witness before
     examination was by me duly sworn to testify the truth,
19   the whole truth and nothing but the truth;
20            I further certify that the deposition, as
     transcribed, is a full, true and correct transcript of
21   the testimony, including questions and answers, and all
     objections, motions, and exceptions of counsel made and
22   taken at the time of the foregoing examination and was
     prepared pursuant to Washington Administrative Code
23   308-14-135, the transcript preparation format
     guidelines;
24
              I further certify that I am sealing the
25   deposition in an envelope with the title of the above
```

Hoang v. Amazon.com                                    8/2/2012 Adrian Garver 30(b)(6)-CONFIDENTIAL

Page 23

1   cause and the name of the witness visible, and I am
    delivering the same to the appropriate authority;
2
            I further advise you that as a matter of firm
3   policy, the Stenographic notes of this transcript will
    be destroyed three years from the date appearing on
4   this Certificate unless notice is received otherwise
    from any party or counsel hereto on or before said
5   date;
            IN WITNESS WHEREOF, I have hereunto set my
6   hand and affixed my official seal this 14th day of
    August, 2012.
7

8

9

10

11

12

13   _____

14                              VALERIE L. SEATON, RPR, CCR
                                Certified Court Reporter in
15                              the State of Washington,
                                residing at Tacoma.
16                              License No. 2557

17

18

19

20

21

22

23

24

25

Moburg, Seaton & Watkins  206-622-3110              Court Reporters
2033 Sixth Ave., Ste. 826                           Seattle, WA 98121