# Exhibit F

Hoang v. Amazon.com, Inc.        8/1/2012    Giancarlo Cairella-CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

---

HUONG HOANG,                          )
                                      )
            Plaintiff,                )
                                      )
    vs.                               ) No. 2:11-CV-01709-MJP
                                      )
AMAZON.COM, INC., et al.,             )
                                      )
            Defendants.               )

---

Videotaped Deposition Upon Oral Examination

of

GIANCARLO CAIRELLA

---

9:01 A.M.

August 1, 2012

1201 Third Avenue, Ste. 1600

Seattle, Washington

Valerie L. Seaton, RPR, CCR

```
                                                               Page 2
 1                         APPEARANCES
 2
 3
            FOR THE PLAINTIFF:
 4                   DOV SZEGO
                     Attorney at Law
 5                   DOZIER INTERNET LAW, P.C.
                     11520 Nuckols Road
 6                   Suite 101
                     Glen Allen, Virginia 23059
 7                   Dov@cybertriallawyer.com
 8
 9          FOR THE DEFENDANT:
                     BREENA M. ROOS and
10                   ASHLEY LOCKE
                     Attorneys at Law
11                   1201 Third Avenue
                     Suite 4800
12                   Seattle, Washington 98101
                     Broos@perkinscoie.com
13                   Alocke@perkinscoie.com
14
            THE COURT REPORTER:
15                   VALERIE L. SEATON, RPR, CCR
                     MOBURG, SEATON & WATKINS
16                   2033 Sixth Avenue
                     Suite 826
17                   Seattle, Washington 98121
                     Valerie@MoburgReporting.com
18
19          THE VIDEOGRAPHER:
                     DAN BASSETT
20                   MOBURG, SEATON & WATKINS
21
            ALSO PRESENT:
22                   HUONG THU HOANG
23
24
25
```

Hoang v. Amazon.com, Inc.        8/1/2012  Giancarlo Cairella-CONFIDENTIAL

Page 78

```
 1                    C E R T I F I C A T E
 2    STATE OF WASHINGTON   )
                            )  SS.
 3    COUNTY OF PIERCE      )
 4         I, the undersigned Washington Certified Court
      Reporter, pursuant to RCW 5.28.010 authorized to
 5    administer oaths and affirmations in and for the State
      of Washington, do hereby certify:
 6
              That the annexed and foregoing deposition
 7    consisting of Pages 1 through 75 of the testimony of
      each witness named herein was taken stenographically
 8    before me and reduced to typed format under my
      direction;
 9
              I further certify that according to CR 30(e)
10    the witness was given the opportunity to examine, read
      and sign the deposition after the same was transcribed,
11    unless indicated in the record that the review was
      waived;
12
              I further certify that all objections made at
13    the time of said examination to my qualifications or
      the manner of taking the deposition or to the conduct
14    of any party have been noted by me upon each said
      deposition;
15
              I further certify that I am not a relative or
16    employee of any such attorney or counsel, and that I am
      not financially interested in the said action or the
17    outcome thereof;
18            I further certify that each witness before
      examination was by me duly sworn to testify the truth,
19    the whole truth and nothing but the truth;
20            I further certify that the deposition, as
      transcribed, is a full, true and correct transcript of
21    the testimony, including questions and answers, and all
      objections, motions, and exceptions of counsel made and
22    taken at the time of the foregoing examination and was
      prepared pursuant to Washington Administrative Code
23    308-14-135, the transcript preparation format
      guidelines;
24
              I further certify that I am sealing the
25    deposition in an envelope with the title of the above
```

Moburg, Seaton & Watkins  206-622-3110          Court Reporters
2033 Sixth Ave., Ste. 826                       Seattle, WA 98121

Electronically signed by Valerie Seaton (601-321-229-9529)                    24e99e2a-9cbc-47b6-82ec-b8663e576d7f

1  cause and the name of the witness visible, and I am
   delivering the same to the appropriate authority;
2
          I further advise you that as a matter of firm
3  policy, the Stenographic notes of this transcript will
   be destroyed three years from the date appearing on
4  this Certificate unless notice is received otherwise
   from any party or counsel hereto on or before said
5  date;
          IN WITNESS WHEREOF, I have hereunto set my
6  hand and affixed my official seal this 14th day of
   August, 2012.
7

8

9

10

11

12

13  _____

14               VALERIE L. SEATON, RPR, CCR
                 Certified Court Reporter in
15               the State of Washington,
                 residing at Tacoma.
16               License No. 2557

17

18

19

20

21

22

23

24

25



## peoplefinders

**Account Information:**

Giancarlo Cairella
Phone:
Email: vertigo2712@yahoo.com

Customer Information | Account Information

PURPOSE N/A
FIRST NAME Giancarlo
MIDDLE NAME
LAST NAME Cairella
ADDRESS
APARTMENT
City Seattle
STATE Washington
ZIP CODE
PHONE NUMBER
EMAIL ADDRESS vertigo2712@yahoo.com

☑ Okay to email this customer
☑ Okay to call this customer

[Update]  [Charge Summary]  [Login Info]

CONFIDENTIAL

HOANG 000113



CONFIDENTIAL

HOANG 000114

Credit Card History:

| # | Date | | ID | | Status | Amount | Type | Name |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/1/2012 3:30:54 PM | | 2503594 | | Success | $49.95 | 11.00 | Membership - Monthly Membership | |
| 2 | 5/1/2012 3:30:04 PM | | 2503593 | | Failure | $49.95 | | Membership - Monthly Membership | |
| 3 | 3/6/2012 2:21:55 PM | | 2501795 | | Success | $49.95 | 11.00 | Membership - Monthly Membership | |
| 4 | 10/18/2011 2:10:54 PM | | 2497641 | | Success | $49.95 | 11.00 | Membership - Monthly Membership | |
| 5 | 3/30/2009 1:31:18 PM | | 2094473 | | Success | $2.95 | 2.50 | Records - People | malekyonan, monica |
| 6 | 3/30/2009 12:16:10 PM | | 2094304 | | Success | $2.95 | 2.50 | Records - People | malekyonan, rosemarie |
| 7 | 12/12/2009 9:11:41 AM | | 1922937 | | Success | $2.95 | 2.50 | Records - People | zaremba, dianne |
| 8 | 11/14/2008 3:35:01 PM | | 1875476 | | Success | $2.95 | 2.50 | Records - People | mccall, joan |
| 9 | 11/12/2008 1:33:48 PM | | 1871523 | | Success | $2.95 | 2.50 | Records - People | hoang, huong thu |
| 10 | 11/12/2008 1:29:07 PM | | 1871513 | | Success | $2.95 | 2.50 | Records - People | hoang, june |
| 11 | 11/7/2008 1:16:38 PM | | 1862145 | | Success | $2.95 | 2.50 | Records - People | newsome, stacey |
| 12 | 11/6/2008 8:49:15 AM | | 1859689 | | Success | $2.95 | 2.50 | Records - People | eskelson, dana |
| 13 | 11/5/2008 12:05:05 PM | | 1858132 | | Success | $2.95 | 2.50 | Records - People | solari, camille |
| 14 | 11/4/2008 3:14:09 PM | | 1856713 | | Success | $2.95 | 2.50 | Records - People | saur, john a |
| 15 | 11/4/2008 3:10:15 PM | | 1856705 | | Success | $2.95 | 2.50 | Records - People | saur, johnny a |
| 16 | 11/4/2008 10:56:24 AM | | 1856143 | | Success | $2.95 | 2.50 | Records - People | ballinger, micah s |
| 17 | 10/29/2008 3:54:56 PM | | 1846361 | | Success | $2.95 | 2.50 | Records - People | warshofsky, david |
| 18 | 10/27/2008 2:35:39 PM | | 1842756 | | Success | $2.95 | 2.50 | Records - People | baschkin, laurance |
| 19 | 10/20/2008 9:59:44 AM | | 1830754 | | Success | $2.95 | 2.50 | Records - People | krievins, tanya |
| 20 | 9/19/2008 12:36:54 PM | | 1781726 | | Success | $2.95 | 2.50 | Records - People | nacarato, mark a |
| 21 | 9/19/2008 12:36:28 PM | | 1781724 | | Failure | $2.95 | | Records - People | nacarato, mark a |
| 22 | 9/4/2008 12:17:29 PM | | 1769989 | | Success | $9.95 | 2.50 | Records - People | fink, mitchell |
| 23 | 8/25/2008 10:16:04 AM | | 1764575 | | Success | $2.95 | 2.50 | Records - People | russo, deanna in NJ |
| 24 | 7/29/2008 12:43:50 PM | | 1745544 | | Success | $9.95 | 2.50 | Records - People | cohen, scott e in NY born 19611219 |
| 25 | 7/28/2008 10:25:09 AM | | 1744604 | | Success | $9.95 | 2.50 | Records - People | coleman, desiree in NY |
| 26 | 7/22/2008 3:07:14 PM | | 1740371 | | Success | $9.95 | 2.50 | Records - People | biglin, bernard |
| 27 | 7/18/2008 4:32:07 PM | | 1737158 | | Success | $9.95 | 2.50 | Records - People | virnig, jill |
| 28 | 3/19/2008 10:22:48 AM | | 1640112 | | Success | $9.95 | 2.50 | Records - People | brener, shirly in CA |
| 29 | 1/9/2008 12:31:38 PM | | 1564184 | | Success | $9.95 | 2.50 | Records - People | sauli, daniel |

3

CONFIDENTIAL

HOANG 000115

**Search Criteria:**

Giancarlo Cainella
Phone:
Email: vertigo2712@yahoo.com

Login History | Service History | Account History | CID User Events | Se

Search History is only available to PeopleFinders.com

4

**CONFIDENTIAL**

HOANG 000116

**LoginHistory:**

Login History | Service History | Account History | CID User Events | Search History

LOGINS FOR USER "Giancarlo Cairella" SINCE 01/01/2000 ON Private Eye

Records per page : 25

| # | Date | User Agent | IP |
|---|---|---|---|
| 1 | 6/1/2012 3:56:13 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:12.0) Gecko/20100101 Firefox/12.0 | 207.171.191.60 |
| 2 | 5/15/2012 11:14:49 AM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:12.0) Gecko/20100101 Firefox/12.0 | 207.171.191.61 |
| 3 | 5/14/2012 3:39:44 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:12.0) Gecko/20100101 Firefox/12.0 | 207.171.191.60 |
| 4 | 5/11/2012 10:28:49 AM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:12.0) Gecko/20100101 Firefox/12.0 | 207.171.191.61 |
| 5 | 5/1/2012 3:29:55 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:12.0) Gecko/20100101 Firefox/12.0 | 207.171.191.60 |
| 6 | 4/19/2012 4:53:37 AM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:9.0.1) Gecko/20100101 Firefox/9.0.1 | 75.165.29.85 |
| 7 | 4/6/2012 11:15:14 AM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:11.0) Gecko/20100101 Firefox/11.0 | 207.171.191.60 |
| 8 | 4/4/2012 2:17:16 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:11.0) Gecko/20100101 Firefox/11.0 | 207.171.191.61 |
| 9 | 4/2/2012 3:02:36 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:11.0) Gecko/20100101 Firefox/11.0 | 207.171.191.61 |
| 10 | 3/30/2012 10:34:19 AM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:11.0) Gecko/20100101 Firefox/11.0 | 207.171.191.60 |
| 11 | 3/29/2012 2:50:11 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:11.0) Gecko/20100101 Firefox/11.0 | 207.171.191.60 |
| 12 | 3/28/2012 3:51:13 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:11.0) Gecko/20100101 Firefox/11.0 | 207.171.191.60 |
| 13 | 3/27/2012 3:37:27 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:11.0) Gecko/20100101 Firefox/11.0 | 207.171.191.61 |
| 14 | 3/21/2012 4:20:07 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:11.0) Gecko/20100101 Firefox/11.0 | 207.171.191.60 |
| 15 | 3/20/2012 1:51:55 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:11.0) Gecko/20100101 Firefox/11.0 | 207.171.191.60 |
| 16 | 3/16/2012 2:15:48 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:10.0.2) Gecko/20100101 Firefox/10.0.2 | 207.171.191.60 |
| 17 | 3/15/2012 10:33:34 AM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:10.0.2) Gecko/20100101 Firefox/10.0.2 | 207.171.191.60 |
| 18 | 3/14/2012 1:41:08 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:10.0.2) Gecko/20100101 Firefox/10.0.2 | 207.171.191.61 |
| 19 | 3/13/2012 3:20:53 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:10.0.2) Gecko/20100101 Firefox/10.0.2 | 207.171.191.61 |
| 20 | 3/12/2012 2:34:04 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:10.0.2) Gecko/20100101 Firefox/10.0.2 | 207.171.191.61 |
| 21 | 3/8/2012 6:13:12 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:10.0.2) Gecko/20100101 Firefox/10.0.2 | 207.171.191.60 |
| 22 | 3/7/2012 9:43:49 AM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:10.0.2) Gecko/20100101 Firefox/10.0.2 | 207.171.191.61 |
| 23 | 3/6/2012 2:21:49 PM | Mozilla/5.0 (Windows NT 6.1 WOW64 rv:10.0.2) Gecko/20100101 Firefox/10.0.2 | 207.171.191.60 |
| 24 | 11/17/2011 3:57:09 PM | Mozilla/5.0 (Windows U; Windows NT 6.1 en-US rv:1.9.2.24) Gecko/20111103 Firefox/3.6.24 | 207.171.191.60 |
| 25 | 11/16/2011 10:59:13 AM | Mozilla/5.0 (Windows U; Windows NT 6.1 en-US rv:1.9.2.24) Gecko/20111103 Firefox/3.6.24 | 207.171.191.60 |

CONFIDENTIAL

Login History | Service History | Account History | CID User Events | Search History

LOGINS FOR USER "Giancarlo Cairella" SINCE 01/01/2000 ON Private Eye

Records per page : 25

| # | Date/Time | User Agent | IP |
|---|---|---|---|
| 26 | 11/15/2011 1:46:36 PM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.24) Gecko/20111103 Firefox/3.6.24 | 207.171.191.60 |
| 27 | 11/14/2011 10:21:17 AM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.24) Gecko/20111103 Firefox/3.6.24 | 207.171.191.60 |
| 28 | 11/11/2011 3:02:27 PM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.24) Gecko/20111103 Firefox/3.6.24 | 207.171.191.60 |
| 29 | 11/9/2011 1:55:11 PM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.23) Gecko/20110920 Firefox/3.6.23 | 207.171.191.60 |
| 30 | 11/3/2011 9:50:57 AM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.23) Gecko/20110920 Firefox/3.6.23 | 207.171.191.60 |
| 31 | 11/2/2011 2:18:06 PM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.23) Gecko/20110920 Firefox/3.6.23 | 207.171.191.60 |
| 32 | 11/1/2011 2:44:29 PM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.23) Gecko/20110920 Firefox/3.6.23 | 207.171.191.60 |
| 33 | 10/31/2011 4:18:20 PM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.23) Gecko/20110920 Firefox/3.6.23 | 207.171.191.60 |
| 34 | 10/28/2011 10:31:05 AM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.23) Gecko/20110920 Firefox/3.6.23 | 207.171.191.60 |
| 35 | 10/27/2011 4:01:11 PM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.23) Gecko/20110920 Firefox/3.6.23 | 207.171.191.60 |
| 36 | 10/24/2011 10:17:51 AM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.23) Gecko/20110920 Firefox/3.6.23 | 207.171.191.60 |
| 37 | 10/21/2011 1:32:37 PM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.23) Gecko/20110920 Firefox/3.6.23 | 207.171.191.60 |
| 38 | 10/18/2011 2:10:16 PM | Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.23) Gecko/20110920 Firefox/3.6.23 | 207.171.191.60 |
| 39 | 4/3/2009 5:51:52 PM | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.9.0.7) Gecko/2009021910 (CK-Amazon.com) Firefox | 207.171.180.101 |
| 40 | 3/30/2009 12:15:41 PM | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.9.0.7) Gecko/2009021910 (CK-Amazon.com) Firefox | 207.171.180.101 |
| 41 | 2/11/2009 11:21:23 AM | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.9.0.1) Gecko/2008070208 (CK-Amazon.com) Firefox | 207.171.180.101 |
| 42 | 2/11/2009 11:44:41 AM | Mozilla/5.0 (X11; U; Linux i686; en-US; rv:1.8.1.20) Gecko/20081217 Firefox/2.0.0.20 | 207.171.180.101 |
| 43 | 12/12/2008 9:11:10 AM | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.9.0.4) Gecko/2008102920 Firefox/3.0.4 | 75.172.51.164 |
| 44 | 11/19/2008 1:52:31 PM | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.9.0.4) Gecko/2008102920 Firefox/3.0.4 | 75.172.52.175 |
| 45 | 11/18/2008 3:26:54 PM | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.9.0.3) Gecko/2008092417 Firefox/3.0.3 | 75.172.52.175 |
| 46 | 11/14/2008 3:33:50 PM | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.9.0.3) Gecko/2008092417 Firefox/3.0.3 | 75.172.52.74 |
| 47 | 11/12/2008 1:25:32 PM | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.8.1.9) Gecko/20071025 Firefox/2.0.0.9 | 207.171.180.101 |
| 48 | 11/7/2008 1:15:52 PM | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.8.1.9) Gecko/20071025 Firefox/2.0.0.9 | 207.171.180.101 |
| 49 | 11/6/2008 8:48:21 AM | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.8.1.9) Gecko/20071025 Firefox/2.0.0.9 | 207.171.180.101 |
| 50 | 11/5/2008 12:04:10 PM | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.8.1.9) Gecko/20071025 Firefox/2.0.0.9 | 207.171.180.101 |

9

CONFIDENTIAL

HOANG 000118