# Exhibit G

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
HUONG HOANG,                          )
                                      )
              Plaintiff,              )
                                      )
     vs.                              )No. 2:11-CV-01709-MJP
                                      )
AMAZON.COM, INC., et al.,             )
                                      )
              Defendants.             )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


Videotaped 30(b)(6) Deposition Upon Oral Examination

of

IMDb.com, INC.

(JOHN CAIRELLA)

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


9:01 A.M.

August 2, 2012

1201 Third Avenue, Ste. 1600

Seattle, Washington




Valerie L. Seaton, RPR, CCR

```
                                                              Page 2
 1                      APPEARANCES

 2

 3
         FOR THE PLAINTIFF:
 4                DOV SZEGO
                  Attorney at Law
 5                DOZIER INTERNET LAW, P.C.
                  11520 Nuckols Road
 6                Suite 101
                  Glen Allen, Virginia 23059
 7                Dov@cybertriallawyer.com

 8

 9       FOR THE DEFENDANT:
                  BREENA M. ROOS and
10                ASHLEY LOCKE
                  Attorneys at Law
11                1201 Third Avenue
                  Suite 4800
12                Seattle, Washington 98101
                  Broos@perkinscoie.com
13                Alocke@perkinscoie.com

14
         THE COURT REPORTER:
15                VALERIE L. SEATON, RPR, CCR
                  MOBURG, SEATON & WATKINS
16                2033 Sixth Avenue
                  Suite 826
17                Seattle, Washington 98121
                  Valerie@MoburgReporting.com

18

19       THE VIDEOGRAPHER:
                  DAN BASSETT
20                MOBURG, SEATON & WATKINS

21
         ALSO PRESENT:
22                HUONG THU HOANG
                  CHARLES WRIGHT
23

24

25
```

Electronically signed by Valerie Seaton (601-321-229-9529)          6ada4fae-2456-40af-8257-493fb6a8abde

```
 1                  C E R T I F I C A T E
 2    STATE OF WASHINGTON   )
                            )  SS.
 3    COUNTY OF PIERCE      )
 4        I, the undersigned Washington Certified Court
      Reporter, pursuant to RCW 5.28.010 authorized to
 5    administer oaths and affirmations in and for the State
      of Washington, do hereby certify:
 6
          That the annexed and foregoing deposition
 7    consisting of Pages 1 through 50 of the testimony of
      each witness named herein was taken stenographically
 8    before me and reduced to typed format under my
      direction;
 9
              I further certify that according to CR 30(e)
10    the witness was given the opportunity to examine, read
      and sign the deposition after the same was transcribed,
11    unless indicated in the record that the review was
      waived;
12
              I further certify that all objections made at
13    the time of said examination to my qualifications or
      the manner of taking the deposition or to the conduct
14    of any party have been noted by me upon each said
      deposition;
15
              I further certify that I am not a relative or
16    employee of any such attorney or counsel, and that I am
      not financially interested in the said action or the
17    outcome thereof;
18            I further certify that each witness before
      examination was by me duly sworn to testify the truth,
19    the whole truth and nothing but the truth;
20            I further certify that the deposition, as
      transcribed, is a full, true and correct transcript of
21    the testimony, including questions and answers, and all
      objections, motions, and exceptions of counsel made and
22    taken at the time of the foregoing examination and was
      prepared pursuant to Washington Administrative Code
23    308-14-135, the transcript preparation format
      guidelines;
24
              I further certify that I am sealing the
25    deposition in an envelope with the title of the above
```

1  cause and the name of the witness visible, and I am
   delivering the same to the appropriate authority;
2
            I further advise you that as a matter of firm
3  policy, the Stenographic notes of this transcript will
   be destroyed three years from the date appearing on
4  this Certificate unless notice is received otherwise
   from any party or counsel hereto on or before said
5  date;
            IN WITNESS WHEREOF, I have hereunto set my
6  hand and affixed my official seal this 14th day of
   August, 2012.
7

8

9

10

11

12

13  _____

14                              VALERIE L. SEATON, RPR, CCR
                                Certified Court Reporter in
15                              the State of Washington,
                                residing at Tacoma.
16                              License No. 2557

17

18

19

20

21

22

23

24

25

People Search - Background Checks - Public Records - Find People | Or...         http://secure.privateeye.com/Acc_Records.asp



**PrivateEye**

Log Out | Account Info | My Reports | Search | Help

Billions of Records at Your Fingertips

Welcome: **Giancarlo Cairella**          Membership: Click here to renew your membership!

Account Information     Credit Card Activity     Background Checks     Other Reports

### Order Summary

| Report Name | Number of Reports | Cost of Reports |
|---|---|---|
| Business Reports | 0 | $0.00 |
| Investigator Assisted Background Report | 0 | $0.00 |
| Investigator Assisted Background Report with Criminal | 0 | $0.00 |
| Previously Ordered Records | 24 | $119.80 |
| Previously Ordered Searches | 0 | $0.00 |
| **Totals:** 24 | | $119.80 |

### Business Reports

No reports have been ordered.

### Investigator Assisted Background Report

No reports have been ordered.

### Investigator Assisted Background Report with Criminal

No reports have been ordered.

### Previously Ordered Records

| # | Date | Cost | Type | Name |
|---|---|---|---|---|
| 1. | 03/30/2009 | $2.95 | People Records (2) | - MALEKYONAN, ROSEMARIE |
| 2. | 03/30/2009 | $2.95 | People Records (1) | - MALEKYONAN, MONICA |
| 3. | 12/12/2008 | $2.95 | People Records (9) | - ZAREMBA, DIANNE |
| 4. | 11/14/2008 | $2.95 | People Records (100) | - MCCALL, JOAN |
| 5. | 11/12/2008 | $2.95 | People Records (13) | - HOANG, JUNE |
| 6. | 11/12/2008 | $2.95 | People Records (15) | - HOANG, HUONG THU |
| 7. | 11/07/2008 | $2.95 | People Records (64) | - NEWSOME, STACEY |
| 8. | 11/06/2008 | $2.95 | People Records (4) | - ESKELSON, DANA |
| 9. | 11/05/2008 | $2.95 | People Records (3) | - SOLARI, CAMILLE |
| 10. | 11/04/2008 | $2.95 | People Records (1) | - BALLINGER, MICAH S |
| 11. | 11/04/2008 | $2.95 | People Records (1) | - SAUR, JOHNNY A |
| 12. | 11/04/2008 | $2.95 | People Records (11) | - SAUR, JOHN A |
| 13. | 10/29/2008 | $2.95 | People Records (7) | - WARSHOFSKY, DAVID |
| 14. | 10/27/2008 | $2.95 | People Records (2) | - BASCHKIN, LAURANCE |
| 15. | 10/20/2008 | $2.95 | People Records (2) | - KRIEVINS, TANYA |
| 16. | 09/19/2008 | $2.95 | People Records (3) | - NACARATO, MARK A |
| 17. | 09/04/2008 | $9.95 | People Records (75) | - FINK, MITCHELL |
| 18. | 08/25/2008 | $2.95 | People Records (6) | - RUSSO, DEANNA in NJ |
| 19. | 07/29/2008 | $9.95 | People Records (2) | - COHEN, SCOTT E in NY born 12/19/1961 |
| 20. | 07/28/2008 | $9.95 | People Records (18) | - COLEMAN, DESIREE in NY |
| 21. | 07/22/2008 | $9.95 | People Records (8) | - BIGLIN, BERNARD |
| 22. | 07/18/2008 | $9.95 | People Records (2) | - VIRNIG, JILL |
| 23. | 03/19/2008 | $9.95 | People Records (1) | - BRENER, SHIRLY in CA |
| 24. | 01/09/2008 | $9.95 | People Records (4) | - SAULI, DANIEL |

**Total:** $119.80

Δπ EXHIBIT 6
3066 Cairella
Deponent
8/2/12  Rptr. JS
Date
WWW.DEPOBOOK.COM

### Previously Ordered Searches

No searches have been ordered.

People Search - Background Checks - Public Records - Find People | Or... http://secure.privateeye.com/Acc_Records.asp

| Bookmark PrivateEye.com | ©PrivateEye.com (prodiispub5) | Terms of Use \| Privacy Policy |
|---|---|---|

Advertisement

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/13/2012 5:16 PM
IMDb 001104