# Exhibit J

## Contact Information
* Phone number:
Cell phone number:
Carrier:  Sprint PCS
* E-mail address:  juniehoang@hotmail.com

Address:
City:  LA
State:  California
Zip:
Country:  United States
Do you have a passport?  Yes

## Representation
Commercial:  PLAYERS
Commercial - Non Union:
Theatrical:  PLAYERS
Print:  DDO Commercial-Print
Voiceover:
Dance:
Sports:
Hosting:
Manager:  Central Artists
Extras:

## Union Affiliation
SAG-AFTRA:  No
SAG-AFTRA must join:  No
SAG-AFTRA Eligible:  Yes
Non-union:  Yes
Financial Core:  No

## Biographical
Date of Birth:

(can use appearing age of birth if over 18 years of age)
Pregnant?  No
Due Date:
Twin/Triplet?            ☐  Identical twin/triplets?
Portrayable Age Range:  27  -  34
* Gender:  Female
* Portrayable Ethnicity:
  ☐ African American
  ☑ Asian
  ☐ Caucasian
  ☐ Hispanic
  ☐ Middle Eastern
  ☐ Multi-Ethnic
  ☐ Native American
  ☐ East Indian
  ☑ Pacific Islander
  ☐ Ambiguous
Portrayable Ethnicity (other)  Vietnamese
Weight:  106  LBS
Height:  5'2"
Hair Color:  Black
Hair Length:  Long
Eye Color:  Brown

## Sizes
Bust size:  34"
* Shirt size:  0-2
Kids Sizes:
Dress size:  0-2
Hips size:  32"
* Pants size:  0-2
* Shoe Size:  6
Jacket Size:  30S
Hat size:  6
Glove size:  XSM

## Other
Are you willing to work as an extra?  Yes