Honorable Marsha J. Pechman

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

9

10 HUONG HOANG, an individual,                    NO. 11-cv-01709-MJP

11           Plaintiff,

12     vs.                                        **DECLARATION OF HUONG HOANG IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

13

14 AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,

15                                                **ATTACHING SEALED EXHIBITS**

16           Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

HOANG DECL - 1                    **NEWMAN DU WORS LLP**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800