# Exhibit E-3

Friday, July 11, 2008

Junie Hoang
425 S Alexandria Ave #38
LA, CA 90020

Internet Movie Database/amazon.com
P.O. Box 81226
Seattle, WA 98108-1226

Dear IMDB,

I emailed imdb.com several times about getting some information removed from my personal profile page and they referred me to you. I was told to mail in some verification, but the only document I had was my birth certificate, which is in another language, so they requested I send in additional information. I'm now enclosing a faxed notarized letter from my attorney as another legal document (the hardcopy is being sent by snail mail right now).

Enclosed is the attorney letter and my birth certificate. Please remove the birthdate as it is not correct. Thank you for your time. Best wishes.

Sincerely,

*Junie Hoang*

Junie Hoang
310-925-2315

IMDB 001050

| | |
|---|---|
| VIỆT NAM CỘNG HÒA | |
| ĐÔ THÀNH SAIGON | **TRÍCH-LỤC BỘ KHAI-SANH** |
| Quận :— 1A | |
| Phường __ | Lập ngày 21 tháng 7 |
| Số hiệu: 4159 | |

| | |
|---|---|
| Tên họ đứa trẻ . . . | Hoàng |
| Con trai hay con gái . . | ▇▇ |
| Ngày sanh . . . . . . . | ███████████ |
| Nơi sanh . . . . . . . | Saigon, ▇▇▇▇▇▇▇ |
| Tên họ người cha . . . | Hoàng Tòng ▇▇ong |
| Tên họ người mẹ . . . | Nguyễn thị Chính |
| Vợ chánh hay không có hôn thú, . . . . | Vợ chánh |
| Tên họ người đứng khai . . . | Lê thị Bích-Thủy |

TRÍCH-LỤC Y BẢN-CHÁNH  :0/6
Saigon, ngày 10 tháng 7
TL/ Viên-Chức Hộ-Tịch,

NGUYỄN-VĂN-TỐT
Thơ.. ▇▇ ▇▇▇

---

Hi. I emailed IMDB and asked them to remove the birthdate off my homepage profile. (under "Junie Hoang,") because it was incorrect. They told me to mail in my birth certificate for verification that it was wrong.
▇▇▇▇▇▇ ▇▇ ▇▇▇▇ ▇▇. ▇ ▇▇▇▇ of birth Thanks

IMDB 001051