# Exhibit E-10

Date: Sat Nov 29 19:54:05 2008
From: juniehoang@hotmail.com
To: IMDb Help Desk
Subject: RE:CONTACT#2865592 TO ROGER

URL: http://www.juniehoang.com/junie.jpg
Hey Roger. I got your response and think there may have been some confusion.
You asked for a passport and I sent in two different links. One link was to my
Texas Identification Card, which was probably not the acceptable one that you
were referring to. The URL above is to the passport to correct/delete my
birthdate. Please call me at ████████████ if there are ANY problems with
viewing this passport. I'm trying to fix this problem as soon as possible with
my birthdate. I've already lost 2 acting jobs because I was told I was too
old. The economy is bad and I have to pay rent, too :-) I'm doing everything I
can to comply with what you're asking for. Majority of the people on IMDB
don't even have birthdates listed and I wish I could go back and be one of
those lucky ones, but I'm not and am trying very hard to fix it. I wish it was
never on there, but I can't change that. No one would even know that I exist
right now if it weren't for this problem because I'm a nobody in the database.
Please help me if you can or at least contact me and let me know what I can do
or how I can get a hold of someone within IMDB to help me. Thanks, Junie


-- NOTES -------------------------------------------------------------

vertigo@imdb.com (2008-12-09 14:47:56)

REDACTED FOR PRIVILEGE

==============================================================================

Date: Tue Dec 9 14:49:11 2008
From: IMDb Help Desk
To: juniehoang@hotmail.com
Subject: RE:CONTACT#2865592 TO ROGER

Ms. Hoang:

The documentation linked at the above URL appears to be invalid. Please refer to our
previous response for details on how to mail us the documentation we have requested.

Thank you for your cooperation.

----
Regards,
Roger
The IMDb Help Desk