# Exhibit E-11

# THE LAW OFFICE OF JALENE M. MACK

2207 North MacGregor Way
Houston, Texas 77004

JALENE M. MACK
Attorney at Law

(713) 661-6225
281-565-4449 Fax
Email: jmacklaw@aol.com

December 16, 2008

Internet Movie Database/Amazon.com
P.O. Box 81226
Seattle, WA 98108-1226

　　　RE:　　Junie Hoang; URL: www.imdb.com/name/nm0387470

Dear Sir or Madam:

　　　Please be advised that my Firm has been retained to represent Ms. Junie Hoang on a matter involving the removal of a birth date from her IMDb homepage. She has been in contact with IMDb's help desk on several occasions. Unfortunately, Ms. Hoang has been unsuccessful in resolving this matter resulting in her retaining my Firm.

　　　On or about January 1, 2008, Ms. Hoang began aggressively notifying IMDb by email of an inaccurate birth date placed on her profile homepage that she wanted removed. The birth date of July 16, 1978 was erroneously submitted to IMDb by her manager years prior.

　　　For proof of the inaccurate birth date, Ms. Hoang submitted a link to her birth certificate, an expired passport, a State Identification card and a notarized letter from my office in support of her dispute. She even mailed in a hardcopy of the birth certificate and she requested to be contacted once the document was received and IMDb never contacted her.

　　　Since, I have strongly advised my client against sending any more physical identity documentation as identity theft is rampant and rising. Documents of this magnitude should not leave the safe possession of the person which they are rightfully issued.

　　　For review of the passport, Ms. Hoang provided a link to this document per the instructions of IMDb. After providing such link, there has still been no removal of the birth date. Each inquiry regarding status of the removal of the birth date was met with IMDb's response that it needs an "unredacted photocopy of the first page of the passport". What about the passport is redacted? It's a photocopy and by its nature of

IMDB 001046

being a copy and scanned, it will not be as clear as the original. Even still, there has been no removal of the birth date following submission of the other links to the birth certificate, State I.D. and letter either.

Also, IMDb has repeatedly asserted that its research is correct in selecting ▮▮▮ 1978 and later ▮▮▮▮, 1971 as Ms. Hoang's birth date. Ms. Hoang, a publicist, nor any third party on her behalf has ever submitted 1971 to IMDb. Junie Hoang's birthday, to my client's knowledge, is not found in any database on the Internet. Your policy provisions state that you gather information from third party sources. Please provide my Firm with the third party source in which you obtained the birth date so that my client may correct those sources as well.

By my own research on other IMDb homepages, it does not appear that birth dates are required or standard demographic facts for any participant. This begs the question of why it has been so difficult for my client to have such a single inaccurate item deleted? .

Please remove the birth date from Ms. Hoang's homepage immediately. I am hopeful that this matter may be resolved in an amicable fashion without further judicial intervention.

If you should have any questions, please feel free to call.

Sincerely Yours,

Jalene M. Mack
Attorney at Law

Ô . THÀNH SAIGON

Quận: ___BA___

PHƯỜNG ____XXX____

Số hiệu: ____6189____

# TRÍCH-LỤC BỘ KHAI-SANH

*Lập ngày 21 tháng 7*

| | |
|---|---|
| Tên họ đứa trẻ. . . . | Hoàng |
| Con trai hay con gái. . | đt |
| Ngày sanh . . . . . . | ████████████ |
| Nơi sanh . . . . . . | Saigon, 75 Gao Thắng |
| Tên họ người cha. . . | Hoàng Tùng Phong |
| Tên họ người mẹ. . . | Nguyễn thị Chính |
| Vợ chánh, hay không có hôn-thú . . . . | Vợ chánh |
| Tên họ người đứng khai. . . | Lê thị Bích-Thủy |

TRÍCH-LỤC Y BẢN-CHÁNH       uG/6

Saigon, ngày 10 tháng 7

TL/ Viên-Chức Hộ-Tịch,

NGUYỄN-VĂN-TÒY

Tham-Sự Hành Chánh

IMDB 001048