# Exhibit E-12

https://imdb-admin.imdb.com/admin/helpdesk/popup/export?tid=3090...

```
Date: Sat Feb 28 21:24:39 2009
From: juniehoang@hotmail.com
To: IMDb Help Desk
Subject: IMDBPRO / PHOTOS

URL: http://www.imdb.com/name/nm0387470
Dear Mrs. Needham or To Whom It May Concern,
I received an email from IMDbPro to renew my subscription. When I last signed
up for this membership, IMDb took information off the credit card that was
provided and obtained a birthdate and posted it on my profile page. Since this
date was posted, I have been unable to procure the same amount of work that I
had before this was done. I trusted IMDb with my privacy when I purchased your
services. In this economy and with all the problems that SAG is having, I am
trying to survive and take care of my family just like anyone else. I value and
would like to continue using the IMDbPro services as well as renew all my photos
upon the condition that you remove the birthdate from my profile. Upon doing
this, I will happily renew both for the years to come. Thank you.
Junie Hoang
```

```
-- NOTES ------------------------------------------------------------

vertigo@imdb.com (2009-03-01 10:01:41)
```
**REDACTED FOR PRIVILEGE**

```
nancydo@imdb.com (2009-03-01 09:52:33)
```
**REDACTED FOR PRIVILEGE**

IMDb 000947