# Exhibit A

| Year | Defs. Ex. GG | Defs. Ex. WW | Ex. A to Hoang Decl. |
|------|--------------|--------------|----------------------|
| 2005 | $ 3,300.00   | $ 5,800.00   | $ 4,350.00           |
| 2006 | $ 4,940.00   | $ 2,500.00   | $ 2,610.00           |
| 2007 | $   740.00   | $ 2,900.00   | $ 4,005.00           |
| 2008 | $ 5,334.17   | $ 8,979.17   | $ 7,804.17           |
| 2009 | $ 1,730.00   | $ 2,880.00   | $ 2,880.00           |
| 2010 | $ 2,600.00   | $ 4,653.00   | $ 5,003.00           |
| 2011 | $ 2,248.30   | $ 2,248.30   | $ 1,898.30           |

