Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| HUONG HOANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>Defendants. | NO. 11-cv-01709-MJP<br><br>**DECLARATION OF HUONG HOANG IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**ATTACHING SEALED EXHIBIT A** |

DECL. OF HUONG HOANG IN SUPPORT OF MOT. FOR S. JUDG. [11-cv-01709-MJP] - 1

**NEWMAN DU WORS LLP**

1201 Third Ave, Ste. 1600
Seattle, Washington 98101
(206) 274-2800