# Exhibit A

**Exhibit A to Hoang Declaration**

| Year | Project | Medium | Income |
|------|---------|--------|--------|
| 2005 | Huong tinh muon | Film | |
| | Career Day | Film | |
| | Z: A Zombie Musical` | Film | |
| | Domain of the Damned | Film | |
| | Night Terrors | Film | $500.00 |
| | Wrong Guy | Film | |
| | Kids in America | Film | $100.00 |
| | Big Momma's House 2 | Film | $2,500.00 |
| | BMC Software | Industrial | $900.00 |
| | Xtreme Entrepreneurs | TV | |
| | Fire and Ice: A Galleria Holiday Special | TV | $50.00 |
| | Brides Houston Edition | TV | $300.00 |
| | Cold Pizza | TV | |
| | Pee Wee Zone | TV | |
| Acting Income from 2005 | | | $4,350.00 |
| 2006 | Ungirlfriendable | Film | |
| | Waters Rising | Film | $20.00 |
| | The Making of "The Color of Blood" | Film | |
| | Miguel and Gordo Come to America | Film | $40.00 |
| | Macross: Eve of Destruction | Film | $100.00 |
| | Macross: When Worlds Collide | Film | $100.00 |
| | Macross: Fallen Angels | Film | $100.00 |
| | The Bong Connection | Film | $300.00 |
| | Macross: Dangerous Divisions | Film | $100.00 |
| | Jack Everyman | Film | |
| | Bleep Love | Film | |
| | Read On | Film | |
| | Overdue | Film | $50.00 |
| | Love and Mary | Film | $100.00 |
| | The Color of Blood | Film | |
| | The Spot | Film | $1,000.00 |
| | Voodoo Dolly | Film | $100.00 |
| | YaDaDa Movie | Film | $500.00 |
| | American Dream | Film | $100.00 |
| | Wannabes | TV | |
| Acting Income from 2006 | | | $2,610.00 |

| Year | Project | Type | Amount |
|---|---|---|---|
| 2007 | reunion.com (commercial/print) | combo | $200.00 |
|  | Amgen/AER (print/voiceover) | combo | $265.00 |
|  | Find It Street (internet/print) | combo | $250.00 |
|  | Amogen | Commercial | $20.00 |
|  | CarMax | Commercial | $500.00 |
|  | Gingerdead Man 2: Passion of the Crust | Film | $200.00 |
|  | 666: The Beast | Film | $25.00 |
|  | Till Death Do Us Part | Film |  |
|  | Tropic Thunder | Film | $600.00 |
|  | Everclear | Film | $100.00 |
|  | City Walk | Film | $50.00 |
|  | Hiro | Industrial | $100.00 |
|  | X-Power | Infomercial | $60.00 |
|  | Ab Wedge | Infomercial | $75.00 |
|  | 7 Day Miracle Cleanse | Infomercial | $325.00 |
|  | Yoga Pulse | Infomercial | $100.00 |
|  | Wen | Infomercial | $75.00 |
|  | Chihuahua Races | Internet | $100.00 |
|  | Inspiration | Music Video | $40.00 |
|  | Sexy Silly Television | Print | $150.00 |
|  | Fifth Dimension | TV | $90.00 |
|  | Green Valley | TV | $20.00 |
|  | Tarchin and Friends | TV | $25.00 |
|  | World of Mysteries | TV |  |
|  | Mas vale tarde | TV | $100.00 |
|  | It is Written | TV | $75.00 |
|  | Gene Simmons: Family Jewels | TV | $300.00 |
|  | 12 Corazones | TV | $110.00 |
|  | I Would Die for That | Video | $50.00 |
|  | Acting Income for 2007 |  | $4,005.00 |
| 2008 | Wellpoint (industrial/print/vo) | combo | $600.00 |
|  | rA Organic Spa (commercial/print) | combo | $150.00 |
|  | Wexley PC | Commercial | $250.00 |
|  | Girl Scouts | Commercial | $125.00 |
|  | Spirits Among Us | Film |  |
|  | 3 Days Gone | Film |  |
|  | Hoodrats 2: Hoodrat Warriors | Film | $100.00 |
|  | The Adventures of Zion Man & the Supreme | Film | $200.00 |

|  | | | |
|---|---|---|---:|
| | Commander | | |
| | A Gangland Love Story | Film | $1,000.00 |
| | The Making of "A Gangland Love Story" | Film | |
| | The Custom Mary | Film | $100.00 |
| | Killing Method of a Grave Digger | Film | $60.00 |
| | Still Me | Film | $150.00 |
| | Rambo | Film | $40.00 |
| | HCPN | Industrial | $125.00 |
| | Learning Tree | Industrial | $250.00 |
| | RDC | Industrial | $100.00 |
| | Collective Wellbeing | Infomercial | $50.00 |
| | Sedicina | Infomercial | $150.00 |
| | Poised | Internet | $25.00 |
| | Guy Talon/Freeze Frame | Internet | $275.00 |
| | Glow Girls | Internet | $300.00 |
| | School of Conflict Resolution Online Video | Internet | $100.00 |
| | Live from Las Vegas | Internet | $50.00 |
| | Serve Me Here | Internet | $100.00 |
| | Norton Anti-Virus | Internet | $40.00 |
| | Sit 'n Sleep | Internet | $200.00 |
| | Red Hot Jokes | Internet | $50.00 |
| | Steppin' | Music Video | $50.00 |
| | Voiceless | Music Video | $40.00 |
| | DermaNew | Print | $100.00 |
| | iDisguise | Print | $50.00 |
| | American Beauty | Print | $100.00 |
| | Wellpoint | Print | $215.00 |
| | Wrinkle | Print | $300.00 |
| | Back on Topps | TV | $50.00 |
| | Mystery ER | TV | $100.00 |
| | Penn & Teller: Bullshit! | TV | $25.00 |
| | America's Most Wanted | TV | $1,979.55 |
| | Date My House | TV | $54.62 |
| | Rise and Fall of Tuck Johnson | TV | $150.00 |
| Acting Income for 2008 | | | $ 7,804.17 |
| 2009 | Metrolink | Commercial | $100.00 |
| | Panda Security | Commercial | $50.00 |
| | Church of Scientology | Commercial | $50.00 |
| | Verve | Commercial | $125.00 |
| | Take Out | Film | $30.00 |

|  | | | |
|---|---|---|---|
|  | Digital Family | Film | $250.00 |
|  | Discretion | Film |  |
|  | The Making of "A Digital Family" | Film |  |
|  | The Rally | Film | $150.00 |
|  | End of Life | Industrial | $125.00 |
|  | Earthpark | Industrial | $75.00 |
|  | Micabella | Internet | $50.00 |
|  | Casting Director | Internet | $50.00 |
|  | JokeyPhone | Internet | $75.00 |
|  | Neutrogena | Misc | $1,000.00 |
|  | Toyota | Print | $250.00 |
|  | West Coast University | Print | $200.00 |
|  | SCE | Print | $100.00 |
|  | Senior Info | Print | $100.00 |
|  | Busted & Disgusted | TV | $50.00 |
|  | Talent, Entertainment and Media Service | W-2 | $50.00 |
| Acting Income from 2009 | | | $2,880.00 |
| 2010 | Stop PMS (infomercial/print) | combo | $50.00 |
|  | Joy Asian Restaurant (print/video) | combo | $350.00 |
|  | Anna's Linens | Commercial | $1,200.00 |
|  | NLP Clarity | Commercial | $50.00 |
|  | Gingerdead Man 3: Saturday Night Cleaver | Film | $350.00 |
|  | The Communicator | Film | $50.00 |
|  | After the Storm | Film | $50.00 |
|  | The Secret Life of Rocky Perone | Film | $50.00 |
|  | Lockheed Martin | Industrial | $93.00 |
|  | LRN COC | Industrial | $265.00 |
|  | Butt Wonder / Elegant Shaper | Infomercial | $200.00 |
|  | TopStyler | Infomercial | $250.00 |
|  | Sterling Income | Infomercial | $600.00 |
|  | Smart Lash | Internet | $150.00 |
|  | Snuggle Party | Internet | $25.00 |
|  | Training Systems Design | Misc | $1,000.00 |
|  | Cary M. Schwartz, D.D.S., Inc. | Print | $20.00 |
|  | American Residuals & Talent | W-2 | $250.00 |
| Acting Income from 2010 | | | $5,003.00 |
| 2011 | Samuel Bleak | Film | $749.86 |
|  | In This Case | Industrial | $273.44 |

| | | | |
|---|---|---|---:|
| | Epson | Industrial | $150.00 |
| | I Didn't Know I Was Pregnant | TV | $100.00 |
| | 1000 Ways to Die | TV | $150.00 |
| | Operation Repo | TV | $75.00 |
| | Michael Vick: Giving Back | TV | $400.00 |
| Acting Income from 2011 | | | $1,898.30 |