# Exhibit B



IMDb > Junie Hoang > **Filmography by year**



add/change photo

**View Resume**

**Quicklinks**
[by year]

**Top Links**
- biography
- by votes
- awards
- NewsDesk
- message board

**Filmographies**
- overview
  - type
  - year
- by ratings
- by votes
- by TV series
- awards
- by genre
- by keyword

**Biographical**
- biography
- other works
- publicity
- photo gallery
- Twitter
- blog
- NewsDesk
- message board

**External Links**
- official sites
- miscellaneous
- photographs
- sound clips
- video clips

Filmography by year for
# Junie Hoang   More at IMDbPro »

1. Monica (2014) *(post-production)* [Actress .... Trudy/Brandi]  — 2012
2. Pretty Perfect (2013) *(post-production)* [Actress .... Francine]  — 2012
3. "Exotic Dancers of Houston" (2012) TV series *(post-production)* [Actress .... Ms. Bui (2012)]
4. Little Saigon (2012) *(post-production)* [Actress .... Herself]

5. "Coast to Coast Cheerleaders" (2012) TV series [Actress .... Herself (2012)]
6. "Diagnosis: Dead or Alive: Kurt (#1.4)" (2012) TV Episode [Actress .... Nurse Lisa]
7. Dysfunctional Friends (2012) [Actress .... Star]  — 2010
8. Michael Vick: Giving Back (2011) [Actress .... Herself (Hostess)]
9. Gingerdead Man 3: Saturday Night Cleaver (2011) [Actress .... Sandy]  — 2010
10. The Custom Mary (2011) [Actress .... Group Mary]  — 2008
11. "I Didn't Know I Was Pregnant: Baby on Birth Control Shot: Torres/Forrest (#4.20)" (2011) TV Episode [Actress .... Triage Nurse]
12. "1000 Ways to Die: Gratuity Violence" (2011) TV Episode [Actress .... Sharon]
13. Disorders: The Dark Side of the Human Mind (2011) [Actress .... Mrs. Chang]
14. "Operation Repo: What the Truck?!? (#8.14)" (2011) TV Episode [Actress .... Lani Nguyen]
15. The Rally (2010) [Actress .... Sarka's Girl]  — 2009
16. A Gang Land Love Story (2010) [Actress .... Mikki]  — 2008
17. The Making of 'A Gangland Love Story' (2010) (V) [Actress .... Herself]  — 2008
18. The Communicator (2010) [Actress .... Girl In Bar]
19. After the Storm (2010) [Actress .... Herself - Conversationalist]
20. The Secret Life of Rocky Perone (2010) [Actress .... Gina Tran]

21. Take Out (2009/II) [Actress .... Woman]
22. Spirits Among Us (2009) [Actress .... Jennifer - Angry Wife]  — 2008
23. Digital Family (2009) [Actress .... Anne Kim]
24. Discretion (2009) [Actress .... Vietnam Villager - Vegas Cabbie - Adult Film/Porn Actress]
25. "Rise and Fall of Tuck Johnson" (2009) TV series [Actress .... Irene Dover]  — 2008
26. The Adventures of Zion Man & The Supreme Commander (2009) (V) [Actress .... Lucealot]  — 2008
27. The Making of 'A Digital Family' (2009) [Actress .... Herself]
28. "Back on Topps" (2008) TV series [Actress .... Tough Asian (2008-2009)]
29. Ungirlfriendable (2008) [Actress .... Liz/Office Worker]  — 2006
30. 3 Days Gone (2008) (V) [Actress .... Cowboy Jack's Dancer]
31. Hoodrats 2: Hoodrat Warriors (2008) [Actress .... Ghetto Girl Three]
32. "Mystery ER: Truth Be Told/Climbing for Life (#2.2)" (2008) TV Episode [Actress .... Nurse Martin]
33. Gingerdead Man 2: Passion of the Crust (2008) [Actress .... Ensign del Rio]  — 2007
34. "Penn & Teller: Bullshit!: New Age Medicine (#6.2)" (2008) TV Episode [Actress .... Herself]
35. "America's Most Wanted: America Fights Back: NorCal Rapist (#21.19)" (2008) TV Episode [Actress .... Jane Doe #1]
    ... aka "America's Most Wanted: NorCal Rapist (#21.19)" - USA *(original title)*
36. "Date My House: Spiritual Makeover (#1.4)" (2008) TV Episode [Actress .... Herself]
37. "It Is Written: The Time of Jacob's Trouble (#11.7)" (2008) TV Episode [Actress .... Pondering Person]  — 2007
38. "Gene Simmons: Family Jewels: Nail Me (#3.8)" (2008) TV Episode [Actress .... Nail Salon Lady]  — 2007
39. "It Is Written: Lessons from a Vacant Lot (#11.4)" (2008) TV Episode [Actress .... Mailbox Woman]  — 2007
40. American Dream (2008/I) [Actress .... Suzanne - Jewelry Cashier]  — 2006
41. "Fifth Dimension" (2007) TV series [Actress .... Gulten/Guard (2007)] (voice)
42. "Green Valley" (2007) TV series [Actress .... Husne (2007)]
43. "Tarchin and Friends" (2007) TV series [Actress .... Selma/Mualla (2007-2008)] (voice)
44. "World of Mysteries" (2007) TV series [Actress .... Hemsire/Woman 1 (2007)]
45. "Más vale tarde: Pilot" (2007) TV Episode [Actress .... Herself]
46. Z: A Zombie Musical (2007) [Actress .... Zombie Postwoman]  — 2005
47. 666: The Beast (2007) (V) [Actress .... Receptionist] (uncredited)
48. Bleep Love (2007) (V) [Actress .... Paula]  — 2006

49. Over-Due (2007) [Actress .... Miss Do-Good] —2006
50. "12 corazones: Episode #4.10" (2007) TV Episode [Actress .... Libra]
51. Till Death Do Us Part (2007/II) [Actress .... Receptionist]
52. Love and Mary (2007) [Actress .... Bakery Worker] (uncredited) —2006
53. Domain of the Damned (2007) [Actress .... Headless Woman] —2005
54. Waters Rising (2007) [Actress .... La La] —2006
55. The Making of 'The Color of Blood' (2006) (V) [Actress .... Herself]
56. Miguel and Gordo Come to America (2006) [Actress .... Savana]
57. Macross: Eve of Destruction (2006) (V) [Actress .... Operator Girl]
58. Macross: When Worlds Collide (2006) (V) [Actress .... Additional Voices]
59. Macross: Fallen Angels (2006) (V) [Actress .... Additional Voices]
60. The Bong Connection (2006) [Actress .... Nina]
61. Macross: Dangerous Divisions (2006) (V) [Actress .... Archivist]
62. Jack Everyman (2006) [Actress .... Beth (Jed's Wife)]
63. Huong tinh muon (2006) [Actress .... Yen] —2005
64. Wannabes (2006) (TV) [Actress .... Kai Tu (Spa Tech)]
65. Read On (2006) [Actress .... Friend #2]
66. Dominos: The Games We Play (2006) [Actress .... Stacy] —2004
67. Career Day (2006) [Actress .... Police Officer] —2005
68. The Color of Blood (2006) (V) [Actress .... The Night Runner]
69. The Spot (2006) (V) [Actress .... Toni]
70. Voodoo Dolly (2006) [Actress .... Stephanie Hung/Ms Fix-It/Tool Time Lady]
71. YaDaDa Movie (2006) [Actress .... Stacy]
72. "Pee Wee Zone" (2005) TV series [Actress .... Herself (2005)]
73. "Xtreme Entrepreneurs" (2005) TV series [Actress .... Woman (2005)]
74. Fire and Ice: A Galleria Holiday Special (2005) (TV) [Actress .... Herself]
75. Wrong Guy (2005) [Actress .... Prostitute #1]
76. The Making of 'Treasure n tha Hood' (2005) (V) [Actress .... Herself] —2004
77. Treasure n tha Hood (2005) [Actress .... Li Ann] —2004
78. Behind the Scenes: Project Streetlight (2005) (V) [Actress .... Herself] —2004
79. My Big Phat Hip Hop Family (2005) [Actress .... Janet] —2004
80. Brides Houston Edition (2005) (TV) [Actress .... Herself]
81. Resurrection: The J.R. Richard Story (2005) [Actress .... Dr. Ying] —2004
82. After Twilight (2005) [Actress .... Fong] —2004
83. Street Tales of Terror (2004) [Actress .... Graduation Night: Orientation Leader]
84. Survival of the Illest (2004) [Actress .... Nurse]
85. "Independent Movie Show: Episode #1.1" (2004) TV Episode [Actress .... Herself]
86. All Purpose Cultural Cat Girl Nuku Nuku TV, Vol. 1: Keep the Peace on Earth! (2004) (V) [Actress .... Additional Voices]
87. Club Foot (2004) [Actress .... Pat]
88. Suddenly Unexpected (2003) [Actress .... The Daughter]
89. "Crossroads" (2003) TV series [Actress .... Herself]
90. Martian Successor Nadesico: The Motion Picture - Prince of Darkness (2003) [Actress .... Takeshi/Eri/Jump Operator B] (voice)
91. Single and Dealing with It (2003) [Actress .... Slapping Girl]
92. "Talk Back Live" (2002) TV series [Actress .... Herself (2002-2003)]
93. "Texas Live Show" (2002) TV series [Actress .... Various]
94. Diamonds from the Bantus (2002) [Actress .... The Countess]
95. Thug Life (2001) [Actress .... Nurse]
96. Street Fighter 2, Victory: Volume IX, Final Conflict (2001) (V) [Actress .... Chun Li]
97. Street Fighter 2, Victory: Volume VIII, Fatal Confrontations (2001) (V) [Actress .... Chun Li]
98. Sorcerer Hunters, Volume 2: 2 Beauties and a Beast (2000) (V) [Actress .... Lake Girl/Lin]
99. Sorcerer Hunters, Volume 6: Arcane Revelations (2000) (V) [Actress .... Carrot's Girl/Waitress B]
100. Bubblegum Crisis Tokyo 2040: Shadow War (1999) (V) [Actress .... Cashier Voomer/Voomer Waitress/Embarrassed Customer]
101. Compiler (1999) (V) [Actress .... Upload]
102. Compiler 2 (1999) (V) [Actress .... Additional Voices]
103. Galaxy Fraulein Yuna Returns: Dawn of the Dark Sisters (1999) (V) [Actress .... Elina]
104. Power Dolls 2: Detachment of Limited Line Service (1999) (V) [Actress .... Cargo Bird Operator]
105. Spriggan (1998) [Actress .... Additional Voices]
106. Fifth Ward (1998) [Actress .... Haan]
    ... aka "5th Ward" - USA (video title)
107. Galaxy Fraulein Yuna (1998) (V) [Actress .... Haruna/Additional Voices]
    ... aka "Ginga ojousama densetsu yuna" - Japan (original title)
108. Princess Minerva (1998) (V) [Actress .... Tua]
109. Go Nagai's New Cutey Honey (1998) (V) [Actress .... Light's Assistant]
    ... aka "Shin Kyûteî Hanî" - Japan (original title)
110. "Bubblegum Crisis: Tokyo 2040" (1998) TV series [Actress .... Additional Voices] (voice: English version)
111. Dirty Pair: Mission II, Act I (1998) (V) [Actress .... Girl 1/Additional Voices]
112. Eat Art (1998) (TV) [Actress .... Fake Guest]
113. "Street Fighter II: V: King of the Air Force" (1998) TV Episode [Actress .... Additional Voices]
114. "Street Fighter II: V: Night Action in Hong Kong" (1998) TV Episode [Actress .... Additional Voices]

115. "Street Fighter II: V: Starting a Journey" (1998) TV Episode [Actress .... Rinko]
116. "So You Want to Be" (1997) TV series [Actress .... Herself]
117. "Martian Successor Nadesico: Itsuka au anata no tame ni (#1.26)" (1997) TV Episode [Actress .... Eri]
    ... aka "Kidô senkan Nadeshiko: Itsuka au anata no tame ni (#1.26)" - Japan (original title)
118. "Martian Successor Nadesico: 'Furusato' to yoberu basho (#1.23)" (1997) TV Episode [Actress .... Eri]
    ... aka "Kidô senkan Nadeshiko: 'Furusato' to yoberu basho (#1.23)" - Japan (original title)
119. "Martian Successor Nadesico: Itsuka hashitta 'sôgen' (#1.21)" (1997) TV Episode [Actress .... Additional Voices]
    ... aka "Kidô senkan Nadeshiko: Itsuka hashitta 'sôgen' (#1.21)" - Japan (original title)
120. "Martian Successor Nadesico: Fukaku shizuka ni 'sentô' seyo (#1.20)" (1997) TV Episode [Actress .... Eri]
    ... aka "Kidô senkan Nadeshiko: Fukaku shizuka ni 'sentô' seyo (#1.20)" - Japan (original title)
121. "Martian Successor Nadesico: Asu no 'kanchô' wa kimi da! (#1.19)" (1997) TV Episode [Actress .... Eri/Additional Voices]
    ... aka "Kidô senkan Nadeshiko: Asu no 'kanchô' wa kimi da! (#1.19)" - Japan (original title)
122. "Martian Successor Nadesico: Mizu no oto wa 'watashi' no oto (#1.18)" (1997) TV Episode [Actress .... Japanese Teacher/Child/Additional Voices]
    ... aka "Kidô senkan Nadeshiko: Mizu no oto wa 'watashi' no oto (#1.18)" - Japan (original title)
123. "Martian Successor Nadesico: 'Bokutachi no sensô' ga hajimaru (#1.16)" (1997) TV Episode [Actress .... Additional Voices]
    ... aka "Kidô senkan Nadeshiko: 'Bokutachi no sensô' ga hajimaru (#1.16)" - Japan (original title)
124. "Martian Successor Nadesico: Tôi hoshi kara kita 'kareshi' (#1.15)" (1997) TV Episode [Actress .... Eri]
    ... aka "Kidô senkan Nadeshiko: Tôi hoshi kara kita 'kareshi' (#1.15)" - Japan (original title)
125. "Martian Successor Nadesico: 'Nekketsu anime' de ikô (#1.14)" (1996) TV Episode [Actress .... Additional Voices]
    ... aka "Kidô senkan Nadeshiko: 'Nekketsu anime' de ikô (#1.14)" - Japan (original title)
126. "Martian Successor Nadesico: 'Shinjitsu' wa hitotsu ja nai (#1.13)" (1996) TV Episode [Actress .... Eri]
    ... aka "Kidô senkan Nadeshiko: 'Shinjitsu' wa hitotsu ja nai (#1.13)" - Japan (original title)
127. "Bakuretsu hunters" (1996) TV series [Actress .... Additional Voices] (voice: English version)
    ... aka "Sorcerer Hunters" - USA (video title)
128. "Weeknight Edition" (1996) TV series [Actress .... Zim Zim]
129. "Street Fighter II: V: Fight to the Finish: Round 3 (#1.27)" (1995) TV Episode [Actress .... Additional Voices]
130. "Street Fighter II: V: Rising Dragon, Into the Sky (#1.22)" (1995) TV Episode [Actress .... Additional Voices]
131. "Street Fighter II: V: Compulsion Towards Vengence (#1.21)" (1995) TV Episode [Actress .... Additional Voices]
132. "Street Fighter II: V: Unknown Explosive Force (#1.20)" (1995) TV Episode [Actress .... Additional Voices]
133. "Street Fighter II: V: Special Orders to the Iron Men (#1.19)" (1995) TV Episode [Actress .... Additional Voices]
134. Dirty Pair Flash: Mission 3 Act 1 (1994) (V) [Actress .... Monica/Additional Voices]
    ... aka "Dirty Pair Flash" - Japan (original title)
135. Ushio & Tora (1992) (V) [Actress .... Girl]
    ... aka "Ushio and Tora" - Japan (original title)

**Archive Footage:**

1. "Cold Pizza"
    - Episode dated 24 February 2005 (2005) TV episode .... Dr. Ying    ← also part of 2005

## Update Page

[Edit page]   You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Edit page' button will take you through a step-by-step process.

[Add resume]   With our Resume service you can add photos and build a complete resume to help you achieve the best possible presentation on the IMDb.
Click here to add your resume and/or your photos to IMDb.



Attorney-Client Privilege

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Register | RSS | Advertising | Contact Us | Jobs | IMDbPro | IMDb Resume | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter