Honorable Marsha J. Pechman

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
9
**WESTERN DISTRICT OF WASHINGTON**

10

| HUONG HOANG, an individual, | NO. 11-cv-01709-MJP |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF CHARLOTTE WILLIAMS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation, | |
| Defendants. | |

17

I, Charlotte Williams, do declare and attest as follows:

1.     I am over the age of eighteen (18) years of age, counsel of record for Plaintiff Huong Hoang, and competent to testify to the matters stated herein.

2.     I examined the documents produced by Ms. Hoang during discovery that detail the amount of income she earned from acting. These documents included:

a.  HOANG 000021-23, which is attached as Exhibit GG to the Deposition of Breena Roos dated November 29, 2012;

b.  HOANG 000167-69, which is attached as Exhibit WW to the Deposition of Breena Roos dated November 29, 2012; and

3.     I also reviewed the information reflected in Exhibits A and B to Ms. Hoang's declaration filed in opposition to Defendants' motion for summary judgment.

Based on these documents, I prepared the following chart and table, attached hereto as Exhibit A and filed under seal, which summarize the content of HOANG 000021-23, HOANG 000167-69, and Exhibit A to Ms. Hoang's declaration.

4.     Excerpts from the August 7, 2012 deposition transcript for Ms. Hoang are attached hereto as Exhibit B.

5.     Exhibit C is a true and correct copy of Amazon.com's privacy policy.

I certify and declare under the penalty of perjury under the laws of the United States that to my knowledge the foregoing is true and correct.

Dated this 17th day of December, 2012 at Seattle, Washington.


/s Charlotte Williams
Charlotte Williams

WILLIAMS DECL - 2                    NEWMAN DU WORS LLP

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800