THE HONORABLE MARCIA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUONG HOANG, an individual | No. 2:11-CV- 01709-MJP |
| Plaintiff, | **DECLARATION OF BREENA M. ROOS IN SUPPORT OF IMDb.COM, INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation, | |
| Defendants. | |

I, Breena M. Roos, hereby declare as follows:

1.      I am an attorney with Perkins Coie LLP.  I am one of the attorneys representing defendants Amazon.com, Inc. and IMDb.com, Inc. in the above-referenced matter.  I make this declaration based on personal knowledge and review of records and correspondence relating to the above-referenced matter.

2.      Attached hereto as Exhibit A is a true and correct copy of IMDb.com, Inc.'s webpage regarding the film titled "Consequences," *available at* http://www.imdb.com/title/tt0936466/?ref_=fn_al_tt_2 (last accessed December 21, 2012).

DECLARATION OF BREENA ROOS IN SUPPORT OF IMDB.COM, INC.'S REPLY ISO MOTION FOR SUMMARY JUDGMENT (No. CV- 01709-MJP) – 1

24976-0480/LEGAL25445831.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

3.     Attached hereto as Exhibit B is a true and correct copy of results of a search for the title "Consequences" in IMDb.com, Inc.'s database, *available at* http://www.imdb.com/find?q=consequences&s=all (last accessed December 21, 2012).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  December 21, 2012                By:  /s/ Breena M. Roos
                                              Breena M. Roos

DECLARATION OF BREENA ROOS IN SUPPORT OF
IMDB.COM, INC.'S REPLY ISO MOTION FOR
SUMMARY JUDGMENT (No. CV- 01709-MJP) – 2

24976-0480/LEGAL25445831.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I certify that on December 21, 2012, I electronically filed the foregoing DECLARATION

OF BREENA ROOS with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to the following attorneys of record

| | |
|---|---|
| **Derek Alan Newman** | ___  Via hand delivery |
| **Keith Scully** | ___  Via U.S. Mail, 1st Class, Postage Prepaid |
| **Charlotte Williams** | ___  Via Overnight Delivery |
| Newman Du Wors LLP | ___  Via Facsimile |
| 1201 Third Avenue, Ste 1600 | ___  Via Email |
| Seattle, WA 98101 | X_  Via ECF_____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of December, 2012.

> s/ Breena Roos_____
> Charles C. Sipos, WSBA No. 32825
> Breena M. Roos, WSBA No. 34501
> Ashley Locke, WSBA No. 40521
> **Perkins Coie LLP**
> 1201 Third Avenue, Suite 4800
> Seattle, WA  98101-3099
> Telephone:  206.359.8000
> Facsimile:  206.359.9000
> E-mail:  csipos@perkinscoie.com
> E-mail:  broos@perkinscoie.com
> E-mail:  alocke@perkinscoie.com
> Attorneys for Defendants Amazon.com, Inc.
> and IMDb.com, Inc.

DECLARATION OF BREENA ROOS IN SUPPORT OF
IMDB.COM, INC.'S REPLY ISO MOTION FOR
SUMMARY JUDGMENT (No. CV- 01709-MJP) – 3

24976-0480/LEGAL25445831.1

EXHIBIT A



Consequences introduces us to Max, Jimmy, Norm, Nick and Jason at the age of eighteen. Friends since early childhood, they have bonded deeper than natural brothers. As eighteen-year-old men, we share with them their dreams, loves, and friendships as well as life's hopes and frustrations. We, once again, meet them at age forty and learn how their lives have unfolded as we experience their marriages, strengths and disappointments. Together they are capable of celebrating with each other their emotions in an open and honest fashion. The group is together now on their annual football weekend, this year in Philadelphia. While bonding and enjoying the vibrant nightlife, they become separated only to find a darkness they have never known. It becomes a struggle of life or death. The friends find themselves disconnected from each other but ultimately gain a stronger respect for one another than they ever thought possible... *Written by Anonymous*

Plot Summary  |  Add Synopsis

**Plot Keywords:**  Bare Chested Male  |  Bare Chested Male Bondage  |  Blood  |  Non Statutory Female On Male Anal Rape  |  Torture

**Genres:**  Thriller

**Parents Guide:**  Add content advisory for parents »

hulu.com/plus

**Start Download**
Download Free Software: Converter Free Download!
www.Donwload.pconverter.com

Save up to
75% off
at restaurants
in your city

Sign Up For Free    amazonlocal

## Details                                                                 Edit

**Official Sites:**  Official site  |  Official site  |  Add/edit official sites  »
**Country:**  USA
**Language:**  English
**Also Known As:**  Playroom  See more »
**Filming Locations:**  Bucks County, Pennsylvania, USA  See more »

### Box Office

**Budget:**  $450,000 (estimated)
See more »

### Company Credits

**Production Co:**  DIVE, FIN Pictures, YNOT Productions  See more »
Show detailed  company contact information  on  IMDbPro  »

## Frequently Asked Questions

This FAQ is empty. Add the first question.

## User Reviews

★☆☆☆☆☆☆☆☆☆  **Welcome to the Gay Hostel?**
21 October 2008 | by FrightMeter (FrightMeter.Com) – See all my reviews

Wow. Not sure where to begin with this one. It wasn't what I was expecting, that is for certain. In fact, for about the first 45 minutes of the film, I was pondering why it was even classified as horror on Netflix, as it was about the farthest thing from horror I have seen. However, the film almost immediately shifts tone and focus about halfway through and becomes a extreme "Hostel" wannabe. Unfortunaley, it is not a very good one.

The film centers on five middle-age guys who have been friends since high school. Now most are married and have kids, they all still know each other extremely well, including dirty secrets, such as infidelities and other degenerate behavior over the years. One evening, the decide to go into downtown Philadelphia for an annual football get together. Instead, two of the guys seek out women to have sex with (even though they are married). The others sit around and bitch about their unfaithful, sex-hungry pals while getting drunk. Unfortunately for the two who sought sex, they wake up chained to beds on a small, isolated room. Soon, a group of shady guys (and gals) reveal themselves and being to torture the two in very graphic and sexual ways.

The Good: Um.................some decent looking guys with hot bodies who are naked for the second half of the film to look at?

The Bad: Everything else. The whole gay element that is played up in this film is the last thing that bothered me (trust me there). It's the fact that this is a incompetently directed, poorly acted, and badly written film. As I mentioned, the film completely shifts tone halfway through....at a point where I suspect most have stopped watching due to the sheer boringness of the first half of the film. The acting is atrocious, particularly from the guy who portrays the main villain. His screaming, tyrannical rants are cring-worthy they are so bad. The guys who are being tortured really, most of the time, act like they could care less. Characters do stupid things. Note: If your captor is actually being nice to you and helping you smoke a cigarette while explaining what you need to do to survive, it is probably NOT a good thing to shove that same cigarette into his face WHILE YOU ARE STILL CHAINED TO THE BED! Once the torture starts, it is somewhat brutal, I suppose. The two are anally raped, have their genitals mutilated, and are cut and sliced various ways. There is definitely a blatant gay undertone to this film, so if that bothers you, avoid. The ending is .....well. ..strange for lack of a better word and really left a bad-taste in my mouth. It certainly didn't pack the punch that I suspect the filmmakers thought it would. On top of all this, the film looks cheap and amateurish and the direction is unfocused and lazy. And most of the time with these types of films, they are effective because the audience has an investment in or liking of at least one of the characters. The writer made these characters such jerks and unflattering individuals that we don't care what happens to any of them.

This is NOT an enjoyable film to watch, not because of the violence, but because of how much of a mess it is. It tries way too hard to shock toward the end and fails because everything we see, including the performances, look so unrealistic and phony that we don't buy any of what is happening in the first place.

My Grade: F

3 of 4 people found this review helpful.  Was this review helpful to you?  Yes   No

Review this title  |  See all 4 user reviews »



## Message Boards

Recent Posts

CONSEQUENCES                                                                                    tmc-12

Discuss Consequences (2006) on the IMDb message boards »

## Contribute to This Page                                            Getting Started | Contributor Zone »

[ Edit page ]   [ Write review ]   Create a character page for: Dealer- Bar Patron ▾   [ Create » ]  ?

## Explore More About Consequences

**Credits**
full cast and crew

**Story**
beginnings
plot summary
synopsis
plot keywords
parents guide

**Did You Know?**
quotes
trivia
goofs
crazy credits
alternate versions
connections
soundtracks

**Details**
release dates
official sites
box office/business
company credits
filming locations
technical specs
literature

**Photos & Video**
photo gallery
trailers and videos
posters

**Opinion**
awards
FAQ
user reviews
user ratings
external reviews

**External Links**
miscellaneous
sound clips
video clips
photographs

**Related Items**
news/ites
showtimes

**Professional Services**
get more at IMDbPro
add posters & stills to this title

## Recently Viewed                                                     Manage your history

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Register | RSS | Advertising | Contact Us | Jobs | IMDbPro | IMDb Resume | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France

Copyright © 1990-2012 IMDb.com, Inc.
Terms of Use | Privacy Policy | Interest-Based Ads
An amazon.com company.

Amazon Affiliates
Amazon Instant Video    Prime Instant Video    Amazon Germany    Amazon Italy    Amazon France    LOVEFiLM    Amazon Wireless    Junglee    DPReview    Audible
Watch Movies &          Unlimited Streaming    Buy Movies on      Buy Movies on   Buy Movies on   Watch Movies  Cellphones &    India Online  Digital      Download
TV Online               of Movies & TV         DVD & Blu-ray      DVD & Blu-ray   DVD & Blu-ray   Online        Wireless Plans  Shopping      Photography  Audio Books

Save up to 75% off at restaurants in your city   [ Sign Up For Free ]   amazonlocal

EXHIBIT B



