THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Huong Hoang, an individual, | No. 2:11-CV-01709-MJP |
| Plaintiff, | **PRAECIPE TO REFILING OF EXHIBITS FFF (132-27) AND GGG (132-28)** |
| v. | |
| Amazon.com, Inc., et al., | |
| Defendants. | |

Per Court Order, on December 28, 2012 Amazon.com, Inc. and IMDb.com, Inc. (collectively, "Defendants") re-filed exhibits that were previously filed under seal.  *See* Dkt. No. 127 (Order on Pl.'s Mot. to Seal), *see* also Dkt. Nos. 132, 133.  Due to the size of Dkt. Nos. 132-27 and 132-28, Defendants sent CDs to chambers for the Judge's copy.

On January 2, 2013, on the telephone, the Court requested that Defendants file Dkt. Nos. 132-27 and 132-28 via ECF (as opposed to filing hard copies of the CDs).  Per that conversation, Defendants are amending Docket Nos. 132-27 and 132-28 to include the actual documents.

PRAECIPE TO REFILING OF EXHIBITS FFF
AND GGG (No.2:11-CV-01709) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED:  January 3, 2013

**PERKINS COIE LLP**

By: s/ Ashley A. Locke
    Charles C. Sipos, WSBA #32825
    Breena M. Roos, WSBA #34501
    Ashley A. Locke, WSBA #40521
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    Email:    CSipos@perkinscoie.com
             BRoos@perkinscoie.com
             ALocke@perkinscoie.com

    Attorneys for Defendants Amazon.com, Inc.
    and IMDb, Inc.

PRAECIPE TO REFILING OF EXHIBITS FFF
AND GGG (No.2:11-CV-01709) – 2

24976-0480/LEGAL25285230.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

## CERTIFICATE OF SERVICE

I certify that on January 3, 2013, I electronically filed the foregoing Praecipe to Refiling

of Exhibits FFF and GGG with the Clerk of the Court using the CM/ECF system, which will

send notification of such filing to the following attorneys of record

| | |
|---|---|
| **Derek Alan Newman** | ___ Via hand delivery |
| **Keith Scully** | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| **Charlotte Williams** | ___ Via Overnight Delivery |
| Newman Du Wors LLP | ___ Via Facsimile |
| 1201 Third Avenue, Ste 1600 | ___ Via Email |
| Seattle, WA 98 | X    Via ECF _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 3rd day of January, 2013.

s/ Ashley Locke
_____
Charles C. Sipos, WSBA No. 32825
Breena M. Roos, WSBA No. 34501
Ashley Locke, WSBA No. 40521
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  csipos@perkinscoie.com
E-mail:  broos@perkinscoie.com
E-mail:  alocke@perkinscoie.com
Attorneys for Defendants Amazon.com, Inc.
and IMDb.com, Inc.

PRAECIPE TO REFILING OF EXHIBITS FFF
AND GGG (No.2:11-CV-01709) – 3

24976-0480/LEGAL25285230.1