UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUONG HOANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C11-1709MJP<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SEAL |

This matter comes before the Court on the motion to seal filed by Plaintiff Huong Hoang. (Dkt. No. 117.) Having reviewed the motion and all related filings (Dkt. Nos. 118, 119, 120, 125), the Court DENIES Plaintiff's motion and directs the clerk to unseal Dkt. Nos. 119 and 120.

There is a strong presumption of public access to the Court's files. See LCR 5(g). A motion to seal must include "a specific statement of the applicable legal standard and the reasons for keeping a document under seal, with evidentiary support from declarations where necessary." LCR 5(g)(3)(B).

1       Here, Plaintiff asks the Court to seal exhibits in which she discusses her acting income.

2 (Dkt. No. 117 at 3.) Plaintiff states that "[i]ncome is private matter" and says her "damage

3 calculations reveal how much she makes as an actress, and could adversely impact her

4 perception in the acting industry." (Id.) But Plaintiff chose to make this a public matter when she

5 filed suit in federal court. See Heathman v. United States Dist. Court for Cent. Dist., 503 F.2d

6 1032, 1035 (9th Cir. 1974) (a party's financial information is not generally privileged).

7 Additionally, Plaintiff's statement that unsealing her damage calculations would "adversely

8 impact her perception in the acting industry" is the very type of vague, non-specific statement

9 that the Local Rules counsel against. (Dkt. No. 117 at 3); LCR 5(g)(3)(B).

10       For the foregoing reasons, Plaintiff's motion to seal is DENIED. The clerk is directed to

11 unseal Dkt. Nos. 119 and 120.

12       The clerk is ordered to provide copies of this order to all counsel.

13       Dated this 12th day of January, 2013.

Marsha J. Pechman
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO SEAL- 2