THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Huong Hoang, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Amazon.com, Inc., et al.,<br><br>　　　　　　Defendants. | No. 2:11-CV-01709-MJP<br><br>**PRAECIPE TO SEAL EXHIBIT KK (DOCKET NO. 133-23) AND REPLACE WITH REDACTED EXHIBIT KK** |

Please seal Exhibit KK (Docket No. 133-23) and replace it with Attachment 1 (redacted Exhibit KK), which has been redacted pursuant to LCR 5.2.

DATED: January 14, 2013　　　**PERKINS COIE LLP**

By: s/ Ashley A. Locke
　　Charles C. Sipos, WSBA #32825
　　Breena M. Roos, WSBA #34501
　　Ashley A. Locke, WSBA #40521
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:　　CSipos@perkinscoie.com
　　　　　BRoos@perkinscoie.com
　　　　　ALocke@perkinscoie.com

Attorneys for Defendants Amazon.com, Inc. and IMDb, Inc.

PRAECIPE TO SEAL AND REPLACE EXHIBIT KK (No.2:11-CV-01709) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24976-0480/LEGAL25574549.1

# CERTIFICATE OF SERVICE

I certify that on January 14, 2013, I electronically filed the foregoing PRAECIPE TO SEAL EXHIBIT KK (DOCKET NO. 133-23) AND REPLACE WITH REDACTED EXHIBIT KK using the CM/ECF system, which will send notification of such filing to the following attorneys of record

| | |
|---|---|
| **Derek Alan Newman** | ___ Via hand delivery |
| **Keith Scully** | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| **Charlotte Williams** | ___ Via Overnight Delivery |
| Newman Du Wors LLP | ___ Via Facsimile |
| 1201 Third Avenue, Ste 1600 | ___ Via Email |
| Seattle, WA 98 | _X_ Via ECF _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of January, 2013.

> s/ Ashley Locke
> Charles C. Sipos, WSBA No. 32825
> Breena M. Roos, WSBA No. 34501
> Ashley Locke, WSBA No. 40521
> **Perkins Coie LLP**
> 1201 Third Avenue, Suite 4800
> Seattle, WA  98101-3099
> Telephone:  206.359.8000
> Facsimile:  206.359.9000
> E-mail:  csipos@perkinscoie.com
> E-mail:  broos@perkinscoie.com
> E-mail:  alocke@perkinscoie.com
> Attorneys for Defendants Amazon.com, Inc. and IMDb.com, Inc.

PRAECIPE TO SEAL AND REPLACE EXHIBIT KK (No.2:11-CV-01709) – 2

24976-0480/LEGAL25574549.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000