# EXHIBIT C

Exhibit C - 35

# Plaintiff's Exhibit 19

Exhibit C - 36

Help Desk: Contact #2984794

http://www.imdb.com/helpdesk/thread?tid=2984794

**Reading Is Fundamental**

Find Movies, TV shows, Celebrities and more...   All

solarigirl's Account | Logout | Help

Movies   TV   News   Trailers   Community   IMDbPro   Apps

Your Watchlist

## Help Desk

Contact the Help Desk | My Contact History
Help | Search

### Contact #2984794

passport

✉ by - solarigirl@gmail.com (14 Jan 2009 08:35:26 AM)

To whom it may concern, my publicist was told that I needed to send in a copy
of my passport to get my date of birth changed, as it is inaccurate in your
database. I sent it in twice, and it is still not changed. Who can handle this
for me, it should say ████████ 1978. Also, the biographer submitted his
bio for me, Bill Zehme, and the date and information in my bio was also
altered. I have been following your rules and guidelines and yet this issue is
still not remedied. He wrote a wonderful bio - and the opening lines were
removed and closing lines.  Can someone please handle this? I have been very
patient with this, and have followed your instructions, and yet it is still not
handled. thanks my email address is solarigirl@gmail.com  my cell number is
████████

**Re: passport**

✉ by - IMDb Help Desk (14 Jan 2009 05:31:33 PM)

Ms. Solari:

Thank you for sending us the documentation we requested.

Examination of your passport data verifies that your birthdate is ████ 1973

Since this is the date currently listed on our website, the document confirms that our birthdate information is already factually correct and
that no changes are needed.

We appreciate your help in keeping the Internet Movie Database the most complete and reliable source of movie and TV information on the
web.

Please let us know if you need further assistance.

----
Regards,
Roger
The IMDb Help Desk

Please let us know if this response resolved your question:   Yes     No   What's this?

**Re: passport**

✉ by - solarigirl@gmail.com (26 Jan 2009 12:24:15 AM)

Dear Roger,
my passport says ████████ 1978. I have had it sent twice to IMDB.  The IMDB website currently lists the wrong date.  If you cannot help
me with this, who else can I contact?  I have been trying to remedy this for some time now.

Please answer the following questions:

A)did you receive the copy of my passport which states by birthdate is ████████ 1978? (this is a yes or no answer)

B)If you did receive it why have you not corrected my birthdate on my IMDB page?

C)What is your actually position at IMDB?

C)What is the contact information for the manager of IMDB so I can contact them, if you do not directly answer these questions, so I can
get this handled, as well as the legal department.

Thanks for your time.

**Re: passport**

1 of 2

2/5/2013 1:11 PM

Exhibit C - 37

Help Desk: Contact #2984794

http://www.imdb.com/helpdesk/thread?tid=2984794

✉ by - IMDb Help Desk (26 Jan 2009 10:31:21 AM)

Ms. Solari:

We did receive your passport and, as previously stated, the document that you provided positively verifies that the correct birth date is ████ 1973.

We will not make any changes since the information listed on our site is already correct, as you surely realize.

Should you choose to pursue any legal remedies, please have your attorney contact us directly at the following address:

IMDb
c/o Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108-1226

We will otherwise consider this matter closed and regret that we won't be able to entertain further correspondence on this particular subject.

Thank you for understanding our position.

----
Regards,
Roger
The IMDb Help Desk

**Please let us know if this response resolved your question:** Yes | No | What's this?

**YOU DID NOT ANSWER ANY OF MY QUESTIONS**

✉ by - solarigirl@gmail.com (29 Jan 2009 06:48:15 PM)

Dear Roger,

you did not answer ANY of my questions.  So below are my questions I would really appreciate if you could answer them, and of course change my page to the correct date which is ████ 1978.

A)did you receive the copy of my passport which states my birthdate is ████ 1978? (this is a yes or no answer)

B)If you did receive it why have you not corrected my birthdate on my IMDB page? Is that actually your job?

C)What is your actual position at IMDB?

D)What is the contact information for the manager of IMDB so I can contact them.

E) What is your full name?

Please actually answer the questions.

**Recently Viewed**                                                               Manage your history

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Account |     RSS | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France

Copyright © 1990-2013 IMDb.com, Inc.
Terms of Use | Privacy Policy | Interest-Based Ads
An                      company.

Amazon Affiliates
Amazon Instant Video   Prime Instant Video   Amazon Germany   Amazon Italy   Amazon France   LOVEFiLM      Amazon Wireless   Junglee        DPReview      Audible
Watch Movies &         Unlimited Streaming   Buy Movies on    Buy Movies on   Buy Movies on  Watch Movies   Cellphones &     Indie Online    Digital       Download
TV Online              of Movies & TV        DVD & Blu-ray    DVD & Blu-ray   DVD & Blu-ray  Online         Wireless Plans   Shopping        Photography   Audio Books

Exhibit C - 38

# Plaintiff's Exhibit 20

Exhibit C - 39

Help Desk: Contact #3210224

http://www.imdb.com/helpdesk/thread?tid=3210224

Find Movies, TV shows, Celebrities and more...    All

solarigirl's Account | Logout | Help

Movies    TV    News    Trailers    Community    IMDbPro    Apps

**Your Watchlist**

## Help Desk

Contact the Help Desk | My Contact History
Help | Search

### Contact #3210224

**question**

✉ by – solarigirl@gmail.com (12 Apr 2009 03:33:56 PM)

To whom it may concern, I am trying to contact information and phone number of the legal department at IMDB. I have attempted to get this information so many times sending emails to the help desk but I don't seem to ever get a reply. I have been trying to remove inaccurate information about myself on IMDB and I have not gotten any help the normal measures. Could you please help me on this matter. It is has become quite frustrating.  Thanks Camille

--
Camille Solari
www.camillesolari.com

**Re: question**

✉ by – IMDb Help Desk (12 Apr 2009 03:41:44 PM)

Ms. Solari:

Thank you for contacting us.

Please be aware that if you need to correct/edit your filmography information you should click on the 'Update' button at the bottom of your page and follow the on-screen instructions.

Our legal department can be contacted at the following address:

IMDb
c/o Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108-1226
fax: (206) 266-7010

----
Regards,
Roger
The IMDb Help Desk

Please let us know if this response resolved your question:   Yes    No    What's this?

↩ reply

**Recently Viewed**

Manage your history

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Account | RSS | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France

Copyright © 1990-2013 IMDb.com, Inc.
Terms of Use | Privacy Policy | Interest-Based Ads
An                company.

Amazon Affiliates

2/5/2013 1:10 PM

Exhibit C - 40

# Plaintiff's Exhibit 21

Exhibit C - 41

Help Desk: Contact #4294301

http://www.imdb.com/helpdesk/thread?tid=4294301

Find Movies, TV shows, Celebrities and more...   All

solarigirl's Account | Logout | Help

Movies   TV   News   Trailers   Community   IMDbPro   Apps

Your Watchlist

## Help Desk

Contact the Help Desk | My Contact History
Help | Search

### Contact #4294301

I need help

✉ by – solarigirl@gmail.com (13 Feb 2010 12:00:37 AM)

Despite showing you documentation of my actual data birth with a passport, you
still have not changed my date of birth ▮▮▮▮ 1978, even though I sent a
copy of my passport. So that said, please remove it all together. It is
actually illegal to publish this without my consent and it is clear that it is
arbitrary you put up depending on the actor as some people have dates some
people don't some birth dates are accurate some aren't. Obviously publishing
such a thing can be detrimental to an actor who looks very young or visa or
versa. I'm sure you understand, and I appreciate you removing this data off
this site, as it is not approved by me personally and it is actually unlawful
to do this against my consent.  Thanks again for understanding and I
appreciate you removing this data you have.

Recently Viewed

Manage your history

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Account | RSS | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France

Copyright © 1990-2013 IMDb.com, Inc.
Terms of Use | Privacy Policy | Interest-Based Ads
An                    company.

Amazon Affiliates
Amazon Instant Video   Prime Instant Video   Amazon Germany   Amazon Italy    Amazon France   LOVEFiLM      Amazon Wireless   Junglee        DPReview      Audible
Watch Movies &         Unlimited Streaming   Buy Movies on    Buy Movies on   Buy Movies on   Watch Movies  Cellphones &      India Online    Digital       Download
TV Online              of Movies & TV        DVD & Blu-ray    DVD & Blu-ray   DVD & Blu-ray   Online        Wireless Plans    Shopping        Photography   Audio Books

2/5/2013 1:09 PM

Exhibit C - 42

# Plaintiff's Exhibit 22

Exhibit C - 43



juniehoang@ ▮                                    http://sn107w.snt107.mail.live.com/default.aspx

Windows Live™   ▮   Messenger   SkyDrive  |  MSN                    Junie H
                                                                    profile

New  |  Reply  |  Reply all  |  Forward  |  Delete  |  Junk  |  Sweep ▾  |  Mark as ▾  |  Move to ▾  |  Categories

**Inbox (1)**          **Re: CORRECTION**              Back to messages  |
                       To see messages related to this one, group messages by conversation.    The Nissan
**Folders**                                                                                    Passenger
**Junk (1)**              Contact Astrotheme.com   Add to contacts   4/07/11                    INNOVATION THAT
Drafts (28)              To Junie Hoang                           Reply ▾
Sent
Deleted                Thank you very much Junie, you have updated your chart.
COPIES
HEADSHOTS              Best regards,
New folder
                      --
**Quick views**       Astrotheme Customer Service
Flagged
**Office docs (3)**   ASTROTHEME
Photos                A New Approach to Astrology
Shipping updates
New category          36, rue Scheffer
                      75116 Paris
**Messenger**         www.astrotheme.fr
 12 invitations       www.astrotheme.com
Sign in to Messenger
                      Le 07/04/2011 07:10, Junie Hoang a écrit :
Home
Contacts                 Hello.  Where did IMDb get that birthdate
Calendar                 information from?  Unfortunately, anybody can
                         register on IMDb and start submitting data on
                         anybody they want, including birthdates, so not        Learn mo
                         everything is accurate.  You can call me on my cell if
                         you'd like at ▮▮▮▮▮. I was born at 3:10.
                         "Flixster" and "Famous Why" also got their             NISSAI
                         information from IMDb. Take care, Junie
                                                                                Ad
                         Date: Wed, 6 Apr 2011 10:00:23 +0200
                         From: contact@astrotheme.com
                         To: juniehoang@▮▮▮▮
                         Subject: Re: CORRECTION

                         Dear Junie,

                         We have just taken the information of the most
                         important site, Imdb: http://www.imdb.com
                         /name/nm0387470/ And a lot of sites give 1971, not
                         1978. How could we know if you are Junie Hoang?
                         And do you know your birth time please?

                         For example:

1 of 1                                                                     1/8/2012 6:50 PM

Exhibit C - 44

*Junie Hoang* Links : Websites, Official Sites and Fan Sites - FamousWhy

- [ Traduire cette page ]
*Junie Hoang* was born on ████, *1971* in Saigon, Vietnam and she is a famous ... *Junie Hoang*
Short Info: *Junie Hoang* was born on ████, *1971* in Saigon, ...
*people.famouswhy.com/junie_hoang/directory.html* - En cache

*Junie Hoang* - Bio | Pics | Fans | Wiki | Quotes

- [ Traduire cette page ]
28 Sep 2008 ... Name: *Junie Hoang*; Date of Birth: ████ *1971*; Place of Birth: Not available.
Add to My Favorites · Post a Comment ...
*www.flixster.com/actor/junie-hoang* - En cache - Ajouter á iGoogle

Best regards,

--

Astrotheme Customer Service

36, rue Scheffer
75116 Paris
www.astrotheme.fr
www.astrotheme.com

Le 06/04/2011 06:39, Junie Hoang a écrit :
Hello.  In my bio for Junie Hoang, they have my birthdate listed wrong.  It says 1971, but it
should be ████, 1978.  Could you please fix it?  Thanks!

Exhibit C - 45

# Plaintiff's Exhibit 39

Exhibit C - 46

http://www.imdb.com/name/nm2656786/

Need date of birth removed!

  by - jasoncermak@hotmail.com (5 Jun 2012 10:49:27 AM)

URL: http://www.imdb.com/name/nm2656786/
Hi there,

I am the actor Jason Cermak in your IMDB database at URL
http://www.imdb.com/name/nm2656786/

My date of birth is shown on my IMDB page and for the last couple years I have
sent numerous requests to have this information removed from my IMDB page.
Reason being; I look much younger on camera then my actual age, and casting
directors and producers are seeing my birth date and I am losing jobs because
of it. It is having a direct negative impact on my career.

I have tried requesting the birthdate be removed via the update information
page to no avail so I'm hoping contacting you this way will help me get this
removed.

Many thanks for your help.

Jason Cermak

Re: Need date of birth removed!

  by - IMDb Help Desk (5 Jun 2012 02:19:34 PM)

Thank you for contacting IMDb.com

Our aim is to be the most complete and reliable source of movie information on the web.  Therefore,
in order to keep offering our users an accurate and trustworthy service, it is our policy not to alter or
delete any kind of correct/factual information or credit from our records.

Thank you for your understanding.

----
Regards,
Phillip
The IMDb Help Desk

Re: Need date of birth removed!

  by - jasoncermak@hotmail.com (5 Jun 2012 11:42:08 PM)

Thank you for your prompt reply.

That is the reason that I am wishing for date of birth to be removed. It is incorrect and not factual and

8/2/2012

**Exhibit C - 47**

you are misrepresenting me with false information.

If you wish to remain an accurate and trustworthy source I again ask you to remove the date of birth from my IMDB profile.

And again, your publishing of that information is having a direct negative impact on my career and in turn is costing me money.

I pay for the IMDB resume service annually and thus am a paying customer to your site and would like my request honoured.

Thank you for your understanding.

Re: Need date of birth removed!

 by - IMDb Help Desk (6 Jun 2012 09:26:54 AM)

Mr. Cermak:

Thank you for your feedback.

The IMDb is committed to providing complete factual information related to films and those involved in the film and entertainment industry.  We care deeply about the accuracy and integrity of our site and it is our policy not to alter any kind of factual information or credit that we believe to be correct unless we can verify that it's wrong.

We have reason to believe that our information is correct. However if you provide documentary evidence (a complete unredacted photocopy of the first page of your passport) as identification and verification of any factual inaccuracy in the listing to which you object, we will be pleased to investigate this matter and take prompt measures to remedy any verifiable inaccuracies.

You may send the documentation to the following address:

IMDb.com
P.O. Box 81226
Seattle, WA 98108-1226

We apologize for the inconvenience and thank you in advance for your help.

----
Regards,
Phillip
The IMDb Help Desk

8/2/2012

Exhibit C - 48

# Plaintiff's Exhibit 40

Exhibit C - 49

From: jasoncermak@hotmail.com
To: juniehoang@█████████
Subject: Thank you!
Date: Tue, 31 Jul 2012 12:26:50 -0700

Hi there Junie.

I am a Canadian actor living in Vancouver and have been trying to get IMDB to take down my date of birth for the last 2 years and finally escalated it to the point were I was considering taking legal action. I had no idea you had already filed a lawsuit and I thought I was all alone in my thinking that this was unjust of IMDB.

For those of us that don't use a stage name having your actual date of birth published is a huge risk for the chance of identity theft, and on top of that, I have lost roles because I look younger then my age as well. The studio brings up my IMDB profile and I have got cut.

I just wanted to thank you for standing up for this injustice. If my email correspondence with IMDB would be of any use to you and this case I would be happy to supply it.

Jason Cermak
http://www.imdb.com/name/nm2656786/

8/2/2012

Exhibit C - 50

**Plaintiff's Exhibit 44**

Exhibit C - 51



- juniehoang@ — Windows Live    http://sn107w.snt107.mail.live.com/default.aspx?wa=wsignin1.0

Windows Live™    8)    Messenger    Office    Photos  |  MSN    Jun
profile

New  |  Reply  |  Reply all   Forward  |  Delete   Junk   Sweep ▾   Mark as ▾   Move to ▾  |

Inbox (8)

Folders
Junk (5)
Drafts (29)
Sent
Deleted
HEADSHOTS
New folder

Quick views

Messenger
12 invitations
Sign in to Messenger

Home
Contacts
Calendar

**RE: ABSOLUTENOW.COM**    Back to messages  |

Melissa Falcigno   Add to contacts        1/08/09
To Junie Hoang                             Reply ▾

No problem, Junie

As you can see the information has been changed

www.absolutenow.com/features/birthdate737.html

Take Care!

Melissa

**From:** Junie Hoang [mailto:juniehoang@        ]
**Sent:** Wednesday, January 07, 2009 8:39 PM
**To:** Melissa Falcigno
**Subject:** RE: ABSOLUTENOW.COM

Thanks Melissa!  I appreciate you helping me with this.

Subject: RE: ABSOLUTENOW.COM
Date: Tue, 6 Jan 2009 14:53:48 -0500
From: melissaf@ugo.com
To: juniehoang@

Hi Junie,

I notice that the IMDB lists your birth date as 1971. This is
probably the source that was used. I am investigating who can
change this for you

**From:** Junie Hoang [mailto:juniehoang@        ]
**Sent:** Tuesday, January 06, 2009 2:33 PM

1 of 1                                            3/6/2011 7:30 PM

Exhibit C - 52

# Plaintiff's Exhibit 45

Exhibit C - 53



Exhibit C - 54

**Plaintiff's Exhibit 46**

Exhibit C - 55



█████ - juniehoang@█████                                    http://sn107w.snt107.mail.live.com/default.aspx

Windows Live™    ████ (2)    Messenger    SkyDrive  |  MSN                              Junie H

                                                                                            profile

████████          New  |  Reply   Reply all   Forward  |  Delete  |  Junk  |  Sweep ▾  |  Mark as ▾  |  Move to ▾  |  Categories

Inbox (2)           Re: JUNIE HOANG              Back to messages  |

Folders             Content Requests   Add to contacts        4/08/11
Junk (1)            To Junie Hoang                              Reply ▾
Drafts (28)
Sent                Thanks for the email, this is one of the feature's only we can change,
Deleted             unfortunately we go by what IMDB.com has listed, if it's incorrect
COPIES              please have them change the information on the site then we'd be
HEADSHOTS           happy to reflect the change on our site, sorry......
New folder

Quick views         On Tue, Apr 5, 2011 at 9:23 PM, Junie Hoang
Flagged             < juniehoang@█████ > wrote:
Office docs  (3)
Photos                      Hello.  I was trying to correct my birthdate, but
Shipping updates            couldn't figure out how to do it.  You have it listed
New category                as ████ 1971, but the year should be 1978.
                            Thanks!
Messenger
  12 invitations
Sign in to Messenger    New  |  Reply   Reply all   Forward  |  Delete  |  Junk  |  Sweep ▾  |  Mark as ▾
Home                    Move to ▾  |  Categories ▾  |
Contacts
Calendar

© 2012 Microsoft    Terms    Privacy    About our ads    Advertise    Developers        Help Center    Feedback

1 of 1                                                                          1/8/2012 6:59 PM

Exhibit C - 56

**Plaintiff's Exhibit 223**

Exhibit C - 57



juniehoang@

http://sn107w.snt107.mail.live.com/default.aspx

Windows Live™ ▇(2) | Messenger | SkyDrive | MSN          Junie H

profile

New | Reply | Reply all | Forward | Delete | Junk | Sweep ▾ | Mark as ▾ | Move to ▾ | Categories

**Inbox (2)**

Folders

**Junk (1)**

Drafts (28)

Sent

Deleted

COPIES

HEADSHOTS

New folder

Quick views

Flagged

**Office docs (3)**

Photos

Shipping updates

New category

Messenger

12 invitations

Sign in to Messenger

Home

Contacts

Calendar

Categorize messages to find them later. Learn More

## Re: CORRECTION

Back to messages |

Malwina Grochowska   Add to contacts          4/11/11
To Junie Hoang                                Reply ▾

Hello Junie,

Of course, we can change the birthdate for your request. Therefore, I have to notice, that our film data base is created by users. That means, that somebody can change this date anytime (cause e.g. they'll find the date 1971 on Imdb.com).

Best regards,
Malwina Grochowska

W dniu 2011-04-06 08:41, Junie Hoang pisze:

> Hello.  Under my profile "Junie Hoang" on your
> website, you have my birthdate listed wrong.  It says
> ▇ 1971 and it's actually 1978.  Could you please
> fix it for me?  Thanks!

--

FILM⊚WEB  leb pełen filmów

Malwina Grochowska, Brand Manager

Filmweb.pl
Omnigence Sp. z o.o.

ul. Wołoska 9A, 02-583 Warszawa
T: [+48] 22 380 13 13
F: [+48] 22 380 13 14
E: mgrochowska@filmweb.pl

Spółka wpisana do rejestru przedsiębiorców prowadzonego przez Sąd Rejonowy dla m.st. Warszawy Wydział XIII Gospodarczy Krajowego Rejestru Sądowego pod numerem KRS 0000055432
NIP: 521-31-69-346
Wysokość kapitału zakładowego: 50 000,00 PLN

Treść tej wiadomości jest poufna i prawnie chroniona. Odbiorcą może być jedynie jej adresat z wyłączeniem dostępu osób trzecich. Jeżeli nie jesteś adresatem tej wiadomości, jej rozpowszechnianie, kopiowanie, rozprowadzanie lub inne działanie o podobnym charakterze jest prawnie zabronione i może być karalne. Jeżeli wiadomość ta jest adresowana do Klientów Omnigence, jakakolwiek opinia lub porada w niej zawarta podlega odpowiednim warunkom umowy o świadczeniu usług na rzecz Klienta przez Omnigence.

© 2012 Microsoft   Terms                                            Center   Feedback

1 of 1                                                              1/8/2012 7:26 PM

The Nissan Passenger INNOVATION THA

Learn mo

NISSAN

Ad

Exhibit C - 58

**Plaintiff's Exhibit 224**

Exhibit C - 59

Attorney-Client Privilege



Subject: Re: HI MARLU
From: marlu_harris@yahoo.com
Date: Sun, 2 Dec 2012 08:48:53 -0800
To: juniehoang@▮▮▮▮▮▮▮▮

There were two sessions at $75 each; the first three were free.

Services rendered to Junie Hoang:

5/17/12.   No copay
5/24/12.   No copay
6/2/12.     No copay
6/7/12.      $75 paid
6/24/12.     $75 paid

Total paid:    $150

**Marlu Harris MFT**
**Psychotherapy with Adults and Children**
**Custody Evaluations and Consultation**
**12401 Wilshire Blvd., Suite 300**
**Los Angeles, CA 90025**
**310-780-0211**
**www.marluharris.com**

On Dec 1, 2012, at 9:59 PM, Junie Hoang <juniehoang@▮▮▮▮▮▮▮▮ wrote:

> I hope you had a Happy Thanksgiving!  I couldn't remember which email you told me to contact
> you on.  I wanted to touch base with you and was wondering if it was possible to get my
> invoices next week?  Please let me know.  I appreciate it!  Thanks, Junie

**Exhibit C - 60**

# Plaintiff's Exhibit 225

Exhibit C - 61



juniehoang@ ▇ - Windows Live          http://sn107w.snt107.mail.live.com/default.aspx?wa=wsignin1.0

Windows Live™    ▇ (7)    Messenger    Office    Photos    |    MSN                    Jun
                                                                                      profile

New  |  Reply   Reply all   Forward  |   Delete   Junk   Sweep ▾   Mark as ▾   Move to ▾   |                    Options

**RE: Fanmail**                                          Back to messages   |

Inbox (7)

Folders

Junk (5)          JT hisashi   Add to contacts                        5/31/09
Drafts (29)       To Junie Hoang                                      Reply ▾
Sent
Deleted
HEADSHOTS               Attachments, pictures and links in this message have been
New folder              blocked for your safety.
                        Show content | Always show content from
Quick views             maryknollsantaclara@yahoo.com

Messenger         I've seen you in several movies including 666, Hoodrats 2, My Big
                  Phat Hip Hop Family, and Treasure n tha Hood.  I love movies and
  12 invitations  you always look great!
  Sign in to Messenger

Home              --- On **Sun, 5/31/09, Junie Hoang**
Contacts          **<juniehoang@** ▇ **>** wrote:
Calendar
                      From: Junie Hoang <juniehoang@ ▇ >
                      Subject: RE: Fanmail
  get easy access     To: maryknollsantaclara@yahoo.com
  to your inbox        Date: Sunday, May 31, 2009, 9:04 AM

                      Hi.  Where did you find me?

                      Date: Mon, 25 May 2009 14:24:30 -0700
                      From: maryknollsantaclara@yahoo.com
                      Subject: Fanmail
                      To: juniehoang@ ▇

                      Hi Ms. Hoang,

                      Could you please let me know how I could get an
                      autograph picture from you. You are such a gorgeous
                      actress and I would be so excited, happy, and grateful
                      to obtain an autograph picture from you!!!!  You always
                      look so incredibly beautiful!!!  Thanks so much for your
                      time!

                      Aloha,

                      John Thomas

1 of 1                                                               3/6/2011 7:21 PM

Exhibit C - 62



juniehoang@

Windows Live™   (2)   Messenger   SkyDrive   |   MSN

Junie Hoang *
profile | sign out

New | Reply Reply all Forward | Delete Junk Sweep • Mark as • Move to • Categories • |

Options •   •

Inbox (2)

FW: Fanmail and autograph request for Ms. Junie Hoang c/o Central Artists    Back to messages  |

Folders
Junk (32)
Drafts (28)
Sent
Deleted (65)
COPIES
HEADSHOTS
New folder

Melony Begakis @ Central Artists   Add to contacts
To 'Junie Hoang'

2/16/12
Reply •

Forwarding fan mail.
Xo
Melony

Quick views
Flagged
Office docs  (3)
Photos
Shipping updates
New category

From: Warren Cialdella [mailto:wcialdella@aol.com]
Sent: Thursday, February 16, 2012 11:15 AM
To: centralartists@icentralartists.com
Subject: Fanmail and autograph request for Ms. Junie Hoang c/o Central Artists

Dear Ms. Hoang,

Messenger
12 invitations
Sign in to Messenger

Home
Contacts
Calendar

I am a fan of horror movies and I enjoyed you in your role as Ensign del Rio in the movie "Gingerdead Man 2: Passion of the Crust" and I
am looking forward to seeing you in "Gingerdead Man 3: Saturday Night Cleaver" as Sandy. Gingerdead Man 3 is on my must see list. I
thought you were great in "Gingerdead Man 2" and I am looking forward to seeing you in any future roles you may undertake. I recently
started collecting autographs of actors/actresses and would like to add your autograph to my new collection. If you would please send
me an autographed photo or two or some other item, I would greatly appreciate it. Please send to:

Hotmail on
your Android

Warren Cialdella

Thank you very much and best of health and continued success in your career.

Ad feedback |

Warren

New | Reply Reply all Forward | Delete Junk Sweep • Mark as • Move to • Categories • |

© 2012 Microsoft   Terms   Privacy   About our ads   Advertise   Developers

Help Center   Feedback   English

1 of 1

2/17/2012 11:14 AM

Exhibit C - 63



- juniehoang@

Page 1 of 1

Windows Live™     (17)   Messenger   SkyDrive   |   MSN

Inbox (17)

New  |  Reply  |  Reply all  |  Forward  |  Delete  Junk  Sweep ▾  Mark as ▾  Move to ▾  Cat

Autograph                                    Back to messages   |

Folders
Junk (3)
Drafts (28)
Sent
Deleted
COPIES
HEADSHOTS
New folder

Quick views
Documents (3)
Flagged
Photos
Shipping updates
New category

Messenger
8 invitations
Sign in to Messenger

Home
Contacts
Calendar

Kimberley Schop   Add to contacts                4/19/12
To juniehoang@                           Reply ▾

Hi,

I collect autographs of celebs
Now my question if perhaps I could get an autograph
of Junie Hoang?

My address is:

Kimberley Schop

Thanks for the effort!

Sincerely,

Kimberley

New  |  Reply  |  Reply all  |  Forward  |  Delete  Junk  Sweep ▾  Mark as ▾
Move to ▾  Categories ▾  |

Face
Eme
Expe

Get the
need to
track.*

App
Che

*Funds become
day following app
after all required
and underwriting

Hotmail® tip:
get help
easily

© 2012 Microsoft    Terms   Privacy   About our ads   Advertise   Developers          Help Center   Fe

http://sn107w.snt107.mail.live.com/default.aspx                              7/31/2012

**Exhibit C - 64**



juniehoang@

Page 1 of 1

Windows Live™ 17) | Messenger   SkyDrive  | MSN

New | Reply | Reply all | Forward | Delete  Junk  Sweep ▾  Mark as ▾  Move to ▾  Cat

**Inbox (17)**

autographed picture          Back to messages  |

**Folders**

**Junk (3)**       Lucas Smith  Add to contacts          5/06/12
Drafts (28)       To juniehoang@                Reply ▾
Sent
Deleted            hello,
COPIES                 my name is luke smith im sure you get tons of these emails
HEADSHOTS         ive seen most the work youfve done, I was just messing around
New folder        online nd found your website, I'm not sure what it would cost me
                  but I would love a autographed picture of you. If you could let me
**Quick views**    know what i would need to to that would be great, I've never
Documents (3)     emailed someone like this so i really don't know the proper way of
Flagged           doing so i hope this is ok thanks
Photos                                            Luke Smith
Shipping updates
New category       Lucas Smith

**Messenger**
  8 invitations
  Sign in to Messenger

New | Reply | Reply all | Forward | Delete  Junk  Sweep ▾  Mark as ▾
Home
Contacts          Move to ▾  Categories ▾  |
Calendar

AT&T
TV +
+ Hom
3 service
1 low pri

© 2012 Microsoft  Terms  Privacy  About our ads  Advertise  Developers        Help Center  Fe

http://sn107w.snt107.mail.live.com/default.aspx                    7/31/2012

**Exhibit C - 65**

**Plaintiff's Exhibit 259**

Exhibit C - 66

Mary Nguyen                                     https://www.facebook.com/marynguyen7537/info



**Exhibit C - 67**

# Plaintiff's Exhibit 260

Exhibit C - 68

Mary Nguyen                                    http://www.facebook.com/marynguyen7537/photos_stream



**Exhibit C - 69**

Mary Nguyen                                    http://www.facebook.com/marynguyen7537/photos_stream



**Exhibit C - 70**

**Plaintiff's Exhibit 261**

Exhibit C - 71

facebook
Search for people, places and things
Mary Nguyen
Timeline
Now
Add Friend
Now
2012
Born
Mary Nguyen
Add Friend
Message
Lives in Troy, New York
From Saigon
Female
About
Friends 124
Photos
Map
Likes 1
Do you know Mary? If you know Mary, send her a friend request or message her.
Info
About
Lives in Troy, New York
Female
Places Lived
Friends
See All
Patricia Perfetti
Jacqueline Mcdemott
Kathrine Waldrop
Victoria Lynn
Beverly Mundee
Andy Hartsfield
Mirlande Jean-Pierre
Hills Randall
Albums
Timeline Photos
Some of My Friends and I
Cover Photos
Profile Pictures
Favorites
Are you smarter than a fifth grader?
© 2013 Microsoft Corporation © 2012 Nokia
Mary Nguyen
8 hours ago
foot = $76.5k
Share
Mary Nguyen shared a link via Smarter Than A 5th Grader?
8 hours ago
Are You Smarter Than A 5th Grader?
https://apps.facebook.com/playfifthgrader/
I am Smarter Than A 5th Grader! Are you?
Share
Activity
Recent
Mary is now friends with Elizabeth Santiago and 13 other people.
Mary earned 1st Appearance on the Show in Press Your Luck.
January 15
More Recent Activity
Friends
See All
Beverly Mundee
Hills Randall
Victoria Lynn
Mirlande Jean-Pierre

**Exhibit C - 72**

Mary Nguyen                                                    https://www.facebook.com/marynguyen7537?fref=ts



1/24/2013 1:17 PM

**Exhibit C - 73**

Mary Nguyen                                                    https://www.facebook.com/marynguyen7537?fref=ts



**Exhibit C - 74**

**Plaintiff's Exhibit 264**

Exhibit C - 75



Casting Frontier

http://database.castingfrontier.com/account/edit_my_profile

**Contact Information**
* Phone number:
Cell phone number:
Carrier: Sprint PCS
* E-mail address: juniehoang@

Address:
City: LA
State: California
Zip:
Country: United States
Do you have a passport? Yes
**Representation**
Commercial: PLAYERS
Commercial - Non Union:
Theatrical: PLAYERS
Print: DDO Commercial-Print
Voiceover:
Dance:
Sports:
Hosting:
Manager: Central Artists
Extras:
**Union Affiliation**
SAG-AFTRA: No
SAG-AFTRA must join: No
SAG-AFTRA Eligible: Yes
Non-union: Yes
Financial Core: No
**Biographical**
Date of Birth:

(can use appearing age of birth if over 18 years of age)
Pregnant? No
Due Date:
Twin/Triplet?          ☐ Identical twin/triplets?
Portrayable Age Range: 27  - 34
* Gender: Female
* Portrayable Ethnicity:
☐ African American
☑ Asian
☐ Caucasian
☐ Hispanic
☐ Middle Eastern
☐ Multi-Ethnic
☐ Native American
☐ East Indian
☑ Pacific Islander
☐ Ambiguous
Portrayable Ethnicity (other) Vietnamese
Weight: 106 LBS
Height: 5'2"
Hair Color: Black
Hair Length: Long
Eye Color: Brown
**Sizes**
Bust size: 34"
* Shirt size: 0-2
Kids Sizes:
Dress size: 0-2
Hips size: 32"
* Pants size: 0-2
* Shoe Size: 6
Jacket Size: 30S
Hat size: 6
Glove size: XSM
**Other**
Are you willing to work as an extra? Yes

12/5/2012 5:55 PM

Exhibit C - 76

**Plaintiff's Exhibit 265**

Exhibit C - 77



IMDb > Junie Hoang > Filmography by year

Filmography by year for
**Junie Hoang**   More at IMDbPro »

1. Monica (2014) (post-production) [Actress .... Trudy/Brandi]  ~ 2012
2. Pretty Perfect (2013) (post-production) [Actress .... Francine]  ~ 2012
3. "Exotic Dancers of Houston" (2012) TV series (post-production) [Actress .... Ms. Bui (2012)]
4. Little Saigon (2012) (post-production) [Actress .... Herself]
5. "Coast to Coast Cheerleaders" (2012) TV series [Actress .... Herself (2012)]
6. "Diagnosis: Dead or Alive: Kurt (#1.4)" (2012) TV Episode [Actress .... Nurse Lisa]
7. Dysfunctional Friends (2012) [Actress .... Star]  ~ 2010
8. Michael Vick: Giving Back (2011) [Actress .... Herself (Hostess)]
9. Gingerdead Man 3: Saturday Night Cleaver (2011) [Actress .... Sandy]  ~ 2010
10. The Custom Mary (2011) [Actress .... Group Mary]  ~ 2008
11. "I Didn't Know I Was Pregnant: Baby on Birth Control Shot: Torres/Forrest (#4.20)" (2011) TV Episode [Actress .... Triage Nurse]
12. "1000 Ways to Die: Gratuity Violence" (2011) TV Episode [Actress .... Sharon]
13. Disorders: The Dark Side of the Human Mind (2011) [Actress .... Mrs. Chang]
14. "Operation Repo: What the Truck?!? (#8.14)" (2011) TV Episode [Actress .... Lani Nguyen]
15. The Rally (2010) [Actress .... Sarka's Girl]  ~ 2009
16. A Gang Land Love Story (2010) [Actress .... Mikki]  ~ 2008
17. The Making of 'A Gangland Love Story' (2010) (V) [Actress .... Herself]  ~ 2008
18. The Communicator (2010) [Actress .... Girl In Bar]
19. After the Storm (2010) [Actress .... Herself - Conversationalist]
20. The Secret Life of Rocky Perone (2010) [Actress .... Gina Tran]
21. Take Out (2009/II) [Actress .... Woman]
22. Spirits Among Us (2009) [Actress .... Jennifer - Angry Wife]  ~ 2008
23. Digital Family (2009) [Actress .... Anne Kim]
24. Discretion (2009) [Actress .... Vietnam Villager - Vegas Cabbie - Adult Film/Porn Actress]
25. "Rise and Fall of Tuck Johnson" (2009) TV series [Actress .... Irene Dover]  ~ 2008
26. The Adventures of Zion Man & The Supreme Commander (2009) (V) [Actress .... Lucealot]  ~ 2008
27. The Making of 'A Digital Family' (2009) [Actress .... Herself]
28. "Back on Topps" (2008) TV series [Actress .... Tough Asian (2008-2009)]
29. Ungirlfriendable (2008) [Actress .... Liz/Office Worker]  ~ 2006
30. 3 Days Gone (2008) (V) [Actress .... Cowboy Jack's Dancer]
31. Hoodrats 2: Hoodrat Warriors (2008) [Actress .... Ghetto Girl Three]
32. "Mystery ER: Truth Be Told/Climbing for Life (#2.2)" (2008) TV Episode [Actress .... Nurse Martin]
33. Gingerdead Man 2: Passion of the Crust (2008) [Actress .... Ensign del Rio]  ~ 2007
34. "Penn & Teller: Bullshit!: New Age Medicine (#6.2)" (2008) TV Episode [Actress .... Herself]
35. "America's Most Wanted: America Fights Back: NorCal Rapist (#21.19)" (2008) TV Episode [Actress .... Jane Doe #1]
    ... aka "America's Most Wanted: NorCal Rapist (#21.19)" - USA (original title)
36. "Date My House: Spiritual Makeover (#1.4)" (2008) TV Episode [Actress .... Herself]
37. "It Is Written: The Time of Jacob's Trouble (#11.7)" (2008) TV Episode [Actress .... Pondering Person]  ~ 2007
38. "Gene Simmons: Family Jewels: Nail Me (#3.8)" (2008) TV Episode [Actress .... Nail Salon Lady]  ~ 2007
39. "It Is Written: Lessons from a Vacant Lot (#11.4)" (2008) TV Episode [Actress .... Mailbox Woman]  ~ 2007
40. American Dream (2008/I) [Actress .... Suzanne - Jewelry Cashier]  ~ 2006
41. "Fifth Dimension" (2008) TV series [Actress .... Gulten/Guard (2007)] (voice)
42. "Green Valley" (2007) TV series [Actress .... Husne (2007)]
43. "Tarchin and Friends" (2007) TV series [Actress .... Selma/Mualla (2007-2008)] (voice)
44. "World of Mysteries" (2007) TV series [Actress .... Hemsire/Woman 1 (2007)]
45. "Más vale tarde: Pilot" (2007) TV Episode [Actress .... Herself]
46. Z: A Zombie Musical (2007) [Actress .... Zombie Postwoman]  ~ 2005
47. 666: The Beast (2007) (V) [Actress .... Receptionist] (uncredited)
48. Bleep Love (2007) (V) [Actress .... Paula]  ~ 2006

amazon

**Cyber Monday Deals Week**

Going back to work has never been more fun

▸ Shop now

Privacy

ad feedback

**Exhibit C - 78**

Junie Hoang – Filmography by year                                                                                         11/25/12 9:49 PM

49. Over-Due (2007) [Actress .... Miss Do-Good]   ~2006
50. "12 corazones: Episode #4.10" (2007) TV Episode [Actress .... Libra]
51. Till Death Do Us Part (2007/II) [Actress .... Receptionist]
52. Love and Mary (2007) [Actress .... Bakery Worker) (uncredited)   ~2006
53. Domain of the Demented (2007) [Actress .... Headless Woman]   ~2005
54. Waters Rising (2007) [Actress .... La La]   ~2006
55. The Making of 'The Color of Blood' (2006) (V) [Actress .... Herself]
56. Miguel and Gordo Come to America (2006) [Actress .... Savana]
57. Macross: Eve of Destruction (2006) (V) [Actress .... Operator Girl]
58. Macross: When Worlds Collide (2006) (V) [Actress .... Additional Voices]
59. Macross: Fallen Angels (2006) (V) [Actress .... Additional Voices]
60. The Bong Connection (2006) [Actress .... Nina]
61. Macross: Dangerous Divisions (2006) (V) [Actress .... Archivist]
62. Jack Everyman (2006) [Actress .... Beth (Jed's Wife)]
63. Huong tinh muon (2006) [Actress .... Yen]   ~2005
64. Wannabes (2006) (TV) [Actress .... Kai Tu (Spa Tech)]
65. Read On (2006) [Actress .... Friend #2]
66. Dominos: The Games We Play (2006) [Actress .... Stacy]   ~2004
67. Career Day (2006) [Actress .... Police Officer]   ~2005
68. The Color of Blood (2006) (V) [Actress .... The Night Runner]
69. The Spot (2006) (V) [Actress .... Toni]
70. Voodoo Dolly (2006) [Actress .... Stephanie Hung/Ms Fix-It/Tool Time Lady]
71. YaDaDa Movie (2006) [Actress .... Stacy]
72. "Pee Wee Zone" (2005) TV series [Actress .... Herself (2005)]
73. "Xtreme Entrepreneurs" (2005) TV series [Actress .... Woman (2005)]
74. Fire and Ice: A Galleria Holiday Special (2005) (TV) [Actress .... Herself]
75. Wrong Guy (2005) [Actress .... Prostitute #1]
76. The Making of 'Treasure n tha Hood' (2005) (V) [Actress .... Herself]   ~2004
77. Treasure n tha Hood (2005) [Actress .... Li Ann]   ~2004
78. Behind the Scenes: Project Streetlight (2005) (V) [Actress .... Herself]   ~2004
79. My Big Phat Hip Hop Family (2005) [Actress .... Janet]   ~2004
80. Brides Houston Edition (2005) (TV) [Actress .... Herself]
81. Resurrection: The J.R. Richard Story (2005) [Actress .... Dr. Ying]   ~2004
82. After Twilight (2005) [Actress .... Fong]   ~2004
83. Street Tales of Terror (2004) [Actress .... Graduation Night: Orientation Leader]
84. Survival of the Illest (2004) [Actress .... Nurse]
85. "Independent Movie Show: Episode #1.1" (2004) TV Episode [Actress .... Herself]
86. All Purpose Cultural Cat Girl Nuku Nuku TV, Vol. 1: Keep the Peace on Earth! (2004) (V) [Actress .... Additional Voices]
87. Club Foot (2004) [Actress .... Pat]
88. Suddenly Unexpected (2003) [Actress .... The Daughter]
89. "Crossroads" (2003) TV series [Actress .... Herself]
90. Martian Successor Nadesico: The Motion Picture - Prince of Darkness (2003) [Actress .... Takeshi/Eri/Jump Operator B] (voice)
91. Single and Dealing with It (2003) [Actress .... Slapping Girl]
92. "Talk Back Live" (2002) TV series [Actress .... Herself (2002-2003)]
93. "Texas Live Show" (2002) TV series [Actress .... Various]
94. Diamonds from the Bantus (2002) [Actress .... The Countess]
95. Thug Life (2001) [Actress .... Nurse]
96. Street Fighter 2, Victory: Volume IX, Final Conflict (2001) (V) [Actress .... Chun Li]
97. Street Fighter 2, Victory: Volume VIII, Fatal Confrontations (2001) (V) [Actress .... Chun Li]
98. Sorcerer Hunters, Volume 2: 2 Beauties and a Beast (2000) (V) [Actress .... Lake Girl/Lin]
99. Sorcerer Hunters, Volume 6: Arcane Revelations (2000) (V) [Actress .... Carrot's Girl/Waitress B]

100. Bubblegum Crisis Tokyo 2040: Shadow War (1999) (V) [Actress .... Cashier Voomer/Voomer Waitress/Embarrassed Customer]
101. Compiler (1999) (V) [Actress .... Upload]
102. Compiler 2 (1999) (V) [Actress .... Additional Voices]
103. Galaxy Fraulein Yuna Returns: Dawn of the Dark Sisters (1999) (V) [Actress .... Elina]
104. Power Dolls 2: Detachment of Limited Line Service (1999) (V) [Actress .... Cargo Bird Operator]
105. Spriggan (1998) [Actress .... Additional Voices]
106. Fifth Ward (1998) [Actress .... Haan]
    ... aka "5th Ward" - USA (video title)
107. Galaxy Fraulein Yuna (1998) (V) [Actress .... Haruna/Additional Voices]
    ... aka "Ginga ojousama densetsu yuna" - Japan (original title)
108. Princess Minerva (1998) (V) [Actress .... Tua]
109. Go Nagai's New Cutey Honey (1998) (V) [Actress .... Light's Assistant]
    ... aka "Shin Kyūtei Hanī" - Japan (original title)
110. "Bubblegum Crisis: Tokyo 2040" (1998) TV series [Actress .... Additional Voices] (voice: English version)
111. Dirty Pair: Mission II, Act I (1998) (V) [Actress .... Girl 1/Additional Voices]
112. Eat Art (1998) (TV) [Actress .... Fake Guest]
113. "Street Fighter II: V: King of the Air Force" (1998) TV Episode [Actress .... Additional Voices]
114. "Street Fighter II: V: Night Action in Hong Kong" (1998) TV Episode [Actress .... Additional Voices]

Exhibit C - 79

Junie Hoang – Filmography by year                                                                11/25/12 9:49 PM

115. "Street Fighter II: V: Starting a Journey" (1998) TV Episode [Actress .... Rinko]
116. "So You Want to Be" (1997) TV series [Actress .... Herself]
117. "Martian Successor Nadesico: Itsuka au anata no tame ni (#1.26)" (1997) TV Episode [Actress .... Eri]
... aka "Kidô senkan Nadeshiko: Itsuka au anata no tame ni (#1.26)" - Japan (original title)
118. "Martian Successor Nadesico: 'Furusato' to yoberu basho (#1.23)" (1997) TV Episode [Actress .... Eri]
... aka "Kidô senkan Nadeshiko: 'Furusato' to yoberu basho (#1.23)" - Japan (original title)
119. "Martian Successor Nadesico: Itsuka hashitta 'sôgen' (#1.21)" (1997) TV Episode [Actress .... Additional Voices]
... aka "Kidô senkan Nadeshiko: Itsuka hashitta 'sôgen' (#1.21)" - Japan (original title)
120. "Martian Successor Nadesico: Fukaku shizuka ni 'sentô' seyo (#1.20)" (1997) TV Episode [Actress .... Eri]
... aka "Kidô senkan Nadeshiko: Fukaku shizuka ni 'sentô' seyo (#1.20)" - Japan (original title)
121. "Martian Successor Nadesico: Asu no 'kanchô' wa kimi da! (#1.19)" (1997) TV Episode [Actress .... Eri/Additional Voices]
... aka "Kidô senkan Nadeshiko: Asu no 'kanchô' wa kimi da! (#1.19)" - Japan (original title)
122. "Martian Successor Nadesico: Mizu no oto wa 'watashi' no oto (#1.18)" (1997) TV Episode [Actress .... Japanese Teacher/Child/Additional
Voices]
... aka "Kidô senkan Nadeshiko: Mizu no oto wa 'watashi' no oto (#1.18)" - Japan (original title)
123. "Martian Successor Nadesico: 'Bokutachi no sensô' ga hajimaru (#1.16)" (1997) TV Episode [Actress .... Additional Voices]
... aka "Kidô senkan Nadeshiko: 'Bokutachi no sensô' ga hajimaru (#1.16)" - Japan (original title)
124. "Martian Successor Nadesico: Tôi hoshi kara kita 'kareshi' (#1.15)" (1997) TV Episode [Actress .... Eri]
... aka "Kidô senkan Nadeshiko: Tôi hoshi kara kita 'kareshi' (#1.15)" - Japan (original title)
125. "Martian Successor Nadesico: 'Nekketsu anime' de ikô (#1.14)" (1996) TV Episode [Actress .... Additional Voices]
... aka "Kidô senkan Nadeshiko: Nekketsu anime' de ikô (#1.14)" - Japan (original title)
126. "Martian Successor Nadesico: 'Shinjitsu' wa hitotsu ja nai (#1.13)" (1996) TV Episode [Actress .... Eri]
... aka "Kidô senkan Nadeshiko: 'Shinjitsu' wa hitotsu ja nai (#1.13)" - Japan (original title)
127. "Bakuretsu hunters" (1996) TV series [Actress .... Additional Voices] (voice: English version)
... aka "Sorcerer Hunters" - USA (video title)
128. "Weeknight Edition" (1996) TV series [Actress .... Zim Zim]
129. "Street Fighter II: V: Fight to the Finish: Round 3 (#1.27)" (1995) TV Episode [Actress .... Additional Voices]
130. "Street Fighter II: V: Rising Dragon, Into the Sky (#1.22)" (1995) TV Episode [Actress .... Additional Voices]
131. "Street Fighter II: V: Compulsion Towards Vengence (#1.21)" (1995) TV Episode [Actress .... Additional Voices]
132. "Street Fighter II: V: Unknown Explosive Force (#1.20)" (1995) TV Episode [Actress .... Additional Voices]
133. "Street Fighter II: V: Special Orders to the Iron Men (#1.19)" (1995) TV Episode [Actress .... Additional Voices]
134. Dirty Pair Flash: Mission 3 Act 1 (1994) (V) [Actress .... Monica/Additional Voices]
... aka "Dirty Pair Flash" - Japan (original title)
135. Ushio & Tora (1992) (V) [Actress .... Girl]
... aka "Ushio and Tora" - Japan (original title)

part of
also 2005

Archive Footage:
1. "Cold Pizza"
- Episode dated 24 February 2005 (2005) TV episode .... Dr.    ⟵
Ying

Update Page

[Edit page]   You may report errors and omissions on this page to the IMDb database managers. They will be examined and if
approved will be included in a future update. Clicking the 'Edit page' button will take you through a step-by-step
process.

[Add resume]  With our Resume service you can add photos and build a complete resume to help you achieve the best possible
presentation on the IMDb.
Click here to add your resume and/or your photos to IMDb.

Attorney-Client Privilege

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Register | RSS | Advertising | Contact Us | Jobs | IMDbPro | IMDb Resume | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

http://www.imdb.com/name/nm0387470/filmoyear                                                    Page 3 of 4

Exhibit C - 80

**Plaintiff's Exhibit 268**

Exhibit C - 81

## Hoang's Projects by Year

| Year | Project | Medium | Income |
|------|---------|--------|--------|
| 2005 | Huong tinh muon | Film | |
| | Career Day | Film | |
| | Z: A Zombie Musical` | Film | |
| | Domain of the Damned | Film | |
| | Night Terrors | Film | $500.00 |
| | Wrong Guy | Film | |
| | Kids in America | Film | $100.00 |
| | Big Momma's House 2 | Film | $2,500.00 |
| | BMC Software | Industrial | $900.00 |
| | Xtreme Entrepreneurs | TV | |
| | Fire and Ice: A Galleria Holiday Special | TV | $50.00 |
| | Brides Houston Edition | TV | $300.00 |
| | Cold Pizza | TV | |
| | Pee Wee Zone | TV | |
| Acting Income from 2005 | | | $4,350.00 |
| 2006 | Ungirlfriendable | Film | |
| | Waters Rising | Film | $20.00 |
| | The Making of "The Color of Blood" | Film | |
| | Miguel and Gordo Come to America | Film | $40.00 |
| | Macross: Eve of Destruction | Film | $100.00 |
| | Macross: When Worlds Collide | Film | $100.00 |
| | Macross: Fallen Angels | Film | $100.00 |
| | The Bong Connection | Film | $300.00 |
| | Macross: Dangerous Divisions | Film | $100.00 |
| | Jack Everyman | Film | |
| | Bleep Love | Film | |
| | Read On | Film | |
| | Overdue | Film | $50.00 |
| | Love and Mary | Film | $100.00 |
| | The Color of Blood | Film | |
| | The Spot | Film | $1,000.00 |
| | Voodoo Dolly | Film | $100.00 |
| | YaDaDa Movie | Film | $500.00 |
| | American Dream | Film | $100.00 |
| | Wannabes | TV | |
| Acting Income from 2006 | | | $2,610.00 |

Exhibit C - 82

|  |  |  |  |
|---|---|---|---|
| 2007 | reunion.com (commercial/print) | combo | $200.00 |
| | Amgen/AER (print/voiceover) | combo | $265.00 |
| | Find It Street (internet/print) | combo | $250.00 |
| | Amogen | Commercial | $20.00 |
| | CarMax | Commercial | $500.00 |
| | Gingerdead Man 2: Passion of the Crust | Film | $200.00 |
| | 666: The Beast | Film | $25.00 |
| | Till Death Do Us Part | Film | |
| | Tropic Thunder | Film | $600.00 |
| | Everclear | Film | $100.00 |
| | City Walk | Film | $50.00 |
| | Hiro | Industrial | $100.00 |
| | X-Power | Infomercial | $60.00 |
| | Ab Wedge | Infomercial | $75.00 |
| | 7 Day Miracle Cleanse | Infomercial | $325.00 |
| | Yoga Pulse | Infomercial | $100.00 |
| | Wen | Infomercial | $75.00 |
| | Chihuahua Races | Internet | $100.00 |
| | Inspiration | Music Video | $40.00 |
| | Sexy Silly Television | Print | $150.00 |
| | Fifth Dimension | TV | $90.00 |
| | Green Valley | TV | $20.00 |
| | Tarchin and Friends | TV | $25.00 |
| | World of Mysteries | TV | |
| | Mas vale tarde | TV | $100.00 |
| | It is Written | TV | $75.00 |
| | Gene Simmons: Family Jewels | TV | $300.00 |
| | 12 Corazones | TV | $110.00 |
| | I Would Die for That | Video | $50.00 |
| Acting Income for 2007 | | | $4,005.00 |
| 2008 | Wellpoint (industrial/print/vo) | combo | $600.00 |
| | rA Organic Spa (commercial/print) | combo | $150.00 |
| | Wexley PC | Commercial | $250.00 |
| | Girl Scouts | Commercial | $125.00 |
| | Spirits Among Us | Film | |
| | 3 Days Gone | Film | |
| | Hoodrats 2: Hoodrat Warriors | Film | $100.00 |
| | The Adventures of Zion Man & the Supreme | Film | $200.00 |

Exhibit C - 83

| | | | |
|---|---|---|---|
| | Commander | | |
| | A Gangland Love Story | Film | $1,000.00 |
| | The Making of "A Gangland Love Story" | Film | |
| | The Custom Mary | Film | $100.00 |
| | Killing Method of a Grave Digger | Film | $60.00 |
| | Still Me | Film | $150.00 |
| | Rambo | Film | $40.00 |
| | HCPN | Industrial | $125.00 |
| | Learning Tree | Industrial | $250.00 |
| | RDC | Industrial | $100.00 |
| | Collective Wellbeing | Infomercial | $50.00 |
| | Sedicina | Infomercial | $150.00 |
| | Poised | Internet | $25.00 |
| | Guy Talon/Freeze Frame | Internet | $275.00 |
| | Glow Girls | Internet | $300.00 |
| | School of Conflict Resolution Online Video | Internet | $100.00 |
| | Live from Las Vegas | Internet | $50.00 |
| | Serve Me Here | Internet | $100.00 |
| | Norton Anti-Virus | Internet | $40.00 |
| | Sit 'n Sleep | Internet | $200.00 |
| | Red Hot Jokes | Internet | $50.00 |
| | Steppin' | Music Video | $50.00 |
| | Voiceless | Music Video | $40.00 |
| | DermaNew | Print | $100.00 |
| | iDisguise | Print | $50.00 |
| | American Beauty | Print | $100.00 |
| | Wellpoint | Print | $215.00 |
| | Wrinkle | Print | $300.00 |
| | Back on Topps | TV | $50.00 |
| | Mystery ER | TV | $100.00 |
| | Penn & Teller: Bullshit! | TV | $25.00 |
| | America's Most Wanted | TV | $1,979.55 |
| | Date My House | TV | $54.62 |
| | Rise and Fall of Tuck Johnson | TV | $150.00 |
| Acting Income for 2008 | | | $ 7,804.17 |
| | Metrolink | Commercial | $100.00 |
| | Panda Security | Commercial | $50.00 |
| 2009 | Church of Scientology | Commercial | $50.00 |
| | Verve | Commercial | $125.00 |
| | Take Out | Film | $30.00 |

Exhibit C - 84

| | | | |
|---|---|---|---|
| | Digital Family | Film | $250.00 |
| | Discretion | Film | |
| | The Making of "A Digital Family" | Film | |
| | The Rally | Film | $150.00 |
| | End of Life | Industrial | $125.00 |
| | Earthpark | Industrial | $75.00 |
| | Micabella | Internet | $50.00 |
| | Casting Director | Internet | $50.00 |
| | JokeyPhone | Internet | $75.00 |
| | Neutrogena | Misc | $1,000.00 |
| | Toyota | Print | $250.00 |
| | West Coast University | Print | $200.00 |
| | SCE | Print | $100.00 |
| | Senior Info | Print | $100.00 |
| | Busted & Disgusted | TV | $50.00 |
| | Talent, Entertainment and Media Service | W-2 | $50.00 |
| Acting Income from 2009 | | | $2,880.00 |
| 2010 | Stop PMS (infomercial/print) | combo | $50.00 |
| | Joy Asian Restaurant (print/video) | combo | $350.00 |
| | Anna's Linens | Commercial | $1,200.00 |
| | NLP Clarity | Commercial | $50.00 |
| | Gingerdead Man 3: Saturday Night Cleaver | Film | $350.00 |
| | The Communicator | Film | $50.00 |
| | After the Storm | Film | $50.00 |
| | The Secret Life of Rocky Perone | Film | $50.00 |
| | Lockheed Martin | Industrial | $93.00 |
| | LRN COC | Industrial | $265.00 |
| | Butt Wonder / Elegant Shaper | Infomercial | $200.00 |
| | TopStyler | Infomercial | $250.00 |
| | Sterling Income | Infomercial | $600.00 |
| | Smart Lash | Internet | $150.00 |
| | Snuggle Party | Internet | $25.00 |
| | Training Systems Design | Misc | $1,000.00 |
| | Cary M. Schwartz, D.D.S., Inc. | Print | $20.00 |
| | American Residuals & Talent | W-2 | $250.00 |
| Acting Income from 2010 | | | $5,003.00 |
| 2011 | Samuel Bleak | Film | $749.86 |
| | In This Case | Industrial | $273.44 |

Exhibit C - 85

| | | | |
|---|---|---|---|
| | Epson | Industrial | $150.00 |
| | I Didn't Know I Was Pregnant | TV | $100.00 |
| | 1000 Ways to Die | TV | $150.00 |
| | Operation Repo | TV | $75.00 |
| | Michael Vick: Giving Back | TV | $400.00 |
| Acting Income from 2011 | | | $1,898.30 |

Exhibit C - 86

**Plaintiff's Exhibit 316**

Exhibit C - 87

**Melissa Page**

Hi Jude,
I am so glad you are seeing IMDB. They deserve it. I suffered from them allowing inaccurate DOB on my IMDB page and I was only able to get it down because there was not one or two digits off my actual DOB. They still would not remove it until SAG lawyers signed a statement that this was not my real DOB but I would have been screwed if it had been. I don't believe they have the right to put someones real DOB up there. I really hope that the court rules in your favor as age discrimination is very prevalent in our industry. I am so worried about privacy issue on line and perhaps DAs will further protect privacy issues. Having DOB up only makes it easier for identity fraud also.

June 24

**Junie Hoang**

Hello Melissa. I'm surprised they actually removed the inaccurate birthdate. They usually force you to send in a passport to correct it instead. That was very smart of you and you're the only person I know who has ever gotten it successfully removed. I wholeheartedly agree with everything you're saying. Thanks for sending me this. Best wishes.
Junie

June 24

**Melissa Page**

They did ask for my ID or passport but then I knew they would post my real date and I did not want that out there. So I spoke to sag lawyers in NY and they signed an affidavit that the age they have of me was not my real age. I proved it was inaccurate without having to give them my real age. I don't trust IMDB they have been rude to me when I wrote them to fix credits that were missing. Also around that time they were advertising to me to join IMDB pro and it occured to me that then they could probably do what they did to you to me so I never joined it. I have also been a victim of identity theft and that is a very important point that I hope your lawyer will bring up. to take someones identity en of the reproductive you need is their DOB then SS# and I think there is not much else. I even wrote to Obama to remove the year from info on drivers licence...as it promotes age discrimination. Please keep me posted I am praying for your success. Alot of people are.

June 25

**Junie Hoang**

I think you may have found a loophole to getting inaccurate birthdates removed. Are you on IMDb as Melissa Page? Having a stage name can protect your real identity at times.

**Exhibit C - 88**

June 25

## Melissa Page

no. I changed my last name on here because I was very worried about my notice of SAG /AFTRA merger and my account was getting hacked and also friends liked my imdb page and I wanted to like theirs but was worried about facebook finding info from me liking a page on there so i changed my last name. I am Melissa Russo on IMDB



June 25

## Melissa Page

I mean imdb finding info from my liking a page with my fb account.



June 26

## Janie Hoang

I think facebook is in a lawsuit right now because they were tracking people with the Like button, even if you weren't logged on.



June 27

## Melissa Page

Oh doesn't surprise me. Its gotten out of hand.

**Exhibit C - 89**

June 27

Junie Hoang

I'll keep you posted as the lawsuit progresses. Your story is interesting and I'll definitely keep in touch.

June 27

Melissa Page

Thanks best...

Melissa is typing ...

Write a reply...                    Reply

Link

Exhibit C - 90

**Plaintiff's Exhibit 317**

Exhibit C - 91

Petition Removing Birthdates & Age from IMDB                    http://www.ipetitions.com/petition/removeagefromimdb/

# Removing Birthdates & Age from IMDB

Home > Categories > Business and Industry > Removing Birthdate & Age from IMDI

Powered by iPetitions - Start your online petition now

Sign    Blog    Signatures    Email friends

Like  80    Send

Tweet  0

5

**THE PETITION**



This petition is to rally support in order for SAG, AFTRA, WGA, DGA, and any other entertainment unions to put pressure on IMDB.com (owned by Amazon.com) to remove birth dates from their site. We hope that if the unions receive a petition with enough names in support of this action, they will, in turn, put pressure on IMDB -- hopefully, enough pressure that IMDB will voluntarily remove birth dates from all individual's web pages at imdb.com. Whether the Unions help or not these names will be used to file a class action lawsuit on behalf of entertainment industry professionals everywhere that have been adversely affected by their unauthorized personal information, especially their birth date, being revealed and stated on IMDB's webpage

There is so much age discrimination in Hollywood. Even though someone may look or write or direct as a certain aged person would, people lose jobs everyday because they are "just too old" and sometimes "too young". IMDB has become the first source of information for industry professionals and therefore has the most impact on hiring. IMDB has been uncooperative in the past in removing or even changing birth dates. We believe that age should be private as it is in most other industries.

**5,054**

Goal: **10,000 signatures**

Sponsor

(No Sponsor Information)

Spread the word

Help promote this petition with a widget on your site

Links

imdb.com
sag.org
actorsaccess.com
dga.org
wga.org
aftra.org

Sponsored links

The views expressed in this petition are solely those of the petition's sponsor and do not in any way reflect the views of iPetitions. iPetitions is solely a provider of technical services to the petition sponsor and cannot be held liable for any damages or injury or other harm arising from this petition. In the event no adequate sponsor is named, iPetition will consider the individual account

Exhibit C - 92

**Please join our cause. With your signature and help we can make a change for ourselves and future entertainment industry professionals not to be discriminated against for their age. This petition, after it has gathered over 10000 names, will also be sent to...**

**TIME MAGAZINE**
**THE LOS ANGELES TIMES**
**THE NEW YORK TIMES**
**NEWSWEEK**
**ABC**
**NBC**
**CBS**
**PBS**

**It will also be sent to the district attorney's office to see about investigating IMDB for breaking age discriminatory laws as well as being used to file a class action lawsuit against IMDB (Amazon).**

**If you are afraid of losing work by signing this petition, please don't be. No one is going to blacklist you for using free speech about discrimination. But, if we don't do something now and IMDB becomes even more important in tracking entertainment industry professionals, it maybe too late to change this. I am a working actor and I am creating this petition because it is important to make positive changes for artists everywhere. Thank you for your support and I look forward to our success.**

**Sincerely,**

**Ryan Surratt for Entertainment Industry Professionals Everywhere.**

**You will not be getting spam from outside sources and your email will not be given out, but you maybe contacted regarding this issue. If you want to unsubscribe or not receive email, contact us and we**

holder with which the petition was created as the lawful sponsor.

Exhibit C - 93

Petition Removing Birthdates & Age from IMDB                    http://www.ipetitions.com/petition/removeagefromimdb/

**will take you off immediately.**

## SIGN PETITION

Fields marked with * are required

**Name:** *

**Email:** *

*Password

**Comments:**

**Display options**

☑ Show my name in the online signature list
☑ Keep me informed on this and similar petitions

Sign now

iPetitions is owned and operated by Angle Three Associates, LLC - All material © Copyright Angle Three Associates, LLC, 1998-2012 - Terms of Use

**Exhibit C - 94**

| # | Name | Date | Comments |
|---|------|------|----------|
| 1 | Ryan Surratt | 9/17/2010 8:39 | Lets make a change now! |
| 2 | Isabel McArdel | 9/17/2010 8:52 | |
| 3 | amanda schull | 9/17/2010 9:33 | hallelujah! |
| 4 | shaun parker | 9/17/2010 11:55 | |
| 5 | Cathy baron | 9/18/2010 12:02 | |
| 6 | Dominique Jackson | 9/18/2010 12:03 | |
| 7 | Ben Whitehair | 9/18/2010 12:30 | |
| 8 | Erika Heidewald | 9/18/2010 12:37 | |
| 9 | Deirdre Lyons | 9/18/2010 1:03 | Go get 'em! |
| 10 | Ross Gottstein | 9/18/2010 1:26 | no need for age as long as you look and act the part. I have a feeling it started years ago about age ...sex offenders ran the business. |
| 11 | sherrie | 9/18/2010 1:32 | |
| 12 | Nate Barlow | 9/18/2010 3:15 | |
| 13 | Sam Alden | 9/18/2010 3:35 | |
| 14 | pippa hinchley | 9/18/2010 3:38 | |
| 15 | Peter Woodward | 9/18/2010 4:23 | I am a writer and actor, and in both areas I will face a growing discrimination as I age. |
| 16 | Julie | 9/18/2010 4:53 | A performer's age isn't what's important, their ability to play a part is. To add insult to injury, IMDB has inaccurately recorded my birthdate, and won't change it! |
| 17 | Tamsin Hollo | 9/18/2010 5:27 | I have asked IMDb to remove my DOB but they simply ignore me. |
| 18 | Bill Jones | 9/18/2010 5:59 | it's ridiculous that website in an industry that's so supposed to last birth years. Billy Tyler |
| 19 | Billy Tyler | 9/18/2010 7:05 | |
| 20 | Jonathan Labrey | 9/18/2010 6:08 | Age shouldn't be a barrier to the jobs we want and deserve. |
| 21 | Anna Sahlstrom | 9/18/2010 2:58 | |
| 22 | Hayley Irwin | 9/18/2010 3:06 | |
| 23 | Kimberely Estrada | 9/18/2010 3:08 | |
| 24 | Krisrina Hughes | 9/18/2010 3:11 | This is also an issue for identity theft and an invasion of privacy! Funny thing is they have the date correct but not the year and have never allowed me to submit the proper paywork. I am baffled that there is no phone number to call on such matters. So I guess I just look amazing for "my age". |
| 25 | David Beeler | 9/18/2010 3:30 | |
| 26 | Clark McKnight | 9/18/2010 3:52 | |
| 27 | Annie Biggs | 9/18/2010 4:08 | Thanks for taking the initiative! |
| 28 | Adria Tennor | 9/18/2010 4:28 | |
| 29 | Maris | 9/18/2010 4:29 | |
| 30 | Jillian ONeil | 9/18/2010 4:48 | Yes! PLEASE take the age thing off. Unfortunately age discrimination is alive and well in this biz. |
| 31 | Caroline Bielskis | 9/18/2010 4:53 | I have had numerous jobs that were lost due to my age shown |

| # | Name | Date | Comments |
|---|------|------|----------|
| 32 | Karen Leabo | 9/18/2010 5:01 | As an actor, it's about how old I look (whether older or younger than my chronological age). There should be no other issue regarding age, and so showing my chronological age is not necessary. |
| 33 | Suzanne Doudy-Rose | 9/18/2010 5:08 | I know for a fact that I have lost jobs due to my birth year being listed on IMDB. I have been told this by numerous sources working on the productions in which I have been told to YOUNGER people. This has made me literally out of work now for a year as of December. I am told every day that I look ten years younger than I am, and when people are looking at me as an Assistant Coordinator to soon move to Coordinator, they think something is wrong with my work at my age, which is simply not true. I was in New York on 8/11/2001 and was out of the business for two years, then returned to college to better my education in production. Now my skills are stronger than ever and I've proven that on the few production jobs I've had. PLEASE help get our ages off of IMBD. |
| 34 | Tom Konkle | 9/18/2010 5:20 | Thank you for doing this. It is very needed and long overdue. Godspeed! |
| 35 | Deirdre Wagner | 9/18/2010 5:27 | My birthdate is on IMDB. I did NOT put it there, I do NOT authorize it's being there. And when I asked IMDB to take it off, they refused. This practice must be changed! IMDB must NOT make public any birthdates that are not approved by the individual in question. |
| 36 | Jordana Capra | 9/18/2010 5:27 | Thanks for doing this - and so eloquently! Great idea! |
| 37 | Victor Fischbarg | 9/18/2010 5:54 | |
| 38 | ANGELA MCEWAN | 9/18/2010 5:55 | |
| 39 | Denice Sealy | 9/18/2010 6:24 | |
| 40 | Claudia L. Brown | 9/18/2010 6:26 | |
| 41 | chapman koole | 9/18/2010 6:58 | |
| 42 | Anna Lane | 9/18/2010 8:04 | |
| 43 | Jennifer Riker | 9/18/2010 9:06 | I have been requesting this for years...and removal of short film clips on my page that I want removed. |
| 44 | Camille Bennett | 9/18/2010 9:17 | Age listing on IMDB is discriminatory. |
| 45 | George S. Williams | 9/18/2010 10:49 | IMDB is supposed to be helping and supporting actors (who are also paying customers). But this practice is shameful! |
| 46 | Josh Mann | 9/18/2010 12:09 | |
| 47 | Roger Lim | 9/18/2010 1:03 | |
| 48 | Debra Best | 9/19/2010 2:15 | |

Exhibit C – 95

| # | Name | Date | Comment |
|---|------|------|---------|
| 49 | janina anderson | 9/19/2010 2:20 | |
| 50 | suzanne kamenas | 9/19/2010 2:42 | I agree that ages should be removed from IMDB because that is age discrimination in Hollywood. What is important is not a person's age but how dedicated they are and how good at their craft, an actors, directors, or writers work should speak for itself. Also I have found that if someone puts the Talents age incorrectly on their IMDB page it is very difficult to get it corrected. It is not important for Talent to have their ages on IMDB and I support them being removed. |
| 51 | BENTON JENNINGS | 9/19/2010 4:56 | |
| 52 | Porter Kelly | 9/19/2010 7:43 | This should have been done a LONG time ago, given the age-ist industry the entertainment business is. |
| 53 | chuck lottas | 9/19/2010 12:12 | |
| 54 | Kristyn Burtt | 9/19/2010 2:00 | |
| 55 | Alison Quinn | 9/19/2010 2:00 | |
| 56 | Elizabeth Schmidt | 9/19/2010 2:14 | |
| 57 | Christopher Watkins | 9/19/2010 2:41 | |
| 58 | Cindy Baer | 9/19/2010 2:57 | Date of birth is also a key piece of personal information used in identity theft. it's about time! |
| 59 | Kristen Baum | 9/19/2010 3:23 | |
| 60 | Joseph DeBiasd | 9/19/2010 3:25 | Not only does listing a birthdate help with age discrimination, but it is unsafe to have our birthdate be public knowledge in this day and age of identity theft! PLEASE protect privacy and remove birthdates. |
| 61 | Kate Danley | 9/19/2010 3:34 | IMDB has no right to maintain control of the viewing of my personal information. In addition, putting birthdays and hometowns line us up for identity theft (a crazy fan a number of years ago was able to get a copy of a birth certificate from the info on IMDB). This info does not help anyone and has the potential for so much harm. Please remove it. |
| 62 | Mitchell Fink | 9/19/2010 3:34 | |
| 63 | Andrew Rose | 9/19/2010 3:35 | |
| 64 | Stuart McClay Smith | 9/19/2010 3:40 | |
| 65 | Nikki Brown | 9/19/2010 3:48 | |
| 66 | April McKay | 9/19/2010 3:56 | |
| 67 | Lindsay Hollister | 9/19/2010 3:59 | |
| 68 | Kelly Smith | 9/19/2010 4:03 | |
| 69 | Peter Bedard | 9/19/2010 4:11 | |
| 70 | Jodi Skeris | 9/19/2010 4:22 | |
| 71 | Kristina Zimm | 9/19/2010 4:29 | |
| 72 | Scarlett McAlister | 9/19/2010 4:53 | |
| 73 | Karen Forman | 9/19/2010 4:53 | |
| 74 | Jewel Greenberg | 9/19/2010 5:00 | |
| 75 | Debbie Pollack | 9/19/2010 5:01 | |
| 76 | Richard Dillard | 9/19/2010 5:15 | |
| 77 | Sharon Muthu | 9/19/2010 5:16 | Everyone should sign if for no other reason than privacy! |
| 78 | Zohar Sivek | 9/19/2010 5:19 | |
| 79 | Marianne Davis | 9/19/2010 5:22 | |
| 80 | Jon McPhalen | 9/19/2010 5:23 | I look much younger than my age and the display on IMDb is working against me when seeking acting work. |
| 81 | Kristin Sutton | 9/19/2010 5:25 | |
| 82 | Megan Edwards | 9/19/2010 5:26 | |
| 83 | Marcia Whitfield | 9/19/2010 5:32 | |
| 84 | Pranvera Varahney | 9/19/2010 5:47 | |
| 85 | Kristina Brennan | 9/19/2010 5:55 | |
| 86 | Catherine Lyn Scott | 9/19/2010 5:55 | I agree, sometimes the ages are not correct and can stop actors from booking work in another age range. No-one needs to know how old they are, this is Hollywood! |
| 87 | Victor Warren | 9/19/2010 6:04 | Let the producers or who ever it is rely on the talent and body of work not an age that can become just a label and create a road block when before there was none. |
| 88 | Adeye Sahran | 9/19/2010 6:12 | |
| 89 | kim johnston ulrich | 9/19/2010 6:18 | Casting people and producers go to IMDb first now to look up birthdates!! It doesn't matter if you look younger and could do the part! they won't bring you in if you are older. I have always played roles 5-10 years younger than I am. Now I know they don't bring me in on these roles! |
| 90 | Mia Attesi | 9/19/2010 6:21 | |
| 91 | Susan Williamson | 9/19/2010 6:26 | |
| 92 | Roslyn Cohn | 9/19/2010 6:50 | Age discrimination does exist and IMDB is not helping matters. |
| 93 | John Nicholas (Koines) | 9/19/2010 6:51 | |
| 94 | Lisa Lupu | 9/19/2010 6:56 | |
| 95 | misha bouvion | 9/19/2010 7:00 | |
| 96 | Elena Schwarzman | 9/19/2010 7:09 | |
| 97 | Joan Bannister | 9/19/2010 7:15 | |
| 98 | Bryan McClure | 9/19/2010 7:28 | Age isn't important for talent. Please remove ages from imdb. |
| 99 | Beth | 9/19/2010 7:37 | |
| 100 | Terence robio | 9/19/2010 7:55 | The publishing of private information should be VOLUNTARY, period. It is absolutely ridiculous that someone cannot remove or edit their own personal information on IMDB, ESPECIALLY WHEN IT IS INCORRECT! IMDB should be held liable as well for income lost due to their incompetence. |
| 101 | G. Russell Reynolds | 9/19/2010 8:16 | |
| 102 | Joan Wong | 9/19/2010 8:29 | Please have our ages removed from IMDB. Thank you! |
| 103 | Laura Buckles | 9/19/2010 8:44 | |
| 104 | Annika Lofti | 9/19/2010 8:52 | |
| 105 | Jake West | 9/19/2010 9:54 | |

Exhibit C - 96

| # | Name | Date | Comment |
|---|------|------|---------|
| 106 | Charles Baker | | |
| 107 | Chris Dorman | 9/19/2010 10:01 | No birthdays dates!! |
| 108 | Rachel Robinson | 9/19/2010 11:17 | |
| 109 | hakeem kae-kazim | 9/19/2010 11:32 / 9/19/2010 11:38 | Thank you tho I never gave them permission and they have never checked with me as to whether the age they put up is correct even after I told them and insisted they remove it |
| 110 | Cherami Leigh Kuehn | 9/20/2010 12:06 | |
| 111 | Aleha Seaton | 9/20/2010 12:41 | |
| 112 | Gideon Emery | 9/20/2010 12:53 | |
| 113 | Rachel Lewis | 9/20/2010 12:56 | IMDB cares about its corporate sponsorship, not the the actors, writers, etc., at all--without whom the website wouldn't ever exist in the first place! Talk about abuse and exploitation, as if Hollywood and the entertainment business in general were not difficult and exploitative enough. The IMDB has created problems where there were once NONE. And they keep citing the Freedom of Information Act, which really is an incredibly broad and abusive interpretation of the act. It's like Don't Ask Don't Tell being interpreted to mean that you can pull illegal searches of certain soldier's personal effects and discharge them without adequate reason, just because of their sexuality. California passed a law that forbade the DMV from releasing actor information to the public because of stalking concerns, but thanks to the stupid IMDB and dozens of other internet sites like people123, that law is rendered useless. IMDB is gospel among industry reps, only because it allows them to be LAZY and abuse their power, and not question what they see. The IMDB is clearly not something the busi |
| 114 | Anonymous | 9/20/2010 2:47 | Ageism runs rampant through everything--the imdb has interfered with my getting work because of this issue. This was confirmed by several people I've known for a few years who know me well enough to tell me what's going on. Its the imdb run by a frustrated artist who couldn't get work and is now on a mission to ruin as many careers as possible? |
| 115 | Reece Rios | 9/20/2010 2:54 | |
| 116 | Raymell Curtiss | 9/21/2010 7:46 | |
| 117 | Kim Reed | 9/21/2010 8:06 | remove this |
| 118 | Mark Smith | 9/21/2010 8:27 | |
| 119 | Erin Caudell | 9/21/2010 8:37 | |
| 120 | Alice Hunter | 9/21/2010 11:08 | |
| 121 | Jessie O'Donohue | 9/21/2010 11:48 | |

| # | Name | Date | Comment |
|---|------|------|---------|
| 122 | Austin Highsmith | 9/22/2010 12:05 | I never even made my imdb page, someone put my birthday up there. I do NOT want it up there, it invalins my privacy and the site never had my correct birthday up there! |
| 123 | Sarah Mandell | 9/22/2010 2:25 | PLEASE pass this and remove our ages!! |
| 124 | Eric | 9/22/2010 4:11 | |
| 125 | Stephen Box | 9/22/2010 7:32 | |
| 126 | Georgia Hatzis | 9/22/2010 7:33 | |
| 127 | laura leviles | 9/22/2010 6:22 | |
| 128 | Peter Stray | 9/22/2010 6:51 | |
| 129 | Joanna Hatzis | 9/22/2010 2:06 | |
| 130 | Peter Smith | 9/22/2010 3:04 | Age discrimination is discrimination afterall. |
| 131 | Amy | 9/22/2010 3:41 | |
| 132 | KASHA DIXON | 9/22/2010 6:33 | |
| 133 | Rebecca Honett | 9/22/2010 6:48 | |
| 134 | Brant Williams | 9/22/2010 6:55 | |
| 135 | Paula van Oppen | 9/22/2010 7:10 | |
| 136 | michele nordin | 9/22/2010 7:10 | |
| 137 | Carrie Russo | 9/22/2010 7:28 | |
| 138 | Michael Masini | 9/22/2010 7:34 | I have to admit, when I'm producing a project I know many of not the producers check the ages and many times disregard if they are not what they are looking for. |
| 139 | Emily Walker | 9/22/2010 7:34 | |
| 140 | Brian Halloran | 9/22/2010 8:53 | |
| 141 | Jeffrey Bowaer | 9/22/2010 9:33 | |
| 142 | dana brook | 9/23/2010 12:17 | |
| 143 | Caroline McQueen | 9/23/2010 12:22 | booyeah |
| 144 | Lauren Lethierer | 9/23/2010 6:14 | |
| 145 | Lisa Clifton | 9/23/2010 7:04 | |
| 146 | TASHA DIXON | 9/23/2010 7:02 | |
| 147 | Larry Cosand | 9/23/2010 7:03 | |
| 148 | Roy Chavez | 9/23/2010 7:03 | I agree and furthermore graduation dates or dates of any sort should be removed! |
| 149 | Carlos Torres | 9/23/2010 7:04 | |
| 150 | Steve Tyler | 9/23/2010 7:04 | |
| 151 | Kirsten Lea | 9/23/2010 7:04 | |
| 152 | Jon Monastero | 9/23/2010 7:05 | |
| 153 | Andre Bosiouchi | 9/23/2010 7:05 | |
| 154 | Eryn Joslyn | 9/23/2010 7:05 | |
| 155 | Fern Fitzgerald | 9/23/2010 7:05 | |
| 156 | Mark Dallas | 9/23/2010 7:05 | |
| 157 | Carolyn Chriss | 9/23/2010 7:06 | There is no reason for people to have to know our age. Many of us can play a variety of ages. I support this petition and actors right to be seen as an actor, not an age or type. |
| 158 | Kat Negrete | 9/23/2010 7:06 | I agree. |
| 159 | Joe Lima | 9/23/2010 7:07 | Remove actual age! |
| 160 | toni panossain | 9/23/2010 7:07 | |
| 161 | Karen Austin | 9/23/2010 7:08 | |
| 162 | Denise Scher | 9/23/2010 7:09 | |
| 163 | Elly Jaresko | 9/23/2010 7:12 | member AMPAS, SAG & AFTRA |

Exhibit C - 97

| # | Name | Time | Comment |
|---|---|---|---|
| 164 | Julie Urich | 9/23/2010 7:13 | I couldn't agree more! |
| | | | Thank you. Age is private matter. It is respected in other industries. Thank you for the efforts to make it so with us as well. Also there is the issue of erroneous bday input. Maybe they can at least agree not to let an "other" post bday info; make it a field that only the individual can alter—not rep, press, production etc. And if released... well I don't know about that. Maybe it's just in the "trivia" section. |
| 165 | Tom Fahn | 9/23/2010 7:16 | |
| 166 | Samantha Colburn | 9/23/2010 7:16 | |
| 167 | Sarah McGhehey | 9/23/2010 7:16 | |
| 168 | Bill Applebaum | 9/23/2010 7:16 | Actors are age-less! |
| 169 | Christopher Maksh | 9/23/2010 7:17 | |
| 170 | Lisa Dokhin | 9/23/2010 7:17 | |
| 171 | Gabrielle Nevins | 9/23/2010 7:18 | about time this has happened. |
| | | | I wish this weren't necessary, but it seems that there are people out there with the ability to provide work who don't believe that age ain't nuthin' but a number. |
| 172 | Chelsea Edmundson | 9/23/2010 7:19 | |
| 173 | Makiko Fujisawa | 9/23/2010 7:21 | |
| 174 | Gail Silver | 9/23/2010 7:22 | I agree that IMDB doesn't have to show the actors' real age and birthdays. |
| 175 | Paul Haber | 9/23/2010 7:23 | IMDB should be open to helping the people it serves. Thanks! |
| 176 | nick endres | 9/23/2010 7:23 | Offering one's age should be an opt-in/opt-out feature. |
| 177 | Dea Vise | 9/23/2010 7:23 | |
| 178 | Joanne Tomsky | 9/23/2010 7:25 | It's one thing to list age and birth dates and risk people losing jobs. It's another thing to list INCORRECT birth dates and places of birth and then argue with the person who would in fact know their own birthday and place of birth. IMDB presents false information as facts. Take it off!! |
| 179 | Lorna Doyn | 9/23/2010 7:26 | |
| 180 | jim | 9/23/2010 7:26 | yes, remove state of birth and age from IMDB! |
| 181 | Veronica Diaz | 9/23/2010 7:26 | |
| 182 | Kelly Christopher | 9/23/2010 7:27 | |
| 183 | Brendan Long | 9/23/2010 7:28 | Most actors don't look their real age, so whats the point of needing to know how old they really are? After all, it's how they LOOK on camera, right? Someone who is older but looks younger will give you a better character performance, hands down, because of life experience. Do we really want every character in every movie and tv show played by a REAL 21 year old? I think not. |
| 184 | Anne | 9/23/2010 7:29 | |
| 185 | Tom Teva | 9/23/2010 7:29 | It's outrageous that women are being eliminated for their chronological age not their playable age. DGA member |
| 186 | Amanda Marks | 9/23/2010 7:29 | |
| 187 | Richard | 9/23/2010 7:30 | |
| 188 | Michael Corbett | 9/23/2010 7:30 | IMDB has been to date a very actor-unfriendly organization and their practice of putting actor ages out there has been nothing but downright disgusting. I was right about to "take-off" five years ago and I know for a fact I lost at least two jobs because of IMDB's refusal to remove an age I never put up in the first place. How they can promote something that prevents an individual from putting food on their table completely blows my mind. Not everyone is a star, most actors are just struggling day-to-day trying to keep their health insurance. |
| 189 | William Mendieta | 9/23/2010 7:31 | As the daughter of a writer whose career ended when he turned 60, I can tell you that age discrimination is very real. |
| 190 | Joshua Murphy | 9/23/2010 7:33 | |
| 191 | Sasha Camera | 9/23/2010 7:34 | Yes, this is a very good thing! I have asked them before - They simply don't respond. It is like a security issue as most credit check questions are "Birthdate" and "Place of birth" - BOTH of which are on IMDB |
| 192 | Aliza Pearl Kennedy | 9/23/2010 7:37 | Please remove the discriminatory age section of imdb. my friend and i just lost a job because of this.....come on!! (arrested development saying) |
| 193 | Gregory Zarian | 9/23/2010 7:37 | |
| 194 | David Mucha | 9/23/2010 7:40 | |
| 195 | Jonathan Wolf | 9/23/2010 7:42 | |
| 196 | hat | 9/23/2010 7:42 | Please REMOVE birth dates! |
| 197 | Kevin Turner | 9/23/2010 7:43 | |
| 198 | Brigitte Graham | 9/23/2010 7:44 | Please look into this.. I have read that online petitions don't count they must be validated signatures. True or no? |
| 199 | Barbara Niven | 9/23/2010 7:46 | I have had several clients face inaccurate information that has resulted in their losing out on jobs. No one should have ages posted to give anyone an excuse to face age discrimination. |
| 200 | Joe Howard | 9/23/2010 7:47 | |
| 201 | margaret colin | 9/23/2010 7:48 | This is true age discrimination and has really hurt my career. I don't mind my age, but I have lost many jobs because I don't play my chronological age. |
| 202 | Joel Johnstone | 9/23/2010 7:49 | Some years ago, I tried to get IMDB to remove my birthdate, and they refused. I was not pleased. Let's get this done! |
| 203 | chadwick palmedier | 9/23/2010 7:52 | Remove the birthdates. People will not hire you if they think you are older than you appear. We are i nthe illusion business. |
| 204 | Jim W. McCaffree | 9/23/2010 7:53 | |
| 205 | Karina Colon | 9/23/2010 7:55 | |
| 206 | Dorothy Goulah-Pabst | 9/23/2010 7:56 | |
| 207 | brad ekstrand | 9/23/2010 7:56 | |

Exhibit C - 98

| # | Name | Date/Time | Comment |
|---|------|-----------|---------|
| 208 | shannah laumeister | 9/23/2010 7:56 | That's dumb. I never cast my projects according to "real" age... it's how you look. Not what your passport says. |
| 209 | Donna Mills | 9/23/2010 8:01 | |
| 210 | James Horan | 9/23/2010 8:01 | |
| 211 | Mo Gaffney | 9/23/2010 8:02 | |
| 212 | Miranda Freeman | 9/23/2010 8:03 | I agree wholeheartedly with the purpose of this petition. I asked years ago for my age to be removed from imdb, and was told I had no rights in regard to this issue. |
| 213 | Ann Christine | 9/23/2010 8:04 | People are losing jobs because of this feature. I say no REAL ages! |
| 214 | Peter Paige | 9/23/2010 8:05 | |
| 215 | Katt Shea | 9/23/2010 8:08 | |
| 216 | Adam Willote | 9/23/2010 8:09 | It's the creativity that counts. |
| 217 | Andrea Covell | 9/23/2010 8:12 | |
| 218 | Rebecca Lieb | 9/23/2010 8:13 | |
| 219 | Ian Harvie | 9/23/2010 8:14 | Rebecca Lieb. No age on imdb! |
| 220 | jay paulson | 9/23/2010 8:14 | |
| 221 | Kelly Lloyd | 9/23/2010 8:16 | |
| 222 | Lucy Lin | 9/23/2010 8:16 | |
| 223 | Sunny Williams | 9/23/2010 8:17 | |
| 224 | Suzanne DeClarion | 9/23/2010 8:22 | |
| 225 | Amy Hill | 9/23/2010 8:23 | |
| 226 | tim byron owen | 9/23/2010 8:27 | |
| 227 | Petra Wright | 9/23/2010 8:28 | |
| 228 | brian jarvis | 9/23/2010 8:29 | |
| 229 | Dream Kaleestablished | 9/23/2010 8:32 | Good cause! |
| 230 | Catherine Dao | 9/23/2010 8:34 | |
| 231 | Gary Hudson | 9/23/2010 8:34 | |
| 232 | Elizabeth Outerbock | 9/23/2010 8:36 | |
| 233 | Mona Wyatt | 9/23/2010 8:39 | |
| 234 | Bella Drake | 9/23/2010 8:40 | |
| 235 | Karen "Nooch" Egidio | 9/23/2010 8:40 | Thank you, SO MUCH for this. I sent a couple of ranting letters to IMDB but they ignored my request. Even after discontinuing my membership they elected to delete my photos but not my BIRTHDATE. That doesn't make sense at all. THEY ARE PLAYING A GAME. Not only does this get in the way of work, it also opens us up to identity theft! |
| 236 | cherise sager | 9/23/2010 8:40 | Yes finally older women are getting Roles. Because HOLLYWOODS thinking has been LIMITED for decades! YOU MUST LEARN FROM ENGLAND THEY HAVE GREAT OLDER CHARACTER ACTORS. YOU ARE MISSING OUT ON GREAT TALENT... SHAME ON YOU. |
| 237 | reese temple | 9/23/2010 8:50 | |
| 238 | Xavier diaz | 9/23/2010 8:51 | |
| 239 | Olga rosin | 9/23/2010 8:52 | |
| 240 | Laura Simms | 9/23/2010 8:52 | |

| # | Name | Date/Time | Comment |
|---|------|-----------|---------|
| 241 | Juliana Rabe | 9/23/2010 9:00 | they never get the right birthdate, it is always mistaken. Mine is wrong |
| 242 | Elaine Hendrix | 9/23/2010 9:01 | |
| 243 | Jenny Eakes | 9/23/2010 9:02 | My manager has told me of instances when a casting director was interested in auditioning me based on my photo, only to rescind the offer once they saw my real age on IMDB. I am losing opportunities to work because IMDB is allowing potential employers to discriminate on the basis of age. |
| 244 | Joe Johnson | 9/23/2010 9:05 | Yes please see that this happens! It is an unfair practice in a field where actors are judged by their ages!!! |
| 245 | seth Meier | 9/23/2010 9:12 | |
| 246 | Kristi Pearce | 9/23/2010 9:13 | |
| 247 | Mary Ann Honstetter | 9/23/2010 9:17 | Hell yes |
| 248 | James Newman | 9/23/2010 9:17 | |
| 249 | Beckie King | 9/23/2010 9:19 | |
| 250 | Michael Linstroth | 9/23/2010 9:33 | Yes, it is unfair...because most actors have an age range. Some look MUCH younger than their real age and could hurt them being called in just to read no less getting the role. Thank you for your consideration |
| 251 | Will Staten | 9/23/2010 9:35 | IMDB should not disclose birthday and age on profiles. I protest. |
| 252 | Elizabeth Mephis | 9/23/2010 9:38 | Please do this!! I still look in my early to mid 20's and have lost auditions due to me being in my early 30's b/c of my age on IMDB!! Cheers |
| 253 | Michael Navarra | 9/23/2010 9:38 | This is a serious issue as it costs working actors like myself opportunities to audition! I know this for a fact, as casting directors have told my agent on the phone, he looks young, but we are not bringing him in cause he's too old. Call it illegal if you want, but it still happens. |
| 254 | Sonia Lisette | 9/23/2010 9:45 | This provides discrimination to all persons attempting a career in an image based business. IMDB has become an employment resource and has definitely hindered leaps that could have been made in many careers. I have personally been victim and can attest to this on numerous occasions. In addition, it is private information and not necessary for the purposes of the website. |
| 255 | Dee Ann Newkirk | 9/23/2010 9:47 | |
| 256 | Tracy Martin | 9/23/2010 9:51 | I support this and will tell others!! |
| 257 | Casaia Miller | 9/23/2010 9:53 | |
| 258 | Ramona Ramirez | 9/23/2010 9:54 | |
| 259 | Cerina da Graca | 9/23/2010 10:01 | |
| 260 | Kristin Pfeifer | 9/23/2010 10:02 | |
| 261 | Antonie Knoppers | 9/23/2010 10:02 | |
| 262 | Jill Davenport | 9/23/2010 10:03 | |
| 263 | Libby Baker | 9/23/2010 10:03 | |

Exhibit C - 99

| # | Name | Timestamp | Comment |
|---|---|---|---|
| 339 | Walker Brandt | 9/23/2010 11:56 | |
| 340 | Ron Yuan | 9/23/2010 11:56 | totally agree, I have tried to get them to take mine off for years. this is a good thing. |
| 341 | Victoria Drake | 9/23/2010 11:59 | |
| 342 | Eric Stilt | 9/23/2010 11:59 | |
| 343 | Robin Gwynne | 9/24/2010 12:01 | |
| 344 | Laura Jayne Blackwell | 9/24/2010 12:01 | |
| 345 | Denise Carole | 9/24/2010 12:03 | |
| 346 | Denise George | 9/24/2010 12:04 | |
| 347 | Lincoln Hoppe | 9/24/2010 12:04 | |
| 348 | Diana Shneider | 9/24/2010 12:05 | |
| 349 | Peter White | 9/24/2010 12:06 | |
| 350 | maryannestossner | 9/24/2010 12:09 | I tried to remove my age 2 years ago, to no avail. |
| 351 | Pamela | 9/24/2010 12:09 | Besides age prejudices - ID Safety is a Major issue here. IMDB is putting us all at risk - our Protection is Imperative! |
| | | 9/24/2010 12:09 | Besides age prejudices - ID Safety is a Major issue here. IMDB is putting us all at risk - our Protection is Imperative! |
| 352 | K High | 9/24/2010 12:09 | |
| 353 | Kelly Hu | 9/24/2010 12:11 | Not only is it unfair regarding employment of actors according to age, it is dangerous in this age of identity theft and computer stalking. The more personal information available to anyone willing to look can add up to some very dangerous situations for those performers just beginning to get noticed. Yeah! |
| 354 | Cecilia Wylie | 9/24/2010 12:13 | |
| 355 | Sharmila Devar | 9/24/2010 12:20 | |
| 356 | Marianne Muellerleile | 9/24/2010 12:20 | |
| 357 | Rex Lee | 9/24/2010 12:22 | |
| 358 | Rhchya Wyatt | 9/24/2010 12:23 | |
| 359 | Jan Seelman | 9/24/2010 12:29 | |
| 360 | H. Thomas Moore | 9/24/2010 12:29 | Listing age on IMDb only encourages age discrimination. It's wrong and it's time that they stopped this unfair practice. |
| 361 | Darrin Glesser | 9/24/2010 12:31 | |
| 362 | Sandra Hicks | 9/24/2010 12:32 | |
| 363 | Jen Levin | 9/24/2010 12:33 | |
| 364 | Cindy Clark | 9/24/2010 12:39 | Now, if we could just get actors to put up truthful photos. |
| 365 | Victoria Hoffman CsfA?n | 9/24/2010 12:42 | |
| 366 | PAUL RYAN | 9/24/2010 12:43 | |
| 367 | daz crawford | 9/24/2010 12:43 | Whether you're an actor or not, age discrimination is wrong. |
| 368 | Aimee shryn | 9/24/2010 12:44 | |
| 369 | toni perkins | 9/24/2010 12:44 | Birthdays have no business being on IMDB...this can be extremely detrimental to an actors career! |
| 370 | Christian Taylor | 9/24/2010 12:47 | |
| 371 | Jessie | 9/24/2010 12:48 | |
| 372 | suzanne hunt | 9/24/2010 12:56 | |
| 373 | barry jenner | 9/24/2010 12:56 | |

| # | Name | Timestamp | Comment |
|---|---|---|---|
| 264 | Ashley Otis | 9/23/2010 10:06 | |
| 265 | Shane Alexander | 9/23/2010 10:06 | |
| 266 | PAOLO CUCCHI | 9/23/2010 10:06 | |
| 267 | Barbara Kinford | 9/23/2010 10:08 | |
| 268 | Aisha Kabia | 9/23/2010 10:09 | |
| 269 | Gail Abbott | 9/23/2010 10:10 | |
| 270 | Rick Steele | 9/23/2010 10:11 | |
| 271 | Teresa De Foote | 9/23/2010 10:12 | |
| 272 | Stacy Srizuela | 9/23/2010 10:12 | |
| 273 | Michelle Lee Barton | 9/23/2010 10:15 | If it were not for rampant age discrimination in this industry I would have no problem with IMDB posting the age of actors and actresses, but since it is an uncontrollable problem I agree that IMDB should promote age equality by removing age information from their site. |
| 274 | Nicole Stanton | 9/23/2010 10:15 | |
| 275 | Emily Radenbach | 9/23/2010 10:15 | |
| 276 | Traci Katherine | 9/23/2010 10:17 | |
| 277 | Jason Konopkios | 9/23/2010 10:17 | |
| 278 | Sylvia Brincis | 9/23/2010 10:18 | |
| 279 | Ben Soeienberger | 9/23/2010 10:19 | |
| 280 | Nicole millar | 9/23/2010 10:19 | |
| 281 | brad wethem | 9/23/2010 10:19 | |
| 282 | Maria McConagle | 9/23/2010 10:20 | |
| 283 | Anna Romero | 9/23/2010 10:22 | |
| 284 | teresa hegi | 9/23/2010 10:23 | please help |
| 285 | Trevor Davis | 9/23/2010 10:24 | Age should have nothing to do with the ability to produce. It is illegal in buying a house, getting a bank account, etc and it should be in this case also. Thank you for doing this. |
| 286 | Michael Coady | 9/23/2010 10:25 | |
| 287 | Kimberly Starphill | 9/23/2010 10:25 | |
| 288 | Maryam Myika Day | 9/23/2010 10:26 | |
| 289 | Cameron Meyer | 9/23/2010 10:27 | |
| 290 | Lindsey Fleagle | 9/23/2010 10:27 | |
| 291 | may lee | 9/23/2010 10:33 | |
| 292 | Hamid Aslan | 9/23/2010 10:34 | |
| 293 | John Moran | 9/23/2010 10:35 | Please add me to the petition! |
| 294 | Angelo Vacco | 9/23/2010 10:35 | |
| 295 | del roy | 9/23/2010 10:38 | |
| 296 | Woody Schultz | 9/23/2010 10:38 | |
| 297 | Juliet Sorci | 9/23/2010 10:40 | |
| 298 | David MacAulay | 9/23/2010 10:40 | Age is but of state of mind. When they look at everyone's credits they will figure it out, or you can always stay you were a child prodigy. |
| 299 | Maria Conchita Alonso | 9/23/2010 10:42 | |
| 300 | Chris M. Allport | 9/23/2010 10:44 | |
| 301 | Cheryl Turner | 9/23/2010 10:44 | |
| 302 | Ian Duncan | 9/23/2010 10:45 | |
| 303 | kathryn jootsten | 9/23/2010 10:49 | |
| 304 | kenneth choi | 9/23/2010 10:50 | I would like to see birthdates and ages removed from the IMDB David MacAulay |

Exhibit C - 100

| # | Name | Date/Time | Comment |
|---|---|---|---|
| 305 | James | 9/23/2010 10:51 | We should be hired because of our acting skills and if we are good for the part and if the age we look fits. I agree, we should not be "not hired" because of the age we really are. Birth dates should be "deleted" for IMDB |
| 306 | paul yates | 9/23/2010 10:52 | References should be only to month and day, if at all. get dob's off |
| 307 | Stephanie Burden | 9/23/2010 10:54 | |
| 308 | Heather L. Tyler | 9/23/2010 10:56 | In this business stating an age is tantamount to killing a career, and you often get it wrong. Yeah, try making a correction. I still have wrong info up. Amen. |
| 309 | Venessa Verdugo | 9/23/2010 11:01 | |
| 310 | Markus Hamilto | 9/23/2010 11:02 | |
| 311 | Ron Morehouse | 9/23/2010 11:02 | |
| 312 | Michael Cotter | 9/23/2010 11:08 | |
| 313 | Denise Tapscott | 9/23/2010 11:09 | |
| 314 | kirby jacobs | 9/23/2010 11:10 | |
| 315 | James Giannini | 9/23/2010 11:11 | |
| 316 | Justin Cuomo | 9/23/2010 11:16 | |
| 317 | Tony Rago | 9/23/2010 11:19 | |
| 318 | Richard Azurdia | 9/23/2010 11:20 | |
| 319 | Travis T. Sato | 9/23/2010 11:22 | |
| 320 | Vida Ghaffari | 9/23/2010 11:26 | Having my age or birthdate on any service is and invasion of my privacy, and it also interferes with my work. Thank you. |
| 321 | Curt Bonnem | 9/23/2010 11:26 | |
| 322 | Jennifer Kuhn | 9/23/2010 11:28 | |
| 323 | Jillian Peterson | 9/23/2010 11:31 | |
| 324 | Skip Pipo | 9/23/2010 11:31 | |
| 325 | Juliette Storace | 9/23/2010 11:33 | |
| 326 | lauria ochs | 9/23/2010 11:34 | |
| 327 | Rachel Kuncuse | 9/23/2010 11:34 | |
| 328 | David Haverty | 9/23/2010 11:37 | Removing years is helpful. Only if a performer who wants to share it should it be approved. Same with location. |
| 329 | Nancy Sexton | 9/23/2010 11:39 | |
| 330 | Jill L Aitenberg | 9/23/2010 11:41 | |
| 331 | Laura Naming | 9/23/2010 11:42 | |
| 332 | Alyshia Ochee | 9/23/2010 11:44 | |
| 333 | Karen Follis | 9/23/2010 11:45 | please remove our ages from IMDB. Actors are discriminated all the time because of their actual age. I should drive the right to display that information or not. The only thing that should be display is if the actor is under or over 18 years of age - that is all. Thank you |
| 334 | Erin Cardillo | 9/23/2010 11:47 | if I can play 30-35, what does my real age have to do with it. |
| 335 | spencer hill | 9/23/2010 11:48 | |
| 336 | dbonnes clark | 9/23/2010 11:48 | |
| 337 | Tamar Kagan | 9/23/2010 11:49 | |
| 338 | Michael guerrera | 9/23/2010 11:50 | Thank you! |

| # | Name | Date/Time | Comment |
|---|---|---|---|
| 374 | Nicole Blessing | 9/24/2010 1:01 | I fully support the comments made in this petition. Whether in front of or behind the cameras, ageism in the creative fields is rampant and unacceptable. How easy is it to simply remove this piece of information? Equally so to protect from identity theft. |
| 375 | Freddie Donell | 9/24/2010 1:04 | I would like to have my age removed from any and all websites that include them. It is not necessary in a business where people judge that information. It is ludicrous and pointless to have someones information on a site when its obvious they are being discriminated for. I've also noticed a lot of ages on the imdb site are incorrect. |
| 376 | James Chung | 9/24/2010 1:11 | |
| 377 | GLORIA KISEL | 9/24/2010 1:12 | |
| 378 | frances Nichols | 9/24/2010 1:24 | |
| 379 | Stewart Scott | 9/24/2010 1:24 | |
| 380 | says yolandeh | 9/24/2010 1:25 | |
| 381 | Debra Christofferson | 9/24/2010 1:29 | |
| 382 | Kristin Maitland | 9/24/2010 1:30 | |
| 383 | Sally Brooks | 9/24/2010 1:48 | |
| 384 | Anibal Firqoxfull | 9/24/2010 1:51 | |
| 385 | Brooke Bastinelli | 9/24/2010 1:52 | |
| 386 | christine barger | 9/24/2010 1:52 | |
| 387 | Kathleen York | 9/24/2010 1:59 | |
| 388 | john fiecz | 9/24/2010 2:01 | |
| 389 | Jamie bakierer | 9/24/2010 2:02 | i dont like birthdays to be noted on IMDB and accessible to the world with how bucks a month. |
| 390 | Randy Wayne | 9/24/2010 2:10 | |
| 391 | Jodi Adler | 9/24/2010 2:11 | |
| 392 | Jackson Page | 9/24/2010 2:16 | |
| 393 | Edith Raya | 9/24/2010 2:29 | I agree |
| 394 | kate del castillo | 9/24/2010 2:29 | |
| 395 | Darren Frankel | 9/24/2010 2:29 | |
| 396 | Andrea Monier | 9/24/2010 2:30 | I have written IMDB for years to remove my birthdate and remove false information about how every tv show I've past starred on has been cancelled. It is NOT true - and yet they do NOT respond. So at the very least, TAKE OFF MY BIRTHDAY please?!!! |
| 397 | Mark Damon Espinoza | 9/24/2010 2:36 | I have lost work due to age on IMDB. |
| 398 | Maria Corcoran | 9/24/2010 2:42 | |
| 399 | Josh Carpenter | 9/24/2010 2:44 | |
| 400 | Justin okin | 9/24/2010 2:52 | Thanks for doing this. Should've been done years ago. |
| 401 | Yvonne Thornburgh | 9/24/2010 2:52 | |
| 402 | Stephanie Williams | 9/24/2010 2:55 | yes please remove birthdays it should be privet. |
| 403 | YVETTE YATES | 9/24/2010 3:00 | |
| 404 | Tonya Jones | 9/24/2010 3:01 | |
| 405 | angela fredriksson | 9/24/2010 3:01 | |
| 406 | Mary Louise Gemmill | 9/24/2010 3:01 | |
| 407 | christine noel | 9/24/2010 3:04 | |

Exhibit C - 101

| # | Name | Date/Time | Comment |
|---|------|-----------|---------|
| 408 | David Grubka | 9/24/2010 3:06 | Just unfair to lose jobs due to age. |
| 409 | Bunny Gibson | 9/24/2010 3:10 | |
| 410 | Megan Mahulty | 9/24/2010 3:17 | |
| 411 | Denice Maphis | 9/24/2010 3:18 | |
| 412 | Jaga Kreutzberg | 9/24/2010 3:25 | |
| 413 | Jennifer Del Barrio | 9/24/2010 3:28 | |
| 414 | Megan Evanich | 9/24/2010 3:34 | |
| 415 | Michelle McGinty | 9/24/2010 3:35 | |
| 416 | Deborah Geffner | 9/24/2010 3:37 | |
| 417 | Danielle | 9/24/2010 3:41 | |
| 418 | Adam Mayfield | 9/24/2010 3:43 | |
| 419 | Brian Hamilton | 9/24/2010 3:46 | |
| 420 | Matthew Horcovic | 9/24/2010 4:01 | |
| 421 | Lorraine Newman | 9/24/2010 4:05 | |
| 422 | Alexandra Zapata | 9/24/2010 4:07 | |
| 423 | erin schaad | 9/24/2010 4:10 | |
| 424 | Rosa Frisatto | 9/24/2010 4:13 | |
| 425 | Terri Redman | 9/24/2010 4:16 | |
| 426 | Margaret Khrabrovitsky | 9/24/2010 4:16 | |
| 427 | Jan hoag | 9/24/2010 4:18 | If the IMDB is marketing itself as an EMPLOYMENT tool, then the AGE of living actors should not be displayed anywhere. |
| 428 | Debra Wilson | 9/24/2010 4:21 | I personally don't care if my age is listed, but I support the people who do. |
| 429 | Patricia Livinghouse | 9/24/2010 4:28 | Age is just a number. |
| 430 | Alicia Ziegler | 9/24/2010 4:30 | I agree. |
| 431 | Juanita Chase | 9/24/2010 4:35 | |
| 432 | Anthony Potemkoski | 9/24/2010 4:48 | |
| 433 | Elaine Loh | 9/24/2010 5:07 | |
| 434 | Kiva Jump | 9/24/2010 5:17 | |
| 435 | Gerardo Davila | 9/24/2010 5:18 | |
| 436 | Kelly Frye | 9/24/2010 5:24 | Finally, someone is doing something about this. I have been fighting this for years with IMDB. I have written them no less than 3 times. IMDB states that they cannot remove factual information, and yet their information is hardly factual. They have had my age wrong the whole time I've been on this website and they refuse to change it. I agree, actors do not want ANY age listed! They also have me listed as a sound engineer, which I have never been. I have been an actor (ONLY) for 20 years. They also say that if you buy IMDB PRO, you can remove your age info...oh great...BLACKMAIL! IMDB is chock full of factual errors and missed credits and yet they are arrogant in defense of their errors. It is extremely frustrating and horrendously hurtful to actors careers, and wrong on every level. They hide behind not being able to be located except online and do not respond. |
| 437 | Ward Roberts | 9/24/2010 5:26 | Age should be irrelevant for actors, not character break downs. |
| 438 | Jerry Martin | 9/24/2010 5:30 | |
| 439 | Susan Grace | 9/24/2010 5:46 | |
| 440 | Erin Manning | 9/24/2010 5:50 | |
| 441 | Susan Bragg | 9/24/2010 5:55 | |
| 442 | Jackie Geary | 9/24/2010 5:56 | |
| 443 | Wendy Worthington | 9/24/2010 5:57 | Please remove birthdates from ourselves on IMDB. We want to make a change for ourselves and future entertainment industry professionals not to be discriminated against for our age. Thank you! A Working Actor |
| 444 | Francesca Lynne | 9/24/2010 6:02 | |
| 445 | Chase McCown | 9/24/2010 6:04 | yes please!!!!!!!!! |
| 446 | kelly lester | 9/24/2010 6:05 | It makes sense! |
| 447 | Jeff Rector | 9/24/2010 6:06 | I've been requesting the removal of my birthday (at least the year) for 10 years, based on casting bias, and they still refuse, saying the get the information from producers. |
| 448 | Victoria Hardesty | 9/24/2010 6:07 | Not only is it possibly job damaging to have the full birth date listed on IMDB because of age discrimination, it is also a source of information for identity theft. |
| 449 | Timothy Hodgin | 9/24/2010 6:08 | |
| 450 | Suzanne Ford | 9/24/2010 6:10 | Someone entered my age maliciously and I fought with imdb for months to get it off - even my lawyer wrote them a letter. It is a gross violation of privacy and an invitation for people in the industry to discriminate against us. |
| 451 | Lauri Johnson | 9/24/2010 6:12 | |
| 452 | Luke Moran | 9/24/2010 6:18 | |
| 453 | Patrick O'Connor | 9/24/2010 6:21 | Working in this industry is about how you look and act, not your birthday. It's tough enough without further unnecessary handicaps. Those of us who consistently play several years under or over our actual ages are being undermined by the revelation that we are (surprise!) older, or younger, than we seem. Our age is private, like our marital status or our sexual proclivities. IMDB is the primary resource for many potential employers; it is not a gossip site, and it shouldn't reflect our professional experience only, unless we expressly wish to reveal more explicit personal information. Thanks. |
| 454 | Alison Allain | 9/24/2010 6:22 | |
| 455 | heather boccagloty | 9/24/2010 6:26 | |
| 456 | Ian Nelson | 9/24/2010 6:28 | |
| 457 | Cindy O'Connor | 9/24/2010 6:30 | |
| 458 | Margaret Carraigan | 9/24/2010 6:32 | |
| 459 | Sonia McCullum | 9/24/2010 6:37 | If IMDB can't assure that the ages are correct they should delete them |
| 460 | JEANETTE O'CONNOR | 9/24/2010 6:38 | |
| 461 | Amy Startari | 9/24/2010 6:41 | |
| 462 | will kaol | 9/24/2010 6:45 | |

Exhibit C - 102