Camille Solari - IMDb                                    http://www.imdb.com/name/nm0812714/?ref_=sr_1



**Exhibit C - 208**

# Plaintiff's Exhibit 370

Exhibit C - 209

10/31/12                                Christopher Lambert - IMDb



**Exhibit C - 210**

10/31/12                                    Christopher Lambert - IMDb

**The Foreigner**                                                          2012/I
Vincent

**Ghost Rider: Spirit of Vengeance**                                       2011
Methodius

**Blood Shot**                                                             2011
President

**The Secret of the Whales** (TV movie)                                    2010
Chris Cassell

**The Gardener of God**                                                    2010
Gregor Mendel

**Cartagena**                                                              2009
Léo (as Christophe Lambert)

**Les associés** (TV movie)                                                2009
Philippe Kaminski (as Christophe Lambert)

**White Material**                                                         2009
André Vial (as Christophe Lambert)

**The Chauffeur**                                                          2008
Devereaux

**Trivial**                                                                2007
Jacques (as Christophe Lambert)

**Metamorphosis**                                                          2007
Constantine Thurzo

**Le lièvre de Vatanen**                                                   2006
Tom Vatanen (as Christophe Lambert)

**Southland Tales**                                                        2006
Walter Mung

**Day of Wrath**                                                           2006
Ruy de Mendoza

**Dalida** (TV movie)                                                      2005
Richard Chanfray, dit le comte de Saint-Germain

**À ton image**                                                            2004
Thomas

**Janis and John**                                                         2003
Léon

**Absolon**                                                                2003
Det. Norman Scot

**The Piano Player**                                                       2002
Alex Laney

**King of Bandit Jing** (TV mini-series)                                   2002
Additional Voices

**The Point Men**                                                          2001
Tony Eckhardt

**Mazinkaiser** (video short)                                              2001
Additional Voices (voice: English version) (uncredited)

**The Gaul**                                                               2001
Vercingétorix (as Christophe Lambert)

**Aparté** (short)                                                         2001

**Highlander: Endgame**                                                    2000
Connor MacLeod

**Fortress 2**                                                             2000
John Henry Brennick

**Gideon**                                                                 1999
Gideon Oliver Dobbs

**Beowulf**                                                                1999
Beowulf

**Resurrection**                                                           1999
John Prudhomme



**The Best Action Heroes Of Cinema**
a list of 36 people by TheFortSmithMovieGoingDude created 10 months ago

**Stills From The Movies I've Seen**
a list of 1,031 images by bootybabe66 created 9 months ago

**worst actors**
a list of 84 people by lollux montana created 10 Jun 2011

**Actors**
a list of 24 people by Korf_II created 2 months ago

See all 211 related lists »

**Do you have a demo reel?**
Add it to your IMDbPage



Find out more at IMDbPro »

**Connect with IMDb**

IMDb on Facebook
Like

2,977,163 people like IMDb.



Amelia   David   Wimodya   Brandy   Abdou

Follow @imdb    654K followers

**Take The Quiz!**

Test your knowledge of Christopher Lambert.

Exhibit C - 211

**Operation Splitsville**                                                    1999
Max, P.E. teacher

**Mean Guns**                                                               1997
Lou

**Arlette**                                                                 1997
Frank Martin (as Christophe Lambert)

**Nirvana**                                                                 1997
Jimi Dini

**Hercule & Sherlock**                                                      1996
Vincent (as Christophe Lambert)

**Adrenalin: Fear the Rush**                                                1996
Lemieux

**The North Star**                                                          1996
Hudson Saanteek (as Christophe Lambert)

**Mortal Kombat**                                                           1995
Lord Rayden

**The Hunted**                                                              1995
Paul Racine

**Highlander: The Final Dimension**                                         1994
Connor MacLeod / Russell Nash

**The Road Killers**                                                        1994
Jack

**Gunmen**                                                                  1993
Dani Servigo

**Loaded Weapon 1**                                                         1993
Man with Car Phone (uncredited)

**Fortress**                                                                1992
John Henry Brennick

**Max & Jeremie**                                                           1992
Jeremie Kolachowsky (as Christophe Lambert)

**Highlander** (TV series)                                                  1992
Connor MacLeod
– The Gathering (1992) ... Connor MacLeod

**Knight Moves**                                                            1992
Peter Sanderson

**Highlander II: The Quickening**                                           1991
Connor MacLeod

**Why Me?**                                                                 1990
Gus Cardinale

**To Kill a Priest**                                                        1988
Father Alek

**Priceless Beauty**                                                        1988
Menrou

**The Sicilian**                                                            1987
Salvatore Giuliano

**I Love You**                                                              1986
Michel (as Christophe Lambert)

**Highlander**                                                              1986
Connor 'The Highlander' MacLeod / Russell Edwin Nash

**Subway**                                                                  1985
Fred (as Christophe Lambert)

**Paroles et musique**                                                      1984
Jeremy (as Christophe Lambert)

**Greystoke: The Legend of Tarzan, Lord of the Apes**                       1984
John Clayton / Tarzan, Lord of the Apes

**Cinéma 16** (TV series)                                                   1982
Marcel
– La dame de coeur (1982) ... Marcel (as Christophe Lambert)

**Exhibit C - 212**

**Légitime violence**                                                          1982
Jockey (as Christophe Lambert)

**Putain d'histoire d'amour**                                                   1981
Inspecteur de police (as Christophe Lambert)

**Une sale affaire**                                                            1981
Mullard (as Christophe Lambert)

**Asphalt**                                                                     1981
Un médecin à l'hôpital/The doctor (as Christophe Lambert)

**Douchka** (TV movie)                                                          1981

**The Telephone Bar**                                                           1980
Paul 'Bébé' Franchi (as Christophe Lambert)

**Ciao, les mecs**                                                              1979
Un loubard à la soirée dansante (as Christophe Lambert)

| | | |
|---|---|---|
| **Producer** (15 titles) | Show ▼ |
| **Writer** (1 title) | Show ▼ |
| **Thanks** (2 titles) | Show ▼ |
| **Self** (38 titles) | Show ▼ |
| **Archive Footage** (4 titles) | Show ▼ |

## Related Videos




See all 35 »

## Personal Details                                                          Edit

**Other Works:**  (1986) Music video: Appeared (as his Highlander character Conor McLeod, dueling with Freddie Mercury) in "Princes of the Universe" by Queen. See more »

**Publicity Listings:** 8 Interviews | 2 Articles | 6 Magazine Cover Photos | See more »

**Official Sites:** Christopher Lambert Online | See more »

**Alternate Names:** Christophe Lambert | Chris Lambert

**Height:** 6' 1" (1.85 m)

## Did You Know?                                                             Edit

**Personal Quote:** I was always trying, even in pure action movies, to find what was sensitive about the character more than the pure action. When I read Highlander, what interested me was the romance, the pain that this guy was carrying, not being able to die and looking around him at all the people he loved going before him. See more »

**Trivia:** Was scheduled to appear in the David Lean-directed "Nostromo" in 1991, before Lean died, and the production came to a halt. See more »

**Trademark:** Gravelly, raspy voice See more »

**Star Sign:** Aries

## Message Boards

Recent Posts

Exhibit C - 213

| | |
|---|---|
| Thomas Jane reminds me of him... | chads-3 |
| Wasted Talent | the_dude_112 |
| Worst scottish accent ever done, ever, ever anywhere? | LeonReneqe |
| Happy Birthday!!! | who_knows_ca |
| Right here Chris | cbsmanx |
| BEST FILM!!!!! | jon_wells |

Discuss Christopher Lambert on the IMDb message boards »

## Contribute to This Page

Getting Started | Contributor Zone »

[ Edit page ]   [ Add resume ]

## Explore More About Christopher Lambert

**Filmography**
Sorted by:
job type
year
ratings
votes
tv series
genre
keyword

**Did You Know?**
personal quotes
trivia
trademark

**Personal Details**
biography
other works
publicity listings
official sites
contact info

**Buzz**
NewsDesk
blog
twitter

**Opinion**
awards
message board

**External Links**
miscellaneous
photographs
sound clips
video clips

**Related Items**
credited with
tv schedule

**Photos & Video**
photo gallery
trailers and videos

**Professional Services**
get more at IMDbPro
promote yourself with a resume
add or change photos

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Account | RSS | Advertising | Contact Us | Jobs | IMDbPro | IMDb Resume | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France | IMDb Portugal

Copyright © 1990-2012 IMDb.com, Inc.
Terms and Privacy Policy under which this service is provided to you.
An                          company.

Amazon Affiliates
Amazon Instant Video | Prime Instant Video | Amazon Germany | Amazon Italy | Amazon France | LOVEFiLM | Amazon Wireless | Junglee | DPReview | Audible
Watch Movies &        Unlimited Streaming    Buy Movies on       Buy Movies on    Buy Movies on    Watch Movies    Cellphones &      India Online    Digital         Download
TV Online             of Movies & TV         DVD & Blu-ray       DVD & Blu-ray    DVD & Blu-ray    Online          Wireless Plans    Shopping        Photography     Audio Books

**Exhibit C - 214**

# Plaintiff's Exhibit 374

Exhibit C - 215

Dana Eskelson - IMDb

http://www.imdb.com/name/nm0260632/?ref_=sr_1



2/6/2013 10:32 AM

**Exhibit C - 216**

Dana Eskelson - IMDb                                    http://www.imdb.com/name/nm0260632/?ref_=sr_1

**3 Backyards**                                         2010
Debbie

**The Company Men**                                     2010
Dierdre Dolan

**The Unusuals** (TV series)                            2009
Leanne Boorland
– Boorland Day (2009) ... Leanne Boorland (uncredited)

**Peter and Vandy**                                     2009
Emma

**Definitely, Maybe**                                   2008
Angry Girl's Mom

**The Brave One**                                       2007
Sketch Artist

**Brotherhood** (TV series)                             2006
Dina Finnerty
– Matthew 22:10 (2006) ... Dina Finnerty
– Genesis 27:29 (2006) ... Dina Finnerty

**Griffin & Phoenix**                                   2006
Mother with Stroller

**Law & Order: Special Victims Unit** (TV series)       2003-2006
Karen Leighton / Ms. Winnock
– Web (2006) ... Ms. Winnock
– Futility (2003) ... Karen Leighton

**One Last Thing...**                                   2005
Patti (as Dana Erika Eskelson)

**The Interpreter**                                     2005
Secret Service Agent #1 (uncredited)

**Law & Order** (TV series)                             2005
Karen Nix
– Obsession (2005) ... Karen Nix

**Gerald L'Ecuyer: A Filmmaker's Journey** (TV movie)   2004
She

**Law & Order: Criminal Intent** (TV series)            2004
Paige Mullen
– Ill-Bred (2004) ... Paige Mullen

**Whoopi** (TV series)                                  2003
Abby
– Smoke Gets in Your Eyes (2003) ... Abby

**Cold Creek Manor**                                    2003
Sheriff Ferguson

**100 Centre Street** (TV series)                       2002
Melissa Overstreet
– Babies (2002) ... Melissa Overstreet

**Prince Street** (TV series)                           1997-2000
Det. Diane Hoffman
– A Room Without a View (2000) ... Det. Diane Hoffman
– Father and Sons (2000) ... Det. Diane Hoffman
– God Bless America (1997) ... Det. Diane Hoffman
– Pilot (1997) ... Det. Diane Hoffman
– Drugs, Lies and Videotape (1997) ... Det. Diane Hoffman
See all 6 episodes »

**Personals**                                           1999
Katie the Clown

**New York Undercover** (TV series)                     1997-1999
Nadine Jordan
– Catharsis (1999) ... Nadine Jordan
– Quid Pro Quo (1998) ... Nadine Jordan
– Change, Change, Change (1998) ... Nadine Jordan
– The Last Hurrah (1997) ... Nadine Jordan

**Exiled** (TV movie)                                   1998
Detective Frankie Silvera

**Scar City**                                           1998
Janice



**Do you have a demo reel?**
Add it to your IMDbPage

Find out more at IMDbPro »

**Connect with IMDb**

IMDb    Like

3,493,257 people like IMDb.

Follow @Imdb   744K followers

**Take The Quiz!**
Test your knowledge of Dana Eskelson.

Sponsored Links  (What's This?)

**Arrest/Detention Files**
1) Search a Subject by Name/State 2)
See Detention & Arrest Records.
InstantCheckmate.com

**eGainers Official Site®**
Leading Online Marketplace.
Buy&Sell,Earn Money,Get Free Stuff.
www.eGainers.com

**93 Worth**
Original 1924 Architecture Restored
Prewar Condos, Contact Us Today!
93Worth.com/

**Exhibit C - 217**

Dana Eskelson - IMDb                                           http://www.imdb.com/name/nm0260632/?ref_=sr_1



**To Sir, with Love II** (TV movie)                                  1996
Evie

**The Whites** (short)                                               1996
Daughter

**Missing Persons** (TV series)                                      1993
Margaret
– How Hard Is It Just to Get Off at the Next Exit? (1993) ... Margaret

**Singles**                                                          1992
Club Girl

**Past Midnight**                                                    1991
Kathy Tudor

**Miscellaneous Crew (1 title)**                            Show ▼

**Related Videos**

See all 30 »

**Personal Details**                                                 Edit
**Other Works:** 2006 TV commercial for American Express Blue Sky points card See more »

**Alternate Names:** Dana Erika Eskelson

**Height:** 5' 6" (1.68 m)

**Did You Know?**                                                    Edit
**Star Sign:** Gemini

**Message Boards**
Recent Posts

IKEA?.                                          toddstein1

After Ashley                                    darkcrystalcky

Looks SO much like Naomi Watts!!               Sylphadora

Discuss Dana Eskelson on the IMDb message boards »

**Contribute to This Page**                        Getting Started | Contributor Zone »

Edit page

Exhibit C - 218

Dana Eskelson - IMDb                                    http://www.imdb.com/name/nm0260632/?ref_=sr_1

## Explore More About Dana Eskelson

**Filmography**
Sorted by:
job type
year
ratings
votes
tv series
genre
keyword

**Did You Know?**
personal quotes
trivia
trademark

**Personal Details**
biography
other works
publicity listings
official sites
contact info

**Buzz**
NewsDesk
blog
twitter

**Opinion**
awards
message board

**External Links**
miscellaneous
photographs
sound clips
video clips

**Related Items**
resume
credited with
tv schedule

**Photos & Video**
official photos
photo gallery
trailers and videos

**Professional Services**
get more at IMDbPro
promote yourself with a resume
add or change photos

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Register | RSS | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France

Copyright © 1990-2013 IMDb.com, Inc.
Terms of Use | Privacy Policy | Interest-Based Ads
An                      company.

Amazon Affiliates
Amazon Instant Video    Prime Instant Video    Amazon Germany    Amazon Italy    Amazon France    LOVEFiLM    Amazon Wireless    Junglee    DPReview    Audible
Watch Movies &          Unlimited Streaming    Buy Movies on      Buy Movies on    Buy Movies on    Watch Movies    Cellphones &       India Online    Digital        Download
TV Online               of Movies & TV         DVD & Blu-ray      DVD & Blu-ray    DVD & Blu-ray    Online          Wireless Plans     Shopping        Photography    Audio Books

**Exhibit C - 219**

# Plaintiff's Exhibit 375

Exhibit C - 220

Daniel Sauli - IMDb                                    http://www.imdb.com/name/nm0784815/?ref_=fn_al_nm_1



**Exhibit C - 221**

Daniel Sauli - IMDb                                    http://www.imdb.com/name/nm0784815/?ref_=fn_al_nm_1





**IMDb** Like

3,493,316 people like IMDb.

Follow @imdb   744K followers

**Take The Quiz!**
Test your knowledge of Daniel Sauli.

Sponsored Links  (What's This?)

**Watch Free Movies Now**
Watch 1000s of Movies Free! Download Now For Movies & Showtimes
FilmFanatic.MyWebSearch.com

**Meet Chinese Women**
Want to Settle Down? Seek A Loyal Chinese Lady to Warm up Your Soul!
www.chinese-lady.com

**In Pain, Need Great Bed?**
91% Customers Refer Friends 365 Day Trial, 100% Natural Latex.
habitatfurnishings.com/Sleep

**Exhibit C - 222**

Daniel Sauli - IMDb                                      http://www.imdb.com/name/nm0784815/?ref_=fn_al_nm_1



See all 9 »

## Personal Details

Edit

**Alternate Names:** Daniel Serafini Sauli | Daniel Serafini-Sauli

**Height:** 5' 9½" (1.77 m)



Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Register | RSS | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France

Copyright © 1990-2013 IMDb.com, Inc.
Terms of Use | Privacy Policy | Interest-Based Ads
An                  company.

Amazon Affiliates

| Amazon Instant Video | Prime Instant Video | Amazon Germany | Amazon Italy | Amazon France | LOVEFiLM | Amazon Wireless | Junglee | DPReview | Audible |
| Watch Movies & | Unlimited Streaming | Buy Movies on | Buy Movies on | Buy Movies on | Watch Movies | Cellphones & | India Online | Digital | Download |
| TV Online | of Movies & TV | DVD & Blu-ray | DVD & Blu-ray | DVD & Blu-ray | Online | Wireless Plans | Shopping | Photography | Audio Books |



**Exhibit C - 223**

# Plaintiff's Exhibit 376

Exhibit C - 224

10/31/12                                 David Warner - IMDb



**Exhibit C - 225**

10/31/12                                    David Warner - IMDb

– Episode #2.3 (2012) ... Mackenzie
– Episode #2.2 (2012) ... Mackenzie

**A Thousand Kisses Deep**                                          2011
Max

**Midsomer Murders** (TV series)                                    2011
Peter Fossett
– Death in the Slow Lane (2011) ... Peter Fossett

**Tron: The Next Day** (short)                                      2011
Ed Dillinger (uncredited) / MCP (uncredited)

**CR: Titanic** (Video Game)                                        2011
Spicer Lovejoy

**Masterpiece Mystery** (TV series)                                 2010
Povel Wallander
– Wallander, Series II: Faceless Killers (2010) ... Povel Wallander

**Black Death**                                                     2010
Abbot

**Wallander** (TV series)                                           2008-2010
Povel Wallander
– The Fifth Woman (2010) ... Povel Wallander
– The Man Who Smiled (2010) ... Povel Wallander
– Faceless Killers (2010) ... Povel Wallander
– Sidetracked (2008) ... Povel Wallander

**Albert's Memorial** (TV movie)                                    2009
Frank

**Doctor Who: Dreamland** (TV mini-series)                          2009
Lord Azlok
– Episode #1.6 (2009) ... Lord Azlok (voice)
– Episode #1.5 (2009) ... Lord Azlok (voice)
– Episode #1.4 (2009) ... Lord Azlok (voice)
– Episode #1.3 (2009) ... Lord Azlok (voice)
– Episode #1.2 (2009) ... Lord Azlok (voice)
See all 6 episodes »

**In Love with Barbara** (TV movie)                                 2008
Lord Mountbatten

**Wild at Heart** (TV series)                                       2007
Gerald
– Episode #2.8 (2007) ... Gerald

**Perfect Parents** (TV movie)                                      2006
Father Thomas

**Hogfather** (TV movie)                                            2006
Lord Downey

**The Battle for Rome** (TV mini-series)                            2006
Claudius Pulcher

**Ancient Rome: The Rise and Fall of an Empire** (TV series)        2006
Pulcher
– Revolution (2006) ... Pulcher

**Mr. Loveday's Little Outing** (TV movie)                          2006
Lord Moping

**Sweeney Todd** (TV movie)                                         2006
Fielding

**Sensitive Skin** (TV series)                                      2005
Robert Ringwald
– Episode #1.3 (2005) ... Robert Ringwald

**The League of Gentlemen's Apocalypse**                            2005
Dr. Erasmus Pea

**Marple: What Mrs. McGillicuddy Saw** (TV movie)                   2004
Luther Crackenthorpe

**Conviction** (TV series)                                          2004
Lenny Fairburn
– Episode #1.5 (2004) ... Lenny Fairburn
– Episode #1.6 (2004) ... Lenny Fairburn
– Episode #1.3 (2004) ... Lenny Fairburn



months ago

**100+ Voices I wish I
could borrow for a day**
a list of 107 people by
BatStarIndyFreak created 11
months ago

**Movie Images-Horror &
other scary things (to
be continued)**
a list of 150 images by
GeroellIheimer created 7
months ago

**My favourite actors**
a list of 100 people by
Eleanor Zissou created 24 Jun
2011

See all 97 related lists »

**Do you have a demo reel?**

Add it to your IMDbPage



Find out more at IMDbPro »

**Connect with IMDb**

**IMDb** on Facebook
Like

2,977,169 people like **IMDb.**



David   Pedro   Karin   Brandy   Amelia

Follow @imdb   654K followers

**Take The Quiz!**

Test your knowledge of David
Warner.

Sponsored Links   (What's This?)

**Pimsleur $9.95 + Free S&H**
Best Pimsleur offer ever! Offer ends soon.
Act now.
PimsleurApproach.com

Exhibit C - 226

– Episode #1.4 (2004) ... Lenny Fairburn
– Episode #1.1 (2004) ... Lenny Fairburn
See all 6 episodes »

**Avatar**                                                                          2004
Joseph Lau

**Ladies in Lavender,**                                                             2004
Dr. Francis Mead

**Cortex**                                                                          2004
Master of the Organization

**Straight Into Darkness**                                                          2004
Deacon

**Dr. Jekyll and Mr. Hyde** (TV movie)                                              2003
Sir Danvers Carew

**The Grim Adventures of Billy & Mandy** (TV series)                                2001–2003
Nergal
– Grim in Love/Love Is Evol Spelled Backwards/Crushed (2003) ... Nergal (voice)
– Grim or Gregory/Search and Estroy/Something Stupid This Way Comes (2002) ... Nergal (voice)
– Smell of Vengeance: Part 1/Fiend Is Like Friend Without the 'r'/Smell of Vengeance: Part 2 (2001) ...
  Nergal (voice)

**Hearts of Gold** (TV movie)                                                       2003
Dr. Theo John

**Kiss of Life**                                                                    2003
Pap

**What's New, Scooby-Doo?** (TV series)                                             2002–2003
Old Man / Oldsy
– Pompeii and Circumstance (2003) ... Old Man (voice)
– Big Scare in the Big Easy (2002) (voice - uncredited)
– A Scooby Doo Halloween (2002) ... Oldsy (uncredited)

**Battle Force: Andromeda** (TV series)                                             2003
Lord Xantar (voice)

**The Little Unicorn**                                                              2002
Ted Regan

**The Code Conspiracy**                                                             2002
Professor

**The Investigation** (TV movie)                                                    2002
Superint. Bruce Northorp

**Superstition**                                                                    2001
Judge Padovani

**Back to the Secret Garden**                                                       2001
Dr. Snodgrass

**Planet of the Apes**                                                              2001
Sandar

**Men in Black: The Series** (TV series)                                            1997–2001
Alpha
– The Endgame Syndrome: Part 2 (2001) ... Alpha (voice)
– The Endgame Syndrome: Part 1 (2001) ... Alpha (voice)
– The Opening Gambit Syndrome (2000) ... Alpha (voice)
– The Out to Pasture Syndrome (2000) ... Alpha (voice)
– The Cold Sweat Syndrome (1999) ... Alpha (voice)
See all 9 episodes »

**Horatio Hornblower: Retribution** (TV movie)                                      2001
Capt. James Sawyer (HMS Renown)

**Hornblower: Mutiny** (TV movie)                                                   2001
Capt. James Sawyer (HMS Renown)

**The Secret Adventures of Jules Verne** (TV series)                                2000
Arago
– The Book of Knowledge (2000) ... Arago
– In the Beginning (2000) ... Arago

**Forgotten Realms: Baldur's Gate II – Shadows of Amn** (Video Game)                2000
Jon Irenicus (voice)

**Buzz Lightyear of Star Command** (TV series)                                      2000
Lord Angstrom

**Exhibit C - 227**

10/31/12                                    David Warner - IMDb

  – Good Ol' Buzz (2000) ... Lord Angstrom (voice)
  – Mira's Wedding (2000) ... Lord Angstrom (voice)

**In the Beginning** (TV movie)                                    2000
Eliezer

**Batman Beyond** (TV series)                                    2000
Ra's al Ghul
  – Out of the Past (2000) ... Ra's al Ghul (voice)

**Star Wars: Force Commander** (Video Game)                    2000
Grand Gen. Brashin (voice)

**Cinderella** (TV movie)                                    2000/I
Martin

**Love & Money** (TV series)                                    2000
Hugh
  – Diagnosis: Effie (2000) ... Hugh

**Star Trek: Klingon Academy** (Video Game)                    2000
Chancellor Gorkon

**The Hunger** (TV series)                                    1999
Vassu
  – Nunc Dimittis (1999) ... Vassu

**Superman** (TV series)                                    1999
Ra's al Ghul
  – The Demon Reborn (1999) ... Ra's al Ghul (voice)

**Shergar**                                    1999
Garrity

**The Outer Limits** (TV series)                                    1995-1999
Bill Trenton / Inspector Harold Langford
  – Ripper (1999) ... Inspector Harold Langford
  – Virtual Future (1995) ... Bill Trenton

**Total Recall: The Series** (TV series)                                    1999
Dr. Felix Latham
  – Begotten Not Made (1999) ... Dr. Felix Latham
  – Brain Fever (1999) ... Dr. Felix Latham

**Wing Commander**                                    1999
Admiral Geoffrey Tolwyn

**Winnie the Pooh: A Valentine for You** (TV movie)                                    1999
Narrator (voice)

**Descent 3** (Video Game)                                    1999
Dravis (voice)

**Toonsylvania** (TV series)                                    1998
Doctor Vic Frankenstein
  – The Longest Day/Take Us to your Liter/Escape from Wet Nurse Island (1998) ... Doctor Vic
    Frankenstein (voice)
  – The Doomed Odyssey/Attack of the Fifty Footed Man/Becki with an I (1998) ... Doctor Vic
    Frankenstein (voice)
  – Igor's Replacement (1998) ... Doctor Vic Frankenstein (voice)
  – Something Weenie This Way Comes/Ideadical Cousins/Melisserella (1998) ... Doctor Vic Frankenstein
    (voice)
  – Doom with a View/Dead Dog Day Afternoon/Evolution and the Attorney/Here There Be Monsters
    (1998) ... Doctor Vic Frankenstein (voice)
  See all 6 episodes »

**The Last Leprechaun**                                    1998
Simpson

**Houdini** (TV movie)                                    1998
Sir Arthur Conan Doyle

**Three** (TV series)                                    1998
The Man
  – Hope (1998) ... The Man
  – You Are Cordially Required (1998) ... The Man

**Scream 2**                                    1997
Drama Teacher Gus Gold

**A Mind to Kill** (TV series)                                    1997
David Caulfield
  – Green Wounds (1997) ... David Caulfield

**Fallout: A Post-Nuclear Role-Playing Game** (Video Game)                                    1997

**Exhibit C - 228**

10/31/12                                      David Warner - IMDb

Morpheus (voice)

**Titanic**                                                                          1997
Spicer Lovejoy

**Spider-Man: The Animated Series** (TV series)                                      1995-1997
Herbert Landon / Red Skull
– Six Forgotten Warriors Chapter 4: The Six Fight Again (1997) ... Herbert Landon (voice)
– Six Forgotten Warriors Chapter 3: Secrets of the Six (1997) ... Herbert Landon (voice)
– Six Forgotten Warriors Chapter 1 (1997) ... Herbert Landon (voice)
– The Wedding (1997) ... Herbert Landon (voice)
– Partners in Danger Chapter 6: The Awakening (1997) ... Herbert Landon (voice)
See all 12 episodes »

**Money Talks**                                                                      1997
Barclay

**Pooh's Grand Adventure: The Search for Christopher Robin** (video)                 1997
The Narrator (voice)

**Roar** (TV series)                                                                 1997
Narrator
– Pilot (1997) ... Narrator

**Perversions of Science** (TV series)                                               1997
Dr. Nordhoff
– The Exile (1997) ... Dr. Nordhoff

**Freakazoid!** (TV series)                                                          1995-1997
The Lobe
– Normadeus (1997) ... The Lobe (voice)
– Island of Dr. Mystico (1997) ... The Lobe (voice)
– Virtual Freak (1996) ... The Lobe (voice)
– The Freakazoid (1996) ... The Lobe (voice)
– Dexter's Date (1996) ... The Lobe (voice)
See all 9 episodes »

**Captain Simian & The Space Monkeys** (TV series)                                   1996
Additional Voices

**The Leading Man**                                                                  1996
Tod

**Seven Servants**                                                                   1996
Blade

**Beastmaster: The Eye of Braxus** (TV movie)                                        1996
Lord Agon

**Naked Souls**                                                                      1996
Everett Longstreet

**Rasputin** (TV movie)                                                              1996
Dr. Botkin

**Siegfried & Roy: Masters of the Impossible** (video)                               1996
Additional Voices (voice)

**Privateer 2: The Darkening** (Video Game)                                          1996
Rhinehart

**Gargoyles** (TV series)                                                            1995
Archmage
– Avalon: Part 3 (1995) ... Archmage (voice)
– Avalon: Part 2 (1995) ... Archmage (voice)
– Vows (1995) ... Archmage
– Long Way to Morning (1995) ... Archmage

**Final Equinox**                                                                    1995
Shilow

**Iron Man** (TV series)                                                             1995
Arthur Dearborn
– Cell of Iron (1995) ... Arthur Dearborn (voice)

**Zoya** (TV movie)                                                                  1995
Prince Vladimir

**Batman** (TV series)                                                               1992-1995
Ra's al Ghul / Ra's Al Ghul
– Showdown (1995) ... Ra's Al Ghul (voice)
– Avatar (1994) ... Ra's Al Ghul (voice)
– The Demon's Quest: Part 2 (1993) ... Ra's al Ghul (voice)
– The Demon's Quest: Part 1 (1993) ... Ra's al Ghul (voice)

**Exhibit C - 229**

– Off Balance (1992) ... Ra's al Ghul (voice)

**Ice Cream Man**                                                                    1995
Reverend Langley

**The Choir** (TV mini-series)                                                       1995
Alexander Troy
– Episode #1.5 (1995) ... Alexander Troy
– Episode #1.4 (1995) ... Alexander Troy
– Episode #1.3 (1995) ... Alexander Troy
– Episode #1.2 (1995) ... Alexander Troy
– Episode #1.1 (1995) ... Alexander Troy

**Biker Mice from Mars** (TV series)                                                 1995
Ice Breaker
– Below the Horizon (1995) ... Ice Breaker (voice)

**Signs and Wonders** (TV movie)                                                     1995
Rev Timothy Palmore

**Felony**                                                                           1995
Cooper

**In the Mouth of Madness**                                                          1994
Dr. Wrenn

**Inner Sanctum II**                                                                 1994
Dr. Lamont

**Tryst**                                                                            1994
Jason

**Mighty Max** (TV series)                                                           1994
Talon
– Souls of Talon (1994) ... Talon (voice)

**Babylon 5** (TV series)                                                            1994
Aldous Gajic
– Grail (1994) ... Aldous Gajic

**The Larry Sanders Show** (TV series)                                          1993-1994
Richard Germain
– Montana (1994) ... Richard Germain
– L.A. or N.Y.? (1993) ... Richard Germain

**The Legend of Prince Valiant** (TV series)                                    1993-1994
Duke Richard of Lionsgate
– The Hinge of Fate (1994) (voice)
– The Aurora (1993) ... Duke Richard of Lionsgate (voice)
– The Burning Bridge (1993) ... Duke Richard of Lionsgate (voice)
– The Sage (1993) ... Duke Richard of Lionsgate (voice)
– The Song of Valor (1993) ... Duke Richard of Lionsgate (voice)
See all 6 episodes »

**Lois & Clark: The New Adventures of Superman** (TV series)                         1994
Jor-El
– Foundling (1994) ... Jor-El

**Loving Deadly**                                                                    1994
Grant/Grant's Twin

**Necronomicon: Book of Dead**                                                       1993
Dr. Madden (part 2)

**The Adventures of Brisco County Jr.** (TV series)                                  1993
Winston Smiles
– Deep in the Heart of Dixie (1993) ... Winston Smiles

**Quest of the Delta Knights** (video)                                               1993
Lord Vultare / Baydool / Narrator

**Murder, She Wrote** (TV series)                                               1990-1993
Insp. McLaughlin / Justin Hunnicut
– A Death in Hong Kong (1993) ... Insp. McLaughlin
– The Szechuan Dragon (1990) ... Justin Hunnicut

**Body Bags** (TV movie)                                                             1993
Dr. Lock (segment "Hair")

**Wild Palms** (TV mini-series)                                                      1993
Eli Levitt
– Hello, I Must Be Going (1993) ... Eli Levitt
– Hungry Ghosts (1993) ... Eli Levitt
– Rising Sons (1993) ... Eli Levitt

**Exhibit C - 230**

– The Floating World (1993) ... Eli Levitt
– Everything Must Go (1993) ... Eli Levitt

**Dinosaurs** (TV series)                                                          1993
Spirit of the Tree
– If I Were a Tree (1993) ... Spirit of the Tree (voice)

**Perry Mason: The Case of the Skin-Deep Scandal** (TV movie)      1993
Harley Griswold

**Taking Liberty**                                                                 1993
Sir Leopold Linwood

**Piccolo grande amore**                                                           1993
Prince Max

**Star Trek: The Next Generation** (TV series)                          1992
Gul Madred
– Chain of Command: Part 2 (1992) ... Gul Madred
– Chain of Command: Part 1 (1992) ... Gul Madred

**L'oeil qui ment**                                                                1992
Ellic

**The Unnamable II: The Statement of Randolph Carter**              1992
Chancellor Thayer

**Captain Planet and the Planeteers** (TV series)                       1992
Zarm
– The Dream Machine (1992) ... Zarm (voice)

**Spies Inc.**                                                                     1992
Arthur Cleague

**Tales from the Crypt** (TV series)                                        1992
Dr. Alan Gertz
– The New Arrival (1992) ... Dr. Alan Gertz

**The House on Sycamore Street** (TV movie)                            1992
Dr. Lloyd Stern - plastic surgeon

**Blood and Dust** (TV movie)                                              1992
Tripoli

**Return to the Lost World**                                                 1992
Professor Summerlee

**The Lost World**                                                              1992
Professor Summerlee

**Star Trek VI: The Undiscovered Country**                              1991
Chancellor Gorkon

**Drive**                                                                           1991
The Driver

**Blue Tornado**                                                                 1991
Commander

**Cast a Deadly Spell** (TV movie)                                         1991
Amos Hackshaw

**Teenage Mutant Ninja Turtles II: The Secret of the Ooze**        1991
Professor Jordon Perry

**Performance** (TV series)                                                  1991
Vanya
– Uncle Vanya (1991) ... Vanya

**Twin Peaks** (TV series)                                                   1991
Thomas Eckhardt
– Episode #2.16 (1991) ... Thomas Eckhardt
– Episode #2.15 (1991) ... Thomas Eckhardt
– Episode #2.14 (1991) ... Thomas Eckhardt

**Father Dowling Mysteries** (TV series)                                 1990
Sir Arthur Wedgeworth
– The Murder Weekend Mystery (1990) ... Sir Arthur Wedgeworth

**The Secret Life of Ian Fleming** (TV movie)                           1990
Adm. Godfrey

**Perry Mason: The Case of the Poisoned Pen** (TV movie)          1990
Bradley Thompson

**Exhibit C - 231**

**Tripwire**                                                    1989
Josef Szabo

**Grave Secrets**                                              1989
Dr. Carl Farnsworth

**Mortal Passions**                                           1989
Doctor Terrence Powers

**Star Trek V: The Final Frontier**                           1989
St. John Talbot

**Magdalene**                                                 1989
Baron von Seidl

**Hostile Takeover**                                          1988
Eugene Brackin

**Hanna's War**                                               1988
Captain Julian Simon

**Worlds Beyond** (TV series)                                 1988
– Reflections of Evil (1988)

**Mr. North**                                                 1988
Doctor McPherson

**Waxwork**                                                   1988
Waxwork Man

**Keys to Freedom**                                           1988
Nigel Heath

**Crossbow** (TV series)                                      1987
The Alchemist
– Vogel (1987) ... The Alchemist

**My Best Friend Is a Vampire**                               1987
Professor McCarthy

**Hansel and Gretel**                                         1987
Father

**Desperado** (TV movie)                                      1987
Ballard, Company Police Chief

**Hold the Back Page** (TV mini-series)                    1985-1986
Ken Wordsworth
– Our Man on the Spot (1986) ... Ken Wordsworth
– Power Games (1986) ... Ken Wordsworth
– Fathers, Sons and Lovers (1986) ... Ken Wordsworth
– Jobs for the Girls (1986) ... Ken Wordsworth
– Running Feuds (1985) ... Ken Wordsworth
See all 10 episodes »

**Hitler's S.S.: Portrait in Evil** (TV movie)               1985
Reinhard Heydrich

**Love's Labour's Lost** (TV movie)                          1985
Don Armado

**Frankenstein** (TV movie)                                  1984
The Creature

**A Christmas Carol** (TV movie)                             1984
Bob Cratchit

**Faerie Tale Theatre** (TV series)                          1984
Zandor, the Innkeeper
– The Boy Who Left Home to Find Out About the Shivers (1984) ... Zandor, the Innkeeper

**The Company of Wolves**                                    1984
Father

**Charlie** (TV mini-series)                                 1984
Charlie Alexander
– If You're Not Part of the Solution, You're Part of the Problem (1984) ... Charlie Alexander
– In Union Is Strength (1984) ... Charlie Alexander
– In the Days of His Youth (1984) ... Charlie Alexander
– Charlie Is My Darling (1984) ... Charlie Alexander

**Summer Lightning**                                         1984
George Millington

**Hart to Hart** (TV series)                                 1983

**Exhibit C - 232**

10/31/12                                       David Warner - IMDb

Mr. Bowlly
– Two Harts Are Better Than One (1983) ... Mr. Bowlly

**Remington Steele** (TV series)                                    1983
Alexander Sebastien
– Steele Away with Me: Part 1 (1983) ... Alexander Sebastien
– Steele Away with Me: Part 2 (1983) ... Alexander Sebastien

**The Man with Two Brains**                                        1983
Dr. Alfred Necessiter

**Marco Polo** (TV mini-series)                                1982-1983
Rustichello
– Episode #1.8 (1983) ... Rustichello
– Episode #1.7 (1983) ... Rustichello
– Episode #1.5 (1983) ... Rustichello
– Episode #1.4 (1982) ... Rustichello
– Episode #1.3 (1982) ... Rustichello
See all 7 episodes »

**TRON**                                                          1982
Ed Dillinger / Sark / Master Control Program

**Masterpiece Theatre: Nancy Astor** (TV mini-series)            1982
Philip Kerr

**The French Lieutenant's Woman**                                 1981
Murphy

**Time Bandits**                                                  1981
Evil Genius

**Masada** (TV mini-series)                                       1981
Falco
– Part IV (1981) ... Falco
– Part III (1981) ... Falco
– Part II (1981) ... Falco
– Part I (1981) ... Falco

**The Island**                                                    1980
John David Nau

**S.O.S. Titanic** (TV movie)                                     1979
Laurence Beesley

**Time After Time**                                               1979
Stevenson

**The Concorde... Airport '79**                                   1979
Peter O'Neill

**Nightwing**                                                     1979
Phillip Payne

**How the West Was Won** (TV mini-series)                         1979
Northern Officer
– The Forgotten (1979) ... Northern Officer

**The Thirty Nine Steps**                                         1978
Appleton

**ITV Sunday Night Drama** (TV series)                            1978
William Wordsworth
– Clouds of Glory: The Rime of the Ancient Mariner (1978) ... William Wordsworth
– Clouds of Glory: William and Dorothy (1978) ... William Wordsworth

**Silver Bears**                                                  1978
Agha Firdausi

**Holocaust** (TV mini-series)                                    1978
Heydrich / Reinhard Heydrich
– Part 4 (1978) ... Reinhard Heydrich
– Part 3 (1978) ... Reinhard Heydrich
– Part 2 (1978) ... Heydrich
– Part I: The Gathering Darkness (1978) ... Heydrich

**The Disappearance**                                             1977
Burbank

**Age of Innocence**                                              1977
Henry Buchanan

**Cross of Iron**                                                 1977
Hauptmann (Capt.) Kiesel

**Exhibit C - 233**

10/31/12                                     David Warner - IMDb

**Providence**                                                            1977
Kevin Langham/Kevin Woodford

**The Blue Hotel** (TV movie)                                             1977
Swede

**The Omen**                                                             1976
Jennings

**Mr. Quilp**                                                            1975
Sampson Brass

**Three Comedies of Marriage** (TV series)                               1975
Bobby
  – Bobby Bluesocks (1975) ... Bobby

**The Puritan Experience: Making of a New World** (short)                1975
John Higgins

**The Puritan Experience: Forsaking England** (short)                    1975
John Higgins

**Little Malcolm**                                                       1974
Dennis Charles Nipple

**From Beyond the Grave**                                                1974
Edward Charlton (segment 1 "The Gate Crasher")

**A Doll's House**                                                      1973/II
Torvald Helmer

**Swëden poruno: Yokujô shotaiken**                                      1971

**Straw Dogs**                                                          1971
Henry Niles (uncredited)

**Perfect Friday**                                                      1970
Lord Nicholas "Nick" Dorset

**The Ballad of Cable Hogue**                                           1970
Joshua

**Michael Kohlhaas – Der Rebell**                                       1969
Michael Kohlhaas

**The Sea Gull**                                                        1968
Konstantin Treplev, her son

**The Fixer**                                                           1968
Count Odoevsky

**Work Is a 4-Letter Word**                                            1968
Valentine Brose

**The Bofors Gun**                                                      1968
Terry "Lance Bar" Evans

**A Midsummer Night's Dream**                                           1968
Lysander

**The Deadly Affair**                                                   1966
Edward II (in "Edward II") (uncredited)

**Morgan!**                                                            1966
Morgan Delt

**The Wars of the Roses** (TV mini-series)                             1965
King Henry VI
  – Richard III (1965) ... King Henry VI
  – Edward IV (1965) ... King Henry VI
  – Henry VI (1965) ... King Henry VI

**Tom Jones**                                                          1963
Blifil

**Z Cars** (TV series)                                                 1963
Gee
  – The Hitch-Hiker (1963) ... Gee

**The Madhouse on Castle Street** (TV movie)                           1963
Lennie

**The King's Breakfast** (short)                                       1963
1st Trumpeter

**Exhibit C - 234**