# Exhibit 1

# Exhibit 1
# PLAINTIFF'S TRIAL EXHIBITS, WITH IMDB'S OBJECTIONS

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 1 | Hoang 000066 | 03/14/2012 | Amazon account billing information for Hoang | Obj. | Obj. |
| 4 | Amazon 000012-21 | 05/31/2012 | Amazon Customer Information for "Huong Thu Hoang"/juniehoang@yahoo.com/customer since 10/1/08 | No Obj. | Obj. |
| 6 | Amazon 000002-11 | 05/31/2012 | Amazon Customer Information for "junie hoang"/juniehoang@hotmail.com/customer since 11/16/02 | No Obj. | Obj. |
| 9 | Amazon 000044-45 | 06/14/2012 | Amazon Customer Payment Methods for "junie hoang"/juniehoang@hotmail.com/customer since 11/16/02 | No Obj. | Obj. |
| 13 | Hoang 000191-95 | | Call sheets for various acting jobs | Obj. | No Obj. |
| 14 | Hoang 000189 | 05/31/2012 | Check to Hoang for $109.09 for shooting fee | No Obj. | No Obj. |
| 15 | Hoang 000188 | 04/16/2012 | Check to Hoang for $150 for shooting fee | No Obj. | No Obj. |
| 19 | | 01/14/2009 | Email exchange between Camille Solari and Helpdesk | Obj. | Obj. |
| 20 | | 04/12/2009 | Email exchange between Camille Solari and Helpdesk | Obj. | Obj. |
| 21 | | 02/13/2010 | Email exchange between Camille Solari and Helpdesk | Obj. | Obj. |
| 23 | IMDb 000024 | 07/16/2008 | Email exchange between Geoff Leonard and Giancarlo Cairella | No Obj. | No Obj. |
| 27 | IMDb 001009 | 11/29/2004 | Email exchange between Helpdesk and Hoang | No Obj. | No Obj. |
| 28 | IMDb 001032-33 | 09/15/2008 | Email exchange between Helpdesk and Hoang | No Obj. | No Obj. |
| 29 | IMDb 001037 | 11/29/2008 | Email exchange between Helpdesk and Hoang | No Obj. | No Obj. |
| 30 | Kolkowski 000057-59 | 08/16/2009 | Email exchange between Helpdesk and Hoang | No Obj. | Obj. |
| 37 | Kolkowski 000042 | 05/21/2010 | Email exchange between Hoang and Kolkowitz | No Obj. | Obj. |
| 39 | Hoang 000689-90 | 06/05/2012 | Email exchange between Jason Cermak and Helpdesk | No Obj. | Obj. |
| 40 | Hoang 000680 | 07/31/2012 | Email exchange between Jason Cermak and Hoang | No Obj. | Obj. |

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 41 | Hoang 000688-90 | 08/02/2012 | Email exchange between Jason Cermak and Hoang with attachments | No Obj. | Obj. |
| 52 | IMDb 000958 | 06/27/2006 | Email from Helpdesk to Hoang | No Obj. | Obj. |
| 61 | IMDb 000981 | 01/05/2008 | Email from Helpdesk to Hoang | No Obj. | Obj. |
| 69 | IMDb 000984 | 09/15/2008 | Email from Helpdesk to Hoang | No Obj. | No Obj. |
| 70 | IMDb 000985 | 09/15/2008 | Email from Helpdesk to Hoang | No Obj. | No Obj. |
| 71 | IMDb 000986 | 09/25/2008 | Email from Helpdesk to Hoang | No Obj. | No Obj. |
| 72 | IMDb 001034 | 10/02/2008 | Email from Helpdesk to Hoang | No Obj. | No Obj. |
| 73 | IMDb 001023 | 01/27/2009 | Email from Helpdesk to Hoang | No Obj. | No Obj. |
| 75 | IMDb 000988 | 02/26/2009 | Email from Helpdesk to Hoang | No Obj. | Obj. |
| 100 | IMDb 000948-49 | 02/20/2003 | Email from Hoang to Helpdesk | No Obj. | Obj. |
| 106 | IMDb 000952 | 08/21/2004 | Email from Hoang to Helpdesk | No Obj. | No Obj. |
| 122 | IMDb 000960 | 01/01/2008 | Email from Hoang to Helpdesk | No Obj. | No Obj. |
| 126 | IMDb 000961 | 04/20/2008 | Email from Hoang to Helpdesk | No Obj. | No Obj. |
| 128 | IMDb 000945-46 | 08/02/2008 | Email from Hoang to Helpdesk | No Obj. | Obj. |
| 131 | IMDb 000963 | 11/14/2008 | Email from Hoang to Helpdesk | No Obj. | No Obj. |
| 132 | IMDb 001035-36 | 11/27/2008 | Email from Hoang to Helpdesk | No Obj. | No Obj. |
| 133 | IMDb 000947 | 02/28/2009 | Email from Hoang to Helpdesk | No Obj. | No Obj. |
| 140 | Kolkowski 000044 | 03/25/2010 | Email from Hoang to Kolkowitz | No Obj. | Obj. |
| 141 | Kolkowski 000043 | 04/23/2010 | Email from Hoang to Kolkowitz | No Obj. | Obj. |
| 143 | Kolkowski 000039 | 06/10/2010 | Email from Hoang to Kolkowitz | No Obj. | Obj. |
| 144 | Kolkowski 000037 | 06/30/2010 | Email from Hoang to Kolkowitz | No Obj. | Obj. |
| 148 | Kolkowski 000024 | 05/26/2011 | Email from Hoang to Kolkowitz | No Obj. | Obj. |
| 150 | Kolkowski 000021 | 07/05/2011 | Email from Hoang to Kolkowitz | No Obj. | Obj. |
| 151 | Kolkowski 000022 | 07/21/2011 | Email from Hoang to Kolkowitz | No Obj. | Obj. |
| 158 | IMDb 001091-92 | 12/22/2008 | Email from Jalene Mack to Helpdesk | No Obj. | No Obj. |
| 163 | Kolkowski 000112-13 | 04/20/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 164 | Kolkowski 000111 | 05/09/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 165 | Kolkowski 000110 | 05/15/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 166 | Kolkowski 000108 | 06/07/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 167 | Kolkowski 000107 | 06/22/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 168 | Kolkowski 000104 | 07/30/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 169 | Kolkowski 000105-06 | 07/30/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 170 | Kolkowski 000103 | 08/09/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 171 | Kolkowski 000102 | 08/14/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 172 | Kolkowski 000100 | 08/24/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 173 | Kolkowski 000101 | 08/24/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 174 | Kolkowski 000096-97 | 09/24/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 175 | Kolkowski 000098-99 | 09/24/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 176 | Kolkowski 000095 | 10/17/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 177 | Kolkowski 000094 | 10/18/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 178 | Kolkowski 000093 | 10/26/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 179 | Kolkowski 000092 | 11/16/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 181 | Kolkowski 000089 | 12/12/2007 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 182 | Kolkowski 000087-88 | 01/17/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 183 | Kolkowski 000086 | 01/18/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 184 | Kolkowski 000085 | 02/11/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 185 | Kolkowski 000082 | 02/22/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 186 | Kolkowski 000080 | 03/18/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 187 | Kolkowski 000078-79 | 04/16/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 188 | Kolkowski 000077 | 05/16/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 189 | Kolkowski 000074-75 | 08/04/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 190 | Kolkowski 000076 | 08/04/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 191 | Kolkowski 000073 | 08/06/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 192 | Kolkowski 000072 | 09/12/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 193 | Kolkowski 000071 | 09/16/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 194 | Kolkowski 000070 | 10/01/2008 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 195 | Kolkowski 000064 | 03/19/2009 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 196 | Kolkowski 000063 | 04/02/2009 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 197 | Kolkowski 000065 | 04/04/2009 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 198 | Kolkowski 000061 | 05/05/2009 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 199 | Kolkowski 000060 | 05/20/2009 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 200 | Kolkowski 000053 | 10/01/2009 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 201 | Kolkowski 000052 | 10/13/2009 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 202 | Kolkowski 000048 | 11/20/2009 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 203 | Kolkowski 000049 | 11/20/2009 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 204 | Kolkowski 000046 | 11/23/2009 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 205 | Kolkowski 000047 | 11/23/2009 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 206 | Kolkowski 000045 | 03/17/2010 | Email from Kolkowitz to Hoang | No Obj. | Obj. |
| 207 | Kolkowski 000038 | 06/29/2010 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 208 | Kolkowski 000032 | 01/03/2011 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 209 | Kolkowski 000033 | 01/03/2011 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 210 | Kolkowski 000030 | 01/13/2011 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 212 | Kolkowski 000029 | 01/25/2011 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 214 | Kolkowski 000027 | 03/30/2011 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 215 | Kolkowski 000026 | 05/09/2011 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 216 | Kolkowski 000025 | 05/17/2011 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 217 | Kolkowski 000018-20 | 07/26/2011 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 218 | Kolkowski 000017 | 08/26/2011 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 219 | Kolkowski 000014 | 09/13/2011 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 220 | Kolkowski 000003-4 | 04/20/2012 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 221 | Kolkowski 000005-6 | 04/20/2012 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 222 | Kolkowski 000002 | 07/11/2012 | Email from Kolkowitz to Hoang | No Obj. | No Obj. |
| 224 | | 12/02/2012 | Email from Marlu Harris to Hoang | No Obj. | Obj. |
| 225 | | | Emails from people asking for Hoang's signature | No Obj. | Obj. |
| 226 | | 08/02/2012 | Exhibit 1 from Adrian Garver 30(b)(6) Deposition on 8-2-12 – Notice of FRCP Rule 30(b)(6) Deposition of Amazon.com, Inc. | No Obj. | Obj. |
| 227 | | 08/01/2012 | Exhibit 1 from Adrian Garver Deposition on 8-1-12 – E-mail from Kathryn Sheehan to Giancarlo Cairella dated 11-12-08 | No Obj. | Obj. |
| 228 | | 08/03/2012 | Exhibit 1 from Amazon (Thomas Whitcomb) 30(b)(6) Deposition 8-3-12 – Notice of FRCP Rule 30(b)(6) Deposition of Amazon.com, Inc. | No Obj. | Obj. |
| 229 | | 08/02/2012 | Exhibit 1 from Gaincarlo Cairella 30(b)(6) Deposition of 8-2-12 – Notice of FRCP Rule 30(b)(6) Deposition of IMDb.com, Inc. | No Obj. | Obj. |
| 230 | | 08/01/2012 | Exhibit 1 from Giancarlo Cairella Deposition on 8-1-12 – IMDb.com, Inc's Second Supplemental Answers and Objections to Plaintiff Huong Hoang's First Set of Interrogatories to Defendant IMDb.com Inc. | No Obj. | No Obj. |
| 231 | | 08/03/2012 | Exhibit 1 from IMDb (Thomas Whitcomb) 30(b)(6) Deposition 8-3-12 – Notice of FRCP Rule 30(b)(6) Deposition of IMDb.com, Inc. | No Obj. | Obj. |
| 232 | | 08/01/2012 | Exhibit 10 from Giancarlo Cairella Deposition on 8-1-12 – IPS log detailing changes that were made to Ms. Hoang's account in 2004 | No Obj. | No Obj. |
| 233 | | 08/01/2012 | Exhibit 11 from Giancarlo Cairella Deposition on 8-1-12 – LinkedIn profile for Giancarlo Cairella | No Obj. | Obj. |
| 234 | | 08/02/2012 | Exhibit 2 from Adrian Garver 30(b)(6) Deposition on 8-2-12 – Amazon.com Privacy Notice | Obj. | Obj. |

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 235 | | 08/01/2012 | Exhibit 2 from Adrian Garver Deposition on 8-1-12 – Amazon.com, Inc.'s Second Supplemental Answers and Objections to Plaintiff Huong Hoang's First Set of Interrogatories to Defendant Amazon.com, Inc. | No Obj. | Obj. |
| 236 | | 08/03/2012 | Exhibit 2 from Amazon (Thomas Whitcomb) 30(b)(6) Deposition 8-3-12 – Amazon.com, Inc.'s Second Supplemental Answers and Objections to Plaintiff Huong Hoang's First Set of Interrogatories to Defendant Amazon.com, Inc. | No Obj. | Obj. |
| 237 | | 08/02/2012 | Exhibit 2 from Gaincarlo Cairella 30(b)(6) Deposition of 8-2-12 – IMDbPro Subscriber Agreement | Obj. | No Obj. |
| 238 | | 08/01/2012 | Exhibit 2 from Giancarlo Cairella Deposition on 8-1-12 – Declaration of Giancarlo Cairella in Support of Defendant's Motion to Dismiss Pursuant to Rule 10(a) | No Obj. | Obj. |
| 239 | | 08/03/2012 | Exhibit 2 from IMDb (Thomas Whitcomb) 30(b)(6) Deposition 8-3-12 – Printout of log accesses to IPS tool | No Obj. | No Obj. |
| 240 | | 08/01/2012 | Exhibit 3 from Adrian Garver Deposition on 8-1-12 – IMDb.com's Second Supplemental Answers and Objections to Plaintiff Huong Hoang's First Set of Interrogatories to Defendant IMDb.com Inc. | No Obj. | No Obj. |
| 241 | | 08/02/2012 | Exhibit 3 from Gaincarlo Cairella 30(b)(6) Deposition of 8-2-12 – IMDbPro Privacy Policy | Obj. | No Obj. |
| 242 | | 08/01/2012 | Exhibit 3 from Giancarlo Cairella Deposition on 8-1-12 – User registration record for IMDb.com for Junie Hoang | No Obj. | No Obj. |
| 243 | | 08/03/2012 | Exhibit 3 from IMDb (Thomas Whitcomb) 30(b)(6) Deposition 8-3-12 – IMDb.com, Inc.'s Second Supplemental Answers and Objections to Plaintiff Huong Hoang's First Set of Interrogatories to Defendant IMDb.com, Inc. | No Obj. | No Obj. |
| 244 | | 08/02/2012 | Exhibit 4 from Gaincarlo Cairella 30(b)(6) Deposition of 8-2-12 – IMDbPro Privacy Policy, Information You Give Us and how We might Use it | Obj. | No Obj. |
| 245 | | 08/01/2012 | Exhibit 4 from Giancarlo Cairella Deposition on 8-1-12 – E-mail from Geoff Leonard to Giancarlo Cairella dated 7-16-08 | No Obj. | No Obj. |

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 246 | | 08/02/2012 | Exhibit 5 from Gaincarlo Cairella 30(b)(6) Deposition of 8-2-12 – E-mail from Kathryn Sheehan to Giancarlo Cairella and Adrian Garver dated 11-12-08 | No Obj. | Obj. |
| 247 | | 08/01/2012 | Exhibit 5 from Giancarlo Cairella Deposition on 8-1-12 – E-mail from Kathryn Sheehan to Giancarlo Cairella and Adrian Garver dated 11-12-08 | No Obj. | Obj. |
| 248 | | 08/02/2012 | Exhibit 6 from Gaincarlo Cairella 30(b)(6) Deposition of 8-2-12 – PrivateEye.com account information for Giancarlo Cairella | No Obj., needs redaction | No Obj. |
| 249 | | 08/01/2012 | Exhibit 6 from Giancarlo Cairella Deposition on 8-1-12 – PeopleFinders Account Information for Giancarlo Cairella | No Obj., needs redaction | No Obj. |
| 250 | | 08/02/2012 | Exhibit 7 from Gaincarlo Cairella 30(b)(6) Deposition of 8-2-12 – Sign-up page and information pages from IMDbPro.com's Web site | No Obj. | No Obj. |
| 251 | | 08/01/2012 | Exhibit 7 from Giancarlo Cairella Deposition on 8-1-12 – Printout of log accesses to IPS tool | No Obj. | No Obj. |
| 252 | | 08/01/2012 | Exhibit 8 from Giancarlo Cairella Deposition on 8-1-12 – Various e-mails to Huong Thu Hoang from IMDb Help Desk | No Obj | No Obj. |
| 253 | | 08/01/2012 | Exhibit 9 from Giancarlo Cairella Deposition on 8-1-12 – Various e-mails to Ms. Hoang from IMDb Help Desk | No Obj | No Obj |
| 259 | | | Facebook Profile for "Mary Nguyen" – Biographical Info | Obj. | Obj. |
| 260 | | | Facebook Profile for "Mary Nguyen" – Photo Stream | Obj. | Obj. |
| 261 | | | Facebook Profile for "Mary Nguyen" – Profile Page | Obj. | Obj. |
| 262 | Hoang 000046 | 2010 | Hoang's 1090 Form from AKA LSS | No Obj. | No Obj. |
| 263 | Hoang 000045 | 2010 | Hoang's 1090 Form from Dorothy Day Otis Partners | No Obj. | No Obj. |
| 264 | | | Hoang's Casting Frontier Account profile | Obj. | Obj. |
| 265 | | 11/25/2012 | Hoang's Notes on IMDb Filmography | Obj. | Obj. |
| 267 | Hoang 000198-99 | | Hoang's Resume | No Obj. | No Obj. |
| 268 | | 12/17/2012 | Hoang's updated list of projects based on year | No Obj. | Rule 37 |
| 269 | Hoang 000048 | 2010 | Hoang's W-2 for American Residuals $ Talent | No Obj. | No Obj. |

24976-0480/LEGAL26119273.2              7

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 270 | Hoang 000031 | 2008 | Hoang's W-2 for American Residuals & Talent | No Obj. | No Obj. |
| 271 | Hoang 000033 | 2008 | Hoang's W-2 for Artists Paymaster Service | No Obj. | No Obj. |
| 272 | Hoang 000057 | 2011 | Hoang's W-2 for Empire Films, Inc.; W-2 for American Residuals & Talent | No Obj. | No Obj. |
| 273 | Hoang 000047 | 2010 | Hoang's W-2 for Film Payment Services, Inc. | No Obj. | No Obj. |
| 274 | Hoang 000034 | 2008 | Hoang's W-2 for GEP ATL, LLC | No Obj. | No Obj. |
| 275 | Hoang 000032 | 2008 | Hoang's W-2 for Production Processing Inc | No Obj. | No Obj. |
| 276 | Hoang 000056 | 2011 | Hoang's W-2 for Production Processing, Inc. | No Obj. | No Obj. |
| 277 | Hoang 000044 | 2009 | Hoang's W-2 for Reyna Sound and Stage | No Obj. | No Obj. |
| 278 | Hoang 000039 | 2009 | Hoang's W-2 for Talent, Entertainment and Media Services | No Obj. | No Obj. |
| 279 | Hoang 000043 | 2009 | Hoang's W-4 and W-2 for PDSI, Inc. | No Obj. | No Obj. |
| 282 | | | IMDb Photos for Junie Hoang | No Obj. | No Obj. |
| 285 | | | IMDb Resume for Junie Hoang | No Obj. | No Obj. |
| 286 | IMDb 002567-70 | 04/27/2012 | IMDb System Log for Huong Thu Hoang <juniehoang@hotmail.com> | No Obj. | No Obj. |
| 288 | Hoang 000146 | | IMDb Webpage - Is my credit card secure? Link | Obj. | No Obj. |
| 289 | Hoang 000147-50 | | IMDb Webpage - Privacy Policy Link | Obj. | No Obj. |
| 290 | Hoang 000151 | | IMDb Webpage - Second "click here" link landing page from Privacy Policy | No Obj. | No Obj. |
| 291 | Hoang 000152-58 | | IMDb Webpage - Subscriber Agreement link for IMDbPro | No Obj. | No Obj. |
| 292 | IMDb 001259, 1270, 1277, 1281, 1283-84, 1288-89, 1291, 1356-57, 1367-68, 1373, 1375, 1675-76 | | Excerpts from IMDb's log of account changes to Hoang's IMDb Profile | No Obj. | No Obj. |
| 294 | IMDb 001098-1101 | 06/03/2004 | IMDbPro Subscriber Agreement | No Obj. | No Obj. |
| 297 | IMDb 001087-90 | 03/27/2012 | IPS Access Log up to 27 March 2012 | No Obj. | No Obj. |
| 298 | Hoang 000200-564 | | Junie Hoang's Actors Access account with submission history | No Obj. | No Obj. |
| 299 | Hoang 000682-83 | | Junie Hoang's Casting Frontier resume | No Obj. | No Obj. |

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 300 | Hoang 000684 | | Junie Hoang's Facebook page | No Obj. | No Obj. |
| 302 | IMDb 000009-11 | 10/20/2011 | Junie Hoang's IMDb Resume | No Obj. | No Obj. |
| 303 | Hoang 000685 | | Junie Hoang's LinkedIn page | No Obj. | No Obj. |
| 304 | Hoang 000686 | | Junie Hoang's Myspace page | No Obj. | No Obj. |
| 305 | Hoang 000687 | | Junie Hoang's Twitter page | No Obj. | No Obj. |
| 306 | IMDb 000067 | 05/10/2011 | Letter from Amazon (David Zapolsky) to Dozier | Pl. w/d on 2/28 | Obj. |
| 307 | IMDb 000064 | 05/04/2011 | Letter from Dozier to Amazon (Michelle Wilson) | Pl. w/d on 2/28 | Obj. |
| 310 | IMDb 001044-45 | 07/11/2008 | Letter to Amazon from Jalene M. Mack | No Obj. | No Obj. |
| 311 | IMDb 001046-49 | 12/16/2008 | Letter to Amazon from Jalene M. Mack | No Obj. | No Obj. |
| 315 | Hoang 000190 | | List of entertainment employment websites used by Hoang | No Obj. | No Obj. |
| 317 | | | Online petition to removing birthdates and age from IMDB | Obj. | Obj. |
| 318 | Hoang 000113-14 | | Peoplefinder – Account information for Giancarlo Cairella | No Obj., needs redaction | Obj. |
| 319 | Hoang 000115-19 | | Peoplefinder – Giancarlo's credit card history for searches | No Obj. | No Obj. |
| 320 | IMDb 001103-04 | 07/13/2012 | PrivateEye Account information for Giancarlo Cairella | No Obj., needs redaction | No Obj. |
| 321 | Hoang 000138-39 | 07/17/2012 | PrivateEye.com – People Search Results for "June Hoang" | No Obj. | No Obj. |
| 322 | IMDb 001074 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1967" | No Obj. | No Obj. |
| 323 | IMDb 001057 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1968" | No Obj. | No Obj. |
| 324 | IMDb 001075 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1968" | No Obj. | No Obj. |
| 325 | IMDb 001058 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1969" | No Obj. | No Obj. |
| 326 | IMDb 001076 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1969" | No Obj. | No Obj. |
| 327 | IMDb 001059 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1970" | No Obj. | No Obj. |
| 328 | IMDb 001077 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1970" | No Obj. | No Obj. |

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 329 | IMDb 001060 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1971" | No Obj. | No Obj. |
| 330 | IMDb 001078 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1971" | No Obj. | No Obj. |
| 331 | IMDb 001061 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1972" | No Obj. | No Obj. |
| 332 | IMDb 001079 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1972" | No Obj. | No Obj. |
| 333 | IMDb 001062-63 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1973" | No Obj. | No Obj. |
| 334 | IMDb 001080 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1973" | No Obj. | No Obj. |
| 335 | IMDb 001064-65 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1974" | No Obj. | No Obj. |
| 336 | IMDb 001081 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1974" | No Obj. | No Obj. |
| 337 | IMDb 001066-67 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1975" | No Obj. | No Obj. |
| 338 | IMDb 001082 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1975" | No Obj. | No Obj. |
| 339 | IMDb 001068-69 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1976" | No Obj. | No Obj. |
| 340 | IMDb 001083 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1976" | No Obj. | No Obj. |
| 341 | IMDb 001070-71 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1977" | No Obj. | No Obj. |
| 342 | IMDb 001084 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1977" | No Obj. | No Obj. |
| 343 | IMDb 001072-73 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1978" | No Obj. | No Obj. |
| 344 | IMDb 001085 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1978" | No Obj. | No Obj. |
| 345 | IMDb 001053-54 | 11/12/2008 | PrivateEye.com – Report for people search "Hoang, Huong Thu" | No Obj. | No Obj. |
| 346 | IMDb 001086 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang, Phong Tung" | No Obj. | No Obj. |
| 347 | IMDb 001056 | 10/18/2011 | PrivateEye.com – Report for people search "Hoang born 7/16/1967" | No Obj. | No Obj. |
| 348 | | | PrivateEye.com – Terms and Conditions | Obj. | Obj. |
| 349 | Hoang 000030 | 03/25/2008 | Receipt from IMDb – Hoang's purchase of Pro-Annual | No Obj. | Obj. |
| 351 | Hoang 000144-45 | | Signup information for IMDbPro | Obj. | No Obj. |
| 355 | | 06/17/2010 | The Wrap, "EXCLUSIVE" Battle Raging Over Age Listings on IMDb" | Obj. | Obj. |
| 356 | | 01/22/2010 | The Wrap, "TV Writers' Age Discrimination Suit Settles for $70M" | Obj. | Obj. |

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 357 | IMDb 000014-23 | 04/25/2012 | User Registration Admin for juniehoang@hotmail.com | No Obj. | No Obj. |
| 360 | | 09/5/2012 | Webpage from Actors Access – job requiring starmeter rating | Obj. | Obj. |
| 361 | Hoang 000170-85 | | Webpage from Actors Access – Junie Hoang's account with casting (audition) schedule | Obj. | No Obj. |
| 362 | Hoang 000186 | | Webpage from Casting Frontier – Junie Hoang's Confirm Times | No Obj. | No Obj. |
| 363 | Hoang 000565-88 | | Webpage from Casting Frontier - Public Submissions Board | Obj. | No Obj. |
| 364 | Hoang 000589-94 | | Webpage from Casting Networks Incorporated – Casting Billboard | Obj. | Obj. |
| 365 | Hoang 000595-600 | | Webpage from Casting Networks Incorporated – Casting Billboard with notes | Obj. | Obj. |
| 366 | | | Webpage from IMDb – Carin Chea Profile | No. Obj. | Obj. |
| 367 | | | Webpage from IMDb – Allisun Sturges Profile | No. Obj | Obj. |
| 368 | | | Webpage from IMDb – Anthony Nacarato Profile | No. Obj | Obj. |
| 369 | | | Webpage from IMDb – Camille Solari Profile | No. Obj | Obj. |
| 380 | | | Webpage from IMDb – Hilary Shepard Profile | No. Obj | Obj. |
| 381 | IMDb 000063 | | Webpage from IMDb – How/where you get your information? How accurate/reliable is it? | No. Obj | Obj. |
| 388 | IMDb 000041-42 | 03/25/2008 | Webpage from IMDb – IMDb Privacy Notice | No Obj. | No Obj. |
| 393 | | | Webpage from IMDb – Jason Cermak Profile | No. Obj | Obj. |
| 397 | | | Webpage from IMDb – Jill Virnig Profile | No. Obj | Obj. |
| 398 | | | Webpage from IMDb – Joan McCall Profile | No. Obj | Obj. |
| 403 | Hoang 000016-18 | 07/10/2012 | Webpage from IMDb - Junie Hoang filmography | No Obj. | No Obj. |
| 404 | | | Webpage from IMDb – Junie Hoang Profile | No Obj. | No Obj. |
| 411 | | | Webpage from IMDb – Micah Shane Ballinger Profile | No. Obj | Obj. |
| 427 | | | Webpage from IMDb – Stacey Newsome Santiago Profile | No. Obj | Obj. |
| 431 | IMDb 000068-277 | | Webpage from IMDb – User Additions Lookup | No Obj. | No Obj. |
| 434 | | | Webpage from IMDb Pro - secureimdbcom signup index | Obj. | Obj. |
| 436 | Hoang 000143 | 04/25/2012 | Webpage from IMDbPro – the Ultimate Business Resource for Entertainment Professionals | No Obj. | No Obj. |

| Ex. No. | Bates No. | Date | Document | Auth. Obj. | Adm. Obj. |
|---|---|---|---|---|---|
| 437 | Hoang 000013-14 | 07/10/2012 | Webpage from JunieHoang.com - Clipz | No Obj. | No Obj. |
| 438 | Hoang 000015 | 07/10/2012 | Webpage from JunieHoang.com - Contact | No Obj. | No Obj. |
| 439 | Hoang 000007 | 07/10/2012 | Webpage from JunieHoang.com - Home page | No Obj. | No Obj. |
| 440 | Hoang 000006 | 04/19/2012 | Webpage from JunieHoang.com – home page | No Obj. | No Obj. |
| 441 | Hoang 000008 | 07/10/2012 | Webpage from JunieHoang.com - Pictures | No Obj. | No Obj. |
| 442 | Hoang 000009 | 07/10/2012 | Webpage from JunieHoang.com - Pictures | No Obj. | No Obj. |
| 443 | Hoang 000010-12 | 07/10/2012 | Webpage from JunieHoang.com - Publicity | No Obj. | No Obj. |
| 444 | | | Webpage from Los Angeles Craigslist listing job posting | Obj. | Obj. |
| 445 | | | Webpage from Mandy.com listing job posting | Obj. | Obj. |
| 447 | Hoang 000601-62 | | Webpage from Now Casting – Now casting list | No Obj | No Obj |
| 448 | | | Webpage from Screen Actors Guild and AFTRA – Press Release | Obj. | Obj. |
| 449 | | | Declaration of Jennifer Ortega | Obj. | Obj. |