1
2
3
4
5
6
7
8
9
10
11
12
13      UNITED STATES DISTRICT COURT
14      WESTERN DISTRICT OF WASHINGTON
15                AT SEATTLE
16
17
18  HUONG HOANG, an individual,           No. 2:11-CV-01709-MJP
19
20              Plaintiff,                **IMDB.COM, INC.'S MOTION FOR**
21                                        **JUDGMENT AS A MATTER OF LAW**
22      v.
23
24  AMAZON.COM, INC., a Delaware
25  corporation, and IMDB.COM, INC., a
26  Delaware corporation,
27
28              Defendants.
29
30
31
32      Pursuant to Federal Rule of Civil Procedure 50(a), defendant IMDb.com, Inc. ("IMDb")

moves for judgment as a matter of law because plaintiff Huong Hoang ("Hoang") has failed to

introduce legally sufficient evidence upon which a reasonable jury could award her damages for

her breach of contract claim.

        To prove her only remaining claim of breach of contract, Hoang must show that a

contractual breach by IMDb caused her damage.  Dkt. 182; WPIC 300.03 (Burden Of Proof On

The Issues—Breach Of Contract).  *See also Myers v. State*, 152 Wn. App. 823, 827-28 (2009);

*N.W. Indep. Forest Mfrs. v. Dep't of Labor & Indus.*, 78 Wn. App. 707, 712 (1995).  Hoang has

not introduced any competent evidence to support a damages award.

IMDB'S MOTION FOR JUDGMENT AS A
MATTER OF LAW (No. 2:11-CV-01709) – 1

24976-0480/LEGAL26321087.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

She has failed to adduce any evidence of damages. In her Second Amended Complaint, Dkt. No. 45, Hoang contends that she lost income and profits as an indirect result of the alleged breach by IMDb. Hoang contends that she lost income and profits, not a direct result of IMDb's alleged breach, but because *third parties who are not a part of this lawsuit* did not give her acting opportunities. The only link to IMDb is that Hoang assumes that the third parties did so based on the information that IMDb corrected on its website, and, as addressed further below, even that link to IMDb is tangential and speculative. At best, Hoang contends that unrelated parties have refused to give her acting opportunities because IMDb exercised its First Amendment right to publish truthful and accurate information.

Hoang did not present any testimony, documents, or other evidence supporting her damages allegations of lost income and profits. Neither Hoang nor her agent Joe Kolkowitz—her only two witnesses on damages—offered any testimony about future damages, and neither offered competent testimony on which a reasonable jury could base an award of damages for acting jobs allegedly lost to date. Indeed, Kolkowitz offered no testimony of damages at all, and Hoang merely speculated about her acting income in direct contravention of her sworn federal tax returns. Moreover, not a single piece of documentary evidence supports an award of damages. Legally, mere speculation or guesswork cannot support a jury award. *U.S. v. CB&I Constructors, Inc.*, 685 F.3d 827, 839 (9th Cir. 2012) (citing *Harper v. City of Los Angeles*, 533 F.3d 1010, 1028 (9th Cir. 2008).

Nor may Hoang simply rely on an assertion of nominal damages. Nominal damages by definition are not actual damages, but are a substitute for actual damages where the evidence is otherwise legally sufficient to sustain a damages award. *Gilmartin v. Stevens Inv. Co.*, 43 Wn. 2d 289, 298 (1953) (citing *Bellingham Bay & British Columbia R. Co. v. Strand*, 4 Wn. 311, 314 (1892)) ("nominal damages never purport to be real damages."); *Heitmiller v. Prall*, 108 Wn. 382, 388 (1919) (in breach of contract case instructing that "nominal damages was recoverable if

IMDB'S MOTION FOR JUDGMENT AS A
MATTER OF LAW (No. 2:11-CV-01709) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24976-0480/LEGAL26321087.2

[the jury] found there had been a breach of contract and substantial damages had not been proven is an error"). Nominal damages are not a substitute for evidence.

In addition to failing to introduce competent evidence of damages, Hoang also failed to establish causation: not a single witness testified that she incurred economic loss as a result of IMDb's alleged breach of the Subscriber Agreement. Hoang, of course, did not testify to any such causation beyond mere speculation. Mr. Kolkowitz affirmatively testified that he was not aware of any acting opportunity, role, or audition that Ms. Hoang lost due to IMDb correcting her date of birth. He also testified that age is just one of many factors that casting directors consider when hiring actors but that talent is the most important. Testimony regarding a "feeling" or a "sense" that Hoang has gotten fewer jobs since 2008 is not enough for a reasonable jury to find that Hoang has proven any breach by IMDb caused her any harm. Moreover, Hoang has not entered even a single document addressing causation.

Based on the evidence presented at trial, no reasonable juror could find that Hoang proved all elements of her breach of contract claim. Therefore, the Court should direct a verdict in favor of IMDb. Fed. R. Civ. Proc. 50(a); *Torres v. City of L.A.*, 548 F.3d 1197, 1205 (9th Cir. 2008) (citing *El-Hakem v. BJY Inc.*, 415 F.3d 1058, 1072 (9th Cir. 2005)).

s/ Harry H. Schneider
Harry H. Schneider, Jr. #9404
Breena M. Roos #34501
Ashley A. Locke #40521
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:  HSchneider@perkinscoie.com
           BRoos@perkinscoie.com
           ALocke@perkinscoie.com

Attorneys for IMDb.com, Inc.

IMDB'S MOTION FOR JUDGMENT AS A MATTER OF LAW (No. 2:11-CV-01709) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24976-0480/LEGAL26321087.2

# CERTIFICATE OF SERVICE

I certify that on April 10, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record

| | |
|---|---|
| **Derek Alan Newman** | _X_  Via hand delivery |
| **Keith Scully** | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| **Charlotte Williams** | ___ Via Overnight Delivery |
| Newman Du Wors LLP | ___ Via Facsimile |
| 1201 Third Avenue, Ste 1600 | ___ Via Email |
| Seattle, WA 98 | ___ Via ECF _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of April, 2012.

        s/ Harry H. Schneider, Jr.
        Harry H. Schneider, Jr. #9404
        Breena M. Roos #34501
        Ashley A. Locke #40521
        **Perkins Coie LLP**
        1201 Third Avenue, Suite 4900
        Seattle, WA 98101-3099
        Telephone: 206.359.8000
        Facsimile: 206.359.9000
        Email:  HSchneider@perkinscoie.com
                  BRoos@perkinscoie.com
                  ALocke@perkinscoie.com

Attorneys for IMDb.com, Inc.

IMDB'S MOTION FOR JUDGMENT AS A
MATTER OF LAW (No. 2:11-CV-01709) – 4

24976-0480/LEGAL26321087.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000