Honorable Marsha J. Pechman

FILED —— ENTERED
LODGED —— RECEIVED

APR 11 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUONG HOANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IMDB.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C11-1709-MJP<br><br>VERDICT FORM |

We, the jury, find as follows:

**QUESTION 1: Has Plaintiff proven her breach of contract claim?**

YES _____

NO    _X_

*If you answered "YES" to Question No. 1, please continue to Question No. 2.*

*If you answered "NO" to Question No. 1, please sign and return the verdict form. Do not answer Question No. 2.*

11-CV-01709-VRDCT

QUESTION 2: What is the amount of damages to be awarded for the breach of contract claim?

$ _____

*Please sign and return the verdict form.*

DATED this _11_ day of April 2013.

_____
Presiding Juror