# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

HUONG HOANG, an individual,

                 Plaintiff,

     v.

IMDb.com, Inc., a Delaware corporation,

                 Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C11-1709MJP

X    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is hereby entered in favor of Defendant and against Plaintiff.

Dated April 12, 2013.

                            William M. McCool
                            Clerk of Court

                            s/Mary Duett
                            Deputy Clerk