THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUONG HOANG, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation, and IMDB.COM, INC., a Delaware corporation,<br><br>    Defendants. | No. C11-1709-MJP<br><br>ORDER FOR ENTRY OF JUDGMENT IN FAVOR OF AMAZON.COM, INC. |

Pursuant to stipulation of the parties appearing in this action and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Judgment is hereby entered in favor of Amazon.com, Inc. and against Plaintiff. The above-entitled action as against Amazon.com, Inc. is dismissed.

DATED this 29th day of April, 2013.

_____
Marsha J. Pechman
United States District Judge